JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

FILED - USDC -NH
2023 AUG 4 PM 1:35

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
Mr. Dana Albrecht ;
**County of Residence:** Hillsboro County

**Defendant(s):**
First Listed Defendant:
Kathleen Sternenberg ;
**County of Residence:** Merrimack County

Additional Defendants(s):
Bruce F. DalPra ;
Julie A. Introcaso ;
Mark S. Derby ;
David D. King ;
New Hampshire Judicial Branch ;

**County Where Claim For Relief Arose:** Hillsboro County

**Plaintiff's Attorney(s):**
Pro Se (Dana Albrecht)

**Defendant's Attorney(s):**

131 Daniel Webster Hwy #235
Nashua, New Hampshire 03060
**Phone:** 603-809-1097
**Fax:**
**Email:** dana.albrecht@hushmail.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
   **Plaintiff:** N/A
   **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights
**Cause of Action:** 42 U.S.C. § 1983
**Requested in Complaint**
   **Class Action:** Not filed as a Class Action
   **Monetary Demand (in Thousands):** 0
   **Jury Demand:** Yes
   **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** _[signature]_

**Date:** August 4, 2023