EXHIBIT

24
_____

# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

## O R D E R

## JD-2020-0001, In the Matter of Julie A. Introcaso

On February 23, 2021, the Judicial Conduct Committee (JCC) filed a summary report of its proceedings, findings, and recommendations in JC-19-050-C and JC-20-010-C, In re: Julie Introcaso.  On February 26, 2021, the JCC filed a certified copy of the record of its proceedings.

According to the JCC's summary report, former judge Julie A. Introcaso (Introcaso), who resigned from office on February 16, 2021, did not contest that she violated a number of provisions of the Code of Judicial Conduct, as alleged in the JCC's Statement of Formal Charges.  The JCC's record includes a copy of the Stipulation and Agreement signed by Introcaso in which she did not contest the alleged violations of the Code provisions; she acknowledged that she understood that the JCC would enter findings that she had violated those provisions; and she waived her right to a de novo hearing on the charges.  Introcaso also acknowledged that she is responsible for reimbursing the Administrative Office of the Courts (AOC) for attorney's fees and expenses that the JCC incurred to investigate and prosecute the matter.

The JCC reviewed the Stipulation and Agreement, and entered findings that Introcaso violated the following provisions of the Code of Judicial Conduct:

Canon 1, Rule 1.1, which provides:  "A judge shall comply with the law, including the Code of Judicial Conduct."

Canon 1, Rule 1.2, which provides:  "A judge shall act at all times in a manner that promotes public confidence in the independence, integrity and impartiality of the judiciary, and shall avoid impropriety and the appearance of impropriety."

Canon 2, Rule 2.5(A), which provides:  "A judge shall perform judicial and administrative duties, competently and diligently."

Canon 2, Rule 2.5(B), which provides:  "A judge shall cooperate with other judges and court officials in the administration of court business."

Canon 2, Rule 2.11, which provides in part:  "A judge shall disqualify himself or herself in any proceeding in which the judge's impartiality might reasonably be questioned."

Canon 2, Rule 2.16(A), which provides:  "A judge shall cooperate and be candid and honest with judicial and lawyer disciplinary agencies."

In the summary report of its findings, the JCC noted that Introcaso had resigned from office before the report was submitted.  The summary report stated that because Introcaso had taken this action, the JCC made no additional recommendations for sanctions.

In accordance with Rule 40(12) and (13), when the JCC determines that a judge has violated the Code of Judicial Conduct and determines that the violations warrant formal disciplinary action by this court, the judge may request a de novo hearing, after which the court will schedule briefing and oral argument. In this case, Introcaso has waived her right to a de novo hearing, and she notified the court, through her counsel, that she does not seek the opportunity to file a brief or present oral argument.

The court determines that the JCC's findings as to the violations of the Code of Judicial Conduct are supported by the JCC's record.  See Rule 40(13).  In light of Introcaso's resignation as a judge, the court concludes that no additional disciplinary action is required.

The AOC is directed to pay Philip R. Waystack, counsel appointed by the JCC, the sum of $74,935.69 for attorney's fees and expenses in the investigation, charging, and prosecutorial stages of the case between February 18, 2020, and February 19, 2021.  Pursuant to Rule 40(13-A) and the terms of the Stipulation and Agreement, Introcaso is ordered to reimburse the AOC, in full, for those fees and expenses.

Bassett, Hantz Marconi, and Donovan, JJ., concurred.

So ordered.

DATE: March 23, 2021

ATTEST:

**Timothy A. Gudas, Clerk**

2

Distribution:
Judicial Conduct Committee, JC-19-050-C; JC-20-010-C
Philip R. Waystack, Jr., Esq.
Michael A. Delaney, Esq.
Amanda E. Quinlan, Esq.
Ms. Julie A. Introcaso
Christopher Keating, Administrative Office of the Courts
File

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**\*\*\*\*\*\*\*\*\*\*\*\*\*\***
(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 1
BILLING DATE:    02/24/21
ACCT NO.:    PW-C4226-20

Attn:   Robert T. Mittelholzer, Esq.

RE:   Hon. Julie Introcaso -
       Investigation Phase

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | AMOUNT |
|---|---|---|---|---|
| 02/18/20 | Prepare fee letter and email to Attorney Waystack | RG/O | 0.00 | 0.00 |
| 02/19/20 | Download, print and copy documents from Attorney Mittelholzer | RG | 0.50 | 37.50 |
| 02/20/20 | Compile copies and binders, create index, begin reviewing documents | RG | 0.80 | 60.00 |
| 02/21/20 | Continue reviewing file and preparing notes | RG | 0.20 | 15.00 |
| 03/02/20 | Review materials received from Attorney Mittelholzer, make notes, email acknowledgment | PW | 0.60 | 120.00 |
| 03/05/20 | Review comprehensive email from Attorney Mittelholzer attaching numerous materials and strategy planning; Review materials, make notes | PW | 2.30 | 460.00 |
| 03/05/20 | Review follow-up email re: dicovery and new materials in related matters | PW | 0.90 | 180.00 |
| 03/06/20 | Procedural research for Attorney Waystack | RW | 0.60 | 60.00 |
| 03/06/20 | Download and print documents | RG | 0.20 | 15.00 |
| 03/06/20 | Review email from Attorney Mittelholzer to Attorney Delaney, consider Supreme Court rules re: discovery dispute | PW | 0.50 | 100.00 |
| 03/06/20 | Follow up email to paralegal re: transmission of discovery to Attorney Delaney | PW | 0.40 | 80.00 |
| 03/09/20 | Conference with paralegal and Attorney Cabrera to review basic documents and plan for meeting on Friday | PW | 0.40 | 80.00 |
| 03/11/20 | Prepare summary of case to R. Mittelholzer to be disseminated at the meeting; Prepare indexes and binders of both cases | RG | 1.50 | 112.50 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************
(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 2
BILLING DATE:       02/24/21
ACC'T NO.:       PW-C4226-20

| Date | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| 03/11/20 | Review notes and Code of Judicial Conduct; Review certain portions of complaint and response; Work on summary letter to Committee | PW | 3.60 | 720.00 |
| 03/11/20 | Telephone conference to Attorney Mike Delaney re: status | PW | 0.50 | 100.00 |
| 03/11/20 | Telephone conference with Attorney Mary Ann Dempsey re: investigation | PW | 0.30 | 60.00 |
| 03/12/20 | Email to Attorney Mittelholzer re: document preparation for tomorrow's meeting of the committee | PW/O | 0.30 | 0.00 |
| 03/13/20 | Travel to Concord and return | PW/O | 5.00 | 0.00 |
| 03/13/20 | Conference with Committee | PW | 1.40 | 280.00 |
| 03/16/20 | Review 1/26/20 letter from J. Introcaso, add to materials binder | RG/O | 0.10 | 0.00 |
| 04/09/20 | Telephone conference with Bob Mittelholzer re: status of evidence preservation issues; Telephone conference re Attorney Delaney re: preservation matters, discussion about limiting extent of preservation request | PW | 1.60 | 320.00 |
| 04/10/20 | Telephone call with Attorney Delaney to discuss discovery, request for narrowed preservation letter | PW | 0.90 | 180.00 |
| 04/14/20 | Telephone conference with Attorney Delaney re: procedural issues | PW | 0.30 | 60.00 |
| 04/21/20 | Webex training | PW/O | 0.80 | 0.00 |
| 04/23/20 | Telephone conference with Attorney Dempsey re: preservation issues and discussing a joint discovery plan; Telephone conference to Attorney Delaney; Telephone conference to Attorney Mittelholzer re: status | PW | 0.70 | 140.00 |
| 04/30/20 | Correspond via email with associate attorney; download multiple emails/attachments, save and print and compile binder of discovery | RG | 2.50 | 187.50 |

# WAYSTACK FRIZZELL
P.O. Box 137
Colebrook  NH  03576
★★★★★★★★★★★★★★
(603) 237-8322
Tax ID# 02-0405672

| | | | | |
|---|---|---|---|---|
| State of New Hampshire | | | PAGE 3 | |
| Judicial Conduct Committee | | | BILLING DATE: | 02/24/21 |
| 132 Chapel Street | | | ACCT NO.: | PW-C4226-20 |
| Portsmouth, NH 03801 | | | | |
| 05/04/20 | Correspond via email with associate attorney re: preferred format for discovery materials, burn CD of Volume 1 received from Mary Ann Dempsey; Prepare letter to R. Mittelholzer with CD of documents | RG | 1.00 | 75.00 |
| 05/06/20 | Download and print discovery letter | RG/O | 0.10 | 0.00 |
| 05/06/20 | Telephone conference with Attorney Mittelholzer; Telephone conference with Judge King; Review Attorney Mittelholzer's email, respond; Email to Attorneys Dempsey and Delaney | PW | 1.70 | 340.00 |
| 05/07/20 | Review sign out sheets for corresponding case number - Partello file | RG | 0.30 | 22.50 |
| 05/07/20 | Email to Attorney Dempsey and Delaney re: next discovery meeting, respond to their responses; Conference with paralegal to review "sign out" sheets | PW | 0.80 | 160.00 |
| 05/08/20 | Meeting with Committe via Webex; Email correspondence with Attorneys Dempsey and Delaney to arrange Zoom meeting re: discovery issues, etc.; Host virtual meeting with Attorneys Dempsey and Delaney | PW | 1.30 | 260.00 |
| 05/09/20 | Email to Attorney Mittelholzer re: report on discovery meeting with Attorneys Dempsey and Delaney | PW | 0.30 | 60.00 |
| 05/11/20 | Email exchanges with Attorneys Mittelholzer, Dempsey and Delaney; Email exchange with Judge King; Telephone conference with Judge Leary; Review summaries of court staff interviews; Telephone conference with Attorney Mittelholzer | PW | 3.20 | 640.00 |
| 05/12/20 | Review "original" documents sent by Attorney Mittelholzer; Review "Vol. 1" re: handwritten decisions; Telephone conference with Attorney Mittelholzer re: originals and handwritten decisions | PW | 0.80 | 160.00 |
| 05/13/20 | Email exchange with Attorney Mittelholzer re: witness and recusal issues | PW | 0.40 | 80.00 |
| 05/14/20 | Review file | SC | 1.00 | 150.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************

(603) 237-8322
Tax ID# 02-0405672

| | | | | |
|---|---|---|---|---|
| State of New Hampshire | | | PAGE 4 | |
| Judicial Conduct Committee | | | BILLING DATE: | 02/24/21 |
| 132 Chapel Street | | | ACC'T NO.: | PW-C4226-20 |
| Portsmouth, NH 03801 | | | | |

| | | | | |
|---|---|---|---|---|
| 05/14/20 | Travel from Lancaster to Nashua and return; Conference with Attorneys Dempsey and Delaney at 9th Ciruit Court; View Judge Introcaso's chambers; Email to Attorney Mittelholzer; Email exchange with Attorney Delaney re: "caveats for meeting" | PW | 6.20 | 1,240.00 |
| 05/15/20 | Email to Attorneys Dempsey and Delaney re: meeting to follow up after courthouse meeting | PW | 0.40 | 80.00 |
| 05/19/20 | Send Zoom link to Attorney Dempsey and Attorney Delaney; Telephone conference with Attorney Dempsey re: depositions of court staff | PW | 0.70 | 140.00 |
| 05/20/20 | Virtual conference with Attorney Delaney re: various issues concerning preservation of evidence; Telephone conference with Attorney Mittelholzer | PW | 0.60 | 120.00 |
| 06/02/20 | Email exchange with Attorney Dempsey re: documents; Several email exchanges with Attorney Mittelholzer re: status of case, defense | PW | 0.90 | 180.00 |
| 06/03/20 | Email exchange with Attorney Dempsey re: deposition arrangement; Email to paralegal re: save deposition dates, check with stenographer | PW | 0.70 | 140.00 |
| 06/03/20 | Review email from Attorney Mittelholzer, brief response | PW/O | 0.20 | 0.00 |
| 06/04/20 | Review Attorney Mittelholzer's email; Telephone conference with Attorney Mittelholzer; Email exchange with Attorney Dempsey re: search terms for communications with court staff; Conference wth Attorney Cabrera | PW | 1.20 | 240.00 |
| 06/08/20 | Review documents including case file (Vol. 1) and email correspondence with Bisson, Dabilis and Lodes; Email to paralegal to send documents to Attorney Mittelholzer, and to organize and prepare documents for deposition exhibits | PW | 3.40 | 680.00 |
| 06/09/20 | Download, print, copy and compile documents into binders in preparation of depositions, create index, send all email attachments to R. Mittelholzer via email | RG | 1.60 | 120.00 |

