**Mr. Dana Albrecht**
131 Daniel Webster Hwy #235
Nashua, NH 03060

dana.albrecht@hushmail.com
+1 (603) 809-1097

August 26, 2023

Mr. Daniel J. Lynch, Clerk of Court
U.S. District Court, District of New Hampshire
55 Pleasant Street, Room 110
Concord, NH 03301

Re:   *Albrecht v. Sternenberg et al.*
      1:23-cv-00381-JL-TSM

Dear Mr. Lynch:

Please find attached the completed return of service for each defendant.

Thank you for your time and attention.

Sincerely,

Dana Albrecht

encl.