```
                HILLSBOROUGH COUNTY SHERIFF'S OFFICE
                          329 MAST ROAD
                       GOFFSTOWN, NH 03045

                         RETURN OF SERVICE
```

SHERIFF WRIT 23-6574-CP
UNITED STATES DISTRICT COURT
DOCKET NUMBER 1:23-CV-00381-JL-TSM

DANA ALBRECHT V. DALPRA, B

08/17/2023

I SUMMONED THE WITHIN NAMED BRUCE F. DALPRA
BY GIVING IN HAND TO THE WITHIN NAMED, BEING AT 198 CORAL AVE, MANCHESTER, NH, AN ATTESTED COPY OF THIS SUMMONS IN A CIVIL ACTION AT 12:16pm.

_____
DEPUTY SHERIFF DONALD L CLAY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Dana Albrecht<br><br>*Plaintiff(s)*<br>v.<br>Kathleen Sternenberg et al.<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-00381-JL-TSM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bruce F. DalPra
198 Coral Avenue
Manchester, NH 03104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Dana Albrecht
131 Daniel Webster Hwy #235
Nashua, NH 03060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/15/2023

**with ECF Notice attached.**

DANIEL J. LYNCH, Clerk

By: /s/ MeganCahill, Deputy Clerk

**Aug 15, 2023**

**U.S. DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

**IMPORTANT NOTICE**

**ATTORNEYS REQUIRED TO FILE ELECTRONICALLY**

Unless specifically exempted, all documents submitted by members of the bar of this district, as well by attorneys admitted pro hac vice, shall be filed in accordance with the district's Administrative Procedures for Electronic Case Filing ("ECF"). For attorneys, that means that while some limited documents will still be filed in paper format, the vast majority of all future pleadings must be submitted electronically using the court's Electronic Case Filing (ECF) system (including cases involving pro se parties). Pro se litigants, however, are not required to file electronically and may continue to file documents in paper format.

The District of New Hampshire is a NextGen CM/ECF court, which means attorneys use their individual PACER accounts to file documents in this district Section 6.1 of the Administrative Procedures for ECF requires that attorneys appearing in an ECF case must request access to the court's ECF system through PACER. However, attorneys who filed in this district prior to November 12, 2019 must instead link their individual PACER account with their legacy ECF account.

For more information on NextGen CM/ECF visit the court's website.

**NOTICE TO PLAINTIFF: You are instructed to serve a copy of this notice on all parties in this case along with the complaint.**

                                                        DANIEL J. LYNCH
                                                        Clerk

USDCNH-91 (Rev. 12-19)