UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **Dana Albrecht,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | Civil No. 1:23-cv-00381-JL-TSM |
| | ) | |
| **Kathleen Sternenberg, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION OF TIME

1. Plaintiff is a *pro se* litigant.

2. Due to the complexity of the subject matter in Defendant Sternenberg's *Motion to Dismiss* and accompanying *Memorandum*, Plaintiff requires additional time to prepare an adequate response.

3. Defendant Sternenberg, through counsel, has assented to an extension of time for Plaintiff to file a response until October 6, 2023.

4. Consequently, Plaintiff respectfully requests that this Honorable Court extend the deadline for Plaintiff to file a response until October 6, 2023

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A) Grant this Motion;

B) Set Plaintiff's deadline to file a response to Defendant's Motion to Dismiss for October 6, 2023; and,

C) Grant any further relief that justice may require.

        Respectfully submitted,

_____
DANA ALBRECHT
    *Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

September 22, 2023.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by ECF on September 22, 2023 to all parties and/or counsel of record.

_____
DANA ALBRECHT