UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Dana Albrecht,** )<br> )<br>    **Plaintiff** )<br> **v.** )<br> )<br> **Kathleen Sternenberg, et al.** )<br> )<br>    **Defendants.** ) | Civil No. 1:23-cv-00381-JL-TSM |

**PLAINTIFF'S RESPONSE TO STATE DEFENDANTS
DALPRA, INTROCASO, DERBY, KING AND NH JUDICIAL
BRANCH'S MOTION TO EXTEND RESPONSIVE PLEADING DEADLINES**

1. Plaintiff requested information about the type of responsive pleading the State Defendants intended to file, but the State Defendants did not elaborate.

2. Plaintiff indicated he would assent to a 60-day extension of time to file an answer.

3. Plaintiff did <u>not</u> indicate he would assent *only* to an extension of time to file an answer.

4. Defendant King stated in his August 26, 2022 deposition[1] (Tr. 26:12-16):

```
12  Q   Did you tell the Judicial Conduct Committee?

13  A   Did I tell the Judicial Conduct Committee what?

14  A   About what you had found regarding the transcript in

15      the Albrecht case?

16  A   Yes.
```

---

[1] See *Complaint*, Exhibit 29.

- 1 -

5. Plaintiff's *Complaint* (at ¶197) alleges that "Defendant King also had a duty to tell Plaintiff what he told the New Hampshire Judicial Conduct Committee regarding the transcript in the Albrecht case."

6. *State Defendants Motion* represents (at ¶3) that Plaintiff's "allegations are based on purported conduct that is not ongoing."

7. As of the filing of this response, Defendant King still has not informed Plaintiff what he told the New Hampshire Judicial Committee regarding the transcript in the Albrecht case.

                    Respectfully submitted,

                    _____
                    DANA ALBRECHT
                        *Pro Se*
                    131 Daniel Webster Hwy #235
                    Nashua, NH 03060
                    (603) 809-1097
                    dana.albrecht@hushmail.com

September 22, 2023.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by ECF on September 22, 2023 to all parties and/or counsel of record.

_____
DANA ALBRECHT