## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Dana Albrecht,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No. 1:23-cv-00381-JL-TSM |
| ) | |
| **Kathleen Sterneberg, et al.** ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFF'S REQUEST FOR EXTENSION OF TIME AND/OR LATE ENTRY

1. Plaintiff profusely apologizes he has not yet finished his *memorandum of law* in support of his objection to Defendant Sternenberg's *Motion to Dismiss*, which has taken Plaintiff longer than anticipated in light of Plaintiff's recent work schedule.

2. Plaintiff was presently in the process of completing these materials when he just received the Court's notice, and now respectfully requests that the Magistrate Judge refrain from making any ruling at this time; or, in the alternative, stay these proceedings for 72 hours; or, in the alternative, allow late entry of Plaintiff's objection.

WHEREFORE, Plaintiff respectfully requests relief as set forth above

Respectfully submitted,

*/s/ Dana Albrecht*
_____
DANA ALBRECHT
    *Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com