UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Dana Albrecht**, ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No. 1:23-cv-00381-JL-TSM |
| ) | |
| **Kathleen Sterneberg, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S AMENDED
MOTION FOR EXTENSION OF TIME TO RESPOND**

    NOW COMES Dana Albrecht, *pro se*, and respectfully requests that he be afforded additional time for his response to Kathleen Sternenberg's *Motion to Dismiss*; and, in support thereof, further states:

1. Plaintiff appears *pro se*, has no formal training in the law, and sometimes requires more time than a professional attorney to prepare an appropriate pleading or memorandum of law.

2. On October 10, 2023, Plaintiff filed a pleading (Doc 11) requesting additional time to respond to Defendant Sternenberg's *Motion to Dismiss* (Doc 5).

3. On October 12, 2023, Plaintiff filed his response (Doc 12) to Defendant Sternenberg's *Motion to Dismiss* (Doc 5).

4. As Plaintiff has already filed his response, Plaintiff respectfully requests that this Court grant him any such extension of time for this filing (Doc 12) as might be necessary, or as justice may otherwise require.

- 1 -

5. Plaintiff further respectfully suggests this Court disregard his prior request ([Doc 11](Doc 11)) as moot in light of this amended request.

6. Plaintiff further respectfully requests that this Court also construe this pleading as Plaintiff's good-faith effort to cure any existing procedural defect, by the Court's October 13, 2023 deadline.

7. Plaintiff has contacted Defendant Sternenberg's counsel via email requesting her assent, who indicated "that Kathleen Sternenberg does not object to Plaintiff's motion."

WHEREFORE Plaintiff Dana Albrecht respectfully requests that the Court:

A) Grant any such extension of time for Plaintiff's response as justice may require consistent with ¶¶1-7, *supra*;

B) For all other such relief as is just and equitable.

Respectfully submitted,

_____
DANA ALBRECHT
　　*Plaintiff Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

October 13, 2023.

- 3 -

## CERTIFICATE OF SERVICE

I, Dana Albrecht, hereby certify that a copy of this *Motion* shall be served to all the parties and/or counsel of record through the ECF system.

                                                                                                                 DANA ALBRECHT

October 13, 2023