# **Attachment 6**

Kathleen Sternenberg

GAL Fees

*Albrecht v. Albrecht*, No. 659-2016-DM-00288

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: 9th Circuit - Family Division - Nashua

Case Name: In the Matter of Dana Albrecht and Katherine Albrecht

Case Number: 659-2016-DM-00288
(if known)

## MOTION TO EXCEED GUARDIAN *AD LITEM* FEE CAP – Divorce/Parenting

1. This Motion to Exceed Fee Cap pertains to a Motion to Exceed *Guardian ad Litem* fee cap of: $ 4,000.00 in the above divorce/parenting case:
2. RSA 461-A:16, IV requires that the maximum fee established by the court may only be exceeded with the prior approval of the presiding judge and when all parties to the case have been notified. Please state the reasons you are seeking to exceed the maximum fee established by the court. (Attach additional pages if necessary):

**The GAL will need to attend Scheduling Conference, write a final report, attend final hearing, obtain doctors records/reports.**

MASTER RECOMMENDS: Granted.

1/25/17
Date

Bruce F. DalPra, Master

So Ordered. I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

1/25/17
Date

Signature of Judge
Julie A. Introcaso

3. ☑ I have not exceeded the fee cap before the filing of this Motion.
4. ☐ I have attached the original Order of Appointment.
5. ☐ I have attached the original petition(s).
6. I am requesting approval to exceed the fee cap by an additional amount of $ 2,000.00 in anticipation of future bills. (Attach copy of most recent bill)
7. The total of my bills in this case $ 3,590.00 (Attach copies of itemized invoices)

I represent that the foregoing is a true and reasonable bill for the services I rendered and for the costs incurred. I certify that I have not and will not receive any other compensation for the services or costs specified on the attached itemization.

I certify that on this date I provided this document(s) to the parties who have filed an appearance for this case or who are otherwise interested parties by: ☑ Hand-delivery OR ☐ US Mail OR ☐ Email (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

1/25/2017
Date

Kathleen A. Sternenberg
Provider Signature

603 641-1048
Telephone

27 Webster St., Manchester, NH 03104-2547
Address

**IMPORTANT REQUIREMENTS**
**for filing statement with court**

A Motion to Exceed Attorney or Guardian *ad Litem* Fee Caps must be submitted to the court prior to exceeding the fee cap.

The motion must include the following

1. A copy of the order of appointment or order authorizing services, if applicable.
2. Itemization of all charges, including the date, amount of time and rate.
3. Itemization of all expenses, including a description of each expense and the cost of each expense.
4. A copy of the order or notice of decision, if any, granting a motion to exceed the fee cap related to the case.