UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **Dana Albrecht**, | ) | |
| | ) | |
|       **Plaintiff** | ) | |
|   v. | ) | Civil No. 1:23-cv-00381-JL-TSM |
| | ) | |
| **Kathleen Sterneberg, et al.** | ) | |
| | ) | |
|       **Defendants.** | ) | |

---

**PLAINTIFF'S MOTION FOR ENTRY OF LATE AUTHORITY**

---

NOW COMES Dana Albrecht, *pro se*, and respectfully requests that this Honorable Court also consider a recent opinion of the Fourth Circuit Court of Appeals before ruling on Kathleen Sternenberg's *Motion to Dismiss*, and further states:

1. On October 26, 2023, Ms. Sternenberg's *Motion to Dismiss* ([Doc 5](Doc 5)) was "referred to Magistrate Judge Talesha Leah Saint-Marc for proposed findings of fact and a recommendation as to its disposition."

2. Four days later, on October 30, 2023, the Fourth Circuit Court of Appeals issued its published *Opinion* in [*Gibson v. Goldston*, No. 22-1757](Gibson v. Goldston, No. 22-1757). *See Attachment 1*.

3. [*Gibson*](Gibson) is directly relevant to the issues raised in Ms. Sternenberg's *Motion to Dismiss* ([Doc 5](Doc 5)).

4. Consequently, Plaintiff respectfully requests this Honorable Court to take judicial notice of [*Gibson*](Gibson) and to consider it as a "late authority."

- 1 -

5. Plaintiff has contacted Ms. Sternenberg's counsel, who indicated she did not assent to this *Motion*.

WHEREFORE Plaintiff Dana Albrecht respectfully requests this Honorable Court:

A) To take judicial notice of *Gibson v. Goldston*, 22-1757, (4th Cir.) and to consider it as a "late authority."

B) For all other such relief as is just and equitable.

Respectfully submitted,

_____
DANA ALBRECHT
　　　*Plaintiff Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

November 3, 2023.

## CERTIFICATE OF SERVICE

I, Dana Albrecht, hereby certify that a copy of this *Motion* shall be served to all the parties and/or counsel of record through the ECF system.

_____
DANA ALBRECHT

November 3, 2023