UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Dana Albrecht,** )<br>)<br>**Plaintiff** )<br>**v.** )<br>)<br>**Kathleen Sternenberg, et al.** )<br>)<br>**Defendants.** ) | **Civil No. 1:23-cv-00381-JL-TSM** |

**PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION OF TIME**

1. Plaintiff is a *pro se* litigant.

2. Due to the complexity of the subject matter in the pending *Motions to Dismiss* and accompanying *Memorandums* by the State Defendants, Plaintiff requires additional time to prepare an adequate response.

3. The State Defendants, through counsel, have stated "we assent to a 45-day extension for you to file your objections to our motions to dismiss."

4. Consequently, Plaintiff respectfully requests that this Honorable Court extend the deadline for Plaintiff to file a response until January 4, 2024

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A) Grant this Motion;

B) Set Plaintiff's deadline to file responsive pleadings to the pending motions to dismiss for January 4, 2024; and,

C) Grant any further relief that justice may require.

Respectfully submitted,

_____

DANA ALBRECHT

*Pro Se*

131 Daniel Webster Hwy #235

Nashua, NH 03060

(603) 809-1097

dana.albrecht@hushmail.com

November 16, 2023.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by ECF on November 16, 2023 to all parties and/or counsel of record.

_____

DANA ALBRECHT

- 2 -