UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **Dana Albrecht,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **Civil No. 1:23-cv-00381-JL-TSM** |
| | ) | |
| **Kathleen Sternenberg, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION OF TIME**

---

1. Plaintiff is a *pro se* litigant.

2. Due to the complexity of the subject matter in the *Report and Recommendation* (Doc 23) of the Magistrate Judge, Plaintiff requires additional time to prepare an adequate response.

3. Defendant Sternenberg, through counsel, has stated she "would assent to a 14-day extension."

4. Consequently, Plaintiff respectfully requests that this Honorable Court extend the deadline for Plaintiff to file a response until January 8, 2024.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A) Grant this Motion;

B) Set Plaintiff's deadline to file a response to the *Report and Recommendation* (Doc 23) to January 8, 2024; and,

C) Grant any further relief that justice may require.

Respectfully submitted,

_____

DANA ALBRECHT
*Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

December 20, 2023.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by ECF on December 20, 2023 to all parties and/or counsel of record.

_____

DANA ALBRECHT