# THE STATE OF NEW HAMPSHIRE

9th Circuit – Family Division – Nashua

Katherine Albrecht and Dana Albrecht

659-2019-DV-00341

## Defendant's Exhibit List for November 15, 2023 hearing

1. 11/12/2020 email exchange between eScribers, LLC and New Hampshire Judicial Branch.

2. 11/12/2020 email from eScribers, LLC to Dana Albrecht, and related invoice.

3. 11/13/2020 email sent from Hon. David D. King to Master Bruce F. DalPra.

4. 02/16/2021 correspondence from NH JCC to Bruce F. DalPra, that was copied to Judge King.

5. 12/01/2021 NH Supreme Court invoice, with excerpt of 11/6/2020 transcript (first version).

6. 12/10/2021 NH Supreme Court Order.

7. 12/15/2021 NH Supreme Court invoice, with excerpt of 11/6/2020 transcript (second version).

8. 02/15/2022 Police Report (21-78476-OF) from Nashua, NH.

9. 04/22/2022 Correspondence from Zachary C. Wolf, NH Criminal Justice Bureau.

10. 08/26/2022 Deposition of the Honorable David D. King (partial/redacted).

11. 11/10/2022 NH Supreme Court Order, and related invoices.

12. 12/20/2022 NH Supreme Court invoice, with complete 11/6/2020 transcript (third version).

13. 07/23/2023 Background information on the Honorable David D. King (Wikipedia).

Respectfully submitted,

_____

DANA ALBRECHT
*Defendant Pro Se*
131 D.W. Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

November 15, 2023

## CERTIFICATE OF SERVICE

I, Dana Albrecht certify that a copy of these Exhibits have been served on Michael J. Fontaine, Esq., counsel for Katherine Albrecht, Philip Waystack, Esq., Kathleen Sternenberg, Esq., Edwin Landers, Esq., Linda Smith, Esq., Erin Creegan, Esq., and Catherine Denny, Esq. via email on this 15th day of October 2023.

_____

DANA ALBRECHT