NH Judicial Branch Adminstrative Offices
Attention: Kathleen Yee
1 Granite Place
Suite N400
Concord, NH 03301
\026 (internal extension)
Cell 603 540-0174 – currently working remotely



**From:** Michele Lilley [mailto:michele.lilley@escribers.net]
**Sent:** Thursday, November 12, 2020 12:24 PM
**To:** Kathleen M. Yee
**Subject:** PLEAE READ RE NHJB-12284
**Importance:** High

---

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

---

Kathy:

I thought you should be aware, per our transcriber regarding the above order:

So everyone is on Zoom/telephonic for this hearing, other than the judge. The mic is right next to the judge and I can hear everything. He talks to his clerk and himself a lot and makes some pretty bad remarks about the parties and the commentary the parties make.

For instance, he whispers to himself, right in the mic, "who gives a fuck" when the witness is answering a question, or calls them all a bunch or morons, and so much. It actually creates it to where I can't hear what the witness is saying because he's talking into the mic, I think, completely unaware of what he's doing.

Of course we are not going to transcribe that however, the ordering party has also ordered the audio.

This is the order that was missing the audio that I emailed about today. The client already has most of the audio which I sent a couple of days ago. She was the one that let me know there was audio missing. I was just about to send her the rest when production let me know the above.

I can't not send the audio to her but thought you should know.

Regards,



schedule a reporter
order a transcript

**Michele Lilley**, CET
*Lead Client Relations Representative*

602-263-0102 | direct
602-263-0885 x130 | office
800-257-0885 | toll free
866-954-9068 | fax

*"One Click Away from All Your Reporting and Transcription Needs"*

*Legal Disclaimer-This email and any files, links, or proprietary information transmitted with it are confidential and intended solely for the use of the individual or entity to )m they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for ...e individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

**From:** Michele Lilley [mailto:michele.lilley@escribers.net]
**Sent:** Thursday, November 12, 2020 5:23 PM
**To:** Kathleen M. Yee
**Subject:** RE: PLEAE READ RE NHJB-12284

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Kathy:

Here are a couple of examples from the transcriber:

```
Here are a few examples of time stamps where you can clearly hear the Court:

"Who gives a fuck?" - **12:28:16

"Of course not, they're a bunch of morons." - **1:45:59
```

The first one is really hard to hear so don't know if Ms. Albrecht will even hear it in her audio. The second example is pretty clear.



**Michele Lilley**, CET
*Lead Client Relations Representative*

602-263-0102 | direct
602-263-0885 x130 | office
800-257-0885 x130 | toll free
866-954-9068 | fax

schedule a reporter
order a transcript

*"One Click Away from All Your Reporting and Transcription Needs"*

---

**From:** Kathleen M. Yee <KYee@courts.state.nh.us>
**Sent:** Thursday, November 12, 2020 1:38 PM
**To:** Michele Lilley <michele.lilley@escribers.net>
**Subject:** RE: PLEAE READ RE NHJB-12284

I have listened to the audio and I can hear him laughing quietly and mumbling, but I can't tell what he is saying. I tried playing around with listening to different channels and still couldn't understand him.

Do you know what channels she was listening to or where in the audio she is referring to?

It could just be my hearing though.

Thanks.

*Kathleen Yee*