**Subject:** [NHJB-12284] New Hampshire Certified Transcript Request – Completed
**From:** CustomerService@escribers.net
**Date:** 11/12/20, 15:00
**To:** dana.albrecht@hushmail.com, dana.albrecht@hushmail.com



# YOUR ORDER IS COMPLETE AND READY TO DOWNLOAD

This email confirms that your order for the verbatim transcription in the matter below is complete and available for download by clicking on the following link: https://escribers.net/newportal/download/transcript/367639

Case Name: ITMO Dana Albrecht and Katherine Albrecht
Case Number: 659-2016-DM-00288
Date of Hearing: 11/06/2020

IS YOUR TRANSCRIPT FOR AN APPEAL?
If your transcript was for an appeal to the New Hampshire Supreme Court, a printed copy of the transcript will be delivered to the Supreme Court in the next two business days.

QUESTIONS?
If you have additional questions, you can always contact an eScribers customer service representative at CustomerService@escribers.net or by phone at 1-800-257-0885, Option 8. Please include your Order number in the email.

Thank you for your Order!

eScribers
www.escribers.net
1-800-257-0885, Option 8



Integrity and accuracy are between the lines of every eScribers transcript

# INVOICE

eScribers, LLC  
7227 North 16th Street, Suite 207  
Phoenix, Arizona 85020  
(800) 257 0885  
Tax ID # 20-365-6767  
DUNS # 96-431-8369  

**Date: Nov 12, 2020**  
**Invoice #: 365000**

Delivery Type: 3 Day

**To:**  
Dana Albrecht  
131 Daniel Webster Hwy, #235  
Nashua  
NH 03060  

| | |
|---|---|
| **Requested by:** | Dana Albrecht |
| **Assignment No:** | NHJB-12284 |
| **Case Name:** | ITMO Dana Albrecht and Katherine Albrecht |
| **Case Number:** | 659-2016-DM-00288 |
| **Hearing Date(s):** | 11/06/2020 |

| Charge Description | Quantity | Each | Total |
|---|---|---|---|
| Transcription | 131 | $5.50 | $720.50 |
| Media Rate | 1 | $25.00 | $25.00 |
| ASCII | 1 | $25.00 | $25.00 |
| Word index | 1 | $25.00 | $25.00 |
| Invoice Total | | | $795.50 |

| Receipts | Type | Amount | Date | Total |
|---|---|---|---|---|
| Credit Card - Deposit | Payment | $1113.50 | Nov 06, 2020 | |
| Credit Card - CC-62741594131 | Refund | $-318.00 | Dec 17, 2020 | |
| Amount Now Due | | | | $0.00 |

Payable to: eScribers, LLC. Thank you for your business  
Pay online through our secure website: escribers.net/payment  
Refunds are processed within 30 days.

eScribers  
address | 7227 North 16th Street, Suite 207  
Phoenix, Arizona 85020  
phone (800) 257 0885 | fax (866) 954 9068  
website | www.escribers.net  
e-mail | escribers-billing@escribers.net  

New York Office  
address | 352 7th Avenue, Suite 604  
New York, NY 10001  
phone (973) 406-2250 | fax (973) 954-5619