# STATE OF NEW HAMPSHIRE
# JUDICIAL CONDUCT COMMITTEE

Mary E. Collins, Chair
Attorney Jaye L. Rancourt, Vice Chair
Judge James H. Leary
Ernest Goodno
Alan K. Blake
Judge Neals-Erik William ("Will") Delker
Judge Susan B. Carbon
Joelle Martin
Thomas R. Eaton
W. Michael Scanlon, Esq.
Larry Gilpin



Robert T. Mittelholzer, Esq.
Executive Secretary
132 Chapel Street
Portsmouth, New Hampshire 03801

Phone: (603) 427-9295
Fax: (603) 427-9297
Email: rmittelholzer@nhjcc.com

February 16, 2021

Marital Master Bruce F. DalPra
NH Circuit Court Administrative Offices
One Granite Place, Suite 400 North
Concord, NH 03301

Re: JC-20-062-G

Master DalPra:

    Enclosed herewith please find a copy of your self-report which was most recently reviewed by the Judicial Conduct Committee at its meeting of February 12, 2021.

    Following discussion, the Judicial Conduct Committee voted to dismiss this report for the lack of any showing of judicial misconduct with no reasonable likelihood of a finding of judicial misconduct.  *

Very truly yours,

/s/ *Robert T. Mittelholzer*

Robert T. Mittelholzer

RTM
Enc.

cc: The Honorable David D. King

* Judge Leary did not participate in the discussion of this matter.