**EXHIBIT**
**5**



# Packing Slip

2021 - 0192

**The First & Last Step In Printing.**

93 Storrs Street Concord, NH 03301
(603) 225-3713 www.concord-nh.minutemanpress.com

| Date | Client PO No. | Invoice # | Ship Via |
|------|---------------|-----------|----------|
| 12/1/21 | | | DELIVERED |

**Ship to:**
Supreme Court of NH
1 Charles Doe Drive
Concord, NH 03301

**Bill to:**

| QTY. Ordered | Description | No. of boxes | Qty. per box | Qty. Delivered |
|---|---|---|---|---|
| | **659-2016-DM-00288** | | | |
| 1 | 659-2016-DM-00288-20201106<br>IMO-Dana-and-Katherine-Albrecht-AMENDED-ERRATA<br>133 Pages | | | 1 |
| | | | | |
| | | | | |
| | N.H. SUPREME COURT<br>RCVD 2021 DEC 1 PM 2:20 | | | |
| | | | | |
| | | | | |

Signature: _____  Date: 12/1/21

1

```
 1                       STATE OF NEW HAMPSHIRE

 2            9TH CIRCUIT COURT - FAMILY DIVISION - NASHUA

 3    IN THE MATTER OF:              ) Supreme Court Case No.
                                     ) 2021-0192
 4    DANA ALBRECHT,                 )
                                     ) Family Division Case No.
 5              Petitioner,          ) 659-2016-DM-00288
                                     )
 6              and                  )
                                     )
 7    KATHERINE ALBRECHT,            ) Nashua, New Hampshire
                                     ) November 6, 2020
 8              Respondent.          ) 11:37 a.m.
      _____)
 9
                           HEARING ON MOTIONS
10              BEFORE THE HONORABLE BRUCE DALPRA
         MARITAL MASTER OF THE CIRCUIT COURT - FAMILY DIVISION
11                        AMENDED (Errata)

12    APPEARANCES (All present by video or telephone):

13    For the Petitioner:           Joseph Caulfield, Esq.
                                     CAULFIELD LAW AND MEDIATION
14                                   OFFICE
                                     126 Perham Corner Rd
15                                   Lyndeborough, NH 03082

16    For the Respondent:           Michael J. Fontaine, Esq.
                                     WELTS, WHITE & FONTAINE, P.C.
17                                   P.O. Box 507
                                     Nashua, NH 03061
18
      Also Present:                  Kathleen Sternenberg
19                                   GAL

20    Audio Operator:               Electronically Recorded
                                     **Not Monitored**
21
      TRANSCRIPTION COMPANY:        eScribers, LLC
22                                   7227 N. 16th Street, Suite 207
                                     Phoenix, AZ 85020
23                                   (800) 257-0885
                                     www.escribers.net
24
      Proceedings recorded by electronic sound recording; transcript
25    produced by court-approved transcription service.
```



2

1                          I N D E X

2  WITNESS(ES)          DIRECT     CROSS     REDIRECT     RECROSS

3  FOR THE PETITIONER:

4  Dana Albrecht          4         38          62

5  Dana Albrecht      126
   (rebuttal)
6

7  WITNESS(ES)          DIRECT     CROSS     REDIRECT     RECROSS

8  FOR THE RESPONDENT:

9  Katherine Albrecht  71        116

10

11 MISCELLANEOUS                                          PAGE

12 Petitioner Rests                                        66

13 Respondent's Opening Statement                          67

14 Respondent Rests                                       125

15 Matter Taken Under Advisement                          130

16

17 EXHIBITS                                          ID      EVD

18 NONE

19

20

21

22

23

24

25



1          (Proceedings commence at 11:37 a.m.)

2               THE COURT:  Good morning, Atty. Caulfield?

3               MR. CAULFIELD:  Yes.

4               THE COURT:  Atty. Fontaine?

5               MR. FONTAINE:  Good morning, Judge.

6               THE COURT:  My name is DalPra.  You folks are

7  connected to the courtroom, and we're here on four pleadings.

