**EXHIBIT 6**

# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2021-0192, <u>Katherine Albrecht v. Dana Albrecht</u>, the court on December 10, 2021, issued the following order:**

The transcript of the November 6, 2020 hearing held in the parties' domestic relations matter (docket no. 659-2016-DM-00288) does not include the "vulgar expression" that Master DalPra uttered during Dana Albrecht's testimony; nor does it include the "completely inappropriate" sentence that Master DalPra uttered later during Katherine Albrecht's testimony. According to Master DalPra's November 19, 2020 letter to the New Hampshire Judicial Conduct Committee, those two comments "were overheard by an eScriber transcriptionist."

On or before December 20, 2021, eScribers shall prepare an amended or additional errata sheet to the transcript of the November 6, 2020 hearing so as to include and identify (with page/line) those two comments.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**

Distribution:
9th N.H. Circuit Court - Nashua Family Division, 659-2019-DV-00341
Transcript Center
Michael J. Fontaine, Esquire
Israel F. Piedra, Esquire
Mr. Dana Albrecht
eScribers
Transcript Recorder, Supreme Court
File