**EXHIBIT**
**7**



**Minuteman Press®**
*The First & Last Step In Printing.*

93 Storrs Street Concord, NH 03301
(603) 225-3713 www.concord-nh.minutemanpress.com

# Packing Slip

2021-0192

POSTED JS

| Date | Client PO No. | Invoice # | Ship Via |
|------|---------------|-----------|----------|
| 12/15/21 | | | **DELIVERED** |

**Ship to:**
Supreme Court of NH
1 Charles Doe Drive
Concord, NH 03301

**Bill to:**

N.H. SUPREME COURT
RCVD 2021 DEC 15 PM 2:2

| QTY. Ordered | Description | No. of boxes | Qty. per box | Qty. Delivered |
|---|---|---|---|---|
| | **659-2016-DM-00288, 2021-0192** | | | |
| 1 | 659-2016-DM-00288-20201106 <br> IMO-Dana-and-Katherine-Albrecht-AMENDED-ERRATA <br> 133 Pages | | | 1 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Signature: _J. Sanders_    Date: 12-15-21

1

1                          STATE OF NEW HAMPSHIRE

2            9TH CIRCUIT COURT - FAMILY DIVISION - NASHUA

3    IN THE MATTER OF:                ) Supreme Court Case No.
                                      ) 2021-0192
4    DANA ALBRECHT,                   )
                                      ) Family Division Case No.
5                 Petitioner,         ) 659-2016-DM-00288
                                      )
6            and                      )
                                      )
7    KATHERINE ALBRECHT,              ) Nashua, New Hampshire
                                      ) November 6, 2020
8                 Respondent.         ) 11:37 a.m.
     _____ )
9
                               HEARING ON MOTIONS
10              BEFORE THE HONORABLE BRUCE DALPRA
         MARITAL MASTER OF THE CIRCUIT COURT - FAMILY DIVISION
11                          **AMENDED (Errata)**

12   APPEARANCES (All present by video or telephone):

13   For the Petitioner:          Joseph Caulfield, Esq.
                                  CAULFIELD LAW AND MEDIATION
14                                OFFICE
                                  126 Perham Corner Rd
15                                Lyndeborough, NH 03082

16   For the Respondent:          Michael J. Fontaine, Esq.
                                  WELTS, WHITE & FONTAINE, P.C.
17                                P.O. Box 507
                                  Nashua, NH 03061
18
     Also Present:                Kathleen Sternenberg
19                                GAL

20   Audio Operator:              Electronically Recorded
                                  **Not Monitored**
21
     TRANSCRIPTION COMPANY:       eScribers, LLC
22                                7227 N. 16th Street, Suite 207
                                  Phoenix, AZ 85020
23                                (800) 257-0885
                                  www.escribers.net
24
     Proceedings recorded by electronic sound recording; transcript
25   produced by court-approved transcription service.



2

1                                   I N D E X

2    WITNESS(ES)          DIRECT     CROSS     REDIRECT     RECROSS

3    FOR THE PETITIONER:

4    Dana Albrecht          4         38         62

5    Dana Albrecht      126
     (rebuttal)

6

7
     WITNESS(ES)          DIRECT     CROSS     REDIRECT     RECROSS
8
     FOR THE RESPONDENT:
9
     Katherine Albrecht  71         116
10

11
     MISCELLANEOUS                                              PAGE
12
     Petitioner Rests                                            66
13
     Respondent's Opening Statement                              67
14
     Respondent Rests                                           125
15
     Matter Taken Under Advisement                              130
16

17
     EXHIBITS                                             ID     EVD
18
     NONE
19

20

21

22

23

24

25



3

1          (Proceedings commence at 11:37 a.m.)

2               THE COURT:  Good morning, Atty. Caulfield?

3               MR. CAULFIELD:  Yes.

4               THE COURT:  Atty. Fontaine?

5               MR. FONTAINE:  Good morning, Judge.

6               THE COURT:  My name is DalPra.  You folks are

7    connected to the courtroom, and we're here on four pleadings.

8    And they both are pretty much -- the first two pleadings filed

9    by Mr. Albrecht regarding a modification of the parenting

10   plan, and the second two pleadings filed by Mrs. Albrecht with

11   pretty much the same requests, modification of the parenting

12   plan.

13               I'll tell you at the outset, that the several

14   hundred pages of exhibits have not been reviewed to date.  And

15   for the record, all the exhibits will be marked for

16   identification and I will make a determination following the

17   hearing as to which documents should be submitted as full

18   exhibits and which aren't.  So we won't have any argument on

19   those at this point.

20               Mr. Caulfield, these are your motions, you may

21   proceed.

22               MR. CAULFIELD:  Yes, Your Honor.  I just want to

23   point out that that doesn't clear up the docket as they set

24   forth Petitioner's --

25               THE COURT:  I don't care whether it clears the

# Transcript of November 6, 2020 Hearing – Second Version

*Pages 4-130 Omitted*

Complete copy available upon request.

1 matters under advisement.  Don't expect an order any time real

2 soon because I do have to plow through those exhibits that

3 were proffered, not necessarily admitted at this point.  But

4 the record will reflect that all the exhibits would be marked

5 as ID until I have an opportunity to determine the relevant

6 ones and the ones that don't apply.

7          So with that said, I want to commend all four of you

8 for a very comprehensive, civil hearing under difficult

9 circumstances.  And I wish everyone to stay safe.  I'll take

10 the matters under advisement.  This hearing is adjourned.  I'm

11 going to terminate the telephone call at this time.  Thank

12 you.

13          MR. CAULFIELD:  Thank you, Your Honor.

14          THE PETITIONER: Okay, thank you.

15     (Proceedings concluded at 3:10 p.m.)

16

17

18

19

20

21

22

23

24

25



132

## CERTIFICATE

I, Erin K. Perkins, a court-approved proofreader, do hereby

certify that the foregoing is a correct transcript from the

official electronic sound recording of the proceedings in the

above-entitled matter, to the best of my professional skills

and abilities.

TRANSCRIPTIONIST(S):   Karen Raile, CDLT-105
                       Erin Perkins, CET-601

Erin
Perkins

Digitally signed
by Erin Perkins
Date: 2021.12.14
16:57:51 -05'00'

ERIN K. PERKINS, CET-601                     November 12, 2020
Proofreader


eScribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

**ERRATA SHEET**

**CASE:  ITMO Dana Albrecht and Katherine Albrecht**      **HEARING DATE:  11-06-2020**

**CASE #:  659-2016-DM-00288**                                          **JUDGE: HON. BRUCE DALPA**

| PAGE # | LINE # | READS: | CORRECTION: | BY/CONFIRMED: |
|--------|--------|--------|-------------|---------------|
| 32 | 13 | Remark was omitted | THE COURT: Who gives a fuck? (Whispered) | Confirmed |
| 72 | 21 | Remark was omitted | THECOURT: Of course  not, they're a bunch of morons. (Whispered) | Confirmed |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |