

```
                    Nashua Police Department                    Page: 1
                          Incident Report                     02/15/2022

           Incident #: 21-78476-OF                      ┌──────────┐
           Call #: 21-78476                             │ EXHIBIT  │
                                                        │    8     │
                                                        └──────────┘

Date/Time Reported: 12/17/2021 0942
 Report Date/Time:  12/17/2021 1158
 Occurred Between:  11/06/2020 0900-09/29/2021 1600
           Status:  No Crime Involved

Reporting Officer: MASTER PATROLMAN-2 ROBERT DUNN
Approving Officer: SERGEANT CHRISTOPHER CARON

         Signature: _____


         Signature: _____
```

| # | EVENTS(S) |
|---|---|
|   | LOCATION TYPE: Residence/Home/Apt./Condo    Zone: Sector 12 |
|   | NIGHTINGALE RD |
|   | NASHUA NH 03060 |
| 1 | Police Information |

| # | PERSON(S) | PERSON TYPE | SEX RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | ALBRECHT, DANA | REPORTING PARTY | | 49 | NOT AVAIL | |
|   | DOB: | | | | | |
| 2 | CONFIDENTIAL | | | | | |

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | CD'S WITH COURT TESTIMONY | 21-6105-PR | Evidence (Not Nibrs Reportable) |
|   | QUANTITY: 1             VALUE: $1.00 | | |
|   | SERIAL #: NOT AVAIL | | |
|   | DATE: 12/17/2021 | | |
|   | OWNER: ALBRECHT, DANA | | |

Incident #: 21-78476-OF
Call #: 21-78476

```
*******************************
***CONFIDENTIAL PERSON REPORT***
*******************************
```

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 2 | DALPRA, BRUCE | OTHER | | | 71 | NOT AVAIL | |

DOB:

On December 17, 2021 at approximately 10:00 AM, I was dispatched to Tilton Street for the report of court transcripts that had been falsified.

Upon arrival I met with Dana Albrecht, who reported that he had a court hearing with the Nashua Family Court on November 6, 2020. He later received notice on December 10, 2021 that the Marital Master in the case, Bruce Dalpra had uttered a vulgar expression during the hearing which did not get entered onto the transcript.

He was notified of this via an order from the state Supreme Court ordering a new transcription to be made because a vulgar expression made by the Marital Master had been omitted from the original transcription. He received this order on December 10, 2021. He then received the new transcript on December 14, 2021.

The Supreme Court originally became involved in this matter because Marital Master Dalpra self-reported to the New Hampshire Judicial Conduct Committee on November 19, 2020 that he had made inappropriate statements during a hearing. I attached a copy of this letter to this report. In it Marital Master Dalpra explains that he was informed by Judge King that a transcriber had informed him of the vulgar language. He also says that the court recorder in the court room did not hear these statements that were not on the first transcript but was on the second.

Mr. Albrecht provided me with the copies of the proceedings that he received from Nashua District Court as well as a PDF of each of the transcriptions; the one he received on November 13, 2020 as well as the one he received on December 14, 2021.

The transcripts appear to be identical except for two lines that had not been in the original transcript. On page 32, line 13, the court whispered: "Who gives a fuck?" This was while Mr. Albrecht was explaining how he made a traditional homemade meal for his children. On page 72, line 21 the court again whispered: "Of course not. They're a bunch of morons." This comment was made in regards to the children making mature decisions. Neither of these lines were in the original transcript from eScribes and were included only on an errata page on the second transcript. The transcriptionists on the file appear to be Karen Raile and Erin Perkins. Erin Perkins was the proof reader who signed the transcripts.

I attached the PDF files to this report and tagged the CD's with audio into evidence. I was not able to play the audio with the report writing computer.

I also spoke with Anna Croteau at the Attorney General's Office. Anna told me she had advised Dana to contact the Judicial Conduct Committee and that he should send any corroborating evidence to the her if he believed the case rose to a criminal level. The investigators at the Attorney General's office would then determine if there was reasonable suspicion to open a criminal investigation. Anna said Dana never re-contacted her with the needed information.

I also spoke with Michele Lilley at eScribers. She informed me that the original transcribers did not hear the offending lines as they were whispered. She also explained that the missing lines were not put into the body of the text as this is a New Hampshire policy that they only go on the Errata page. Michele did not know who informed Judge King of the inappropriate utterances of Marital Master Dalpra.

At this time it is not known who if anyone changed the transcript to leave out the offending lines. This hearing was telephonic so the Marital Master may have been at his home outside of Nashua. The stenographers were also off-site, Mr. Albrecht believes they might be in Arizona, which is where Escribers appears to be based. This report was made to document the inconsistencies with the court transcript. Due to the fact that the Attorney General's office investigates these incidents and already have this incident on file, I will be sending this report to them. Mr. Albrecht was made aware of this.

Nothing Further
R. Dunn

** Portions of this report have been redacted **