**ATTORNEY GENERAL
DEPARTMENT OF JUSTICE**

33 CAPITOL STREET
CONCORD, NEW HAMPSHIRE 03301-6397

JOHN M. FORMELLA
ATTORNEY GENERAL

JAMES T. BOFFETTI
DEPUTY ATTORNEY GENERAL



EXHIBIT 9

April 22, 2022

*Delivered via USPS*

Dana Albrecht
3 Nightingale Road
Nashua, NH 03060

    Re:    Complaint – Marital Master Bruce F. DalPra

Dear Mr. Albrecht:

    On December 13, 2021, this Office received a referral from Nashua Police Department regarding the complaint you made against Marital Master Bruce F. DalPra in which you allege that Master DalPra falsified or otherwise tampered with a court transcript of a November 6, 2020 hearing (the "hearing") held in the matter of <u>Katherine Albrecht v. Dana Albrecht</u>, Case No. 659-2016-DM-00288.

    This Office's Public Integrity Unit ("PIU") reviews complaints alleging criminal conduct by state officials, judicial officers, and law enforcement officers. As a threshold matter, the PIU first determines whether, based on the complaint and other information provided, there is reasonable suspicion that further investigation will lead to probable cause that a crime occurred. This standard was applied in this case.

    The PIU's review included the referral provided to this Office, which contained in relevant part the following: (1) Nashua Police Officer Robert W. Dunn's report regarding your complaint; (2) the original eScribers transcript of the hearing; (3) Master DalPra's November 19, 2020 letter of self-report to the Judicial Conduct Committee regarding two inappropriate comments he whispered during the hearing; (4) the New Hampshire Supreme Court's December 10, 2021 order directing eScribers to produce an amended transcript of the hearing with the two inappropriate comments, which were omitted from the original transcript; (5) the amended eScribers transcript of the hearing with an additional errata sheet including and identifying (with page/line) the two inappropriate comments. The PIU also reviewed several documents you provided to this Office relative to the underlying litigation between you and Katherine Albrecht. Lastly, the PIU reviewed the relevant statutes applicable to your allegations against Master DalPra. The statutes included were RSA 641:6 (Falsifying Physical Evidence) and RSA 641:7 (Tampering with Public Records or Information).

After a thorough review of the materials and the applicable law, the PIU has concluded that there is no reasonable suspicion to believe that further investigation will establish probable cause that Master DalPra committed a crime in connection with this incident. There is no evidence to suggest that Master DalPra or any person at his direction altered the original transcript of the hearing by intentionally omitting the two inappropriate comments. Rather, because the comments were whispered, it appears that the original eScribers transcriptionist simply did not hear them, and it was not until a second eScribers transcriptionist subsequently reviewed the audio recording that the comments were discovered and reported to Judge David D. King, Chief Administrative Judge of the New Hampshire Circuit Court. Accordingly, as there is no evidence of criminal activity, this Office will take no further action on this matter.

If you have any questions or concerns, please do not hesitate to contact this Office.

Sincerely,

Zachary C. Wolf
Attorney
Criminal Justice Bureau
(603) 271-3671
Zachary.C.Wolf@doj.nh.gov

CC:   John M. Formella, Attorney General
      James T. Boffetti, Deputy Attorney General
      Geoffrey W. R. Ward, Chief, Criminal Justice Bureau
      Timothy J. Sullivan, Senior Assistant Attorney General
      Anna R. Brewer-Croteau, Investigator
      Officer Robert W. Dunn, Nashua Police Department