

**WIKIPEDIA**
*The Free Encyclopedia*

# David D. King (jurist)

**David D. King** is the current Administrative Judge of the New Hampshire Circuit Court.[1][2]

## Early life and education

King is a 1981 graduate of Plymouth State College and received his J.D. from the Franklin Pierce Law Center (now UNH School of Law) in 1984.[3]

## Legal career

King was a member of the New Hampshire House of Representatives and in 1984 was a delegate to the state's 17th Constitutional Convention.[3] In 1985, he was hired by attorney Philip Waystack, and later became a partner in the firm of Waystack & King in Colebrook, New Hampshire.[4] In 1990, he was appointed as the presiding judge in the Coos County Probate Court. In 2007, he left Waystack & King to become a full-time judge.[4] He then served as the deputy administrative judge of the New Hampshire Circuit Court since it began operations in July 2011. After the departure of former administrative judge Edwin W. Kelly, he became the administrative judge of the New Hampshire Circuit Court.[1]

| | Hon. **David D. King** |
|---|---|
| | **New Hampshire Circuit Court Administrative Judge** |
| | **Incumbent** |
| | **Assumed office** 2017-2018 |
| Nominated by | Chris Sununu |
| Preceded by | Hon. Edwin W. Kelly |
| | **New Hampshire Circuit Court Deputy Administrative Judge** |
| | **In office** July 2011 – 2017-2018 |
| Preceded by | None |
| Succeeded by | Hon. Susan W. Ashley |
| | **Personal details** |
| Born | 1959 |
| Nationality | American |

## Awards and community service

In 2021, King received the Innovator of the Year Award from the National Council of Juvenile and Family Court Judges (NCJFCJ).[5]

## References

1. "Judges - New Hampshire Judicial Branch" (https://www.courts.nh.gov/our-courts/circuit-court/judges). Archived (https://web.archive.org/web/20221113013512/https://www.courts.nh.gov/our-courts/circuit-court/judges) from the original on 2022-11-13. Retrieved 2022-11-17.
2. King, David (July 31, 2020). "The Circuit Court after 9 years" (https://www.nhbr.com/the-circuit-court-after-9-years/). *New Hampshire Business Review*. Archived (https://web.archive.org/web/20221113013511/https://www.nhbr.com/the-circuit-court-after-9-years/) from the original on November 13, 2022. Retrieved November 17, 2022.
3. "Virtual Circuit Court Update - NH Bar Association" (https://member.nhbar.org/calendar/signup/MTgwMQ==). Archived (https://web.archive.org/web/20221113032024/https://member.nhbar.org/calendar/signup/MTgwMQ==) from the original on 2022-11-13. Retrieved 2022-11-17.
4. "Waystack & Frizzell - History" (https://waystackfrizzell.com/history/). Archived (https://web.archive.org/web/20221113032031/https://waystackfrizzell.com/history/) from the original on 2022-11-13. Retrieved 2022-11-17.

5. "The NCJFCJ Honors Judge David D. King as 2021 Innovator of the Year Recipient at Annual Justice Innovation Awards" (https://www.ncjfcj.org/news/the-ncjfcj-honors-judge-david-d-king-as-2021-innovator-of-the-year-recipient-at-annual-justice-innovation-awards/). July 21, 2021. Archived (https://web.archive.org/web/20221113044915/https://www.ncjfcj.org/news/the-ncjfcj-honors-judge-david-d-king-as-2021-innovator-of-the-year-recipient-at-annual-justice-innovation-awards/) from the original on November 13, 2022. Retrieved November 17, 2022.

---

Retrieved from "https://en.wikipedia.org/w/index.php?title=David_D._King_(jurist)&oldid=1141615740"