**EXHIBIT 15**

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

| | | |
|---|---|---|
| In the Matter of Katherine Albrecht v. Dana Albrecht | § § § § § | Location: **9th Circuit - Family Division - Nashua**<br>Filed on: **11/12/2019**<br>Protective Order Number: **6591910341** |

---

### CASE INFORMATION

**Related Cases**
659-2016-DM-00288   (Information Only Cross Reference)

**Statistical Closures**
12/30/2019   Case Closed

Case Type: **Domestic Violence Petition**

Case Status: **05/23/2022   Appeal to Supreme Court**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number          659-2019-DV-00341<br>Court                     9th Circuit - Family Division - Nashua<br>Date Assigned        11/12/2019 |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Plaintiff** | **Albrecht, Katherine**<br>** *Confidential Address* ** | *Fontaine, Michael J., ESQ*<br>*Retained*<br>603-883-8723(F)<br>603-883-0797(W)<br>*Welts White & Fontaine, PC*<br>*29 Factory Street*<br>*P.O. Box 507*<br>*Nashua, NH 03061-0507*<br>mfontaine@lawyersnh.com |
| **Defendant** | **Albrecht, Dana**<br>*131 D.W. Hwy #235*<br>*Nashua, NH 03060* | **Pro Se**<br>*131 D.W. Hwy #235*<br>*Nashua, NH 03060*<br>dana.albrecht@hushmail.com |
| **Child** | **Albrecht, Grace**<br><br>**Albrecht, Sophie** | |
| **Police Department** | **Nashua Police Department**<br>*PO Box 785*<br>*Nashua, NH 03061* | |
| **Attorney - OTHER** | **Denny, Catherine Anne, ESQ**<br>for DDK<br>*NH Attorney General's Office - DOJ*<br>*33 Capitol St Ste 336*<br>*Concord, NH 03301-6397*<br>         Removed: 11/16/2023<br>         Party Dismissed<br><br>**Landers, Edwin F., ESQ**<br>for Kathleen Sternenberg<br>*Morrison Mahoney LLP* | |

# CASE SUMMARY

## CASE NO. 659-2019-DV-00341

250 Summer Street
Boston, MA 02210-1181
    Removed: 11/15/2023
    Party Dismissed

**Smith, Linda M., ESQ**
    for Kathleen Sternenberg
    *Morrison Mahoney LLP*
    *650 Elm St Ste 201*
    *Manchester, NH 03101*
    Removed: 11/15/2023
    Party Dismissed

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|------|------------------------------|-------|
| 11/12/2019 | Domestic Violence Petition<br>    Party: Attorney Fontaine, Michael J., ESQ<br>    *filed on behalf of his client that lives in CA* | *Index #1* |
| 11/12/2019 | Confidential Information Sheet -CONFIDENTIAL- | *Index #2* |
| 11/12/2019 | Defendant Information Sheet for Law Enforcement | *Index #3* |
| 11/12/2019 | UCCJEA Affidavit | *Index #4* |
| 11/12/2019 | Appearance<br>    Party: Attorney Fontaine, Michael J., ESQ | *Index #5* |
| 11/12/2019 | Objection<br>    *to Domestic Violence Petition* | *Index #6* |
| 11/12/2019 | No Temp Order Issued/Final Hearing (Judicial Officer: McIntyre, Erin B ) | *Index #7* |
| 11/12/2019 | DVP Transmittal Letter/Fax<br>    *faxed no temp to PD's* | *Index #8* |
| 11/14/2019 | Appearance<br>    Party: Attorney Caulfield, Joseph, ESQ<br>    *for def* | *Index #9* |
| 11/19/2019 | Motion to Consolidate<br>    Party: Attorney Caulfield, Joseph, ESQ<br>    *Defendant's Motion to Consolidate for Hearing* | *Index #10* |
| 12/02/2019 | Objection<br>    Party: Attorney Fontaine, Michael J., ESQ<br>    *Plaintiff's Objection to Defendant's Motion to Consolidate for Hearing* | *Index #15* |
| 12/04/2019 | Denied (Judicial Officer: Derby, Mark S )<br>    *Parties cautioned that 12-9-19 hearing is scheduled for 30 min & double-booked with*<br>    *another DV case, and should plan accordingly.* | |
| 12/04/2019 | Notice of Decision<br>    *mailed to parties* | *Index #16* |
| 11/19/2019 | Answer<br>    Party: Attorney Caulfield, Joseph, ESQ<br>    *Defendant's Answer to Domestic Violence Petition* | *Index #11* |
| 11/27/2019 | Motion<br>    Party: Attorney Caulfield, Joseph, ESQ | *Index #12* |

**9TH CIRCUIT - FAMILY DIVISION - NASHUA**

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

| | | |
|---|---|---|
| | *Defendant's Motion for Court to Take Judicial Notice* | |
| 11/27/2019 | Motion<br>Party: Attorney Caulfield, Joseph, ESQ<br>*Defendant's Expedited Motion to Permit David Albrecht to Testify Telephonically* | *Index #13* |
| 12/06/2019 | Granted (Judicial Officer: Derby, Mark S )<br>*Granted as to 12/9/19 hearing* | |
| 11/27/2019 | Motion<br>Party: Attorney Caulfield, Joseph, ESQ<br>*Defendant's Expedited Motion to Permit Hildreth Y. Grossman, PH.D to Testify Telephonically* | *Index #14* |
| 12/06/2019 | Granted (Judicial Officer: Derby, Mark S )<br>*Granted as to 12/9/19 hearing* | |
| 12/05/2019 | Objection<br>Party: Attorney Caulfield, Joseph, ESQ<br>*Defendant's Replication to Plaintiff's Objection to Defendant's Motion to Consolidate for Hearing* | *Index #17* |
| 12/06/2019 | Notice of Decision<br>*#13 and #14 granted - call in instructions provided to defendant's attorney* | *Index #18* |
| 12/06/2019 | Motion<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Plaintiff's Expedited Motion to Permit Denise Ballnik to Testify Telephonically* | *Index #19* |
| 12/09/2019 | Granted (Judicial Officer: Derby, Mark S ) | |
| 12/09/2019 | **Final Hearing Domestic Violence** (Judicial Officer: Derby, Mark S) | |
| 12/09/2019 | Objection<br>Party: Plaintiff Albrecht, Katherine<br>*(plf) to motion for court to take judicial notice* | *Index #20* |
| 12/11/2019 | **Final Hearing Domestic Violence** (Judicial Officer: Derby, Mark S) | |
| 12/11/2019 | Order (Judicial Officer: Derby, Mark S )<br>*on scheduling final hearing in Merrimack Family Court on 12/20/19 @ 8:30* | *Index #21* |
| 12/20/2019 | **Final Hearing Domestic Violence** (Judicial Officer: Derby, Mark S) | |
| 12/20/2019 | Memorandum of Law<br>Party: Defendant Albrecht, Dana<br>*defendent* | *Index #22* |
| 12/20/2019 | Findings of Fact/Rulings of Law<br>Party: Defendant Albrecht, Dana<br>*defendent* | *Index #23* |
| 12/30/2019 | Domestic Violence Final Order Granted (Judicial Officer: Derby, Mark S ) | *Index #24* |
| 12/30/2019 | DVP Transmittal Letter/Fax<br>*Faxed to NCIC, PD(s) for service* | *Index #25* |
| 12/30/2019 | Notice of Appellate Rights | *Index #26* |
| 12/30/2019 | Notice of Decision | *Index #27* |

*Printed on 12/28/2023 at 4:01 PM*

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

*mailed to all parties*

| | | |
|---|---|---|
| 12/30/2019 | **Domestic Violence Final Orders** (Judicial Officer: Derby, Mark S) | |
| 01/09/2020 | Motion<br>Party: Attorney Caulfield, Joseph, ESQ<br>*Defendant's Ex Parte Motion to Modify* | *Index #28* |
| 01/09/2020 | Objection<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Ex Parte Motion to Modify* | *Index #33* |
| 01/10/2020 | Objection<br>Party: Attorney Caulfield, Joseph, ESQ<br>*Defendant's Replication to Plaintiff's Objection to Defendant's Ex Parte Motion to Modify* | *Index #36* |
| 01/17/2020 | Objection<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Plaintiff's Supplement Objection to Defendant's Ex Parte Motion to Modify* | *Index #41* |
| 01/24/2020 | Response<br>Party: Attorney Caulfield, Joseph, ESQ<br>*Defendant's Replication to Plaintiff's Supplemental Objection to Defendant's Ex- Parte Motion to Modify* | *Index #44* |
| 01/10/2020 | Denied (Judicial Officer: Derby, Mark S )<br>*Denied on an emergency ex parte basis. Plaintiff has until 1-20-2020 to file a more thorough objection if she wishes. If she wishes to stand on the existing objection, she shall notify the court.* | |
| 01/10/2020 | Notice of Decision<br>*mailed to parties* | *Index #37* |
| 01/09/2020 | Motion to Reconsider<br>Party: Attorney Caulfield, Joseph, ESQ<br>*Defendant's Motion for Reconsideration* | *Index #29* |
| 01/17/2020 | Objection<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Motion for Reconsideration* | *Index #40* |
| 01/24/2020 | Response<br>Party: Attorney Caulfield, Joseph, ESQ<br>*Defendant's Replication to Plaintiff's Objection to Defendant's Motion for Reconsideration* | *Index #45* |
| 01/27/2020 | Denied (Judicial Officer: Derby, Mark S ) | |
| 01/09/2020 | Transcript<br>Party: Attorney Caulfield, Joseph, ESQ<br>*of the DV Final Hearing on Dec 9, 2019 (day 1)* | *Index #30* |
| 01/09/2020 | Transcript<br>Party: Attorney Caulfield, Joseph, ESQ<br>*of DV Final Hearing on Dec 11, 2019 (day 2)* | *Index #31* |
| 01/09/2020 | Transcript<br>Party: Attorney Caulfield, Joseph, ESQ<br>*of DV Final Hearing on Dec 20, 2019 (day 3)* | *Index #32* |

