# Exhibit List

1. Nine Cases of Judicial Misconduct

2. Excerpt from 5/1/2014 hearing, *Sobell v. Sobell*, No. 659-2013-DM-00348

3. 10/13/2016 *Order on Appointment of Guardian ad Litem*, <u>Exhibit 17</u>, February 8, 2021 Deposition of Julie Introcaso.

4. 1/18/2021 Deposition of Marital Master Bruce F. DalPra

5. 2/8/2021 Deposition of Julie Introcaso

6. 2/16/2021 JCC Correspondence to Master DalPra, copied to Judge David King.

7. 5/28/2021 Email from former NHJB General Counsel Mary Ann Dempsey

8. 12/16/2021 NH Supreme Court Order

9. 10/3/2022 NH JCC Exhibits – JC-21-072-C

10. 11/10/2022 NH Supreme Court Order and Invoices

11. *Petition of Union Leader Corp.*, 147 N.H. 603 (2002)

12. Oral Argument, *Petition of Union Leader Corp.*, 147 N.H. 603 (2002)