**Subject:** RE: Response to Request for Information from the Administrative Office of the Courts
**From:** Mary Ann Dempsey <MDempsey@courts.state.nh.us>
**Date:** 5/28/21, 15:43
**To:** Dana Albrecht <dana.albrecht@hushmail.com>
**CC:** Mary Ann Dempsey <MDempsey@courts.state.nh.us>

Mr. Albrecht,

Your request for deposition transcripts from the New Hampshire Judicial Branch is beyond the scope of Part I, Article 8 of the New Hampshire Constitution and therefore, it is respectfully denied.  *See Petition of Union Leader Corp.*, 147 N.H. 603 (2002).  The New Hampshire Judicial Branch's has a copy of deposition transcripts by virtue of its employees testifying under subpoena in the Judicial Conduct Committee matter.  Any information provided by the Judicial Branch to the New Hampshire Department of Justice was in connection with a criminal investigation.

Mary Ann Dempsey

---

**From:** Dana Albrecht <dana.albrecht@hushmail.com>
**Sent:** Wednesday, May 26, 2021 2:04 AM
**To:** Mary Ann Dempsey <MDempsey@courts.state.nh.us>
**Subject:** Re: Response to Request for Information from the Administrative Office of the Courts

> **EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Judicial Branch network. Do not click on links or open attachments unless you recognize the sender and are expecting the email. Mouse over links to confirm the target before you click. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages to 'suspicious@courts.state.nh.us'.

Ms. Dempsey,

Thank you for your timely response.

The State was billed for Examinations Under Oath (EUO's) and Depositions. In particular, these include:

- 7/22/20 - EUO of Sherry Bisson
- 8/26/20 - EUO of Julianne Lodes
- 1/11/21 - Deposition of Nancy Dabilis
- 1/13/21 - Deposition of Judge James Leary
- 1/18/21 - Deposition of Judge Mark Derby
- 1/18/21 - Deposition of Marital Master Bruce Dalpra
- 1/21/21 - Deposition of Sherry Bisson
- 1/21/21 - Deposition of Julianne Lodes
- 2/8/21 -  Deposition of Judge Julie Introcaso

On 2/9/21, the State's Judicial Branch (JCC) sent deposition transcripts and exhibits to the State's Executive Branch (NH Attorney General's office). These are separate powers of the government. *See* Part I, Article 37 of the NH State Constitution. *See also [Petition of Judicial Conduct Comm.](#) 151 N.H. 123 (2004)*.

Part I, Article 8 of the NH State Constitution requires that "the public's right of access to governmental proceedings and records shall not be unreasonably restricted."

I am an individual taxpayer eligible to vote in the State.  *See Id.*

Will the Judicial Branch also provide copies of these deposition transcripts and exhibits to me?

Thank you.

Sincerely,
Dana Albrecht


On 5/24/21 10:53 AM, Mary Ann Dempsey wrote:
> Mr. Albrecht,
>
> In response to your letter to Director Keating, dated May 13, 2021, attached is a copy of Attorney Waystack's invoices related to the Judicial Conduct Committee's complaint against Judge Introcaso.
>
> Mary Ann