# Exhibit List

1. *Witte v. Justices of New Hampshire*, 831 F.2d 362 (1st Cir. 1987).

2. Nine Cases of Judicial Misconduct.

3. Excerpt from 5/1/2014 hearing, *Sobell v. Sobell*, No. 659-2013-DM-00348.

4. 10/13/2016 *Order on Appointment of Guardian ad Litem*, Exhibit 17, February 8, 2021 Deposition of Julie Introcaso.

5. 8/9/2017 Testimony of Kathleen Sternenberg, *Albrecht v. Albrecht*.

6. 3/15/2019 *Recusal Order*, Judge Introcaso, *Campbell v. Partello,* Exhibit 9, February 8, 2021 Deposition of Julie Introcaso.

7. 4/26/2019 *Order on Motion to remove GAL*, Judge Derby, *Campbell v. Partello,* Exhibit 10, February 8, 2021 Deposition of Julie Introcaso.

8. 5/9/2019 Motions Hearing, *Albrecht v. Albrecht*.

9. 5/30/2019 *Order on Motions*, Judge Introcaso, *Albrecht v. Albrecht*.

10. 6/30/2019 *Order on Motion for Reconsideration*, Judge Derby, *Albrecht v. Albrecht*.

11. 9/16/2019 *NH Supreme Court Order*, copied to Judge Derby.

12. 10/25/2019 *NH Supreme Court Order*, copied to Judge Derby.

13. 10/14/2020 *Judge Introcaso Statement of Formal Charges*, JC-19-050-C and JC-20-010-C.

14. 10/23/2020 New Hampshire Union Leader Article.

15. 1/18/2021 Deposition of Judge Derby.

16. 2/8/2021 Deposition of Julie Introcaso.

17. 2/19/2021 *JCC Summary Report*, Julie Introcaso, JC-19-050-C and JC-20-010-C.

18. 2/22/2021 Julie Introcaso Resignation Letter.

19. 3/23/2021 NH Supreme Court Order and Invoices, re: Julie Introcaso.

20. 5/28/2021 Email from former NHJB General Counsel Mary Ann Dempsey.

21. 7/15/2021 UCCJEA Transcript, *Albrecht v. Albrecht.*

22. 11/15/2021 Plea and Sentencing Hearing, *State v. Introcaso*.

23. 1/18/2022 Testimony of Laura Montgomery, NH House Children and Family Law Committee, also available at: https://www.youtube.com/watch?v=FWNZ1tOOHw4&t=2551s

24. 1/18/2022 Exhibits for Testimony of Laura Montgomery.

25. 2/15/2022 Email from Julie Introcaso to Plaintiff.

26. 2/25/2022 NH Supreme Court Order, re: Julie Introcaso.

27. 10/13/2022 Hearing on Jurisdiction before Judge Rauseo (*sua sponte*), *Albrecht v. Albrecht*.