# Nashua judge under ethics, criminal investigation

## Investigation includes possible charges of falsifying physical evidence and tampering with public records.

By Mark Hayward
New Hampshire Union Leader

CONCORD — A Circuit Court judge in Nashua is under criminal investigation, apparently to cover up what had started as a minor mistake but grew to her writing out court records to hide the mistake, according to documents accusing her of wrongdoing.

New Hampshire Attorney General Gordon MacDonald announced on Thursday that he has opened an investigation into criminal activity on the part of Judge Julie A. Introcaso.

The investigation includes possible charges of falsifying physical evidence and tampering with public records, MacDonald said in a statement.

The announcement follows a decision last week by the state Judicial Conduct Committee to accuse Introcaso of eight violations of the code of judicial conduct. The case against Introcaso is spelled out in a 13-page Formal Statement of charges issued against her.

According to the statement, the JCC started investigating Introcaso in September 2019, when it received a complaint from Robin Partello, who was involved in a parenting case.

As a judge, Introcaso was merely signing off on recommendations made by family courtmasters. Her initial mistake was to sign off on a recommendation that a friend of hers, lawyer Kathleen Sternenberg, be appointed as a guardian ad litem in Partello's case, Introcaso said she signed the recommendation without reading it.

"There simply isn't enough time (to) read every order coming out of Nashua Family Division in detail," she wrote in her explanation to the JCC.

But as the case progressed, Introcaso began issuing decisions that went against Partello and favored Sternenberg. She authorized payments beyond the $350 cap, and she ordered Partello to pay in cash or check, rather than Applepay.

Eventually, Introcaso stepped off the case, citing the conflict and her longstanding, close friendship with Sternenberg.

After the JCC asked Introcaso to respond to Partello's complaint, she had the file delivered into her office and — according to allegations from the JCC — whited out her hand-written orders in the court file.

Court clerks and staff told the JCC that Introcaso questioned staff to ask if they had whited out the document, even asking if they did so to protect her. She even checked the register to see who had access to the file. But she never reported the white outs to her superiors.

"The facts set forth establish compelling circumstantial evidence that Judge Introcaso whited out the Apple Pay Order and Fee Cap Order some time between January 6 and January 9, 2020," the JCC wrote. "At the time, she knew there was an ongoing investigation by the Committee with respect to her rulings on this order."

# Salvation Army accepting applications for Christmas assistance

Staff Report

The Salvation Army is considering applications for its Christmas assistance program in Manchester through Dec. 3.

The 121 Cedar St. office will be open 9 a.m. to 2 p.m. Monday through Thursday to take applications. It will also be open 6:30 to 8:30 p.m. Thursday evenings on Oct. 22 and 29, Nov. 5 and 12 and Dec. 3. Applicants must be from Manchester, Bedford or Litchfield.

No children will be allowed in the building on these dates.

Applicants need to bring a valid photo ID, proof of address (such as a bill or current mail), identification of each child (such as birth certificate, or health commanding officer/pastor, in a statement. "This year we have added all of the COVID guidelines supplied by the CDC and The Salvation Army into our Christmas Assistance Application Process. Please recognize that with these added protocols it will take a little time to bring you through the process."

The Salvation Army's Christmas Toy Shop, when parents come to pick up toys for their children, will take place at the DoubleTree by Hilton Hotel, 700 Elm St., on Dec. 20 and 21.

A limited number of clients will be allowed in the building. Children will not be allowed. Masks are required to enter the building, and social distancing will be required.