February 22, 2021

Robert T. Mittelholzer, Esq.
Judicial Conduct Committee
132 Chapel Street
Portsmouth, NH 03801

    Re:    Letter of Resignation

Dear Executive Secretary Mittelholzer,

    Pursuant to the negotiated terms of the Stipulation and Agreement with the Judicial Conduct Committee dated February 16, 2021, I hereby voluntarily resign my judicial appointment as a justice of the New Hampshire Circuit Court.

    Sincerely,

    *[signature]*

    Julie A. Introcaso

Cc:    His Excellency, Governor Chistopher T. Sununu and the Honorable Executive Council

116483\16742258.v1