# Testimony of Laura Montgomery

– *Unofficial Transcript* –

H.B. 1346

January 18, 2022

N.H. House Children and Family Law Committee

Rep. Debra DeSimone: Next I'll call on Laura Montgomery. You asked for three minutes.

Laura Montgomery: Yes ma'am.

Rep. Debra DeSimone: Can we...

Laura Montgomery: I will try to make it shorter [*crosstalk*].

Rep. Debra DeSimone: Thank you kindly.

Laura Montgomery: Thank you. My name is Laura Montgomery. I'm the mother of two children, a daughter currently aged 16, a son currently aged 6. My daughter and son are from separate relationships. As such they have separate court cases both of which I'm labeled the respondent, both of which were heard through the Nashua, New Hampshire court system and approximately in 2019 with GAL Sternenberg initiating both of those. Since then, it's just gone off of that initial determination by GAL Sternenberg and former Judge Introcaso. The exhibits that you have in front of you are labeled chronologically. This is especially important given the fact that in particular note there was an instance in which Julie Introcaso wrote an *ex parte* email directly to my attorney at that point in time saying she was going to appoint Kathleen Sternenberg as a GAL in the case unless my attorney objected within the next 27 minutes. I have been going through this process since 2005, every three years. 2019 was the initiation that both of my exes had started and essentially that was the point in time I lost both my children. They were taken away from me citing the fact that my GPS wasn't working and I couldn't make it to the softball field; my daughter's softball game was at and they felt that was extreme case of mental disorder, and that was rationale behind taking my kids away.

I haven't had normal parenting time with my children since 2019. Prior to that I was a primary caregiver for both my children with limited involvement from their respective fathers. This is an extreme upheaval and it goes against everything that you are required to learn in the CIP classes, everything which is

in the best interest of the children; meaningful involvement from both parents, and I'm speaking here today in support of a committee and review process for cases in which supporting information is available and has been presented yet in which the court system is either unwilling or frankly just not wanting to listen and review.

Rep. Debra DeSimone: Thank you.

Laura Montgomery: Thank you.

Rep. Debra DeSimone: Any questions? Seeing none. Thank you.

Laura Montgomery: Thank you.

Rep. Debra DeSimone: And that was your testimony that was handed out? The exhibits, do you have written testimony that you can give us?

Speaker 1: [*inaudible*]

Rep. Debra DeSimone: Yes. Perfect. Thank you kindly.