UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Dana Albrecht,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No. 1:23-cv-00381-JL-TSM |
| ) | |
| **Kathleen Sternenberg, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION OF TIME**

1. Plaintiff is a *pro se* litigant.

2. In light of the work required for Plaintiff to file other recent pleadings in this case, as well as recent holidays, Plaintiff requires additional time to prepare an adequate response to the Report and Recommendation (Doc 23) of the Magistrate Judge.

3. Defendant Sternenberg, through counsel, has stated via email that this "shall confirm our assent to a further extension of 14 days."

4. Consequently, Plaintiff respectfully requests that this Honorable Court extend the deadline for Plaintiff to file a response until January 22, 2024.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A) Grant this Motion;

B) Set Plaintiff's deadline to file a response to the *Report and Recommendation* (Doc 23) to January 22, 2024; and,

C) Grant any further relief that justice may require.

- 2 -

                                      Respectfully submitted,

                                      _____

                                      DANA ALBRECHT
                                          *Pro Se*
                                      131 Daniel Webster Hwy #235
                                      Nashua, NH 03060
                                      (603) 809-1097
                                      dana.albrecht@hushmail.com

January 8, 2024.

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent by ECF on January 8, 2024 to all parties and/or counsel of record.

                                        _____
                                        DANA ALBRECHT