UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
Dana Albrecht,                       *
                                     *
           Plaintiff,                *
     v.                              *    Civil No. 1:23-CV-00381-JL-TSM
                                     *
Kathleen Sternenberg, et al.         *
                                     *
                                     *
           Defendants.               *
                                     *
*************************************
```

### STATE DEFENDANTS DERBY, KING AND NH JUDICIAL BRANCH'S MOTION TO EXTEND DEADLINES TO REPLY TO PLAINTIFF'S OBJECTION TO STATE DEFENDANTS' MOTION TO DISMISS

Defendants Mark S. Derby, David D. King, and the NH Judicial Branch (hereafter, "State Defendants"), by and through counsel, the NH Office of the Attorney General, file this Motion to Extend Deadlines to Reply to Plaintiff's Objection to State Defendants' Motion to Dismiss, stating as follows:

1. State Defendants filed a Motion to Dismiss on November 6, 2023, requesting that this Court dismiss Plaintiff's Complaint in its entirety as to the State Defendants. ECF 20.

2. Plaintiff filed a motion requesting an extension of time to file his objection to January 4, 2024. Plaintiff provided the following reasoning for his request: "due to the complexity of the subject matter in the pending Motions to Dismiss and accompanying Memorandums by the State Defendants." ECF 22. The State Defendants assented to Plaintiff's request and this Court granted his motion.

3. Plaintiff filed his Objection on January 5, 2024, without requesting leave of court to do so. ECF 25. Plaintiff's Objection is 28 pages long and includes 17 exhibits, including

background information allegedly sourced from Wikipedia and other seemingly irrelevant documents that were not in Plaintiff's original filing. *See e.g.* ECF 25-15.

4. Plaintiff filed additional Objections to Bruce Dalpra's Motion to Dismiss and Julie Introcaso's Motion to Dismiss. Both of these Objections were of similar length as the Objection to the State Defendants' Motion to Dismiss and both included numerous exhibits, and both were also filed, without leave of court, after Plaintiff's January 4, 2024 filing deadline.

5. The State Defendants respectfully request additional time to review the numerous filings by Plaintiff in this matter to assess their response. State Defendant are requesting an extension until February 9, 2024 to file a reply.

6. State Defendants, through counsel, requested Plaintiff's assent to an extension until February 9, 2024, and he did not provide his assent.

WHEREFORE, the NH Judicial Branch, Judge King, and Judge Derby respectfully request that this Honorable Court:

A. Grant this Motion to Extend;

B. Extend the deadline for the State Defendants to respond to Plaintiff's Objection to February 9, 2024; and

C. Grant any further relief that justice may require.

Respectfully submitted,

Mark S. Derby, David D. King, and the NH Judicial Branch

By their attorney,

THE OFFICE OF THE ATTORNEY GENERAL

| | |
|---|---|
| Dated: January 12, 2024 | /s/ Christopher Bond<br>Christopher G. Bond, Bar #20161<br>Associate Attorney General<br>NH Department of Justice<br>1 Granite Place<br>Concord, NH  03301<br>christopher.g.bond@doj.nh.gov |

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent by ECF on January 12, 2024 to the parties and/or counsel of record.


/s/ Christopher Bond
Christopher G. Bond