UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Dana Albrecht,** )<br>)<br>**Plaintiff** )<br>v. )<br>)<br>**Kathleen Sternenberg, et al.** )<br>)<br>**Defendants.** ) | Civil No. 1:23-cv-00381-JL-TSM |

**PLAINTIFF'S MOTION TO ALLOW EXTENSION OF TIME FOR SURREPLY**

1. Plaintiff appears *pro se*, and requires more time to prepare pleadings than a professional attorney.

2. Defendants Julie A. Introcaso, Bruce F. Dalpra, Mark S. Derby, David D. King, and the NHJB, through counsel, have requested Plaintiff's assent for an extension of time until February 9, 2024 to file a response to Plaintiff's three recently filed objections (Doc 25; Doc 26; Doc 27).

3. Plaintiff has requested that Defendants also assent to allow Plaintiff 15 days to file any surreply after reviewing Defendants' response.[1]

4. Defendants, though counsel, have responded that "[they] will not assent to a surreply."

5. Consequently, Plaintiff respectfully requests that this Honorable Court order that Plaintiff be granted leave to file any surreply within 15 days of the filing of the anticipated response by Defendants.

---

1  See Attachment 1 – Plaintiff's email to Defendants' counsel dated January 11, 2024.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A) Grant this Motion; and,

B) Set Plaintiff's deadline to file any surreply for 15 days from Defendants' anticipated response to Plaintiff's three recent objections (Doc 25; Doc 26; Doc 27); and,

C) Grant any further relief that justice may require.

Respectfully submitted,

_____
DANA ALBRECHT
*Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

January 12, 2024.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by ECF on January 12, 2024 to all parties and/or counsel of record.

_____
DANA ALBRECHT