**Subject:** Re: Albrecht v. Sternenberg, et al - request for additional time to reply
**From:** Dana Albrecht <dana.albrecht@hushmail.com>
**Date:** 1/11/24, 18:38
**To:** "Denny, Catherine" <Catherine.A.Denny@doj.nh.gov>
**CC:** "Bond, Christopher" <Christopher.G.Bond@doj.nh.gov>, Dana Albrecht <dana.albrecht@hushmail.com>

Good evening Ms. Denny,

Are you amicable to setting deadlines for your response to February 9, 2024 (per your request) and also allowing me 15 days for any further surreply (until February 26, 2024) in the event I wish to file anything after reviewing your response?

If so, I assent.

And, if you're agreeable to that, can you just put it all into a single, assented-to scheduling motion?

Please advise.

Thanks,

-Dana

On 1/11/24 17:20, Denny, Catherine wrote:

> Hi Mr. Albrecht,
> We are seeking additional time to reply to the three objections you filed to Judge King, Judge Derby, the NHJB, Ms. Introcaso, and Mr. Dalpra's motions to dismiss. We are requesting an additional 30 days from the earliest deadline (until February 9, 2024) to review your objections and exhibits and to determine our response. Do you assent to this relief?
> Thank you,
>
> Catherine Denny
> Assistant Attorney General
> Civil Litigation Unit
> NH Department of Justice
> 1 Granite Place South
> Concord, NH 03301
> Catherine.a.denny@doj.nh.gov
> (603) 271-1354 (office) / (603) 496-2904 (cell)
>
> **STATEMENT OF CONFIDENTIALITY:** The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the intended recipient(s).  If you are not an intended recipient, please notify the Attorney General's Office immediately at (603) 271-3658 or justice@doj.nh.gov, and destroy all copies of this electronic message and any attachments.