**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dana Albrecht,                                    \*
                                                  \*
                      Plaintiff,                  \*
         v.                                       \*       Civil No. 1:23-CV-00381-JL-TSM
                                                  \*
Kathleen Sternenberg, *et al.*                    \*
                                                  \*
                                                  \*
                      Defendants.                 \*
                                                  \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT BRUCE F. DALPRA'S MOTION TO EXTEND DEADLINES TO REPLY TO PLAINTIFF'S OBJECTION TO DALPRA'S MOTION TO DISMISS

Defendant Bruce F. Dalpra, by and through counsel, the NH Office of the Attorney General, files this Motion to Extend Deadlines to Reply to Plaintiff's Objection to Dalpra's Motion to Dismiss, stating as follows:

1.      Defendant Bruce Dalpra filed a Motion to Dismiss on November 6, 2023, requesting that this Court dismiss Plaintiff's Complaint in its entirety. ECF 19.

2.      Plaintiff filed a motion requesting an extension of time to file his Objection to January 4, 2024. Plaintiff provided the following reasoning for his request: "due to the complexity of the subject matter in the pending Motions to Dismiss and accompanying Memorandums by the State Defendants." ECF 22. Mr. Dalpra, through counsel, assented to Plaintiff's request and this Court granted Plaintiff's motion.

3.      Plaintiff filed his Objection on January 8, 2024, without requesting leave of court to do so. ECF 26. Plaintiff's Objection includes a 27-page memorandum and 12 exhibits.

4.      Defendant Dalpra respectfully requests additional time to review the substantial number of filings by Plaintiff in order to determine whether a response is necessary. Mr. Dalpra requests until February 9, 2024 to file a reply.

5.      Mr. Dalpra, through counsel, requested Plaintiff's assent to this extension, and Plaintiff did not assent.

WHEREFORE, Defendant Bruce F. Dalpra respectfully requests that this Honorable Court:

A.  Grant this Motion to Extend;

B.  Extend the deadline to reply to Plaintiff's Objection to February 9, 2024; and

C.  Grant any further relief that justice may require.

Respectfully submitted,

Bruce F. Dalpra

By his attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: January 12, 2024          /s/ Catherine A. Denny
                                 Catherine Denny, NH Bar No. 275344
                                 Assistant Attorney General
                                 NH Department of Justice
                                 1 Granite Place South
                                 Concord NH  03301
                                 Catherine.A.Denny@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by ECF on January 12, 2024 to the parties and/or counsel of record.

/s/ Catherine A. Denny

Catherine A. Denny