UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Dana Albrecht,** )<br> )<br>    **Plaintiff** )<br> **v.** )<br> )<br>**Kathleen Sternenberg, et al.** )<br> )<br>    **Defendants.** ) | Civil No. 1:23-cv-00381-JL-TSM |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

1. Plaintiff is a *pro se* litigant.

2. Plaintiff is presently in the process of completing his Objection to the Report and Recommendation (Doc 23) of the Magistrate Judge.

3. It has taken Plaintiff slightly longer than Plaintiff anticipated properly to complete his Objection and accompanying Memorandum in light of very recent other unrelated obligations of Plaintiff.

4. Nevertheless, Plaintiff anticipates that these materials will still be completed shortly.

5. Consequently, Plaintiff respectfully requests that this Honorable Court extend the deadline for Plaintiff to file a response until January 29, 2024, or until such time as Plaintiff actually files his response, whichever is sooner.

6. Due to the nature and timing of this motion, assent has not been sought from opposing counsel.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A) Grant this Motion;

B) Set Plaintiff's deadline to file a response to the *Report and Recommendation* ([Doc 23](#)) to January 29, 2024 or until such time as as Plaintiff actually files his response, whichever is sooner; and,

C) Grant any further relief that justice may require.

                                               Respectfully submitted,

                                               _____
                                               DANA ALBRECHT
                                                     *Pro Se*
                                               131 Daniel Webster Hwy #235
                                               Nashua, NH 03060
                                               (603) 809-1097
                                               dana.albrecht@hushmail.com

January 23, 2024.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by ECF on January 23, 2024 to all parties and/or counsel of record.

                                               _____
                                               DANA ALBRECHT