**22-915 UNITED STATES V. RAHIMI**

DECISION BELOW: 61 F.4th 443

LOWER COURT CASE NUMBER: 21-11001

QUESTION PRESENTED:

Whether 18 U.S.C. 922(g)(8), which prohibits the possession of firearms by persons subject to domestic-violence restraining orders, violates the Second Amendment on its face.

CERT. GRANTED 6/30/2023