# WAYSTACK FRIZZELL
P.O. Box 137
Colebrook  NH  03576
**************
(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 5
BILLING DATE:        02/24/21
ACCT NO.:        PW-C4226-20

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 06/11/20 | Telephone conference with Attorney Dempcy re: Bisson emails; Review Bisson email messages emailed to me by Kelly Friberg at AOC | PW | 0.80 | 160.00 |
| 06/12/20 | Attend (virtually) Committee meeting to dicuss recalibration of judge's defense, status of investigation | PW | 1.10 | 220.00 |
| 06/18/20 | Review notes of conversations / meetings with Attorneys Dempsey & Delaney re: critical time periods, review file; Letter to Attorney Dempsey requesting further documents; Email to paralegal and Attorney Cabrera re: potential deposition dates; Telephone conference with Attorney Dempsey re: format of depositions | PW | 1.30 | 260.00 |
| 06/19/20 | Telephne conference with Attorney Mittelholzer re: deposition format, etc.; Telephone conference with Attorney Richard Head re: depositions, exhibits, etc.; Telephone conference with Attorney Mittelholzer | PW | 0.90 | 180.00 |
| 06/22/20 | Email documents to Attorney Richard Head | RG/O | 0.10 | 0.00 |
| 06/22/20 | Conference with paralegal to send documents to Attorney Head | PW | 0.30 | 60.00 |
| 06/23/20 | Telephone conference with Attorney Mittelholzer re: various issues | PW | 0.40 | 80.00 |
| 06/25/20 | Review Attorney Head's email re: deposition dates and locus, respond | PW | 0.40 | 80.00 |
| 06/29/20 | Review email from Kelly Friberg, AOC, with additional discovery documents, forward documents to Attorney Mittelholzer | PW | 0.30 | 60.00 |
| 06/30/20 | Substantive email to stenographer; Telephone conference with Attorney Dempsey | PW | 0.70 | 140.00 |
| 07/14/20 | Prepare and edit letter to Attorney Delaney re: Examinations Under Oath (EUO); Email letter to Attorneys Delaney and Mittelholzer | PW | 0.50 | 100.00 |
| 07/15/20 | Work on EUO preparation - recusal policies and file maintenance policies | PW | 1.10 | 220.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************

(603) 237-8322
Tax ID# 02-0405672

| State of New Hampshire Judicial Conduct Committee 132 Chapel Street Portsmouth, NH 03801 | | | | PAGE 6 BILLING DATE:     02/24/21 ACCT NO.:     PW-C4226-20 | |
|---|---|---|---|---|---|

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 07/16/20 | Review all documents and continue preparing exhibits | PW | 1.40 | 280.00 |
| 07/17/20 | Continue reviewing email correspondence, highlight | RG | 1.00 | 75.00 |
| 07/17/20 | Brief email to Attorneys Dempsey, Head and Mittelholzer re: EUO rather than deposition | PW/O | 0.20 | 0.00 |
| 07/20/20 | Compile exhibits binders for depositions, create indexes, scan and email exhibits to stenographer | RG | 2.20 | 165.00 |
| 07/20/20 | Conference with paralegal to discuss including exhibits in binders; Review exhibits and exhibit index; Email exhibit index and exhibits to stenographer; Email to Attorney Head to confirm Bisson EUO; Contact stenographer and opposing counsel re: COVID exposure to the EUO witness to determine reasonable precautions so that in-person EUO can go forward | PW | 2.70 | 540.00 |
| 07/21/20 | Review documents in file and prepare for Sherry Bisson EUO; Telephone conference with Attorney Dempsey | PW | 2.30 | 460.00 |
| 07/22/20 | Travel to Concord and return | PW | 3.00 | 600.00 |
| 07/22/20 | Take deposition of Clerk Sherry Bisson; Conference with Attorneys Head and Dempsey | PW | 3.80 | 760.00 |
| 07/23/20 | Review Code of Judicial Conduct; Telephone conference with Attorney Mittleholzer | PW | 0.40 | 80.00 |
| 07/24/20 | Read Attorney Mittleholzer's comprehensive email, respond | PW | 0.70 | 140.00 |
| 07/30/20 | Review Attorney Head's email message, respond | PW | 0.40 | 80.00 |
| 07/31/20 | Review deposition exhibits and discovery with Attorney Waystack | RG | 2.10 | 157.50 |
| 07/31/20 | Conference with paralegal to review all deposition exhibits and discovery; Substantive email to Attorneys Head, Dempsey, and Mittelholzer re: EUO exhibits | PW | 2.50 | 500.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************
(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 7
BILLING DATE:         02/24/21
ACCT NO.:         PW-C4226-20

| | | | | |
|---|---|---|---|---|
| 08/10/20 | Review email from Kelly Froburg, AOC, enclosing Bisson EUO exhibits 6, 9 & 10, forward to paralegal to process, email exhibits 6, 9 & 10 to Attorney Mittelholzer with explanation | PW | 0.73 | 146.00 |
| 08/11/20 | Confirm spellings for stenographer via email | RG/O | 0.10 | 0.00 |
| 08/12/20 | Brief review of Sherry Bisson EUO transcript, email to paralegal to send it in appropriate format to Attorney Mittelholzer; Brief email to Attorney Mittelholzer | PW | 0.90 | 180.00 |
| 08/13/20 | Download, print and save Sherry Bisson's EUO transcript, send full page version to Attorney Mittelholzer; Telephone conference to Attorney Head, send full page version and condensed version to Attorney Head | RG | 1.00 | 75.00 |
| 08/13/20 | Review Sherry Bisson deposition transcript, summarize | RG | 1.20 | 90.00 |
| 08/13/20 | Conference with paralegal re: check with Attorneys Mittelholzer and Head for Bisson deposition format, transmit electronic transcript to counsel, review and make notes of Sherry Bisson EUO transcript, summary email to Attorney Mittelholzer | PW | 2.90 | 580.00 |
| 08/19/20 | Coordinate deposition and schedule stenographer via Avicore | RG | 0.20 | 15.00 |
| 08/19/20 | Email exchanges with Attorneys Head and Dempsey re: arranging EUO of Julie Lodes; Email to stenographer | PW | 0.60 | 120.00 |
| 08/24/20 | Telephone conference with Attorney Dempsey re: exact copies of exhibit 6, 9 & 10 (original court records); Review exhibits 9 & 11 | PW | 0.60 | 120.00 |
| 08/25/20 | Confirm stenographer for Lodes deposition | RG/O | 0.10 | 0.00 |
| 08/25/20 | Review exhibits and notes; Prepare outline for EUO of Julie Lodes; Review other related file materials; Conference with paralegal to confirm stenographer arrangement | PW | 2.40 | 480.00 |

**WAYSTACK FRIZZELL**

P.O. Box 137
Colebrook  NH  03576
**************

(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 8
BILLING DATE:          02/24/21
ACC'T NO.:          PW-C4226-20

| Date | Description | Init | Hours | Amount |
|---|---|---|---|---|
| 08/26/20 | Travel to Concord and return | PW | 3.00 | 600.00 |
| 08/26/20 | Take EUO of Julie Lodes | PW | 2.50 | 500.00 |
| 08/26/20 | Brief telephone conference with Attorney Mittelholzer | PW/O | 0.20 | 0.00 |
| 08/27/20 | Review Lodes' deposition exhibits with Attorney Waystack | RG | 0.30 | 22.50 |
| 08/27/20 | Telephone conference with Attorney Mittelholzer to discuss results of Lodes EUO and discuss next steps; Conference with paralegal to review EUO exhibits and organize file | PW | 1.10 | 220.00 |
| 09/01/20 | Telephone conference with Attorney Mittelholzer to discuss potential charges and strategy, review Attorney Mittelholzer's "memo" and make edits, email to Attorney Mittelholzer | PW | 1.40 | 280.00 |
| 09/03/20 | Brief telephone conference with Attorney Mittelholzer re: 9/3/20 email message | PW/O | 0.10 | 0.00 |
| 09/03/20 | Review email from Diana Dowd Werry from FS to Committee, make notes | PW | 0.60 | 120.00 |
| 09/04/20 | Work on summary for committee | PW | 2.90 | 580.00 |
| 09/08/20 | Prepare Summary of Investigation from Attorney Waystack's notes | RG | 1.80 | 135.00 |
| 09/08/20 | Email summary notes to paralegal to transcribe | PW/O | 0.10 | 0.00 |
| 09/08/20 | Brief email response to Attorney Mittelholzer re: Lodes transcript | PW/O | 0.10 | 0.00 |
| 09/08/20 | Review partial summary draft and edit; Continue editing draft summary; Final edits to summary | PW | 1.00 | 200.00 |
| 09/09/20 | Continue drafting, reviewing and editing summary of investigation; Email summary to Attorney Mittelholzer; Telephone conference with Attorney Mittelholzer re: meeting on Friday, etc. | PW | 3.10 | 620.00 |
| 09/10/20 | Email investigation summary to Attorney Cabrera, with instructions | PW | 0.20 | 40.00 |
| 09/11/20 | Telephone conference with Attorney Mittelholzer | PW/O | 0.10 | 0.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
★★★★★★★★★★★★★★
(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 9
BILLING DATE:          02/24/21
ACCT NO.:          PW-C4226-20

| Date | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| 09/11/20 | Telephone conference with Attorney Mittelholzer | PW | 0.30 | 60.00 |
| 09/14/20 | Virtual conference with committee to discuss Clerk Bisson's EUO and status of investigation; Brief email to bookkeeper with Bisson EUO stenographer invoice | PW | 1.30 | 260.00 |
| 09/14/20 | Conference with Attorney Cabrera re: Notice | PW | 0.30 | 60.00 |
| 09/14/20 | Brief telephone conference with Attorney Mittelholzer | PW/O | 0.10 | 0.00 |
| 09/15/20 | Download, print, and reformat to send to all parties | RG | 0.30 | 22.50 |
| 09/15/20 | Receive and brief review of J. Lodes EUO transcript, email transcript to Attorney Mittelholzer with brief summary of salient points | PW | 2.10 | 420.00 |
| 09/16/20 | Telephone conference with Attorney Mittelholzer re: various issues | PW | 0.30 | 60.00 |
| 09/16/20 | Response to Avicore Reporting, pay stenographer invoice | PW | 0.30 | 60.00 |
| 09/17/20 | Follow up email to Attorney Head re: Lodes deposition | PW | 0.20 | 40.00 |
| 09/17/20 | Brief telephone conference with Attorney Mittelholzer | PW/O | 0.10 | 0.00 |
| 09/23/20 | Discuss Statement of Charges with Attorney Waystack, prepare draft | RG | 2.10 | 157.50 |
| 09/23/20 | Draft basic outline for Statement of Charges | PW | 1.00 | 200.00 |
| 09/24/20 | Review JCC rules to add to statement, revise statement of charges | RG | 0.90 | 67.50 |
| 09/24/20 | Review file notes, depositions and work on drafting and editing factual information for Statement of Charges | PW | 2.10 | 420.00 |
| 09/28/20 | Review and respond to email from Attorney Mittelholzer re: Notice | PW/O | 0.20 | 0.00 |
| 09/29/20 | Begin working on statement of charges; review Lodes EUO; review emails and other documents related to this matter | SC | 2.70 | 405.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************

(603) 237-8322
Tax ID# 02-0405672

| State of New Hampshire | | | PAGE 10 | |
|---|---|---|---|---|
| Judicial Conduct Committee | | | BILLING DATE: | 02/24/21 |
| 132 Chapel Street | | | ACC'T NO.: | PW-C4226-20 |
| Portsmouth, NH 03801 | | | | |

| | | | | |
|---|---|---|---|---|
| 09/30/20 | Continue working on statement of charges; review Bisson EUO; review relevant statutes; begin outlining | SC | 3.30 | 495.00 |
| 09/30/20 | Review documents for Attorney Cabrera | RG | 0.60 | 45.00 |
| **Total of New Services:** | | | **131.73** | **21,548.50** |

| DATE | EXPENSE | AMOUNT |
|---|---|---|
| 02/20/20 | Photocopies: 141 @ .20 | 28.20 |
| 03/13/20 | Travel to Concord and return | 104.40 |
| 03/16/20 | Photocopies: 15 @ .20 | 3.00 |
| 05/04/20 | Postage | 3.80 |
| 05/14/20 | Travel from Lancaster to Nashua and return | 158.92 |
| 06/09/20 | Photocopies: 592 @ .20 | 118.40 |
| 07/20/20 | Photocopies: 232 @ .20 | 46.40 |
| 07/22/20 | Travel to Concord and return | 104.40 |
| 08/17/20 | Pd. Avicore - Transcript - Sherry Bisson | 859.05 |
| 08/26/20 | Travel to Concord and return | 104.40 |
| 09/17/20 | Pd. Avicore - Transcript - Julianne Lodes | 658.95 |
| **Total of New Expenses:** | | **2,189.92** |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************

(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 11
BILLING DATE:        02/24/21
ACC'T NO.:        PW-C4226-20

---

## ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE: | $0.00 |
| NEW SERVICES: | $21,548.50 |
| NEW EXPENSES: | $2,189.92 |
| NEW PAYMENTS: | $0.00 |
| TOT. CURRENT PERIOD: | $23,738.42 |
| CURRENT BALANCE: | $23,738.42 |

Terms:  Net 30 days.
We accept Visa, Master Card, American Express and Discover.
THANK YOU!