8  And they both are pretty much -- the first two pleadings filed

9  by Mr. Albrecht regarding a modification of the parenting

10 plan, and the second two pleadings filed by Mrs. Albrecht with

11 pretty much the same requests, modification of the parenting

12 plan.

13          I'll tell you at the outset, that the several

14 hundred pages of exhibits have not been reviewed to date.  And

15 for the record, all the exhibits will be marked for

16 identification and I will make a determination following the

17 hearing as to which documents should be submitted as full

18 exhibits and which aren't.  So we won't have any argument on

19 those at this point.

20          Mr. Caulfield, these are your motions, you may

21 proceed.

22          MR. CAULFIELD:  Yes, Your Honor.  I just want to

23 point out that that doesn't clear up the docket as they set

24 forth Petitioner's --

25          THE COURT:  I don't care whether it clears the

**Transcript of November 6, 2020 Hearing – First Version**

*Pages 4-130 Omitted*

Complete copy available upon request.

1    matters under advisement.  Don't expect an order any time real

2    soon because I do have to plow through those exhibits that

3    were proffered, not necessarily admitted at this point.  But

4    the record will reflect that all the exhibits would be marked

5    as ID until I have an opportunity to determine the relevant

6    ones and the ones that don't apply.

7              So with that said, I want to commend all four of you

8    for a very comprehensive, civil hearing under difficult

9    circumstances.  And I wish everyone to stay safe.  I'll take

10   the matters under advisement.  This hearing is adjourned.  I'm

11   going to terminate the telephone call at this time.  Thank

12   you.

13             MR. CAULFIELD:  Thank you, Your Honor.

14             THE PETITIONER: Okay, thank you.

15        (Proceedings concluded at 3:10 p.m.)

16

17

18

19

20

21

22

23

24

25



CERTIFICATE

I, Erin K. Perkins, a court-approved proofreader, do hereby certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter, to the best of my professional skills and abilities.

TRANSCRIPTIONIST(S):   Karen Raile, CDLT-105
                       Erin Perkins, CET-601

Erin Perkins

Digitally signed by Erin Perkins
DN: cn=Erin Perkins,
o=eScribers,
ou=Production,
email=production@escribers.net, c=US
Date: 2020.11.13 13:03:55 -05'00'

ERIN K. PERKINS, CET-601                    November 12, 2020
Proofreader



# ERRATA SHEET

Name:  ITMO Dana Albrecht and Katherine Albrecht                Job Reference No. NHJB-12284

Case Number: 659-2016-DM-00288                                          Judge:  Bruce DalPra

Hearing Date:  11/6/20

| PAGE | LINE | TRANSCRIPT SHOWS | CHANGE TO | REASON | VERIFIED |
|------|------|------------------|-----------|--------|----------|
| 6 | 24 | Marinette High | Maranatha High | Spelling | KD |
| 8 | 1 | Brock Cooper | Rob Cooper | Spelling | KD |
| 15 | 11 | cousin Liv | cousin Liz | Spelling | KD |
| 15 | 12 | Valerie | Ellery | Spelling | KD |
| 17 | 13 | Fairmont | Claremont | Spelling | KD |
| 17 | 18 | Carey Edwards (phonetic) | Carey Edwards | Spelling | KD |
| 17 | 19 | Alan Gellon | Alan Yellin | Spelling | KD |
| 20 | 2 | Dr. Hanine | Dr. Hanif | Spelling | KD |
| 37 | 12 | Carolyn Berger | Cherylynne Berger | Spelling | KD |
| 65 | 19 | (indiscernible) | Introcaso | | KD |
| 66 | 2 | (indiscernible) | Introcaso | | KD |
| 98 | 1, 3 | George Thuy | George Tsai | Spelling | KD |
| 104 | 3 | Mayhill | Mayfield | Spelling | KD |
| 110 | 9 | Veronica Cortez | Veronica Cross | Spelling | KD |
| | | | | | |

KD - Kelly DesLauriers, eScribers Regional Production Manager - East Coast