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

| | | |
|---|---|---|
| 01/09/2020 | Parenting Plan (Judicial Officer: Quigley, Patricia B )<br>*from case # 659-2016-DM-288 Dated 9/1/2017* | *Index #34* |
| 01/09/2020 | DVP Transmittal Letter/Fax<br>*faxed copy of parenting plan to NCIC* | *Index #35* |
| 01/14/2020 | Return of Service<br>*Final Orders* | *Index #38* |
| 01/15/2020 | DVP Transmittal Letter/Fax<br>*faxed to NCIC* | *Index #39* |
| 01/27/2020 | Order (Judicial Officer: Derby, Mark S )<br>*on Post-Trial Motions (#28, #29) The ex parte motion to Modify (#28) is Denied for the reasons set forth in the plaintiff's objections. Motion to Reconsider (#29), that is also denied for the reasons set forth in the plaintiff's objection. Finally, and turning to the broader issue of the plaintiff's fear. RSA 633:3-a, I contains both an objective standard (RSA 633:3-a, I(a)) and a subjective standard (RSA 633:3-a,I(b)). Therefore, even if a reasonable person at the church on Nov 3, 2019 would not have felt in fear of his or her safety, if the defendant knew that his conduct would cause the plaintiff or the children to be in fear of their safety, that is sufficient to constitute stalking. Regardless of whether of not that fear is the result of a mental health experience, the court find that the plaintiff clearly knew that tracking of the plaintiff and the children to the church, refusing multiple lawful orders to leave, and then watching the church from the parking lot for the bulk of the day, would cause the petitioner to fear for her safety. Motions denied.* | *Index #42* |
| 01/27/2020 | Notice of Decision<br>*mailed to parties* | *Index #43* |
| 01/30/2020 | Email-Address Notification or Change<br>Party:  Defendant  Albrecht, Dana<br>*defendant* | *Index #46* |
| 02/07/2020 | Returned Mail<br>*plaintiff* | *Index #47* |
| 02/25/2020 | Notice of Appeal to Supreme Court<br>*Rule 7 Notice of Mandatory Appeal* | *Index #48* |
| 04/03/2020 | Notice of Appeal to Supreme Court<br>*Case is accepted. Case # 2020-0118* | *Index #49* |
| 06/22/2020 | Supreme Court Order<br>*# 2020-0118 Having considered the brief, memorandum of law, reply brief and record submitted on appeal, we conclude that oral argument is unnecessary in the case. We Affirm MANDATE 8/14/20* | *Index #50* |
| 08/17/2020 | Supreme Court Order<br>*Supreme Court Rule 22(2) provides that a party filing a motion for rehearing or reconsideration shall state with particularity the points of law or fact that he claims the court has overlooked or misapprehended. We have reviewed the claims made in the motion for a rehearing and reconsideration, and we conclude that no points of law or fact were overlooked or misapprehended in our decision. Accordingly upon reconsideration, we affirm our June 19, 2020 decision and deny the relief requested in the motion. Relief requested in motion for rehearing and reconsideration denied. MANDATED 8/14/20* | *Index #51* |
| 12/18/2020 | Request for Renewal of DV/Stalking Order<br>Party:  Attorney Fontaine, Michael J., ESQ<br>*Plaintiff's Verified Motion for Extension of Domestic Violence Final Order of Protection* | *Index #52* |
| 12/21/2020 | 1-year Extension DV/Stalking Protective Order (Judicial Officer: Curran, John A ) | *Index #53* |

9TH CIRCUIT - FAMILY DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

| 12/21/2020 | DVP Transmittal Letter/Fax<br>*faxed to registry and PDs* | *Index #54* |
| --- | --- | --- |
| 12/21/2020 | Notice of Decision | *Index #55* |
| 02/10/2021 | Return of Service<br>*on Initial Extenion* | *Index #63* |
| 03/01/2021 | DVP Transmittal Letter/Fax<br>*faxed to Registry* | *Index #64* |
| 01/27/2021 | **Hearing** (Judicial Officer: DalPra, Bruce F)<br>*866-951-1151 CR: 3907180# (see #19 of 13th Renewed & Amended Emergency Order re:<br>hearing deadline)* | |
| 03/09/2021 | Order on Objection to Extension of DV/Stalking Final Order (Judicial Officer: Leonard,<br>Elizabeth M )<br>*Based on the evidence presented at the hearing, the court finds that the Plaintiff showed<br>good cause why the Extension Order is necessary pursuant to RSA 173-B:5, VI or RSA<br>633:3-a, III-c. Accordingly, the Extension of the Final Protective Order, that was granted<br>on December 21, 2020, remains in effect. The Extension Order expires on Dec. 30, 2021.* | *Index #65* |
| 03/09/2021 | Order (Judicial Officer: Leonard, Elizabeth M )<br>*from telephonic hearing held on Jan 27, 2021 on objection to the extension. This court is<br>not persuaded that Defendant is credible in his assertion that there is no reason to extend<br>the protective order. His past conduct and histpry offers to this scourt no reason to<br>believe that he will refrain from his prior conduct. RECOMMENDED: 1. Protective<br>order issued on Dec 30, 2019 is hereby extended to Dec 30, 2021.* | *Index #66* |
| 03/09/2021 | DVP Transmittal Letter/Fax<br>*faxed to Registry & PDs fyi* | *Index #67* |
| 03/09/2021 | Notice of Appellate Rights | *Index #68* |
| 03/09/2021 | Notice of Decision<br>*mailed to parties* | *Index #69* |
| 03/19/2021 | Motion to Reconsider<br>Party:  Attorney  Caulfield, Joseph, ESQ<br>*Defendant's Motion for Reconsideration of March 9, 2021 Order* | *Index #70* |
| 03/23/2021 | Obj to Motion to Reconsider<br>Party:  Attorney  Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Motion to Reconsider March 9, 2021* | *Index #72* |
| 04/09/2021 | Denied (Judicial Officer: Chabot, Kimberly A )<br>*Recommended by BFD - The court has reviewed the motion. The court finds that its order<br>extending the Protective Order is fully supported by the evidence. Motion for<br>Reconsideration is denied.* | |
| 04/09/2021 | Notice of Decision<br>*mailed to parties* | *Index #73* |
| 12/21/2020 | **Order Issued** (Judicial Officer: Curran, John A) | |
| 12/28/2020 | Objection to Extension of DV/Stalking Final Order<br>Party:  Attorney  Caulfield, Joseph, ESQ | *Index #56* |
| 01/07/2021 | Objection | *Index #60* |

9TH CIRCUIT - FAMILY DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

|  |  |  |
|---|---|---|
|  | Party: Attorney Fontaine, Michael J., ESQ | |
|  | *Plaintiff's Objection to Defendant's Objection to Extension of DV Final Order of Protection and Request for Hearing.* | |
| 01/27/2021 | **Hearing** (Judicial Officer: DalPra, Bruce F) | |
|  | *866-951-1151 CR: 3907180# (see #19 of 13th Renewed & Amended Emergency Order re: hearing deadline)* | |
| 03/09/2021 | Order on Objection to Extension of DV/Stalking Final Order (Judicial Officer: Leonard, Elizabeth M ) | *Index #65* |
|  | *Based on the evidence presented at the hearing, the court finds that the Plaintiff showed good cause why the Extension Order is necessary pursuant to RSA 173-B:5, VI or RSA 633:3-a, III-c. Accordingly, the Extension of the Final Protective Order, that was granted on December 21, 2020, remains in effect. The Extension Order expires on Dec. 30, 2021.* | |
| 03/09/2021 | Order (Judicial Officer: Leonard, Elizabeth M ) | *Index #66* |
|  | *from telephonic hearing held on Jan 27, 2021 on objection to the extension. This court is not persuaded that Defendant is credible in his assertion that there is no reason to extend the protective order. His past conduct and histpry offers to this scourt no reason to believe that he will refrain from his prior conduct. RECOMMENDED: 1. Protective order issued on Dec 30, 2019 is hereby extended to Dec 30, 2021.* | |
| 03/09/2021 | DVP Transmittal Letter/Fax | *Index #67* |
|  | *faxed to Registry & PDs fyi* | |
| 03/09/2021 | Notice of Appellate Rights | *Index #68* |
| 03/09/2021 | Notice of Decision | *Index #69* |
|  | *mailed to parties* | |
| 03/19/2021 | Motion to Reconsider | *Index #70* |
|  | Party: Attorney Caulfield, Joseph, ESQ | |
|  | *Defendant's Motion for Reconsideration of March 9, 2021 Order* | |
| 03/23/2021 | Obj to Motion to Reconsider | *Index #72* |
|  | Party: Attorney Fontaine, Michael J., ESQ | |
|  | *Plaintiff's Objection to Defendant's Motion to Reconsider March 9, 2021* | |
| 04/09/2021 | Denied (Judicial Officer: Chabot, Kimberly A ) | |
|  | *Recommended by BFD - The court has reviewed the motion. The court finds that its order extending the Protective Order is fully supported by the evidence. Motion for Reconsideration is denied.* | |
| 04/09/2021 | Notice of Decision | *Index #73* |
|  | *mailed to parties* | |
| 12/28/2020 | Other | *Index #57* |
|  | Party: Attorney Caulfield, Joseph, ESQ | |
|  | *opposition to plaintiff's verified motion for extension of DV Final Order* | |
| 12/28/2020 | Motion | *Index #58* |
|  | Party: Attorney Caulfield, Joseph, ESQ | |
|  | *for defendant's counsel to appear telephonically* | |
| 01/05/2021 | Returned Mail | *Index #59* |
|  | *plaintiff* | |
| 01/27/2021 | Memorandum of Law | *Index #61* |
|  | Party: Attorney Caulfield, Joseph, ESQ | |
|  | *Defendant's Hearing Memorandum* | |