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************
(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 1
BILLING DATE:        02/24/21
ACC'T NO.:        PW-C4226-21

Attn:   Robert T. Mittelholzer, Esq.

RE:   Hon. Julie Introcaso-Charging,
      Discovery & Trial Preparation Phase

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | AMOUNT |
|------|-------------------------------|-------|------|--------|
| 10/01/20 | Continue outlining and begin drafting notice of charges; review answers by respondent; review file, including relevant orders | SC | 3.50 | 525.00 |
| 10/01/20 | Brief conference with Attorney Cabrera re: Judge Introcaso's response; Telephone conference to Attoreny Mittelholzer; Second conference with Attorney Cabrera | PW | 0.80 | 160.00 |
| 10/02/20 | Finish drafting the notice of charges; conference with Attorney Waystack to discuss new charges and some minor changes to initial charges | SC | 2.50 | 375.00 |
| 10/02/20 | Review Attorney Cabrera's draft of the first 8 factual pages in statement of charges; Make edits and return to Attorney Cabrera; Conference with Attorney Cabrera | PW | 1.40 | 280.00 |
| 10/02/20 | Email revised draft of Statement of Charges to Attorney Mittelholzer with comments | PW | 0.40 | 80.00 |
| 10/02/20 | Make further edits to Statement of Charges draft and send to Attorney Mittelholzer for Committee consideration at next meeting; Review Attorney Mittelholzer's comprehensive response to draft Statement of Charges, make appropriate edits and respond | PW | 1.20 | 240.00 |
| 10/05/20 | Review Attorney Waystack's edits, review Attorney Mittelholzer's email, revise statement of formal charges accordingly; Review revisions with Attorney Waystack, schedule stenographer for hearing via email | RG | 2.50 | 187.50 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************

(603) 237-8322
Tax ID# 02-0405672

| State of New Hampshire | | | | |
|---|---|---|---|---|
| Judicial Conduct Committee | | PAGE 2 | | |
| 132 Chapel Street | | BILLING DATE: | | 02/24/21 |
| Portsmouth, NH 03801 | | ACCT NO.: | | PW-C4226-21 |

| | | | | |
|---|---|---|---|---|
| 10/05/20 | Telephone conference with Attorney Mittelholzer; Conference with Attorney Cabrera and paralegal re: edits and revisions; Review statement again carefully | PW | 2.10 | 420.00 |
| 10/06/20 | Zoom meeting, discuss edits and revise statement of formal charges accordingly | RG | 1.60 | 120.00 |
| 10/06/20 | Zoom meeting; work on file; review related matters | SC | 0.60 | 90.00 |
| 10/06/20 | Comprehensive email to Attorney Mittelholzer to discuss multiple range of code violations in connection with Statement of Charges; Review comprehensive email from Attorney Cabrera to discuss range of code violations for draft Statement of Charges, respond; Prepare further minor edits to Statement of Charges (draft 5); Email to Attorney Mittelholzer discussing potential hearing dates, anticipatory Committee approval of Statement of Charges; Review Attorney Mittelholzer's response; Email to paralegal to reserve stenographer for several sets of hearing dates anticipating Committee approval and to prepare to launch Statement of Charges for service of process on Judge Introcaso | PW | 2.40 | 480.00 |
| 10/07/20 | Schedule stenographer for 2-day hearing | RG/O | 0.10 | 0.00 |
| 10/07/20 | Review and repond to follow-up email from Attorney Mittelholzer concerning locus of hearing, best way to obtain Chair's signature on Statement of Charges, etc. | PW | 0.40 | 80.00 |
| 10/08/20 | Review committee's revisions | RG/O | 0.20 | 0.00 |
| 10/08/20 | Review several email messages from Attorney Mittelholzer; Review Judge Carbon's edits to Statement of Charges, email reponse to Attorney Mittelholzer | PW | 0.60 | 120.00 |
| 10/09/20 | Review edits to Statement of Charges by Judge Carbon, Attorney Rancourt, respond to all; Review Judge Delker's edits and respond to group; Attend Committee meeting to discuss Statement of Charges | PW | 1.70 | 340.00 |
| 10/12/20 | Consider Joelle Martin's edits to Statement of Charges, make edits on Statement of Charges | PW | 0.40 | 80.00 |

# WAYSTACK FRIZZELL
P.O. Box 137
Colebrook  NH  03576
**************
(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 3
BILLING DATE:        02/24/21
ACC'T NO.:      PW-C4226-21

| Date | Description | | | |
|------|-------------|---|---|---|
| 10/14/20 | Review, revise and finalize letter to Judge Introcaso; Prepare attachment to Notice of Hearing; Finalize Statement of Formal Charges, mail via Certified RRR | RG | 0.50 | 37.50 |
| 10/14/20 | Send final draft of Statement of Charges to paralegal to incorporate and update; Email my final edits to drafting sub-committee (Delker, Carbon, Rancourt, Martin) and Attorney Mittelholzer, consider response from Attorney Mittelholzer; Email to Attorney Mittelholzer for names of hearing panel members necessary to launch Statement of Charges; Check service of process procedure and launch Statement of Charges to Judge Introcaso via certified mail | PW | 1.40 | 280.00 |
| 10/15/20 | Email documents to Attorney Mittelholzer | RG/O | 0.10 | 0.00 |
| 10/19/20 | Telephone conference from Attorney Dempsey re: status, etc.; Brief email exchange with Attorney Mittelholzer; Brief telephone conference with paralegal to check tracking with post office; Email exchange with Attorney Delaney | PW | 0.60 | 120.00 |
| 10/20/20 | Scan and email letter to Judge Introcaso, Statement of Formal Charges and Notice of Hearing with attachment to Attorney Delaney | RG | 0.20 | 15.00 |
| 10/20/20 | Telephone conference with Attorney Delaney re: discovery, etc.; Telephone conference with Attorney Mittelholzer re: status; Email follow-up to Attorney Delaney; Brief email to Attorney Mittelholzer with contact information | PW | 1.40 | 280.00 |
| 10/21/20 | Telephone conference with Attorney Mittelholzer re: service of process, follow-up email; Brief email to Attorney Delaney | PW | 0.70 | 140.00 |
| 10/22/20 | Telephone conference with Attorney Delaney re: preliminary discovery requests, possible resolution without hearing, discovery re: AOC files | PW | 1.10 | 220.00 |
| 10/22/20 | Email to Attorney Mittelholzer | PW | 0.20 | 40.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
***************

(603) 237-8322
Tax ID# 02-0405672

| State of New Hampshire | | | | |
|---|---|---|---|---|
| Judicial Conduct Committee | | PAGE 4 | | |
| 132 Chapel Street | | BILLING DATE: | | 02/24/21 |
| Portsmouth, NH 03801 | | ACCT NO.: | | PW-C4226-21 |

| Date | Description | Init | Hours | Amount |
|---|---|---|---|---|
| 10/23/20 | Review file, retrieve EUO exhibits, scan and save electronic versions of exhibits, download, print and review letter from attorney general's office | RG | 1.80 | 135.00 |
| 10/23/20 | Review Attorney Mittelholzer's comprehensive response about discovery procedures, dispute resolution, etc.; Telephone conference with Asst. Atty. Gen. Ward re: AG's demand for discovery from JCC; Review follow-up letter and email from Asst. Atty. Gen. Ward; Telephone conference with Attorney Mittelholzer re: AG's discovery requests | PW | 1.80 | 360.00 |
| 10/26/20 | Download and print letter from Attorney Dempsey; Redact investigator's summary | RG | 0.20 | 15.00 |
| 10/26/20 | Telephone conference with Attorney Dempsey re: discovery, Judge Derby; Telephone conference with Attorney Mittelholzer re: Asst. Atty. Gen. Ward's discovery letter; Review JCC draft letter to Asst. Atty. Gen. Ward; Brief review of Supreme Court Rule 40(10) | PW | 1.20 | 240.00 |
| 10/27/20 | Further redact investigator's summary; Review file and emails for Sherry Bisson errata sheet; Scan and email Julianne Lodes errata sheet to Attorney Waystack | RG | 0.30 | 22.50 |
| 10/28/20 | Download and print Sherry Bisson errata sheet, scan Lodes emails with Judge to provide to opposing attorney | RG | 0.30 | 22.50 |
| 10/28/20 | Telephone conference with Attorney Mittelholzer re: grand jury subpoena, strategic discussion of court oversight | PW | 0.80 | 160.00 |
| 10/28/20 | Email exchange with Attorney Head re: Bisson signature page | PW | 0.40 | 80.00 |
| 11/02/20 | Scan Bisson email correspondence and incorporate into deposition exhibit | RG | 0.20 | 15.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 5
BILLING DATE:          02/24/21
ACC'T NO.:          PW-C4226-21

| Date | Description | | | |
|---|---|---|---|---|
| 11/02/20 | Review email from Attorney Mittelholzer; Review letter from Asst. Atty. Gen. Ward and grand jury subpoena; Brief telephone conference with Attorney Mittelholzer; Telephone conference with Attorney Delaney; Telephone conference with Attorney Mittelholzer re: grand jury, etc. | PW | 1.30 | 260.00 |
| 11/05/20 | Review email from Attorney Delaney enclosing extensive combined discovery requests to JCC and AOC | PW | 0.60 | 120.00 |
| 11/06/20 | Email response to Attorney Delaney (cc Attorneys Mittelholzer and Dempsey) and email to Attorney Mittelholzer re: extensive discovery requests for Attorney Delaney; Telephone conference with Attorney Mittelholzer to discuss; Review email from Attorney Mittelholzer | PW | 1.60 | 320.00 |
| 11/09/20 | Review discovery requests with Attorney Waystack; Prepare index of response responsibility | RG | 0.80 | 60.00 |
| 11/09/20 | Review Attorney Delaney's email re: 3-way discovery conference (AOC & JCC), respond; Review Attorney Dempsey's response | PW | 0.60 | 120.00 |
| 11/10/20 | Prepare draft responses to discovery requests | RG | 1.90 | 142.50 |
| 11/10/20 | Send Zoom invite to Attorneys Delaney & Dempsey; Host Zoom dicovery meeting with counsel; Email Attorney Mittelholzer first set of draft responses to discovery requests; Review Attorney Delaney's email; Respond to Attorney Dempsey's email; Review Supreme Court Rule 40 & Superior Court Rule 23 and begin drafting discovery responses | PW | 2.60 | 520.00 |
| 11/11/20 | Prepare email to opposing attorney with Bisson EUO and exhibits; Prepare email to opposing attorney with Lodes EUO and exhibits; Prepare email to Attorney Dempsey with review spreadsheet of discovery request; Prepare trial preparation checklist | RG | 0.90 | 67.50 |