*Printed on 12/28/2023 at 4:01 PM*

9TH CIRCUIT - FAMILY DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

| | | |
|---|---|---|
| 01/29/2021 | Other<br>Party: Attorney Caulfield, Joseph, ESQ<br>*Def - Transcript of January 27, 2021 Hearing.* | *Index #62* |
| 03/23/2021 | Returned Mail<br>*Plt Order on Extension* | *Index #71* |
| 05/07/2021 | Notice of Appeal to Supreme Court<br>Party: Defendant Albrecht, Dana | *Index #74* |
| 05/20/2021 | Supreme Court Order<br>*Case No. 2021-0192 Notice of Docketing and Mandatory E-Filing* | *Index #75* |
| 06/07/2021 | Supreme Court Order<br>*Case is Accepted, processing of the case will be expedited.* | *Index #76* |
| 09/02/2021 | Appearance<br>Party: Defendant Albrecht, Dana<br>*Def - pro se* | *Index #78* |
| 09/07/2021 | Withdrawal<br>*atty for def - Joseph Caulfield, Esq* | *Index #77* |
| 11/18/2021 | Other<br>*Defendant is out of town next week (11/22/2021-11/26/2021) DO NOT SCHEDULE* | *Index #79* |
| 11/19/2021 | Supreme Court Order<br>*In Case No. 2021-0192, Katherine Albrecht v. Dana Albrecht, the court on November 10, 2021 issued the following order: . . . Accordingly, under the circumstances of this case, we exercise our spuervisory jurisdiction, see RSA 490:4(2010), and remand for the limited purpose of allowing the trial court to determine whether Master DalPra was disqualified, under the cirucmstances of this case, from presiding over the plaintiff's request to extend the protective order. The trial court may hold a hearing if, in its discretion, it determines that a hearing would assist it in determining whether Master DalPra was disqualified. However, the trial court shall provide this court with a copy of its order on remand no later than November 30, 2021. . .* | *Index #80* |
| 11/19/2021 | Findings of Fact/Rulings of Law<br>Party: Defendant Albrecht, Dana<br>*Defendant's Request for Findings of Fact and Rulings of Law Remand* | *Index #81* |
| 01/13/2022 | Order (Judicial Officer: Rauseo, Kevin P )<br>*The Court has reviewed the defendant's Motion Request for Findings of Fact and Rulings of Law on Remanand finds there is no legal authority for the dfendant's requested relief. Further, the requests are moot, as the Supreme Court issued a decision remanding this case for a new hearing. As a result of the remand, the Court will hold a new hearing before a different judicial officer who will make a decision based upon the information presented at the hearing. Accordingly, the Motion is respectfully DENIED. So ordered.* | *Index #110* |
| 01/13/2022 | Notice of Decision<br>*mailed to parties* | *Index #111* |
| 11/29/2021 | Order (Judicial Officer: DalPra, Bruce F )<br>*regarding disqualification. (mailed to parties/counsel; emailed to NHSC and Judge King - 11/29/21)* | *Index #82* |
| 11/29/2021 | Order Issued (Judicial Officer: Curran, John A ) | |
| 11/29/2021 | Notice of Decision<br>*1. There is no basis for disqualfication. There is no subjective bias, and no requirement that the court disclose its muttered statement to the parties for any waiver of alleged bias.* | *Index #83* |

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

*2. Having found no basis for disqualification, the court is required to continue to hear the present case. See Sup.Ct.R. 38, Canon 2, Rule 2.7. (mailed to parties)*

| | | |
|---|---|---|
| 12/15/2021 | Supreme Court Order<br>*In Case No. 2021-0192, the court on December 10, 2021 issued the following order: The transcript of the November 6, 2020 hearing held in the parties' domestic relations matter (docket no. 659-2016-DM-00288) does not include the "vulgar expression" that Master DalPra uttered during Dana Albrecht's testimony; nor does it include the "completely inappropriate" sentence that Master DalPra uttered later during Katherine Albrecht's testimony. Accorning to Master DalPra's November 19, 2020 letter to the New Hampshire Judicial Conduct Committee, those two comments "were overheard by an eScriber transcriptionist." On or before December 20, 2021, eScribers shall prepare an ameded or additional errata sheet to the transcript of the November 6, 2020 hearing so as to include and identify (with page/line) those two comments.* | *Index #84* |
| 12/20/2021 | Supreme Court Order<br>*IN Case No. 2021-0192, Katherine Albrecht v. Dana Albrecht, the court on December 16, 2021, issued the following order: Having considered the breifs, memborandum of law, and record submitted on appeal, we conclude that oral argument is unnecessary in this case.. . . On appeal, the defendant raises several challenges to the trial court's orders. We vacate and remand. . . Accordingly we vacate the trial court's orders, and remand for a new hearing on the extension of the protective order before a different judicial officer of the ciruit court.. . . .* | *Index #85* |
| 12/21/2021 | Motion<br>Party: Defendant Albrecht, Dana<br>*Defendant's Expeditited Motion for Clarificaiton of December 30, 2019 Order* | *Index #86* |
| 01/04/2022 | Objection<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Expedited Motion for Clarification of December 30, 2019 Order* | *Index #99* |
| 01/28/2022 | Denied (Judicial Officer: Rauseo, Kevin P )<br>*See Order (#121 & Notice of Dec #122)* | |
| 12/21/2021 | Motion<br>Party: Defendant Albrecht, Dana<br>*Defendant's Expeditied Motion for Clarification of Decmber 21, 2020 Order* | *Index #87* |
| 01/04/2022 | Objection<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Expedited Motion for Clarification of December 21, 2020 Order* | *Index #98* |
| 01/28/2022 | Denied (Judicial Officer: Rauseo, Kevin P )<br>*See Order #121 & Notice of Dec #122* | |
| 12/27/2021 | Notice of Hearing<br>*Further Hearing 1-year Extension DV/Stalking Protective Order; Objection to Extension of DV/Stalking Final Order - mailed to parties* | *Index #88* |
| 12/28/2021 | Order (Judicial Officer: Rauseo, Kevin P )<br>*Order on Extension of Domestic Violence Protective Order* | *Index #89* |
| 12/28/2021 | DVP Transmittal Letter/Fax<br>*faxed to Registry & Nashua PD FYI* | *Index #90* |
| 12/28/2021 | Notice of Decision<br>*mailed to parties* | *Index #91* |
| 12/28/2021 | **Order Issued** (Judicial Officer: Rauseo, Kevin P) | |