# WAYSTACK FRIZZELL
P.O. Box 137
Colebrook  NH  03576
**************
(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 6
BILLING DATE:          02/24/21
ACCT NO.:          PW-C4226-21

| Date | Description | Init | Hours | Amount |
|---|---|---|---|---|
| 11/11/20 | Substantive email to paralegal re: response to oral and written discovery requests; Anticipate return call from Asst. Atty. Gen. Ward; Send draft discovery response to Attorney Dempsey prior to phone call | PW | 0.40 | 80.00 |
| 11/12/20 | Conference with Attorneys Dempsey & Head re: AOC discovery responses; Telephone conference with Asst. Atty. Gen. Ward re: inspection; Telephone conference with Attorney Mittelholzer; Review extensive email from Attorney Delaney about proposed discovery repsonses from both JCC & NHJB, forward to Attorney Mittelholzer in anticipation of Committee meeting | PW | 1.80 | 360.00 |
| 11/16/20 | Brief telephone conference with Attorney Mittelholzer re: standing discovery orders, review discovery order | PW | 0.40 | 80.00 |
| 11/17/20 | Several emails to/from Attorney Delaney | PW | 0.50 | 100.00 |
| 11/18/20 | Email exchanges with counsel re: Zoom meeting on discovery order; Attend Zoom meeting with Attorneys Dempsey and Head re: recent standing discovery order | PW | 0.80 | 160.00 |
| 11/19/20 | Download, print and review Judge Introcaso's response to Statement of Formal Charges | RG/O | 0.30 | 0.00 |
| 11/19/20 | Review Attorney Delaney's email, respond to file response with JCC | PW | 0.30 | 60.00 |
| 11/20/20 | Conference with Attorney Waystack; Prepare discovery responses | RG | 0.40 | 30.00 |
| 11/20/20 | Continue working on discovery responses to Requests for Inspection; Send J. Lodes EUO exhibit to opposing attorney | RG | 1.70 | 127.50 |
| 11/23/20 | Review and edit initial draft of Request for Inspection; Telephone conference with Attorney Mittelholzer re: trial facility issues | PW | 0.80 | 160.00 |
| 11/24/20 | Review Attorney Delaney's email, brief response | PW | 0.30 | 60.00 |
| 11/25/20 | Conference with Attorney Waystack; Scan and email Nancy Dabilis' emails to opposing attorney | RG | 0.20 | 15.00 |

# WAYSTACK FRIZZELL
P.O. Box 137
Colebrook  NH  03576
**************
(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 7
BILLING DATE:        02/24/21
ACCT NO.:        PW-C4226-21

| Date | Description | | | |
|------|-------------|---|---|---|
| 11/25/20 | Conference with paralegal to scan and send Nancy Dabilis emails to Attorney Delaney; Email to Attorneys Ward and Delaney re: inspection of exhibits, follow up; Review and edit responses to Request for Inspection; Telephone conference with Attorney Dempsey re: various discovery issues; Email to Attorney Mittelholzer re: inspection of JCC files; Email to Attorneys Ward and Delaney re: inspecting documents at DOJ | PW | 4.20 | 840.00 |
| 11/27/20 | Continue work on preliminary responses to RTP; Review and make edits to draft interrogatory answers; Email exchange with paralegal re: various drafts and edits; review response of NHJB (Dempsey) to various discovery requests | PW | 3.60 | 720.00 |
| 11/29/20 | Email to Attorney Delaney to try to arrange second discovery meeting with AOC after early meeting at DOJ | PW | 0.30 | 60.00 |
| 11/30/20 | Continue working on discovery responses; Review file, EUO's and exhibits for inspection | RG | 0.60 | 45.00 |
| 11/30/20 | Email to Robin Partello re: hearing preparation; Email exchange with Attorney Delaney about various inspections, AG, AOC, JCC; Email and phone call with Attorney Dempsey re: inspections, etc. | PW | 4.10 | 820.00 |
| 12/01/20 | Travel from Whitefield to Concord and return | PW | 3.20 | 640.00 |
| 12/01/20 | Meet Attorney Delaney at Attorney General's office to review subpoena documents, then proceed to AOC to review Attorney Dempsey's investigative file and discuss discovery generally | PW | 5.80 | 1,160.00 |
| 12/02/20 | Review emails of Attorneys Delaney and Mittelholzer re: inspection of JCC records; Substantive response to Attorney Delaney re: status of discovery; Telephone conference with Attorney Mittelholzer re: brief review of JCC documents transmitted to Attorney Delaney | PW | 2.70 | 540.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************
(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 8
BILLING DATE:      02/24/21
ACCT NO.:      PW-C4226-21

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 12/03/20 | Review extensive email re: discovery requests and plans with Attorney Delaney, forward to Attorney Mittelholzer; Telephone conference with Asst. Atty. Gen. Boffetti re: NHJB representation; Discuss motion to continue hearing with all counsel; Email to Attorney Mittelholzer re: discovery requests to JCC, visit; More email exchanges with Attorney Delaney about priority of certain depositions, NHJB motion to quash | PW | 1.40 | 280.00 |
| 12/04/20 | Draft, revise and finalize Motion to Continue | RG | 0.30 | 22.50 |
| 12/04/20 | Finish up interrogatory answers; Telephone conference with Attorney Delaney re: deposition dates; Email to all re: deposition dates; Telephone conference with paralegal to make edits to interrogatories; Brief discovery update to Attorney Mittelholzer; Set up Zoom with Attorneys Delaney and Boffetti; Research Partello litigation; Letter to Robin Partello re: hearing and contact; Draft motion to continue, review and edit; Several email exchanges with Attorney Mittelholzer re: motion to continue hearing, etc.; Email all counsel re: order on motion to continue hearing, discuss locus and procedure for upcoming depositions | PW | 4.30 | 860.00 |
| 12/07/20 | Complete Motion to Continue Hearing, continue preparing interrogatory answers | RG | 0.30 | 22.50 |
| 12/07/20 | Review and final edits to interrogatory answers; Telephone conference with Attorney Dempsey; Email draft answers to Attorneys Dempsey, Head, and Boffetti; Telephone conference with Attorney Mittelholzer; Review Attorney Dempsey response | PW | 1.20 | 240.00 |
| 12/08/20 | Email to all counsel (now Asst. Atty. Gen. Boffetti for NHJB) to set up Zoom meeting to discuss discovery dispute re: depositions of NHJB staff, meet remotely with counsel | PW | 0.90 | 180.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 9
BILLING DATE:          02/24/21
ACCT NO.:             PW-C4226-21

| Date | Description | | | |
|------|-------------|---|---|---|
| 12/09/20 | Revise and finalize interrogatory answers and email to Attorney Waystack; Send Requests to Produce responses to Attorney Waystack | RG | 1.00 | 75.00 |
| 12/09/20 | Email to all counsel re: arrange dates for NHJB staff / judge deposition; Review Attorney Boffetti's response to live depositions; Email copies of court file originally in Attorney Mittelholzer's hands to Attorneys Delaney and Boffetti; Send Zoom invite to all counsel for Friday | PW | 1.00 | 200.00 |
| 12/10/20 | Review email from Attorney Boffetti re: production of color copy of Volume I of Partello files, respond; Brief phone call with Attorney Boffetti re: impeachment exhibit | PW | 0.70 | 140.00 |
| 12/11/20 | Revise and resend discovery requests to Attorney Waystack | RG | 0.50 | 37.50 |
| 12/11/20 | Work on responses to Requests for Production; Email to paralegal; Initiate zoom conference with Attorneys Delaney and Boffetti to discuss resolving outstanding discovery requests; Telephone conference with Attorney Mittelholzer re: hearing dates, discovery; Email several discovery documents to Attorneys Delaney and Boffetti | PW | 1.60 | 320.00 |
| 12/14/20 | Prepare notice of hearing and revise hearing panel composition | RG | 0.50 | 37.50 |
| 12/14/20 | Revise Notice of Hearing; Review and diary dates for depositions of parties | RG | 0.70 | 52.50 |
| 12/14/20 | Email to paralegal re: reschedule hearing, need to draft new hearing notice; Email to Attorney Mittelholzer re: new hearing notice; Email new JCC Scheduling Order to Attorney Boffetti (cc all counsel) | PW | 0.90 | 180.00 |
| 12/16/20 | Scan signed notice of hearing and email to Attorney Waystack | RG/O | 0.20 | 0.00 |
| 12/16/20 | Quick telephone conference with Attorney Mittelholzer re: notice of hearing | PW/O | 0.20 | 0.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook NH 03576
**************

(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 10
BILLING DATE:        02/24/21
ACCT NO.:        PW-C4226-21

| Date | Description | | | |
|------|-------------|---|---|---|
| 12/16/20 | Work on Requests for Production; Telephone conference with Attorney Boffetti re: privileged matter; Email document to Attorney Boffetti | PW | 1.40 | 280.00 |
| 12/17/20 | Review email from Attorney Boffetti with 3rd production of NHJB documents; Conference with paralegal re: printing and organizing into binders; Review "anonymous" email re: Judge Introcaso complaint; Telephone conference with Attorney Mittelholzer re: anonymous claims; Review 3rd production of documents from NHJB; Email documents received by Robin Partello to Attorney Mittelholzer; Review emails from Nancy Dibilis in preparation for her deposition on Monday; Email exhibits to Attorney Boffetti; Email to Attorney Delaney re: Dabilis exhibits; Begin to review investigative file from NHJB re: Dempsey investigation; Email to Attorney Rancourt re: her issuance of subpoenas, acknowledge her prompt response; Several additional email exchanges with other counsel to reserve deposition dates, etc. | PW | 5.30 | 1,060.00 |
| 12/18/20 | Work on discovery responses and send to Attorney Waystack for review; Finalize discovery responses and send to opposing attorney via email | RG | 1.30 | 97.50 |
| 12/18/20 | Review Attorney Delaney's email re: deposition dates and times; Several email exchanges with counsel re: confirm deposition dates; Review Attorney Boffetti's email re: deposition dates; Email to Attorney Rancourt re: subpoenas to be issued by JCC | PW | 1.30 | 260.00 |
| 12/21/20 | Draft subpoenas for depositions of (4) witnesses and email to Attorney Waystack | RG | 0.80 | 60.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************
(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 11
BILLING DATE:        02/24/21
ACCT NO.:       PW-C4226-21

| Date | Description | | | |
|------|-------------|------|------|--------|
| 12/21/20 | Forward Attorney Boffetti's email for dates/times of depositions to paralegal to prepare subpoena for depositions of witnesses requested by Judge Introcaso; Email to Attorney Rancourt re: signing of subpoena once duces tecum nature of subpoena is determined; Email to Attorneys Boffetti and Delaney re: details about depositions, confirm dates and times, discuss links to initiate remote depositions, stenographer retention, etc.; Email drafts of subpoenae re: duces tecum; Email exchange with Attorney Rancourt after executing subpoenae | PW | 1.20 | 240.00 |
| 12/22/20 | Download and print signed subpoenas to be sent to opposing attorney | RG | 0.20 | 15.00 |
| 12/22/20 | Prepare email attaching 4 subpoenas to Attorneys Delaney and Boffetti for witness depositions; Review Attorney Boffetti's request for JCC complaints and answers; Email to Attorney Mittelholzer and paralegal re: electronic files to send to Attorney Boffetti; Email to Attorney Boffetti re: "offensive" discovery against Judge Introcaso; Telephone conference with Attorney Mittelholzer re: discovery requests | PW | 1.10 | 220.00 |
| 12/23/20 | Prepare subpoenas and email to Attorney Rancourt for signing | RG | 0.50 | 37.50 |
| 12/23/20 | Email to Attorney Delaney re: his request for subpoenas to issue; Review extensive email response from Attorney Delaney re: nature of Judge Introcaso's deposition, etc.; Substantive email to Attorney Mittelholzer re: JCC view on advisability of remote depositions of Judge Introcaso, view his response | PW | 0.90 | 180.00 |
| 12/24/20 | Download, print subpoenas and diary deposition, send discovery documents to Attorney Waystack via email to send to Attorney Boffetti | RG | 0.90 | 67.50 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************
(603) 237-8322
Tax ID# 02-0405672