9TH CIRCUIT - FAMILY DIVISION - NASHUA

# CASE SUMMARY
### CASE NO. 659-2019-DV-00341

| | | |
|---|---|---|
| 12/28/2021 | Appearance<br>Party: Attorney Fontaine, Michael J., ESQ<br>*for plt - Michael J. Fontaine, Esq* | *Index #92* |
| 12/28/2021 | Defendant Information Sheet for Law Enforcement<br>Party: Attorney Fontaine, Michael J., ESQ<br>*updated def info sheet* | *Index #93* |
| 12/28/2021 | Request for Renewal of DV/Stalking Order<br>Party: Attorney Fontaine, Michael J., ESQ<br>*request for further extension* | *Index #94* |
| 12/28/2021 | Objection to Extension of DV/Stalking Final Order<br>Party: Defendant Albrecht, Dana<br>*Defendant's Partial Objection to Petitioner's Request for Extension of DVPO dated*<br>*12/21/2021* | *Index #95* |
| 12/29/2021 | Order (Judicial Officer: Rauseo, Kevin P )<br>*The issue of whether or not to extend the protective order up to 5 years will be heard on*<br>*1/13/2022 at 9:30am. Consistent with the Supreme Court Order dated DEcember 16, 2021,*<br>*the protective order is extended to January 20, 2022 pending the outcome of the hearing.* | *Index #96* |
| 12/29/2021 | Notice of Decision<br>*mailed to parties* | *Index #97* |
| 01/04/2022 | Motion<br>Party: Defendant Albrecht, Dana<br>*Expedited Motion to Amend Opposition and Objection to Plaintiff's Request for One Year*<br>*Renewal of DV/Stalking Order* | *Index #100* |
| 01/10/2022 | Denied (Judicial Officer: Rauseo, Kevin P )<br>*Defendant's Expedited Motion to Amend Opposition (doc #57) and Objection (doc #56) to*<br>*Plaintiff's Request for One-Year Renewal of DV/Stalking Order (doc #52) - The Supreme*<br>*Court has remanded this matter for a new hearing. Accordingly, the motion is respectfully*<br>*denied. The attachments to the motion are rejected as they were filed in violation of*<br>*Fam.Div.R. 1.26(B)(1). If the exhibits are not retrieved by January 24, 2022, the exhibits will*<br>*be destroyed. So Ordered. *exhibits p/u 1/24/22 by Def* | |
| 01/10/2022 | Notice of Decision<br>*mailed to parties* | *Index #105* |
| 01/05/2022 | Motion<br>Party: Defendant Albrecht, Dana<br>*Defendant's expedited Motion for Bifurcated Hearing (or Separated Hearings) on Plaintiff's*<br>*Request for One-Year Renewal and Plaintiff's Request for Five-Year Renewal of DV/Stalking*<br>*Order* | *Index #101* |
| 01/10/2022 | Objection<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Plaintiff's Limited Objection to Defendant's Expedited Motion for Bifurcated Hearing (or*<br>*Separate Hearings), and Plaintiff's Expedited Request for a Continuance o fthe January 12,*<br>*2022 Hearing.* | *Index #108* |
| 01/28/2022 | Denied (Judicial Officer: Rauseo, Kevin P )<br>*See Order # 121 and Notice of Decision #122* | |
| 01/06/2022 | Supreme Court Certificate<br><br>*MANDATE Certified and Issued as Mandate Under NH Sup. Ct. R.24 Clerk/Deputy Clerk 1/4/22.*<br>*In case No. 2021-0192, KA v DA, the court on December 16, 2021, issued the following order: . .*<br>*.Under these circumstances, we conclude that it was error for the judicial officer to have presided*<br>*over the hearing in this case. Accordingly, we vacate that trial court's orders, and remand for a* | *Index #102* |

*Printed on 12/28/2023 at 4:01 PM*

9TH CIRCUIT - FAMILY DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

*new hearing on the extension of the protective order before a different judicial officer of the circuit court. . . the protective order shall remain in place pending the oucome of the new hearing. . . Vacated and Remanded.*

| | | |
|---|---|---|
| 01/06/2022 | Motion | *Index #103* |
| | Party: Attorney Fontaine, Michael J., ESQ | |
| | *Plaintiff's Motion to Take Judicial Notice of Past Testimony, Evidence, Arguments, and Past Decisions of this Court.* | |
| 01/10/2022 | Granted in Part (Judicial Officer: Rauseo, Kevin P ) | |
| | *Request B is granted per NH.R. Evid.201(b). Request A is respectfully Denied. the attachments to the motion are rejected as they were filed in violation of Fam.Div.R. 1.26 (B) (1). If exhibits are not retrieved by January 24, 2022, the exhibits will be destroyed.* | |
| 01/10/2022 | Notice of Decision | *Index #106* |
| | *mailed to parties* | |
| 01/07/2022 | Motion to Reconsider | *Index #104* |
| | Party: Defendant Albrecht, Dana | |
| | *Defendant's Expedited Motion for Reconsideration of December 28, 2021 Order on Extension of Domestic Violence Protective ORder* | |
| 01/10/2022 | Objection | *Index #109* |
| | Party: Attorney Fontaine, Michael J., ESQ | |
| | *Plaintiff's Objection to Defendant's Expedited Motion for Reconsideration of December 28, 2021 Order on Extension of Domestic Violence Protective Order* | |
| 01/28/2022 | Denied (Judicial Officer: Rauseo, Kevin P ) | |
| | *See Order #121 & Notice of Decision #122* | |
| 01/10/2022 | Motion to Continue | *Index #107* |
| | Party: Defendant Albrecht, Dana | |
| | *Defendant's Expedited Motion to Continue January 13, 2022 Hearing* | |
| 01/14/2022 | Order (Judicial Officer: Rauseo, Kevin P ) | *Index #112* |
| | *Order on Defendant's Expedited Motion to Continue January 13, 2022 Hearing - . . . Therefore the Court orders as follows: 1) The January 13, 2022 Hearing is continued and rescheduled to February 18, 2022 at 1:00 pm after the hearing in the marital matter(659-2016-DM-00288) and 2) Consistent with the Supreme court order remanding this matter, the domestic violence order of protection is hereby extended to February 25 2022 pending the outcome of the hearing. So ordered.* | |
| 01/14/2022 | DVP Transmittal Letter/Fax | *Index #113* |
| | *faxed to Registry & PD* | |
| 01/14/2022 | Notice of Decision | *Index #114* |
| | *mailed to parties w/ NOH* | |
| 01/11/2022 | **Hearing** | |
| | *Telephonic Hearing PH 1 866 951 1151 CR 3907180# ALL PARTIES CALLING IN - INCLUDING J. RAUSEO* | |
| 01/13/2022 | *CANCELED* **Further Hearing** | |
| | *Plaintiff to appear via Webex* | |
| 01/20/2022 | Motion to Reconsider | *Index #115* |
| | Party: Defendant Albrecht, Dana | |
| | *Defendant's Expedited Motion for Reconsideration and/or Clarification of January 10, 2022 Order (Doc #106)* | |
| 01/28/2022 | Objection | *Index #120* |

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

| | | |
|---|---|---|
| | Party: Attorney  Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Expedited Motion for Reconsideration and/or*<br>*Clarification of January 10, 2022 Order (Doc #106)* | |
| 01/24/2022 | Motion to Reconsider<br>Party: Defendant  Albrecht, Dana<br>*Defendant's Motion for Limited Reconsideration of January 10, 2022 Order (Doc #103, Doc#*<br>*106)* | *Index #116* |
| 01/28/2022 | Objection<br>Party: Attorney  Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Motion for Limited Reconsideration of January 10, 2022*<br>*Order (Doc#103, Doc #106)* | *Index #119* |
| 02/04/2022 | Denied (Judicial Officer: Rauseo, Kevin P )<br>*The Court has not overlooked or misapprehended points of law or fact.* | |
| 01/24/2022 | Motion to Reconsider<br>Party: Defendant  Albrecht, Dana<br>*Defendant's Motion for Reconsideration of January 13, 0222 Order (Doc #110)* | *Index #117* |
| 01/31/2022 | Objection<br>Party: Attorney  Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Motion for Reconsideration of January 13, 2022 Order*<br>*(#110)* | *Index #123* |
| 02/03/2022 | Denied (Judicial Officer: Rauseo, Kevin P )<br>*The Court has not overlooked or misapprehended points of law or fact.* | |
| 01/24/2022 | Motion to Reconsider<br>Party: Defendant  Albrecht, Dana<br>*Defendant's Motion for Reconsideration and Clarification of January 14, 2022 Order (Doc #112)* | *Index #118* |
| 01/31/2022 | Objection<br>Party: Attorney  Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Motion for Reconsideration and Clarification fo January*<br>*14, 2022 Order (Doc #112)* | *Index #124* |
| 02/03/2022 | Denied (Judicial Officer: Rauseo, Kevin P )<br>*The Court has not overlooked or misapprehended points of law or fact.* | |
| 01/28/2022 | Order (Judicial Officer: Rauseo, Kevin P )<br>*Order on Pending Motions: (#86, #87, #101, #104)* | *Index #121* |
| 01/28/2022 | Notice of Decision<br>*mailed to parties* | *Index #122* |
| 02/04/2022 | Notice of Decision<br>*on Motions #117 and #118* | *Index #125* |
| 02/04/2022 | Notice of Decision<br>*on Motion #116* | *Index #126* |
| 02/08/2022 | Motion<br>Party: Defendant  Albrecht, Dana<br>*Defendant's Motion for Interlocutory Appellate Review (N.H. Sup. Ct. R.8)* | *Index #127* |
| 02/22/2022 | Denied (Judicial Officer: Rauseo, Kevin P )<br>*Motion denied. For the reasons stated in the objection and the mootness as the hearing was*<br>*completed on 2/18/22* | |