| State of New Hampshire | | | PAGE 12 | | |
| Judicial Conduct Committee | | | BILLING DATE: | 02/24/21 | |
| 132 Chapel Street | | | ACC'T NO.: | PW-C4226-21 | |
| Portsmouth, NH 03801 | | | | | |

| 12/24/20 | Email to Attorney Mittelholzer re: status of depositions, 7 subpoenas issued - 3 subject to NHJB motion to quash (Supreme Court) | PW | 0.30 | 60.00 |
|---|---|---|---|---|
| 12/28/20 | Continue response to opposing attorney; Scan and upload attachments to associate attorney's shared file, make copies for Attorney Waystack | RG | 2.30 | 172.50 |
| 12/28/20 | Review and print off Attorney Boffetti's motion to quash subpoenas, review; Review emails from Supreme Court Clerk Gondas re: e-filing; Brief telephone conference with Attorney Mittelholzer re: status | PW | 0.80 | 160.00 |
| 12/30/20 | Several email exchanges with Attorneys Delaney and Boffetti re: various discovery issues; Telephone conference with Attorney Andrew Piela re: Judge Introcaso conflict with Attorney Sternenberg post Partello; Telephone conference with Attorney Mittelholzer | PW | 1.40 | 280.00 |
| 12/31/20 | Download, print and organize audio recordings from J. King report to JCC; Prepare index and binder of documents assembled, download and listen to audio recording of court proceeding, summarize; Prepare subpoena duces tecum for GAL; Prepare subpoena for deposition for GAL | RG | 2.60 | 195.00 |
| 12/31/20 | Telephone conference with Attorney Boffetti re: Judge Introcaso's request to tour certain areas of courthouse; Telephone conference with Attorney Dempsey re: search capabilities in Odyssey, prepared subpoenas; Email correspondence with counsel; Telephone conference with Attorney Dempsey re: Judge Introcaso deposition date; Emails to Attorney Rancourt about issuing subpoena | PW | 1.20 | 240.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************

(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 13
BILLING DATE:          02/24/21
ACCT NO.:          PW-C4226-21

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 01/04/21 | Download, print and review documents filed by opposing attorney and associate attorney for deposition; Prepare Attorney Waystack's Appearance and Response to Motion to Quash to Supreme Court and file elctronically; Download and print Attorney Boffetti's Appearance | RG | 1.00 | 75.00 |
| 01/04/21 | Review Motion to Quash, Judge Introcaso's response, prepare response; Review and edit responses; Email to Attorney Mittelholzer re: status of discovery; Second email to Attorney Mittelholzer re: plan for new report; Respond to Attorney Delaney's email service of his objection to NHJB Motion to Quash; Email exchange among counsel re: deposition and exhibits protocol | PW | 2.30 | 460.00 |
| 01/05/21 | Research process to obtain audio of court proceeding; Telephone conference to court; Email to court requesting case summary, download, print and revise case summary and send to Attorney Waystack for review; Prepare letter to court to request audio recording | RG | 1.60 | 120.00 |
| 01/06/21 | Download, print documents on flash drive; Prepare copy of flash drive for Attorney Waystack; Prepare index of documents and create a binder, download, print, review and create binder of 2nd Vol. Prod., prepare index | RG | 3.80 | 285.00 |
| 01/06/21 | Review email from Attorney Piela, respond; Telephone conference with paralegal to prepare exhibit; Email in response to Attorney Boffetti's request to change deposition time; Work on response to Attorney Mittelholzer re: position on Covert case; Telephone conference with Robin Partello; Telephone conference with Doug Arseneau; Telephone conference with Gail Drobat; Email to Attorney Mittelholzer re: trial subpoena | PW | 3.20 | 640.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook NH 03576
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 14
BILLING DATE:       02/24/21
ACCT NO.:          PW-C4226-21

| Date | Description | | | |
|------|-------------|---|---|---|
| 01/07/21 | Download and review Dempsey investigation file; Prepare index of documents filed by NHJB with Motion to Quash Subpoena; Download and print 3rd Vol. Prod., review, summarize; Create binder and index of documents | RG | 3.20 | 240.00 |
| 01/07/21 | Review email from Diane Haley; Email message to Attorney Mittelholzer re: Haley complaint; Brief review of discovery documents from NHJB (Boffetti), voluntary production #3 | PW | 1.20 | 240.00 |
| 01/08/21 | Download, print, review and compile binder of documents from Judge King to JCC; Prepare index of documents, summarize, create copy of audio court proceedings from 4th Vol. Prod. | RG | 3.00 | 225.00 |
| 01/08/21 | Email to Attorney Boffetti re: link to Cloud does not open; Email to Attorney Delaney about exhibits for Nancy Dabilis deposition, revise response; Review notes of Attorney Dempsey, interview with Ms. Dabilis; Draft trial subpoena for Robin Partello; Email subpoena to Attorney Rancourt for issuance; Review Supreme Court order re: quash order on subpoenas of Dempsey, Dabilis and Lodes | PW | 1.90 | 380.00 |
| 01/11/21 | Download, print and review opposing attorney's exhibits for Dabilis' deposition, create index for Attorney Waystack; Work on master deposition exhibit list / index | RG | 3.00 | 225.00 |
| 01/11/21 | Email correspondence about deposition exhibits and additional requests for photos, appear at deposition of Nancy Dabilis, cross-examine witness | PW | 5.90 | 1,180.00 |
| 01/11/21 | Telephone conference with Attorney Delaney re: discussion about resolution pror to hearing | PW | 0.40 | 80.00 |
| 01/12/21 | Download and save exhibits from opposing attorney for Judge Leary's deposition, create index; Download, print and save photos from Attorney Boffetti as 5th voluntary disclosure | RG | 1.50 | 112.50 |

# WAYSTACK FRIZZELL
P.O. Box 137
Colebrook NH 03576
**************
(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 15
BILLING DATE:        02/24/21
ACC'T NO.:        PW-C4226-21

| | | | | |
|---|---|---|---|---|
| 01/12/21 | Review emails from Attorneys Boffetti and Delaney re: various matters involving depositions and trial preparation; Review emails from NHJB with photos of 9th Circuit Court, save photos for trial exhibits; Review and respond to emails re: exhibits for Judge Leary deposition; Brief telephone conference with Attorney Mittelholzer | PW | 1.40 | 280.00 |
| 01/13/21 | Attend deposition of Judge James Leary, cross-examine witness, work on trial preparation, organization, witness and subpoena list, tasks to be performed | PW | 5.10 | 1,020.00 |
| 01/14/21 | Review documents, scan and prepare exhibits and exhibit list for J. Derby deposition and send to Attorney Waystack; Continue preparing master exhibit list for trial | RG | 2.60 | 195.00 |
| 01/14/21 | Review file and prepare exhibits for cross-examination of Judge Derby, send to Attorney Boffetti and Avicore; Separate emails to Attorneys Boffetti and Delaney re: Derby deposition exhibits | PW | 2.10 | 420.00 |
| 01/15/21 | Begin preparing PowerPoint slides for trial; Send exhibit list and exhibits to Avicore; Send exhibit to Attorney Boffetti; Review calendar with Attorney Waystack to schedule Judge Introcaso's deposition; Download, print and review opposing attorney's deposition exhibits for Derby and DalPra depositions, create index; Continue preparing master exhibit list for trial | RG | 3.20 | 240.00 |
| 01/15/21 | Email to Attorney Delaney re: exhibit marking; Review email from Attorney Mittelholzer re: "walk-through" of hearing room and plans for our walk-through with practice time for electronics; Email exchange with paralegal re: specific exhibits for Derby deposition; Review email exchange between paralegal and AG's office for exhibit transfer | PW | 1.30 | 260.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
***************

(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 16
BILLING DATE:          02/24/21
ACCT NO.:          PW-C4226-21

| Date | Description | | | |
|------|-------------|---|---|---|
| 01/17/21 | Work on deposition preparation for Judge Mark Derby and Marital Master Bruce DalPra; Print off and organize Judge Introcaso's exhibits; Prepare JCC exhibits, index; Prepare outlines for each document; Review Attorney Delaney's link to share file to download and print exhibits | PW | 3.30 | 660.00 |
| 01/18/21 | Attend deposition of Judge Mark Derby, cross-examine | PW | 4.80 | 960.00 |
| 01/18/21 | Attend deposition of Marital Master Bruce DalPra, cross-examine | PW | 1.70 | 340.00 |
| 01/18/21 | Review Attorney Delaney's email re: missing exhibits; Re-send JCC Exhibits #1-4 to Attorneys Delaney, Boffetti; Review email from Attorney Dempsey to Attorney Delaney re: virtual tour of Odyssey case management system on Tuesday; Review NHJB's 7th voluntary discovery production, document mentioned in Derby deposition; Brief review of Volume II of Partello file; Email exchange with Attorney Delaney's office re: additional exhibits; Review email exchange by Attorney Delaney about photos | PW | 1.80 | 360.00 |
| 01/19/21 | Zoom conference re: Odyssey program and information re: Judge Introcaso; Print additional discovery, summarize, and compile in binders; Download, print and compile 6th and 7th Vol. Prod. | RG | 2.80 | 210.00 |
| 01/19/21 | Email exchange with counsel re: Lodes and Bisson deposition; Attend NHJB demonstration of Odyssey program at Attorney Delaney's request; Organize documents in preparation of Lodes & Bisson depositions; Email exchange among counsel re: planned depositions on Thursday (Lodes & Bisson) | PW | 2.40 | 480.00 |
| 01/20/21 | Download, print exhibits, create index; Review exhibits and continue master exhibit list for trial | RG | 1.30 | 97.50 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook NH 03576
***************

(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 17
BILLING DATE:          02/24/21
ACC'T NO.:          PW-C4226-21

| | | | | |
|---|---|---|---|---|
| 01/20/21 | Review email of Attorney Boffetti; Download and brief review of Volume II of the Partello file; Review and respond to email exchange among Attorneys Delaney & Boffetti re: time limitations on discovery for Lodes/Bisson; Email to Attorneys re: pretrial conference; Follow-up emails on walk-through, pretrial hearing | PW | 1.20 | 240.00 |
| 01/21/21 | Review deposition transcripts, summarize | RG | 1.20 | 90.00 |
| 01/21/21 | Defend depositions of Sherry Bisson and Julianne Lodes | PW | 3.60 | 720.00 |
| 01/21/21 | Review J. Lodes EUO and exhibits; Brief review of email from Attorney Quinlan with Judge Introcaso's new discovey requests; Email from Attorney Mittelholzer to notify of dates/times of pretrial conference | PW | 1.10 | 220.00 |
| 01/22/21 | Continue reviewing exhibits and preparing master exhibit list for trial | RG | 1.00 | 75.00 |
| 01/22/21 | Telephone conference with Attorney Mittelholzer re: recent discovery request to JCC re: "native" emails with Clerk Bisson; Second telephone conference with Attorney Mittelholzer re: discovery request; Telephone conference with Attorney Boffetti re: recent discovery request | PW | 0.80 | 160.00 |
| 01/23/21 | Substantive email to Attorney Witmon and paralegal re: steps to take for trial preparation | PW | 0.50 | 100.00 |
| 01/24/21 | Email to paralegal re: link to cloud for Bisson deposition exhibits; Review EUO's and investigation summary (Dempsey) for previous witness statements | PW | 1.40 | 280.00 |
| 01/25/21 | Notify Avicore of COVID protocols and retain stenographer for two additional hearing days | RG | 0.20 | 15.00 |
| 01/26/21 | Contact Avicore to schedule Judge Introcaso's deposition; Prepare GAL appointment orders and outline and index for Attorney Waystack | RG | 0.80 | 60.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************