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

| | | |
|---|---|---|
| 02/08/2022 | Other<br>Party: Defendant Albrecht, Dana<br>*Defendant's Interlocutory Appeal Statement with APPENDIX-N.H. Sup. Ct. R. 8(2)* | *Index #128* |
| 02/09/2022 | Assented to Motion to Continue<br>Party: Defendant Albrecht, Dana<br>*Feb 18, 2022 DV Hearing* | *Index #129* |
| 02/14/2022 | Denied (Judicial Officer: Rauseo, Kevin P ) | |
| 02/11/2022 | Response<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Assented-To Plaintiff's Reply/Supplement to Defendant's Assesnted-To Motion to Continue Feb 18, 2022 DV Hearing.* | *Index #130* |
| 02/14/2022 | Order (Judicial Officer: Rauseo, Kevin P )<br>*on Defendant's Expedited Motion to Continue Feb 18, 2022. (DENIED)* | *Index #131* |
| 02/14/2022 | Returned Mail<br>*plt - Notice of Decision (#116) Return to Sender - Vacant Unable to Forward* | *Index #144* |
| 02/16/2022 | Motion to Reconsider<br>Party: Defendant Albrecht, Dana<br>*Defendant's Ex Parte Motion for Reconsideration of Feb 14, 2022 Order (doc# 129) and to Continue the Feb 18, 2022 DV Hearing* | *Index #132* |
| 02/17/2022 | Notice of Decision (Judicial Officer: Rauseo, Kevin P )<br>*mailed to parties, call to plt atty & def to advise that hearing still scheduled for 2/18/22* | *Index #133* |
| 02/18/2022 | **Further Hearing** (Judicial Officer: Rauseo, Kevin P) | |
| 02/18/2022 | Proposed Order<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Proposed Order on Plaintiff's verified Motion for Extension of DVPO on Remand - (see paragraph #2 ) motion dated 12/18/2020 to extend DVPO* | *Index #134* |
| 02/18/2022 | Findings of Fact/Rulings of Law<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Plaintiff's Request for Findings of Fact and Rulings of Law* | *Index #135* |
| 02/18/2022 | Objection<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Motion for Interlocutory Appeal (obj to # 127)* | *Index #136* |
| 02/18/2022 | Proposed Order<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Proposed Order on Plaintiff's Request for Extension of DVPO (See paragraph#2 - Motion dated December 28, 2021* | *Index #139* |
| 02/22/2022 | Notice of Decision<br>*on motion for interlocutory appeal (#127)* | *Index #137* |
| 02/22/2022 | Findings of Fact/Rulings of Law<br>Party: Defendant Albrecht, Dana<br>*Defendant's Request for Findings of Fact and Rulings of Law - Further Hearing 2/18/22* | *Index #138* |
| 02/25/2022 | Order on Objection to Extension of DV/Stalking Final Order (Judicial Officer: Rauseo, Kevin P )<br><br>*Based on the evidence presented at the hearing, the court finds that the Plaintiff showed good* | *Index #140* |

9TH CIRCUIT - FAMILY DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

*cause why the Extension Order is necessary, pursuant to RSA 173-B:5, VI or RSA 633:3-a, III-c. Accordingly, the Extension of the Final Protective Order remains in effect. The Extension Order expires on February 25, 2023.*

| 02/25/2022 | Order (Judicial Officer: Rauseo, Kevin P ) | *Index #141* |
| | *Order on Extension of Domestic Violence Protective Order* | |

| 02/25/2022 | DVP Transmittal Letter/Fax | *Index #142* |
| | *faxed to Registry & PD for service* | |

| 02/25/2022 | Notice of Decision | *Index #143* |
| | *mailed to parties* | |

| 02/25/2022 | Returned Mail | *Index #145* |
| | *plt - Notice of Decision - Assented Motion to Cont - Return to Sender - Not Deliverable as addressed Unable to Forward* | |

| 02/28/2022 | Motion | *Index #146* |
| | Party:  Attorney  Fontaine, Michael J., ESQ | |
| | *Plaintiff's Motion for Court to Accept Additional Evidence for the Hearing on Extension of Domestic Violence Final Order of Protection Held on February 18, 2022* | |

| 04/22/2022 | Denied (Judicial Officer: Rauseo, Kevin P ) | |

| 03/07/2022 | Motion to Reconsider | *Index #147* |
| | Party:  Defendant  Albrecht, Dana | |
| | *Defendant's Motion for Reconsideration of Feb 25, 2022 Order on Extension of DVPO* | |

| 03/09/2022 | Obj to Motion to Reconsider | *Index #148* |
| | Party:  Attorney  Fontaine, Michael J., ESQ | |
| | *Plaintiff's Objection to Defendant's Motion for Reconsiderdation on Feb 25, 2022 Order on Extension of DVPO* | |

| 03/14/2022 | Return of Service | *Index #149* |
| | *on Order on the Objection to the Extension of DVPO & Narrative Order* | |

| 03/14/2022 | DVP Transmittal Letter/Fax | *Index #150* |
| | *faxed to Registry* | |

| 03/14/2022 | Other | *Index #151* |
| | Party:  Defendant  Albrecht, Dana | |
| | *United States Supreme Court Order granting application no.21A840 to extnd the time to file a petition for a writ of certiorari from March 16, 2022 to May 15, 2022. (Justice Stephen Breyer)* | |

| 04/22/2022 | Notice of Decision | *Index #152* |
| | *on #146 - Plt motion for Court to Accept Additional Evidence for the Hearing on Extension of Domestic Violence Final Order of Protection Held February 18, 2022* | |

| 04/22/2022 | Order (Judicial Officer: Rauseo, Kevin P ) | *Index #153* |
| | *Order on Motion For Reconsideration (#147) The Court has reviewed the defendant's March 7, 2022 Motion for Reconsideration of Feb 25, 2022 Order on Extension of DVPO (Index#147) and the petitioner's March 9, 2022 Objection (Index#148). For the reasons that follow, the defendant's motion is respectfully DENIED . . .Because the Court has not found issues of fact or law that need to be remedied within its Order, the Motion to Reconsider is denied.* | |

| 04/22/2022 | Notice of Decision | *Index #154* |
| | *mailed to parties* | |

| 05/19/2022 | Other | *Index #155* |
| | Party:  Defendant  Albrecht, Dana | |
| | *Service copy of qquestions presented to the Supreme Court of the United States, No. 21-7894, in* | |

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

*Petition for a Writ of Certiorari, filed May 14, 2022*

| | | |
|---|---|---|
| 05/23/2022 | **Other**<br>Party: Defendant Albrecht, Dana<br>*RULE 7 NOTICE OF MANDATORY APPEAL* | *Index #156* |
| 06/03/2022 | **Supreme Court Order**<br>*In Case No. 2022-0284, KA v DA, the clerk of court on June 1, 2022, issued the following order: Notice of Docketing and Mandatory E-Filing On May 23, 2022, the defendant filed a notice of appear, which has been docketed in this court as case number 2022-0284. This case is goverened by the Supplemental Rules of the Supreme Court of New Hampshire for Electronic Filing. . . . Each attorney, self-represented party, and nonlawyer representative who is not already registered with the Supreme Court e-finling system must registerand electronically finle an appearance on or before June 13, 2022. It appears that all persons on te distribution list of this order have already registered. . . .The court will conventionally send orders and notices to the mailing address of any party who is not required to file electronically or who has requested an exemption from the requirement of e-filing. See Supplemental Rule 18(e); see also Rule 26(9) Timothy A. Gudas, Clerk* | *Index #157* |
| 07/28/2022 | **Supreme Court Order**<br>*Case No. 2022-0284. the court on July 26, 2022 issued: Case is accepted.* | *Index #158* |
| 10/14/2022 | **Request for Certificate or Copy**<br>Party: Defendant Albrecht, Dana<br>*def request All hearing notice(s), ORDERS and NOD from 12/20/2021 to present.* | *Index #159* |
| 02/06/2023 | **Request for Renewal of DV/Stalking Order**<br>Party: Attorney Fontaine, Michael J., ESQ | *Index #160* |
| 02/06/2023 | Defendant Information Sheet for Law Enforcement | *Index #161* |
| 02/06/2023 | UCCJEA Affidavit | *Index #162* |
| 02/06/2023 | Appearance<br>Party: Attorney Fontaine, Michael J., ESQ<br>*plt* | *Index #163* |
| 02/07/2023 | Confidential Information Sheet -CONFIDENTIAL- | *Index #164* |
| 02/24/2023 | 1-year Extension DV/Stalking Protective Order (Judicial Officer: Rauseo, Kevin P )<br>*EXT to 2/24/2024* | *Index #177* |
| 02/24/2023 | DVP Transmittal Letter/Fax<br>*faxed to NCIC and PD's* | *Index #178* |
| 02/24/2023 | Notice of Decision | *Index #179* |
| 02/07/2023 | **Motion**<br>Party: Defendant Albrecht, Dana<br>*Defendant's EX PARTE Motion to Stay and for Explanation of December 21, 2020 Extension* | *Index #165* |
| 02/07/2023 | **Objection**<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Ex Parte Motion to Stay and For Explanation of December 21, 2020 Extension* | *Index #166* |
| 02/07/2023 | **Ex Parte Order** (Judicial Officer: Rauseo, Kevin P )<br>*Request for ex parte orders is denied. No hearing is required.* | *Index #167* |
| 02/17/2023 | Motion to Reconsider | *Index #170* |