(603) 237-8322
Tax ID# 02-0405672

| | | | | |
|---|---|---|---|---|
| State of New Hampshire | | PAGE 18 | | |
| Judicial Conduct Committee | | BILLING DATE: | | 02/24/21 |
| 132 Chapel Street | | ACCT NO.: | | PW-C4226-21 |
| Portsmouth, NH 03801 | | | | |
| 01/26/21 | Email exchanges with Attorney Delaney re: Judge Introcaso's deposition; Email from paralegal re: "new" evidence, 8 orders on Appointment of GAL (Sternenberg), ask her to mark and prepare index | PW | 0.90 | 180.00 |
| 01/27/21 | Review of court orders and protocols for February trial, discussion with Attorney Waystack re: substance of meeting with Robin Partello | RW | 0.80 | 80.00 |
| 01/27/21 | Prepare outline for Partello meeting; Download and print documents from R. Partello re: appeal; Download, print original documents removed from Partello file | RG | 1.00 | 75.00 |
| 01/27/21 | Review email from Attorney Mittelholzer re: JCC protocols; Email new protocols to paralegal, Attorney Witmon; Email to Attorney Boffetti re: witness subpoenas, service; Emails to Attorney Rancourt re: issuance of subpoenas; Email Partello testimony outline to paralegal to prepare and add exhibit references; Work on Partello testimony outline; Email to Ms. Partello to confirm upcoming meeting | PW | 1.90 | 380.00 |
| 01/28/21 | Download and print 8th voluntary production from NHJB; Review state court jury trial plan; Compile binder of plan, Covid protocol orders for Attorney Waystack; Prepare subpoenas and send to Attorney Rancourt for signing; Download / print signed subpoenas for submission to counsel of record; Review Partello file to preare exhibit list and documents for meeting with Partello | RG | 2.40 | 180.00 |
| 01/28/21 | Telephone conference with Attorney Mittelholzer re: Webex to Attorney Boffetti; Telephone conference with Attorney Boffetti re: service of subpoenas on NHJB witnesses; Work on trial preparation package to discuss with Robin Partello; Telephone conference to Attorney Delaney; Email to Attorney Delaney re: Judge Introcaso deposition start time; Work on exhibit list for trial | PW | 1.70 | 340.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************

(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 19
BILLING DATE:        02/24/21
ACC'T NO.:           PW-C4226-21

| Date | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| 01/29/21 | Review exhibits and protocol for hearing; Draft pretrial statement; Prepare subpoena for Judge Introcaso's deposition; Download and print 9th Vol. Prod. from Attorney Boffetti (NHJB) | RG | 1.50 | 112.50 |
| 01/29/21 | Travel from Lancaster to Nashua and return | PW/O | 4.30 | 0.00 |
| 01/29/21 | Meet with Robin Partello to prepare for trial; Review testimony outline and exhibits | PW | 2.10 | 420.00 |
| 01/29/21 | Email to Attorney Mittelholzer re: "trial in absentia"; Email to Attorney Delaney re: subpoena for Judge Introcaso deposition if no agreement | PW | 0.60 | 120.00 |
| 01/31/21 | Edited draft pretrial statement and draft exhibit and witness list | RW | 0.50 | 50.00 |
| 01/31/21 | Review and edit pretrial statement; Email edits to paralegal | PW | 0.50 | 100.00 |
| 02/01/21 | Began reviewing deposition transcripts | RW | 0.70 | 70.00 |
| 02/01/21 | Review draft of pretrial conference statement, make edits and return to paralegal; Final review and edit of pretrial statement and email to Attorneys Delaney and Boffetti in advance of hearing, along with witness and exhibit list | PW | 0.80 | 160.00 |
| 02/01/21 | Download, print deposition transcripts and exhibits for Dabilis, Derby, DalPra and Leary, send to Attorneys Waystack and Witmon, send to Attorney Boffetti | RG | 1.90 | 142.50 |
| 02/01/21 | Telephone conference with Attorney Waystack in preparation for pretrial hearing | RW/O | 0.20 | 0.00 |
| 02/02/21 | Attended pretrial hearing, continued reviewing deposition transcripts; Telephone conference with Attorney Waystack | RW/O | 1.20 | 0.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************

(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 20
BILLING DATE:          02/24/21
ACC'T NO.:          PW-C4226-21

| Date | Description | | | |
|---|---|---|---|---|
| 02/02/21 | Prepare notice of deposition for Judge Introcaso, review and edit draft; Email exchange with Attorney Boffetti re: meeting with 3 witnesses from Clerk's office for final trial preparation; Work on witness testimony outline with reference to exhibits; Email to paralegal re: launch deposition notice in afternoon; Review lengthy email from Attorney Delaney re: Odyssey search and production of hard copies of "screen shots"; Email exchange with paralegal re: specific exhibit preparation; Brief review of 9th voluntary discovery production from NHJB, note Judge Introcaso's response; Respond to Attorney Boffetti's request for Lodes and Bisson deposition transcripts; Second email re: Judge Leary testimony date | PW | 3.30 | 660.00 |
| 02/03/21 | Review message from Robin Partello re: her testimony, respond; Further preparation on witness testimony outlines; Send paralegal an additional exhibit; Brief review of deposition transcripts of Julianne Lodes and Sherry Bisson; Email response to Attorney Dempsey re: witness timing for trial | PW | 2.30 | 460.00 |
| 02/03/21 | Prepare Attorney Waystack's witness outline in preparation for meeting with witnesses, send subpoenas to Attorney Dempsey | RG | 0.50 | 37.50 |
| 02/04/21 | Review emails about issuance of subpoenas for Attorney Delaney; Telephone conference with Attorney Boffetti; Telephone conference with Attorney Mittelholzer; Email to Attorney Boffetti; Telephone conference with Attorney Boffetti re: motion to quash; Email subpoenas to Attorney Rancourt for issuance | PW | 1.60 | 320.00 |
| 02/04/21 | Review Judge Derby deposition and summarize key points | RG | 3.60 | 270.00 |
| 02/05/21 | Email to Attorneys Delaney and Boffetti re: dispute about Attorney Dempsey subpoena | PW | 0.30 | 60.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************

(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 21
BILLING DATE:        02/24/21
ACC'T NO.:          PW-C4226-21

| Date | Description | | | |
|---|---|---|---|---|
| 02/05/21 | Download and print emergency order on motion to quash and signed subpoenas from Attorney Rancourt, review and summarize Judge Leary's deposition | RG | 1.90 | 142.50 |
| 02/06/21 | Work on exhibits and prepare for deposition of Judge Introcaso | PW | 2.80 | 560.00 |
| 02/07/21 | Continue preparing for Judge Introcaso deposition, create outline of testimony; Mark exhibits for the deposition | PW | 3.70 | 740.00 |
| 02/07/21 | Review and respond to Attorney Delaney's emails re: Judge Introcaso deposition exhibits | PW | 0.50 | 100.00 |
| 02/08/21 | Prepared exhibits for deposition of Judge Introcaso with Attorney Waystack | RW | 0.50 | 50.00 |
| 02/08/21 | Continue working on exhibit and exhibit index preparation for trial; Email paralegal with update; Brief email exchange with all interested parties to confirm walk-through plans; Telephone conference with paralegal re: final exhibit and witness lists preparation and filing; Email to paralegal re: new PowerPoint slides; Email Attorneys Delaney, Boffetti and Witmon exhibits to be used at Judge Introcaso deposition | PW | 1.60 | 320.00 |
| 02/08/21 | Depose Judge Introcaso | PW | 4.70 | 940.00 |
| 02/08/21 | Prepare exhibit list for Judge Introcaso's deposition, revise and add slides to PowerPoint and send to Attorney Waystack | RG | 1.00 | 75.00 |
| 02/08/21 | Attended deposition of Judge Introcaso | RW/O | 5.00 | 0.00 |
| 02/09/21 | AOC Trial walkthrough and travel | RW/O | 6.20 | 0.00 |
| 02/09/21 | Travel from Whitefield to AOC trial court center and return; Attend "walk-through" in hearing room, check out locations for PowerPoint screen, do PowerPoint run-through; Conference with Attorneys Dempsey and Head re: witnesses; Telephone conference with Deputy Attorney General Jane Young, Assistant Attorney General Ward re: Judge Introcaso deposition | PW | 5.60 | 1,120.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************

(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 22
BILLING DATE:        02/24/21
ACCT NO.:        PW-C4226-21

| Date | Description | | | |
|---|---|---|---|---|
| 02/09/21 | Send deposition transcripts and exhibits and Judge Introcaso's response to statement of formal charges to AG's office | RG | 0.30 | 22.50 |
| 02/09/21 | Review documents to prepare trial exhibit list, add slides to PowerPoint and email to Attorney Waystack and Attorney Witmon; Review and summarize Julianne Lodes' deposition transcript, download errata sheets and organize deposition transcripts | RG | 4.00 | 300.00 |
| 02/10/21 | Reviewed final exhibit list; Telephone conference with Attorney Mittelholzer re: deadline to file objection to motions in limine; Reviewed 3 motions and began drafting objections / responses | RW | 3.40 | 340.00 |
| 02/10/21 | Email to Attoney Quinlan re: Motion in Limine; Email exchange with Attorney Boffetti re: witness re-scheduling; Email exchange with Attorney Witmon re: exhibit list; Email Attorneys Delaney and Quinlan exhibit and witness lists; Email to Asst. Atty. Gen. Ward about ex parte deposition excerpts; Telephone conference with Avicore re: Attorney General's request; Email trial exhibit and witness list to JCC per order; Brief email and phone calls with Attorney Mittelholzer re: deposition excerpt, etc.; Review Attorney Witmon's objection to Motion in Limine #1 . | PW | 2.60 | 520.00 |
| 02/10/21 | Revise and finalize exhibit and witness lists and email to Attorney Waystack for review; Continue reviewing discovery to mark exhibits | RG | 3.50 | 262.50 |
| 02/11/21 | Trial preparation with paralegal and finalized objections to motions in limine, filed wtih Attorney Mittelholzer; Reviewed deposition transcripts of Master DalPra and Judges Leary and Derby; Reviewed deposition excerpt of Judge Introcaso | RW | 7.40 | 740.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook NH 03576
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 23
BILLING DATE:      02/24/21
ACC'T NO.:      PW-C4226-21

| Date | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| 02/11/21 | Travel from Whitefield to Nashua Circuit Court to meet with 3 court staff for final trial preparation and return; Attend Webex hearing with Judge Delker, Attorneys Scanlon, Mittleholzer, Witmon and Delaney re: several pretrial issues | PW | 6.90 | 1,380.00 |
| 02/11/21 | Email to Attorney Mittelholzer re: Attorney General's possession of Judge Introcaso deposition excerpt and discussion about steps to prevent unfair pretrial publicity | PW | 0.40 | 80.00 |
| 02/11/21 | Continue reviewing dicovery and marking exhibits and copy exhibits; Review Judge Introcaso's deposition excerpts; Begin compiling exhibit binders; Review discovery for Attorney Witmon's objection preparation | RG | 4.00 | 300.00 |
| 02/12/21 | Reviewed transcripts of Sherry Bisson and Julianne Lodes EUOs | RW | 1.70 | 170.00 |
| 02/12/21 | Comprehensive email to Attorney Mittelholzer re: settlement discussion with Attorney Delaney including his requests for trial continuance; Telephone conference with Attorney Mittleholzer re: potential appearance (virtual) before committee at its meeting; Several other short calls with Attorney Mittelholzer; Longer call to discuss possible settlement details; Telephone conference with Attorney Dempsey re: postponing trial witnesses; Several calls with Attorney Delaney re: negotiate terms of resolution, attach 33 page Judge Introcaso deposition excerpt; Brief email to Asst. Atty Gen. Ward; Several emails with Attorney Mittelholzer re: committee's response to proposed resolution, discuss drafting stipulation and waivers, emails with Attorney Delaney and settlement details; Conference with paralegal re: drafting stipulation and waivers; Final email to Attorney Delaney re: status | PW | 5.10 | 1,020.00 |
| 02/12/21 | Copy exhibits and continue compiling exhibit binders | RG | 5.00 | 375.00 |

# WAYSTACK FRIZZELL
P.O. Box 137
Colebrook  NH  03576
**************
(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 24
BILLING DATE:        02/24/21
ACCT NO.:        PW-C4226-21