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

|  |  |  |
|---|---|---|
|  | Party: Defendant Albrecht, Dana | |
|  | *Defendant's Motion for Reconsideration of Ex Parte Order (#167)* | |
| 02/24/2023 | Denied (Judicial Officer: Rauseo, Kevin P ) | |
|  | *The Court has not overlooked nor misapprehended any points of fact or law* | |
| 02/16/2023 | Objection | *Index #168* |
|  | *Defendant's Objection to Plaintiff's Request for 5 Year Extension (#160)* | |
| 02/16/2023 | Other | *Index #169* |
|  | Party: Defendant Albrecht, Dana | |
|  | *Defendant's Interrogatories to Plaintiff First Set* | |
| 02/21/2023 | Motion to Amend | *Index #171* |
|  | Party: Attorney Fontaine, Michael J., ESQ | |
|  | *Plaintiff's Motion to Amend Request for Extension of Domestic Violence Final Protective Order* | |
| 02/24/2023 | Granted (Judicial Officer: Rauseo, Kevin P ) | |
|  | *DV Protocol 6-11 allows for amendment to pleading with notice to the defendant. Defendant received notice and filed a response.* | |
| 02/21/2023 | Objection | *Index #172* |
|  | Party: Attorney Fontaine, Michael J., ESQ | |
|  | *Plaintiff's Objection to Defendant's Motion for Reconsideration of Ex Parte Order (#167) and Request for Attorney's Fees* | |
| 02/21/2023 | Other | *Index #173* |
|  | Party: Attorney Fontaine, Michael J., ESQ | |
|  | *Plaintiff's Replication to Defendant's Objection to Plaintiffs' Request for Five Year Extension (#160)* | |
| 02/23/2023 | Motion to Strike | *Index #174* |
|  | Party: Defendant Albrecht, Dana | |
|  | *Defendant's Motion to Strike Plaintiff's Motion to Amend Request for Extension of DVPO* | |
| 02/24/2023 | Denied (Judicial Officer: Rauseo, Kevin P ) | |
|  | *DV Protocol 6.11 allows for amendment of pleadings.* | |
| 02/23/2023 | Other | *Index #175* |
|  | Party: Defendant Albrecht, Dana | |
|  | *Defendant's First Set of Requests for Admissions* | |
| 02/24/2023 | Other | *Index #176* |
|  | Party: Defendant Albrecht, Dana | |
|  | *Defendant's Second Set of Requests for Admissions* | |
| 02/28/2023 | Motion | *Index #180* |
|  | Party: Attorney Fontaine, Michael J., ESQ | |
|  | *Plaintiff's Expedited Motion for Protective Order and to Strike Defendant's 1st and 2nd Sets of Requests for Admissions* | |
| 03/10/2023 | Objection | *Index #181* |
|  | Party: Defendant Albrecht, Dana | |
|  | *Defendant's Objection to Plaintiff's Expedited Motion for Protective Order and to Strike Defendant's First and Second Sets of Requests for Admissions* | |
| 03/17/2023 | Granted (Judicial Officer: Rauseo, Kevin P ) | |
|  | *as to Request A & B. The Court finds the discovery requests are too remote, unduly burdensome, oppressive or/and not material to the subject matter of the litigation or reasonably calculated to the discovery of admissible evidence.* | |

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

| | | |
|---|---|---|
| 03/20/2023 | Motion for Clarification<br>Party: Defendant Albrecht, Dana<br>*Defendant's Ex Parte Motion for Clarification of Order on Further Extention Dated Feb 24, 2024* | *Index #182* |
| 03/24/2023 | Denied (Judicial Officer: Rauseo, Kevin P )<br>*The extension states the Court found, based upon the plaintiff's representations, that good cause exists to extend the order.* | |
| 03/24/2023 | Motion<br>Party: Attorney Fontaine, Michael J., ESQ<br>*to Allow Petitioner to Appear by Webex or Telephonic at March 30, 2023 Hearing* | *Index #183* |
| 03/29/2023 | Granted (Judicial Officer: Rauseo, Kevin P ) | |
| 03/27/2023 | Motion to Compel<br>Party: Defendant Albrecht, Dana<br>*Defendant's Expedited Motion to Compel Production of Letter from Dr. Rana Bilbeisi dated March 23, 2023* | *Index #184* |
| 03/28/2023 | Granted (Judicial Officer: Rauseo, Kevin P )<br>*The Plaintiff shall also produce a copy to the Court for review as part of motion to appear by Webex or Telephonically (183)* | |
| 03/29/2023 | Letter<br>Party: Attorney Fontaine, Michael J., ESQ<br>*from Karmanos Cancer Institute* | *Index #190* |
| 03/28/2023 | Motion to Quash<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Plaintiff's EX PARTE Motion to Quash Subpoena of Plaintiff's Lawyer's Paralegal* | *Index #185* |
| 03/28/2023 | Objection<br>Party: Defendant Albrecht, Dana<br>*Defendant's Objection to Plaintiff's Ex Parte Motion to Quash Subpoena of Plaintiff's Lawyer's Paralegal* | *Index #186* |
| 03/28/2023 | Ex Parte Order (Judicial Officer: Rauseo, Kevin P )<br>*NO EX PARTE OR EMERGENCY ORDERS ARE ISSUED: The case shall be scheduled for a prompt hearing with Petitioner and Respondent present. A hearing on the ex parte motion and any orders issued is scheduled for: March 30, 2023 at 11:30.* | *Index #187* |
| 03/28/2023 | Notice of Decision | *Index #188* |
| 03/29/2023 | Notice of Appeal to Supreme Court<br>Party: Defendant Albrecht, Dana<br>*Rule 7 Notice of Mandatory Appeal* | *Index #189* |
| 03/29/2023 | Return of Service<br>Party: Defendant Albrecht, Dana<br>*Copy of Subpoena for Ms Wendy Borrum served 3/27/23 at 11:53 am by Hillsborough County Sheriff's Office* | *Index #191* |
| 03/29/2023 | Motion<br>Party: Defendant Albrecht, Dana<br>*Defendant's Expedited Motion to Strike Prior Testimony re: July 15, 2021 UCCJEA Hearing* | *Index #192* |
| 04/06/2023 | Objection<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Expedited Motion to Strike Prior Testimony re: July 15,* | *Index #197* |

*Printed on 12/28/2023 at 4:01 PM*

9TH CIRCUIT - FAMILY DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

| | | |
|---|---|---|
| | *2021 UCCJEA Hearing* | |
| 03/30/2023 | *CANCELED*  **Hearing** | |
| 03/30/2023 | Order (Judicial Officer: Rauseo, Kevin P )<br>*on Staying Proceedings Pending Appeal* | *Index #193* |
| 03/30/2023 | Notice of Decision | *Index #194* |
| 03/30/2023 | Motion for Clarification<br>Party:  Defendant  Albrecht, Dana<br>*Defendant's Expedited Motion for Clarification and to Reschedule Ex Parte Hearing* | *Index #195* |
| 04/04/2023 | Supreme Court Order<br>*Case No. 2023-0181. Notice of Docketing and Mandatory EFiling* | *Index #196* |
| 04/06/2023 | Answer<br>Party:  Defendant  Albrecht, Dana<br>*Plaintiff's Answers to Defendant's Interrogatories to Plaintiff - First Set* | *Index #198* |
| 04/18/2023 | Supreme Court Order<br>*Case No 2023-0181* | *Index #199* |
| 05/09/2023 | Supreme Court Order<br>*Case No. 2023-0181. On or before May 25, 2023 the 9th Circuit Court - Nashua Family Div shall submit a brief report informing this court as to whether its Feb 24, 2023 "Oder on Further Ext of DV or Stalking Final Protective Order" was a final order on the merits, or whether the court intended to hold a hereing on the requested extension of the protectiveorder. This order is entered by a single justice (Donovan, J.)* | *Index #200* |
| 05/22/2023 | Report (Judicial Officer: Rauseo, Kevin P )<br>*Report to Supreme Court Regarding Order on Further Extension of Domestic Violence Protective Order* | *Index #201* |
| 05/30/2023 | Supreme Court Order<br>*Case No. 2023-0181. Case is accepted.* | *Index #202* |
| 07/19/2023 | Supreme Court Order<br>*July 14, 2023 Case No. 2022-0284. AFFIRMED* | *Index #203* |
| 08/14/2023 | Motion to Vacate<br>Party:  Defendant  Albrecht, Dana<br>*Defendant's Ex Parte Motion to Vacate all Orders sicne 5/23/2022* | *Index #204* |
| 08/16/2023 | Denied (Judicial Officer: Rauseo, Kevin P )<br>*see Index # 207* | |
| 08/14/2023 | Obj to Motion to Vacate<br>Party:  Attorney  Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Ex Parte Motion to Vacate All Orders Since 5/23/2022* | *Index #205* |
| 08/14/2023 | Other<br>Party:  Defendant  Albrecht, Dana<br>*Defendant's Replication to Plaintiff's Objection to Defendant's Ex Parte Motion to Vacate all Orders Since 5/23/2022* | *Index #206* |
| 08/15/2023 | Request for Certificate or Copy<br>Party:  Defendant  Albrecht, Dana<br>*Order (#10) and NOD (#15), complete #204, #205, #206* | *Index #209* |