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 02/12/21 | Telephone conference with Attorney Waystack re: status updates | RW/O | 0.50 | 0.00 |
| 02/13/21 | Edited stipulation and agreement, checked citations | RW | 0.80 | 80.00 |
| 02/13/21 | Review draft of stipulation and make tracked edits; Email exchanges with Attorneys Mittelholzer and Witmon; Consider Attorney Witmon's legal edits; Email revised stipulation to Attorney Mittelholzer; Brief email exchange with Attorney Delaney; Brief email response to edits | PW | 1.40 | 280.00 |
| 02/13/21 | Telephone conference with Attorney Waystack | RW/O | 0.30 | 0.00 |
| 02/14/21 | Emailed final Stipulation and Agreement to Attorney Mittelholzer | RW | 0.20 | 20.00 |
| 02/14/21 | Email to Attorneys Mittelholzer, Witmon and paralegal re: final edits, PDF version to be sent to Attorney Delaney later today, issues concerning exhibits books, CD of relevant documents; Email stipulation to Attorney Delaney | PW | 0.60 | 120.00 |
| 02/15/21 | Telephone conference with Attorney Delaney to discuss stipulation draft; Email to Attorney Mittelholzer and Attorney Witmon on current status - continue preparing for trial - work on PowerPoint slides, witness testimony outlines | PW | 2.60 | 520.00 |
| 02/16/21 | Telephone conference with Attorney Waystack and Attorney Delaney re: stipulation and waiver charges; Conference with Attorney Waystack | RW/O | 1.40 | 0.00 |
| 02/16/21 | Review and edit draft stipulation, send to Attorney Delaney; Telephone conference with Attorney Dempsey re: clerk's office, witnesses (taxi squad); Telephone conference with Attorney Boffetti re: Judge Leary testimony; Email executed stipulation to Attorney Mittelholzer; Telephone conference with Attorney Mittelholzer; Brief virtual appearance before the Committee concerning stipulation only | PW | 3.90 | 780.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook NH 03576
**************

(603) 237-8322
Tax ID# 02-0405672

State of New Hampshire
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

PAGE 25
BILLING DATE:          02/24/21
ACC'T NO.:          PW-C4226-21

| DATE | | | | |
|---|---|---|---|---|
| 02/16/21 | Prepare Waiver of De Novo Hearing and email to Attorneys Waystack and Witmon; Download, print and save Judge Introcaso's deposition transcript; Continue Copying trial exhibits and compiling binders, scan exhibits, prepare CD of exhibits | RG | 2.50 | 187.50 |
| 02/16/21 | Edited documents and resent to Attorney Delaney | RW | 0.40 | 40.00 |
| 02/17/21 | Prepare additional CD's and letter to JCC with exhibit binders and CD (cc Attys Boffetti and Delaney) | RG | 1.00 | 75.00 |

**Total of New Services:**                                323.10          47,322.50

| DATE | EXPENSE | AMOUNT |
|---|---|---|
| 10/14/20 | Postage | 8.00 |
| 10/14/20 | Photocopies: 16 @ .20 | 3.20 |
| 12/01/20 | Travel from Whitefield to Concord and return | 100.80 |
| 12/28/20 | Photocopies: 62 @ .20 | 12.40 |
| 01/06/21 | Photocopies: 626 @ .20 | 125.20 |
| 01/07/21 | Photocopies: 121 @ .20 | 24.20 |
| 01/08/21 | Photocopies: 48 @ .20 | 9.60 |
| 01/11/21 | Pd. Robin Partello - Witness Fee | 22.37 |
| 01/19/21 | Photocopies: 373 @ .20 | 74.60 |
| 01/28/21 | Photocopies: 51 @ .20 | 10.20 |
| 01/29/21 | Photocopies: 6 @ .20 | 1.20 |
| 01/29/21 | Travel from Lancaster to Nashua and return | 148.96 |
| 02/02/21 | 30 Binders | 280.00 |
| 02/09/21 | Travel to AOC Trial walkthrough (Atty. Witmon) | 114.24 |
| 02/09/21 | Travel to from Whitefield to the AOC Trial Center and return | 101.92 |
| 02/11/21 | Travel to Nashua and return | 138.88 |
| 02/11/21 | Photocopies: 2505 @ .20 | 501.00 |

# WAYSTACK FRIZZELL

P.O. Box 137
Colebrook  NH  03576
**************

(603) 237-8322
Tax ID# 02-0405672

| State of New Hampshire | | PAGE 26 | |
|---|---|---|---|
| Judicial Conduct Committee | | BILLING DATE: | 02/24/21 |
| 132 Chapel Street | | ACC'T NO.: | PW-C4226-21 |
| Portsmouth, NH 03801 | | | |

| | | |
|---|---|---|
| 02/12/21 | Photocopies: 1403 @ .20 | 280.60 |
| 02/16/21 | Photocopies: 1548 @ .20 | 309.60 |
| 02/17/21 | Postage | 29.90 |
| 02/19/21 | Pd. Avicore - Judge Introcaso Deposition Transcript (Expedited) | 1,577.90 |
| **Total of New Expenses:** | | **3,874.77** |

---

## ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE: | $0.00 |
| NEW SERVICES: | $47,322.50 |
| NEW EXPENSES: | $3,874.77 |
| NEW PAYMENTS: | $0.00 |
| TOT. CURRENT PERIOD: | $51,197.27 |
| **CURRENT BALANCE:** | **$51,197.27** |

Terms:  Net 30 days.
We accept Visa, Master Card, American Express and Discover.
THANK YOU!

**Subject:** RE: Response to Request for Information from the Administrative Office of the Courts
**From:** Mary Ann Dempsey <MDempsey@courts.state.nh.us>
**Date:** 5/28/21, 15:43
**To:** Dana Albrecht <dana.albrecht@hushmail.com>
**CC:** Mary Ann Dempsey <MDempsey@courts.state.nh.us>

```
┌─────────────────┐
│    EXHIBIT      │
│      25         │
│   _____    │
└─────────────────┘
```

Mr. Albrecht,

Your request for deposition transcripts from the New Hampshire Judicial Branch is beyond the scope of Part I, Article 8 of the New Hampshire Constitution and therefore, it is respectfully denied. *See Petition of Union Leader Corp.*, 147 N.H. 603 (2002). The New Hampshire Judicial Branch's has a copy of deposition transcripts by virtue of its employees testifying under subpoena in the Judicial Conduct Committee matter. Any information provided by the Judicial Branch to the New Hampshire Department of Justice was in connection with a criminal investigation.

Mary Ann Dempsey

**From:** Dana Albrecht <dana.albrecht@hushmail.com>
**Sent:** Wednesday, May 26, 2021 2:04 AM
**To:** Mary Ann Dempsey <MDempsey@courts.state.nh.us>
**Subject:** Re: Response to Request for Information from the Administrative Office of the Courts

> **EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Judicial Branch network. Do not click on links or open attachments unless you recognize the sender and are expecting the email. Mouse over links to confirm the target before you click. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages to 'suspicious@courts.state.nh.us'.

Ms. Dempsey,

Thank you for your timely response.

The State was billed for Examinations Under Oath (EUO's) and Depositions. In particular, these include:

- 7/22/20 - EUO of Sherry Bisson
- 8/26/20 - EUO of Julianne Lodes
- 1/11/21 - Deposition of Nancy Dabilis
- 1/13/21 - Deposition of Judge James Leary
- 1/18/21 - Deposition of Judge Mark Derby
- 1/18/21 - Deposition of Marital Master Bruce Dalpra
- 1/21/21 - Deposition of Sherry Bisson
- 1/21/21 - Deposition of Julianne Lodes
- 2/8/21 -  Deposition of Judge Julie Introcaso

On 2/9/21, the State's Judicial Branch (JCC) sent deposition transcripts and exhibits to the State's Executive Branch (NH Attorney General's office). These are separate powers of the government. *See* Part I, Article 37 of the NH State Constitution. *See also Petition of Judicial Conduct Comm.* 151 N.H. 123 (2004).

Part I, Article 8 of the NH State Constitution requires that "the public's right of access to governmental proceedings and records shall not be unreasonably restricted."

I am an individual taxpayer eligible to vote in the State. *See Id.*

Will the Judicial Branch also provide copies of these deposition transcripts and exhibits to me?

Thank you.

Sincerely,
Dana Albrecht


On 5/24/21 10:53 AM, Mary Ann Dempsey wrote:

Mr. Albrecht,

In response to your letter to Director Keating, dated May 13, 2021, attached is a copy of Attorney Waystack's invoices related to the Judicial Conduct Committee's complaint against Judge Introcaso.

Mary Ann

```
1                          STATE OF MICHIGAN
2
3              IN THE CIRCUIT COURT FOR THE COUNTY OF ST. CLAIR
4
5                          FAMILY DIVISION
6                                                    ┌─────────────────┐
7                                                    │    EXHIBIT       │
8 DANA ALBRECHT,                                     │                  │
9                                                    │      26          │
10          PLAINTIFF                                │   _____    │
11                                                   └─────────────────┘
12 VS                                        FILE NO: B 21-769 DC
13
14 KATHERINE ALBRECHT,
15
16          DEFENDANT
17 _____/
18
19                        MISCELLANEOUS HEARING
20
21              HEARD BY THE HONORABLE ELWOOD L. BROWN
22
23          THURSDAY, JULY 15, 2021 - PORT HURON, MICHIGAN
24
25 APPEARANCES:
26
27 FOR THE DEFENDANT:        MR. TIMOTHY WEGMEYER
28                           ATTORNEY AT LAW
29                           P.O. Box 596
30                           Marine City, Michigan   48039
31                           (586)634-4226
32
33 ALSO PRESENT:             MR. DANA ALBRECHT
34                           PLAINTIFF
35
36                           MS. KATHERINE ALBRECHT
37                           DEFENDANT
38
39
40
41 RECORDED BY:   MS. CHRISTINE A. REGAN, CER 4832
42               CERTIFIED ELECTRONIC RECORDER
43
```

1

TABLE OF CONTENTS

44
45
46 WITNESSES:
47
48
49                    NONE
50
51
52
53
54
55
56
57
58
59
60
61 EXHIBITS:
62
63
64
65
66
67
68
69
70
71
72
73
74
75
76
77
78
79
80
81
82
83
84
85
86
87
88
89
90
91
92
93                    NONE

2

94                              Thursday, July 15, 2021

95                              Port Huron, Michigan

96            (At 11:04 a.m., proceeding began)

97            THE COURT:  Albrecht versus Albrecht.  Counsel, your

98       appearance, please.

99            MR. WEGMEYER:  For the record, your Honor, Tim Wegmeyer

100      appearing on behalf of—its Albrecht on the pleadings, her name

101      is--she actually goes by Minges.

102           THE COURT:  I'm just going by the pleadings.

103           MR. WEGMEYER:  But we're going to refer to her as Dr.

104      Albrecht today.

105           THE COURT:  When you address the Court it would be good if

106      you stood.  It would be good if you stood up when you address the

107      Court.

108           MR. WEGMEYER:  I'm sorry.

109           THE COURT:  All right.  So—you can have a seat now, Mr.

110      Wegmeyer.

111           Are you Dana Albrecht?

112           MR. ALBRECHT: Yes, your Honor.

113           THE COURT:  All right, it's your motion, go ahead.

114           MR. ALBRECHT:  So, I'd just like the Court to enforce

115      existing orders with the New Hampshire Family Court.  Forgive me,

116      I'm pro se if I speak a little slowly and I'm a little nervous.

117      This has been an extensive long going battle between myself and

118      Dr. Albrecht over here.  And I'm really just looking to have

119      parenting with my kids and I'm just looking to have a relationship

120      with my kids.  And, while we are working this out in New

121      Hampshire, I'm very concerned that Dr. Albrecht essentially moved

                              3

122    out here without notice to me.  I found out about it months later

123    when I found out my daughter was in an emergency room here.  She

124    purchased the house here on October 15ᵗʰ.  On November 6ᵗʰ she

125    testified under oath to the Court in California—excuse me, to the

126    Court in New Hampshire that she lived in California—

127            THE COURT:  Mr. Albrecht, none of that concerns me.

128            MR. ALBRECHT:  Okay.  What would you like to know, sir, and

129    I'll do my best to address it.

130            THE COURT: It's your Motion, all I'm doing is having you

131    focus on what's relevant here.

132            MR. ALBRECHT:  Okay.  So, I think what's relevant—

133            THE COURT:  Excuse me just a minute.  You want to take your

134    hat off. Mr.—he's got to take his hat off, this is a courtroom.

135    Go ahead.

136            MR. ALBRECHT:  I think what's relevant, your Honor, is we've

137    gone years without having court orders followed.  And now that Dr.