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

| | | |
|---|---|---|
| 08/16/2023 | Ex Parte Order (Judicial Officer: Rauseo, Kevin P )<br>*REQUEST FOR EX PARTE ORDERS IS DENIED. No hearing is required. The issue of the 2023 extension is before the NH Supreme Court.* | *Index #207* |
| 08/16/2023 | Notice of Decision | *Index #208* |
| 08/18/2023 | Supreme Court Order<br>*Case No. 2022-0284 (court on July 14, 2023 MANDATE)* | *Index #210* |
| 08/18/2023 | Supreme Court Order<br>*Case No 2022-0284 court on August 16, 2023 - Relief requested in motion for rehearing and reconsideration denied.* | *Index #211* |
| 08/18/2023 | Supreme Court Order<br>*Case No. 2022-0284, court on August 16, 2023 MANDATE* | *Index #212* |
| 08/28/2023 | Motion to Reconsider<br>Party: Defendant  Albrecht, Dana<br>*Defendant's Motion for Reconsideration of August 16, 2023 Order (#207)* | *Index #213* |
| 09/23/2023 | Denied (Judicial Officer: Rauseo, Kevin P )<br>*The Court has not overlooked or misapprehended any points of fact or law* | |
| 09/25/2023 | Notice of Decision | *Index #217* |
| 08/28/2023 | Motion<br>Party: Defendant  Albrecht, Dana<br>*Defendant's Motion for Judicial Notice of Albrecht v. Sternenberg et al., 1:23-cv-00381,(D.N.H.)* | *Index #214* |
| 09/23/2023 | Denied (Judicial Officer: Rauseo, Kevin P )<br>*For the reasons stated in the Objection* | |
| 09/25/2023 | Notice of Decision | *Index #218* |
| 08/31/2023 | Obj to Motion to Reconsider<br>Party: Attorney  Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Motion for Reconsideration of Ex Parte Order (#167) and Request for Attorney's Fees* | *Index #215* |
| 08/31/2023 | Objection<br>Party: Attorney  Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Motion for Judicial Notice of Albrecht v. Sternenberg et al., 1:23-cv-00381,(D.N.H.)* | *Index #216* |
| 10/20/2023 | Notice of Appeal to Supreme Court<br>Party: Defendant  Albrecht, Dana | *Index #219* |
| 10/20/2023 | Other<br>Party: Defendant  Albrecht, Dana<br>*Defendant's Demand for Jury Trial* | *Index #220* |
| 10/26/2023 | Objection<br>Party: Attorney  Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Demand for Jury Trial* | *Index #224* |
| 10/28/2023 | Denied (Judicial Officer: Rauseo, Kevin P )<br>*There is no constitutional nor statutory right to a jury trial for matters under RSA 173-B.* | |

*Printed on 12/28/2023 at 4:01 PM*

9TH CIRCUIT - FAMILY DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

| | | |
|---|---|---|
| 10/30/2023 | Notice of Decision | *Index #225* |
| 10/24/2023 | Supreme Court Order | *Index #221* |
| | *Case No. 2023-0181, the court on October 20, 2023. The relief requested in the plaintiff's memorandum of law is denied. REMANDED* | |
| 10/24/2023 | Motion | *Index #222* |
| | Party:  Defendant  Albrecht, Dana | |
| | *Defendant's Motion for Judicial Notice; United States v. Rahimi, 61 F.4th 443 (5th Cir. 2023)* | |
| 11/15/2023 | Denied (Judicial Officer: Rauseo, Kevin P ) | |
| 10/25/2023 | Supreme Court Order | *Index #223* |
| | *Case No 2023-0181 The relief requested in the plaintiff's memorandum of law is denied. REMANDED* | |
| 10/30/2023 | Motion | *Index #226* |
| | Party:  Attorney  Fontaine, Michael J., ESQ | |
| | *Plaintiff's Motion to Stay Pending Disposition of Appeal* | |
| 11/13/2023 | Denied (Judicial Officer: Rauseo, Kevin P ) | |
| | *per Supreme Court Order dated October 20, 2023* | |
| 11/01/2023 | Supreme Court Order | *Index #227* |
| | *Case No. 2023-0602. Notice of Docketing and Mandatory E-Filing* | |
| 11/01/2023 | Other | *Index #228* |
| | Party:  Defendant  Albrecht, Dana | |
| | *Defendant's Third Set of Requests for Admissions* | |
| 11/01/2023 | Other | *Index #229* |
| | Party:  Defendant  Albrecht, Dana | |
| | *Defendant's Fourth Set of Requests for Admissions* | |
| 11/06/2023 | Motion to Vacate | *Index #230* |
| | Party:  Defendant  Albrecht, Dana | |
| | *Defendant's Expedited Motion to Vacate 12/04/2019 Scheduling Order* | |
| 11/13/2023 | Denied (Judicial Officer: Rauseo, Kevin P ) | |
| 11/08/2023 | Motion to Strike | *Index #231* |
| | Party:  Attorney  Fontaine, Michael J., ESQ | |
| | *Plaintiff's Expedited Motion to Strike Defendant's Third and Fourth Sets of Requests for Admissions and Request for Attorney's Fees* | |
| 11/13/2023 | Granted in Part (Judicial Officer: Rauseo, Kevin P ) | |
| | *Granted as to Request B only* | |
| 11/13/2023 | Limited Appearance or Withdrawal | *Index #232* |
| | Party:  Attorney - OTHER  Landers, Edwin F., ESQ | |
| | *for Kathleen Sternenberg* | |
| 11/13/2023 | Motion to Quash | *Index #233* |
| | Party:  Attorney - OTHER  Landers, Edwin F., ESQ | |
| | *Kathleen Sternenberg's Emergency Motion to Quash Subpoena and the Protective Order* | |
| 11/15/2023 | Hearing | |
| | *Telephonic 866-951-1151 CF 3907180# OP 2516185#* | |

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

| | | |
|---|---|---|
| 11/15/2023 | Granted (Judicial Officer: Rauseo, Kevin P )<br>*as to Request A* | |
| 11/13/2023 | Objection<br>Party:  Defendant  Albrecht, Dana<br>*Defendant's Objection to Plaintiff's Expedited Motion to Strike Defendant's 3rd & 4th Sets of Requests for Admissions and Request for Attorney's Fee (Index #231)* | *Index #234* |
| 11/13/2023 | Motion<br>Party:  Defendant  Albrecht, Dana<br>*Defendant's Expedited Motion for Sanctions* | *Index #235* |
| 11/28/2023 | Denied (Judicial Officer: Rauseo, Kevin P ) | |
| 11/13/2023 | Objection<br>Party:  Attorney  Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Expedited Motion to Vacate 12/04/19 Scheduling Order* | *Index #236* |
| 11/14/2023 | Appearance<br>Party:  Attorney - OTHER  Denny, Catherine Anne, ESQ<br>*for Admin Judge David King* | *Index #237* |
| 11/14/2023 | Motion to Quash<br>Party:  Attorney - OTHER  Denny, Catherine Anne, ESQ<br>*Administrative Judge David D. King's Emergency Motion to Quash* | *Index #238* |
| 11/15/2023 | **Hearing**<br>*Telephonic 866-951-1151 CF 3907180# OP 2516185#* | |
| 11/15/2023 | Granted (Judicial Officer: Rauseo, Kevin P )<br>*as to Request A* | |
| 11/14/2023 | Motion to Quash<br>Party:  Attorney - OTHER  Denny, Catherine Anne, ESQ<br>*General Counsel Erin Creegan's Emergency Motion to Quash* | *Index #239* |
| 11/15/2023 | **Hearing**<br>*Telephonic 866-951-1151 CF 3907180# OP 2516185#* | |
| 11/15/2023 | Granted (Judicial Officer: Rauseo, Kevin P )<br>*as to Request A* | |
| 11/14/2023 | Witness List<br>Party:  Defendant  Albrecht, Dana<br>*Defendant's Witness List for Nov 16, 2023 Hearing* | *Index #240* |
| 11/15/2023 | Motion<br>Party:  Defendant  Albrecht, Dana<br>*Defendant's Expedited Motion in Limine to Exclude all Material Related to Albrecht v. Sternenberg, 1:23-cv-00381, (D.N.H.) from Nov 15, 2023 Hearing* | *Index #241* |
| 11/28/2023 | Moot (Judicial Officer: Rauseo, Kevin P )<br>*Court addressed at Nov 16, 2023 Hearing* | |
| 11/15/2023 | Objection<br>Party:  Defendant  Albrecht, Dana<br>*Defendant's Partial Objection to Motion to Allow Filing of Motion to Quash by Email* | *Index #242* |
| 11/15/2023 | Objection | *Index #243* |