138    Albrecht is here in Michigan I'd like to see those orders followed

139    when she's in Michigan.  And, I'd like the assistance of the Court

140    to basically say that the Orders out of 9ᵗʰ Circuit will be follow

141    and they're registered here and that you have a copy—this Court

142    has a copy in their case there's anything the New Hampshire Court

143    needs assistance with from Michigan.

144            THE COURT:  All right, you can have a seat.  Mr. Wegmeyer,

145    your response.

146            MR. WEGMEYER:  Thank you, your Honor.  Your Honor, the only

147    thing at issue today is whether this Court is going to take

148    jurisdiction of this matter under the Uniform Child Custody Act.

149    Under the requirements for that is that there's an Order that's

**4**

150     enforceable in this State.  And, I've attached as my exhibit B,

151     first of all, my exhibit A, and I don't know how much—I apologize

152     for the volume of information because I haven't been looking at it

153     —Mr. Albrecht served me with over a thousand pages of document,

154     discovery requests, et cetera.  It's an ongoing thing that I have

155     a copy of the 9th Circuit index—pleadings index, if your Honor

156     would like to see it, it's unbelievable.  There's four-hundred and

157     five entries; three hundred and ninety three pleadings filed, it's

158     just—and I'm afraid if this Court takes jurisdiction this is just

159     going to keep going and going.

160          But, back to the point, the last Order out of the New

161     Hampshire Court is attached as Exhibit B to my response.  And it

162     indicates that any parenting time—there's going to be a temporary

163     parenting time in May, which took place, very short, with the

164     youngest daughter it was five or six hours and the oldest

165     daughter, who is seventeen, was five minutes.  That's the first

166     parenting time since Christmas of 2019—

167          MS. ALBRECHT:  '18.

168          MR. WEGMEYER:  '18.  It was very bad circumstances and the

169     children refused to see their father after that.  So, five

170     minutes, with the oldest child, and a few hours only on my

171     client's assistance that you go and try to do it.  She did it and

172     it was very tough.  She's written another letter to the Court

173     which I would provide to you.  Under the last—the temporary Order

174     out of New Hampshire, it says there's going to be some short--a

175     two and a half hour duration, that took place, that was bad.

176     Pending further order all such periods shall occur in New

177     Hampshire and I believe they were in a public place because the

5

178     girls don't want to be alone with him in private.  Any further
179     such period shall be contingent upon the children's preferences
180     and their comfort levels.  So, there's no mandatory parenting
181     time, it's up to the children whether or not they want to schedule
182     time with him they are free to do that.    Petitioner's extended
183     parenting time in the Summer of 2021 is temporarily suspended.
184          That Order is going to be reviewed on August 6th.  And I
185     spoke with New Hampshire counsel—I apologize, your Honor, I have
186     new teeth and I'm having a tough time—
187          THE COURT:  I understand what you're saying.
188          MR. WEGMEYER:  Anyway, August 6th the Court is going to
189     review that and see how the parenting time went and determine then
190     whether there's going to be any parenting time or if it's going to
191     be suspended for another period of time; whether it's going to be
192     terminated, et cetera.  And, it's my position we shouldn't, right
193     at this point, there was a never—which is a requirement under the
194     Act, that's enforceable in this Court.  Well, there's never been a
195     Court Order that provides for parenting time in the State of
196     Michigan.  There's no support—
197          THE COURT:  Under the UCCJEA, you don't have to have one in
198     Michigan.  What Mr. Albrecht's asking for is for me to enforce
199     another State's order.
200          MR. WEGMEYER:  I understand.
201          THE COURT:  So, it doesn't have to be my order that I'm
202     enforcing.
203          MR. WEGMEYER:  No, I understand.  But I'm saying that there's
204     no—even if we took the New Hampshire Court Order—
205          THE COURT:  I understand what you're saying.  But I just

**6**

206    wanted it to be clear from what you just said that there's no

207    order in Michigan and he's asking for an Order in Michigan.

208        MR. WEGMEYER:  No.  I'm saying—I was saying there was no

209    Court Order out of New Hampshire that provides for any parenting

210    time in the State of Michigan.

211        THE COURT:  That's not what you said.

212        MR. WEGMEYER:  Well, I apologize.

213        THE COURT:  It might have been what you meant but it's not

214    what you said.

215        MR. WEGMEYER:  That's what I meant.

216        THE COURT:  All right.

217        MR. WEGMEYER:  There's nothing in New Hampshire that requires

218    any parenting time—it says it's going to take place in New

219    Hampshire.  Mr. Albrecht filed simultaneously the same action in

220    California as he did here with no legal basis.  There's no Nexis

221    to California whatsoever for either party.  This is just a

222    continuation of abusing the judicial system, your Honor.  His

223    Attorney filed in New Hampshire is nine banker boxes.  We're just

224    into this a week and we've got a thousand pages.  Your Honor, if

225    you take jurisdiction in this matter now, and you might end up, I

226    admit that if the Court in New Hampshire says parenting time is

227    going to happen—right now there is no parenting time to enforce.

228    And, Mr. Albrecht is the one paying all be it, very little, 50.00

229    a month, a man with a Harvard Education.  He's the one that, if

230    there's any enforcement for child support, it would take place in

231    New Hampshire.  But he is up to date on his 50.00 a month.

232    There's nothing that this Court needs to enforce.

233        And, I do have attached as Exhibit B(3) is the Notice of

                                    7

234     Hearing for August 6ᵗʰ in New Hampshire.

235         I would direct your attention, your Honor, I know it's on the

236     merits, if this Court were to assume jurisdiction--but the letters

237     from the children are attached as exhibits, the Court should be

238     aware of their position.  They are fourteen and seventeen.  I know

239     them very casually and I've never actually spoke to them about

240     this file but Dr. Albrecht recently started, when she moved to

241     Michigan, started attending the Church that I belong too and I'm

242     one of the Church Council members et cetera.  I haven't had a

243     whole lot of contact with the kids but the Youth Pastor has

244     indicated they are just wonderful intelligent-

245         THE COURT:  Mr. Wegmeyer, that's really not relevant here to

246     these proceedings.

247         MR. WEGMEYER:  I understand.

248         THE COURT:  And even their feelings, at this point and time,

249     are not relevant to this issue because it would be relevant to the

250     Court in New Hampshire as it would affect the Judge's decision

251     there on what he ordered.

252         MR. WEGMEYER:  Understood, your Honor.

253         THE COURT:  But I can't change that order.

254         MR. WEGMEYER:  I understand, your Honor.

255         THE COURT:  So, if he ordered, for example, that there be

256     parenting time, the desire of the kids, I can't change that just

257     because they don't want to do it.

258         MR. WEGMEYER:  I understand.

259         THE COURT:  He would have to change--he or she would have to

260     change that in New Hampshire.

261         MR. WEGMEER:  Right.

**8**

262          THE COURT:  So, anything else?

263          MR. WEGMEYER:  Nothing, your Honor.

264          THE COURT:  All right.  Mr. Albrecht, you want to respond.

265          MR. ALBRECHT:  A quick procedural thing.  I understand Mr.

266     Wegmeyer's put in exhibits.  I have some exhibits in response to

267     that.

268          THE COURT:  No, you should have filed them if you wanted me

269     to see them.  I'm not going to look at them now.

270          MR. ALBRECHT: I don't need you to look at them now, I'd just

271     like to have them filed.  I only got them from him and I had to

272     fly out and I—

273          THE COURT:  Mr. Albrecht, I'm not going to take them.  I'm

274     not the keeper of the records.

275          MR. ALBRECHT:  Okay.  May I file them with the Court

276     downstairs?

277          THE COURT:  For what purpose?

278          MR. ALBRECHT:  They're responsive to Mr. Wegmeyer's exhibits,

279     which I only received—he promised them to me—

280          THE COURT:  No.  I'm not going to allow you to just to file

281     blank exhibits.  You could have attached them to your motion right

282     from the beginning.

283          MR. ALBRECT:  I attached—

284          THE COURT:  I'm telling you, I'm not going to take them—

285          MR. ALBRECHT:  Okay.

286          THE COURT:  --so that's it.

287          MR. ALBRECHT:  Okay.

288          THE COURT:   What did you have to say in response?

289          MR. ALBRECHT:  Give me just a moment to recall his points,

**9**

290    sir.  Primarily there are other aspects of the Order enforceable
291    here, such as access to records, access to school stuff and all
292    that so this isn't just about parenting.

293        THE COURT:  That's it.

294        MR. ALBRECHT:  If you have questions for me, sir, I'd be
295    happy to answer them.

296        THE COURT:  You can have a seat.  First of all, I want to
297    indicate that your Motion, Mr. Albrecht, not only asks me to
298    enforce the Order but asks me to require the Respondent to bring
299    the minor children to law enforcement for purpose of exchanges, to
300    —frankly, I think that's unconscionable to involve children with
301    the police.  And, there is no way, even if I had the ability to
302    enforce this—even if the Court in New Hampshire had said, and had
303    not issued their temporary order, I wouldn't have granted that to
304    begin with.  And I think it's unconscionable that'd you even ask
305    that your children be taken to the police station and have them
306    involved.  I think that would be detrimental to the children,
307    period, to have to be gone—taken to a police station.  And the law
308    is clear, now in as much as Ms.—it says Albrecht on the heading
309    here, is a resident of the State of Michigan, any Orders in the
310    State of New Hampshire is enforceable here.

311        The current Order, however, suspends parenting time.  It did
312    not suspend the party's joint legal custody as far as having
313    access to records and things of that nature.  So, to the extent
314    that Mr. Albrecht is asking that I enforce parenting time, I'm not
315    going to do it because you don't have any, number one, at least
316    temporarily.  And, number two, if any parenting—the only Order
317    that I've been provided for indicates that the parenting time take

10

318    place in New Hampshire.  So, it's not like you can just come to
319    Michigan and see the kids.  So, as far as records go, at least
320    until you can show me that you've—for example, on the kids'
321    schooling, that you have been unable to access them yourself,
322    because it's not the respondent's responsibility to give them to
323    you.  That part of the provision of the Order simply allows you
324    access to them from whoever has them.  So—and I don't have
325    jurisdiction over the school in this case and neither does the
326    Court in New Hampshire.  I don't have jurisdiction over medical
327    records, only hospitals or whoever is the provider has that.  They
328    are not a party to this case.  I can simply indicate and agree
329    that you have joint—what's referred to as joint legal custody and
330    have the ability to obtain that information.  And, to that extent,
331    I would sign an Order that says that because that's what the
332    current Order in New Hampshire says, but that's all I'll do.  I
333    will not direct the school, I will not direct the medical facility
334    to give them to you.  If you have problems with them you're going
335    to have to deal with them directly.

336        MR. ALBRECHT:  May I respond.

337        THE COURT:  No, this is not a response, I'm issuing a ruling
338    here.  So, your Motion here to the extent that you're asking me to
339    enforce a parenting time Order is denied because there is no
340    parenting time Order that I can enforce.

341        To the extent that you're asking to have access in Michigan
342    to the information that you're seeking, I'm not going to issue
343    that either because you already have an Order from New Hampshire
344    that says the same thing.  And, to the—and as I indicated, I have
345    no jurisdiction over those agencies, they are not a party to this

**11**

346    case.

347        So,  your Motion here, to this extent, I would simply

348    indicate that to the extent that I have an enforceable issue from

349    the State of New Hampshire—a Court in the State of New Hampshire,

350    I will enforce it in Michigan.  But, so far I haven't been

351    presented with an enforceable issue.  So, your Motion today is

352    denied.

353        That's it.

354        MR. WEGMEYER:  Thank you, your Honor.

355        (At 11:21 a.m., proceeding concluded)

356

12

357                          REPORTER'S CERTIFICATE

358STATE OF MICHIGAN          )

359                           )

360COUNTY OF ST. CLAIR        )

361

362      I hereby certify that this transcript, consisting of 13 pages, is

363a complete, true and accurate transcript of the proceedings heard in

364this Court on Thursday, July 15, 2021 before the Honorable Elwood L.

365Brown.

366

367_____            _____

368Dated                    MS. CHRISTINE A. REGAN, CER 4832

369                         201 MCMORRAN BLVD., ROOM 2200

370                         PORT HURON, MICHIGAN   48060

371                         (810) 985-2010

13