9TH CIRCUIT - FAMILY DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

|  |  |  |
|---|---|---|
|  | Party:  Defendant  Albrecht, Dana | |
|  | *Defendant's Objection to Attorney Waystack's Emergency Motion to Quash Subpoena Duces Tecum* | |
| 11/15/2023 | Objection | *Index #244* |
|  | Party:  Defendant  Albrecht, Dana | |
|  | *Defendant's Objection to Administrative Judge David D. King's Emergency Motion to Quash* | |
| 11/15/2023 | Objection | *Index #245* |
|  | Party:  Defendant  Albrecht, Dana | |
|  | *Defendant's Objection to General Counsel Erin Creegan's Emergency Motion to Quash* | |
| 11/15/2023 | Objection | *Index #246* |
|  | Party:  Defendant  Albrecht, Dana | |
|  | *Defendant's Objection to Kathleen Sternenberg's Emergency Motion to Quash Subpoena and for Protective Order* | |
| 11/15/2023 | Findings of Fact/Rulings of Law | *Index #247* |
|  | Party:  Defendant  Albrecht, Dana | |
|  | *Defendant's Request - Nov 15 hearing* | |
| 11/28/2023 | Order Issued (Judicial Officer: Rauseo, Kevin P ) | |
|  | *see Index #261* | |
| 11/15/2023 | Exhibit List | *Index #248* |
|  | Party:  Defendant  Albrecht, Dana | |
|  | *Defendant's Exhibit List for Nov 15, 2023 hearing* | |
| 11/15/2023 | Motion | *Index #249* |
|  | *Emergency Motion to Quash subpoena Duces Tecum filed by Philip R. Waystack Esq* | |
| 11/15/2023 | Granted (Judicial Officer: Rauseo, Kevin P ) | |
| 11/15/2023 | Supreme Court Order | *Index #250* |
|  | *Case No. 2023-0181, the court on Nov 15, 2023. D.S.'s motion for clarification is granted, in part, as follows. D.A.'s motion for late authority is granted. D.A's motion for rehearing and reconsideration and his motion to "show cause" are denied without prejudice to his ability to raise any surviving issues in the subsequent appellate proceeding.* | |
| 11/16/2023 | **Hearing** | |
|  | *Offers of Proof* | |
| 11/16/2023 | Proposed Order | *Index #251* |
|  | Party:  Attorney  Fontaine, Michael J., ESQ;  Plaintiff  Albrecht, Katherine | |
|  | *Plaintiff Katherine Albrecht's proposed order Court's order on plaintiff's request for extension of Domestic Violence or Stalking Final Protective Order* | |
| 11/16/2023 | Exhibit List | *Index #252* |
|  | Party:  Attorney  Fontaine, Michael J., ESQ;  Plaintiff  Albrecht, Katherine | |
|  | *ptr* | |
| 11/16/2023 | Motion in Limine | *Index #253* |
|  | Party:  Defendant  Albrecht, Dana | |
|  | *Defendant's Expedited Motion in Limine to Exclude All Evidence and Testimony of Events After 2/24/2023* | |
| 11/16/2023 | Findings of Fact/Rulings of Law | *Index #254* |
|  | Party:  Defendant  Albrecht, Dana | |
|  | *Defendant's Requests for Findings of Fact and Rulings of Law re: Nov 16, 2023 hearing* | |

*Printed on 12/28/2023 at 4:01 PM*

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

| | | |
|---|---|---|
| 11/28/2023 | Order Issued (Judicial Officer: Rauseo, Kevin P)<br>*see Index #261* | |
| 11/17/2023 | Return of Service<br>Party: Defendant Albrecht, Dana<br>*on Subpoenas* | *Index #255* |
| 11/20/2023 | Motion to Quash<br>*General Counsel Erin Creegan's Updated Emergency Motion to Quash With Exhibits* | *Index #256* |
| 11/28/2023 | Moot (Judicial Officer: Rauseo, Kevin P)<br>*Motion to Quash was granted on Nov 15, 2023* | |
| 11/20/2023 | Objection<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Plaintiff's Objection to Defendant's Expedited Motion for Sanctions* | *Index #257* |
| 11/20/2023 | Motion<br>Party: Defendant Albrecht, Dana<br>*Defendant's Expedited Motion for Recusal of Hon. Kevin Rauseo* | *Index #258* |
| 11/28/2023 | Denied (Judicial Officer: Rauseo, Kevin P)<br>*see Order #259* | |
| 11/28/2023 | Order (Judicial Officer: Rauseo, Kevin P)<br>*on Motion to Recuse* | *Index #259* |
| 11/28/2023 | Order on Objection to Extension of DV/Stalking Final Order (Judicial Officer: Rauseo, Kevin P)<br>*Extension Order expires 12/30/2026. The Court strikes from the protective order the following restriction " Defendant shall not come within 2,000 feet of the property line of the Collinsville Bible Church in Dracut, Massachusetts."* | *Index #260* |
| 11/28/2023 | Order (Judicial Officer: Rauseo, Kevin P)<br>*on Extension of DVPO* | *Index #261* |
| 11/28/2023 | DVP Transmittal Letter/Fax<br>*faxed Order on Objection and Order on Extension to NCIC and PD's* | *Index #262* |
| 11/28/2023 | **Order Issued** (Judicial Officer: Rauseo, Kevin P) | |
| 11/30/2023 | Supreme Court Order<br>*Case No. 2023-0602 on Nov 27, 2023. On Oct 20, 2023, this court issued an order in case no. 2023-0181, remanding "for a hearing as required by RSA 173-B:5, VI." On Nov 15, 2023, the court issued an order in the same appeal clarifying that "it retains jurisdiction over the appeal pending the trial court's decision following the RSA 173-B:5, VI hearing and any other proceedings that the trial court deems necessary to resolve the issues before it." In light of the remand, this appeal is dismissed as moot. The dismissal is without prejudice to the defendant raising any argument presented in this appeal through supplemental briefing in case no. 2023-0181, if any, and without prejudice to the plaintiff presenting any argument contained in her motion to dismiss in response to any supplemental brief filed by the defendant in case no. 2023-0181. Acordingly, the plaintiff's motion to dismiss is moot. The defendant's motion for partial summary judgment is denied. APPEAL DISMISSED.* | *Index #263* |
| 12/04/2023 | Return of Service<br>*on Extension* | *Index #264* |
| 12/04/2023 | DVP Transmittal Letter/Fax<br>*faxed ROS to NCIC* | *Index #265* |

*Printed on 12/28/2023 at 4:01 PM*

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341

| | | |
|---|---|---|
| 12/08/2023 | **Motion to Reconsider**<br>Party: Defendant Albrecht, Dana<br>*Motion for Rehearing and Reconsideration* | *Index #266* |
| 12/08/2023 | **Motion to Vacate**<br>Party: Defendant Albrecht, Dana<br>*Defendant's Ex Parte Motion to Vacate Order on Objection to Extension of DV/Stalking Final Order (#260 & #261)* | *Index #267* |
| 12/08/2023 | Ex Parte Order (Judicial Officer: Rauseo, Kevin P )<br>*Request for ex parte orders is denied. No hearing is required.* | *Index #271* |
| 12/08/2023 | **Motion**<br>Party: Defendant Albrecht, Dana<br>*Ex Parte Motion for Ex Parte Writ of Mandamus* | *Index #268* |
| 12/08/2023 | Ex Parte Order (Judicial Officer: Rauseo, Kevin P )<br>*Request for ex parte orders is denied. No hearing is required.* | *Index #272* |
| 12/08/2023 | **Motion**<br>Party: Defendant Albrecht, Dana<br>*Ex Parte Motion for Remand re: August 26, 2022 Deposition of Judge David King* | *Index #269* |
| 12/08/2023 | Ex Parte Order (Judicial Officer: Rauseo, Kevin P )<br>*Request for ex parte orders is denied. No hearing is required.* | *Index #273* |
| 12/08/2023 | **Motion**<br>Party: Defendant Albrecht, Dana<br>*Ex Parte Motion for Remand re: United States v. Rahim, 61 F. 4th 443 (5th Cir. 2023)* | *Index #270* |
| 12/08/2023 | Ex Parte Order (Judicial Officer: Rauseo, Kevin P )<br>*Request for ex parte orders is denied. No hearing is required.* | *Index #274* |
| 12/11/2023 | **Objection**<br>Party: Attorney Fontaine, Michael J., ESQ<br>*Plaintiff's Verified Objection to Defendant's Ex Parte Motion to Vacate Order on Objection to Extension of DV/Stalking Final Order (#260 & #261)* | *Index #275* |
| 12/15/2023 | **Request for Sound Recording**<br>Party: Defendant Albrecht, Dana<br>*2 copies of each Hearing Dates 11/15/2023 and 11/16/2023 (total of 4 audios) pd* | *Index #276* |
| 12/15/2023 | **Request for Certificate or Copy**<br>Party: Defendant Albrecht, Dana<br>*Certified Copies of Index #'s 267,271,268,272,269,273,270,274* | *Index #277* |

| TARGET DATE | TIME STANDARDS | |
|---|---|---|
| 12/20/2026 | Destruction of File (1 yr Ext - 6 years) | 12/21/2020<br>***Open*** |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant** Albrecht, Dana | |
| | Total Charges | 221.50 |
| | Total Payments and Credits | 130.00 |
| | **Balance Due as of 12/28/2023** | **91.50** |

*Printed on 12/28/2023 at 4:01 PM*

9TH CIRCUIT - FAMILY DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 659-2019-DV-00341