FIRST JUDICIAL DISTRICT COURT
STATE OF NEW MEXICO
COUNTY OF Santa Fe, Rio Arriba or Los Alamos

2005 DEC 15 PM 2:06



COLLEEN NESTLER
**Plaintiff**

vs.   No. D-001-CV-200502772

DAVID LETTERMAN
**Defendant**

## APPLICATION FOR A RESTRAINING ORDER

I am the Plaintiff and I request a RESTRAINING ORDER, for these reasons:

1. I live in SANTA FE County, New Mexico.

2. The person or persons I want a Restraining Order against live at this address: [include address, city, state and zipcode] I don't have his home address. → work address: 1697 Broadway ny ny 10019

3. Defendant and Plaintiff are not married or formerly married to each other, nor are they members of the same family, nor relatives nor co-parents of a child. This is not a family case.

4. Defendant has done some acts that seriously harm me. Those acts are: BANKRUPTSY, MENTAL CRUELTY, SLEEP DEPRIVATION. May 1994 - N.J., JULY 1994 - NOV '94 - BROOKLYN, NOV '94 - 2005 - CAMDEN, ME. MOST INTENSLY from 2000-2005 - T) PRESENT ADDRESS [include the place, the date and the time and add extra pages if needed.]

5. I have no adequate remedy at law for the harm threatened by Defendant [such as money damages] and, if the court doesn't act to stop the Defendant, I ~~will~~ have suffered irreparable harm.

PLAINTIFF REQUESTS THE COURT TO ISSUE THE FOLLOWING ORDERS:

A. A Temporary Restraining Order until a hearing can be had on this matter;

B. A Preliminary Injunction effective until a final decision made on the merits;

C. A Permanent Restraining Order effective until further notice from the Court.

Page 2/TRO

## PLAINTIFF SPECIFICALLY REQUESTS THAT THE COURT ORDER THAT:

✓ Defendant not threaten, harm, alarm or annoy me or my family and household members.

✓ Defendant stay at least __3__ yards away from me, my residence, my workplace ~~and my childrens' school~~. (I have no children)

✓ Defendant not telephone me or contact me any way;

✓ Defendant not block me in public places or roads;

✓ I also request that Defendant be ordered not do the following: Think of me, and RELEASE ME from this mental harassment + hammering.

PLAINTIFF ALSO REQUESTS the Defendant pay me back for the costs and expenses I incurred in bringing this case and for any other relief that the Court deems proper.

RESPECTFULLY SUBMITTED:

_[signature]_
Signature of Plaintiff

COLLEEN NESTLER
Print Name
323½ STAAB ST.
Address
SANTA FE NM 87501
City/State/Zip
Telephone: 505-___

---

STATE OF NEW MEXICO ) ss.
COUNTY OF Santa Fe )

I, the Plaintiff, being first duly sworn upon my oath, depose and state that I am the Plaintiff in the above-entitled cause. I have read the Application for Restraining Order.. I state that the contents thereof are true and correct to the best of my information and belief.

Signature: _[signature]_

SUBSCRIBED AND SWORN TO before me this date: 12-15-05

My Commission Expires:
11-02-06

_[signature]_
NOTARY PUBLIC

FIRST JUDICIAL DISTRICT COURT
STATE OF NEW MEXICO
COUNTY OF Santa Fe, Los Alamos or Rio Arriba



2005 DEC 15 PM 2:58

Colleen Nestler
**Plaintiff**

v.                                    No. D-0101-CU-200500772

David Letterman
**Defendant**

# TEMPORARY RESTRAINING ORDER

THIS MATTER came before the Court on Application and the Court, being fully advised, FINDS:

1. Immediate and irreparable injury will result to the Plaintiff if a restraining order is not issued immediately as requested by Plaintiff.

2. No notice need be given to Defendant as required by the Rules of Civil Procedure.

3. There are good grounds to show a preliminary injunction may be needed in this case.

4. This order shall be effective for a period of ten days unless extended or modified.

IT IS THEREFORE ORDERED that:

__X__ Defendant not threaten, harm, alarm or annoy Plaintiff.

_____ Defendant not threaten, harm, alarm or annoy Plaintiff or Plaintiff's family and household as named here: _____

__X__ Defendant stay at least _100_ yards away from Plaintiff and from Plaintiff's residence, workplace and childrens' school.

Page 2/Temporary Restraining Order

__X__ Defendant not telephone Plaintiff or contact Plaintiff in any way, either directly or through others;

__X__ Defendant not block Plaintiff in public places or roads;

_____ Further, Defendant is ordered not do the following:

_____

_____

**IT IS FURTHER ORDERED** that Defendant appear and show cause before the Court why the Temporary Restraining Order should not be extended or a preliminary injunction issued as Plaintiff requests by appearing before the Court in the Santa Fe County Judicial Complex, located at the corner of Grant and Catron Avenues, Santa Fe, New Mexico as follows::

Date: January 12, 2006
Time: 9:00 AM

In the Courtroom of the Honorable Judge _____.

_Daniel Sanchez_
**District Judge**

Date Issued: 12-15-05
Time Issued: 2:55 pm

12-18-03

Dear Mr. Fuller,

The enclosed is, a highly in-complete rememberance of the "happenings" of the saga of the relationship I still have with Dave since 1993.

After you read it, and if you think you can have a case to successfully sue him, wonderful. I truly don't want to sue. It would be better for Dave to face up to it on his own (grow up),...but my life is at the edge of the abyss.

Anyway, if you do think we can do it....my handwriting would ensure that anything you initially send, would reach Dave's and Kelsey's <u>hands for their</u> reading. Their lawyers might never let them see it.

Also, I've enclosed a letter to Kelsey that I think might be smart to send along. It is written like all my other letters. Actually, Kelsey & I shared <u>a lot</u>. (without in-depth info here).

Regis is owned by Dave, and I don't think Dave would offer him any money to lie about the realtionship. But I do think he could, with a phone conversation, nix it. Regis has a "soft spot" for me...but is loyal to Dave.

Kelsey will do nothing that would cause trouble with the management of NBC, but...NBC strongly dis-likes Dave. In fact, Dave has many enemys. He once thought Kelsey was HIS friend, and I wrote him, "no, Kelsey is not your friend, but you CAN say, that, he is not your enemy."

Thank you for reading all this.
I'll callyou in a couple of days after you receive it.

Sincerely yours,

Colleen Kort

This explanation to my recent bankruptcy is rather lengthy, reson being, it is a story 10 years in the making, and it is, even though for most, highly ⬤-believable, it is ENTIRELY TRUE. It began the end of August, 1993.

It involves primarily, David Letterman as the root cause to my bankruptcy, but also involves Regis Philbin, Kathie Lee Gifford, and Kelsey Grammer. Reason being the latter three; they were entirely aware of the reality of me being the person Mr. Letterman wanted to marry, and at the same time, was the person, through my willingness to learn, who wanted to train me via intense observation, to be his co-host on the Late Show with David Letterman. In reality, I was opening myself to years of mis-leading intentions and excuses in order for Mr. Letterman to effectually suppress, dis-arm, in order to use me as his puppet and more as this story unfolds. It involves <u>every</u> taped Late Show when Dave functioned as the host, at CBS, since the beginnning.

To begin, to explain how Dave "operates in order to conceal, and keep private what he wants to keep private, Dave talks in a "code"....it is common in the television industry and is also how Kelsey "communicated" to me, as well as to Dave, as while in the process, using the plot of his tv show Frasier, a vehicle of total communication.  I had to learn this code...as he "had me" up in the early hours, watching, of course his show, but as well, ⬤rld News Now...on ABC, as well as Good Morning America, which eventually extended to The Today Show, and of course, Live, with Regis and Kathie Lee.

In the summer of 1993, I was married to Frank Nestler. We lived in the Carson Valley, Nevada, and had a small art gallery of our work.  It was not your conventional marriage, for it was more like a brother-sister arrangement. He was 26 years older, and although I had a great respect for him, it was a marriage without passion.  In actuality, I was very unhappy and privately wanted to divorce, but had no reason to.  Plus, I tried to honor the marriage commmittment.  But webn Dave walked out onto the stage of the Ed Sullivan Theatre for the first time under his new CBS contract, something happened inside me. My entire being "alit" so to say.  It was as if I had dis-engaged from gravity and was no longer aware of anything but his eyes and voice. Yet, even at that time in August and September, with nightly, devotional watchings, I didn't truly REALIZE waht had happened to me.  All I remember was saying to myself : "Well, I'm going to have to stay up and watch him." And I did, from that moment on-every Show until 1998.

That fall of '93, my heart was alive with joy. I had a home that was ⬤id for. A husband-brother, wonderful pet birds, and most impoatantly, an art gallery, for which I worked totally to benefit Frank.  I worked harder at that time than ever before in my life. And loved it, for, for me, work has

always been a necessity to emotional and personal happiness.

Meanwhile, while I watched the Late Show, I became more and more enchanted with Dave on a conscious level, and since I was of the philosophy that "thoughts are things", I sent supportive thoughts of love to him. (At that time, I thought he had been given a bum-rap having been fired from NBC, and personally thinking, as did many, that Jay Leno was no more than a thief in acquiring The Tonight Show.)

Dave responded to my thoughts of love, and, on his show, in code words & obvious indications through jestures and eye expressions, he asked me to come east. He even mentioned in Showtime conversation "Nevada" before I had achance to get a letter off letting him know that, innfact, I did live in Nevada. So, I wrote to him, telling him who I was and that I was married & had an art gallery. At first, his response was: "Well, that's that then."

I continued to watch with great enthusiastic support and a sincere best wishes for each show. He asked me to write some more, and I did, explaining a little about myself and my life in Nevada. And three days before Thanksgiving '93, in code, over the TV he asked me to marry him in a 2 or 3 second spot teaser before the Show aired: "Marry me Oprah". (Oprah had become my first of many code-names.)

I was stunned. That night, on the Show, he pointed to the ring finger in his monolog, and every following night, he indicated that he didn't want to wait long for an answer. (as time passed, the code-vocabulary increased & changed, but in the beginning, things like "C" on baseball caps referred to me, and specific messages through the songs sung by his guests, were the beginnings of what became an elaborate means of communication between he and myself....between the contents of my letters, and his response.)

It took a week for me to decide, not realizing at the time that his persistent hammering was only a hint to his basic MO with everything.

I wrote a letter saying "yes", but by Jan. '94 winter had set in in the east, and I was finding it difficult to work up the nerve to go through with the divorce. Dave encouraged me. Frank had agreed to one, and was actually sympathetic to my situation. But with Dave's insistence and implication that he'd come for me on his up-coming vacation, I divorced....leaving everything to Frank except my car and immediate personal belongings...that could fit in it Dave didn't come. He went to the Carribean instead and the first Show back, "apologized" with the song sung that night with words to the effect that he was a mouse and not a man. But with profuse love songs that followed, and insistence that he was "Mad about you" as he showed on the show in tape, I finally worked up the nerve to leave after he additionally said: "If you're

coming, come now"..for he was going to be leaving for San Francisco's week-ing taping of Shows there. (I left on a Sat. am and arrived in New Jersey Tues. night. Exhausted.) My hotel room had a view of the Empire State Building, and I collapsed that night. I must say, that the night before, I had called from PA and had phoned him, and had spoken to one of his secretaries and said when I'd be arriving. On Wednesday night I was parked on 53rd beside the side door and had sent a note with "C". But nothing happened. I drove back to the hotel in Jersey not understanding the rejection. I should have known then that this man was someone who was not who he seemed to be. But I was in-love, and believed in him.

I must write at this point in time, that he had implied happily, that we would have a private life, and would immediately work on bringing in a new born, to which I had agreed-I was 46 at the time and quite capable--being very healthy, wirey and willing.

I lived in that New Jersey hotel for a little over 2 weeks, waiting, and then finally, I called a friend in nearby Englewood, and ended up staying there for nearly six weeks. (Dave even did a skit about "his home" by making it the mess as was the home of my friend.).

At this point, I must say, that while I was in Nevada, he wanted me to watch "Good Morning America"....but with the time difference, it wasn't live in Nevada...I didn't. As well, I didn't like the show either. He also wanted me to watch "Live, with Regis and Kathie Lee" for which I loathed.. it was exhausting to watch for me. So, I didn't, early on. But Dave hammers and hammers until he gets his way.

Meanwhile, I watched and waited. Taping his shows so that I could "review" them to be sure of what he was telling me. (I had bought one of those 13" TV's with a VCR built in....

During that time, as usual, I wrote to Dave. He "apologized" for not "starting with me" (in code of course), but after a series of mis-haps, I had to move to Brooklyn where I stayed in the 4 level building owned by a friend of another friend of mine from years before. Carl. For free. They were very kind. Carl became aware of this strange relationship with Dave. For some reason, he understood and believed that the way it was being conducted was only temporary, as I had believed. Songs on the show like "just a heart-beat away"...kept my spirits high along with other unmistakable indications that Dave "spoke to me" with...communications that are a taped part of his Show. Every night...every night-ever since. Our honeymoon was to have been in the Carribean for the two-long week's vacation that he took in August. I had moved to Brooklyn the first of July, and had thought the

stay there would be short. Well, even though Dave had said to put a light ● the window, he didn't come, but went to the Carribean without me.

Be that fall '94, my situation regarding money was becoming tight, so I called Frank and asked him advice. He said he had friends in Maine where I could stay (while Dave decided when he would actually begin with me... he admitted that his family was giving him trouble...and all this is documented <u>on tape</u> <u>on his Show</u>). So, I packed what little I had and drove north, arriving Camden that afternoon around 3 PM. (I had told Frank's friends that if I could stay with them, not knowing how long...for I explained the deal regarding Dave...I would find work temporarily). Well, Franks' friends were anything but, and I ended up living in a motel for about 2 weeks. I was frantic. So, I started driving around to find a place to rent and found a vacant house for sale. I phoned Frank, and in summary, he quite willingly decided to sell the house in Nevada, and move here. This house in Maine had two separate living areas-complete...and he said he'd live downstairs, while I "waited for Dave to come get me." I breathed a sigh of relief, still believing that Dave would come soon, and that Frank would be in a place where he had some old friends. For some reason the art gallery that I had worked ● hard on for Frank, didn't really mean that much to him. By this time, I had begun to watch "Good Morning America" and "Live, with Regis and Kathie Lee" on a regular basis, and found it exhausting....as well, as even tho while in Brooklyn Dave and I had discussed me being at the office with him and...answering his fan mail, he was communicating to me that he wanted me to be his co-host, and hence, why all the talk show intensities. And also, that he wanted twins. But, I had had a dream about a baby son that would have been ours, and I wrote him about it and described the child to him. (This is not uncommon. (Many women have premonitions or dreams where they either acatually see or talk to their as yet, unborn child.)

Well, as time passed, Dave seemed to use every excuse to post-pone our "alliance"....even tho he "said"..."I swear we'll start."

My "traingng" became more intense, for he wanted me to start watching the 11PM news before his Show, and then in addition to that, World News Now in the very early hours of the morning. Dave essentially, doesn't sleep. And I soon found that to survite, I had to sleep when he was in transit from work to home at night 7-11PM, and 1-3 AM, and getting much less sleep than ● physical body has always required....7min to 8 hours every night. The beginnings of "sleep-deprivation" had begun. By the time Tom Synder had his show on after the Late Show, a few years hence, Dave said: "This might not be your cup of tea'. It wasn't. But I still TRIED.

Well, Lord knows I tried with every fiber of me to do what he wanted...after all, I loved him...even tho he flirted with every "babe" on his show, using my devoted attention to acquire a brief courage to do so. The times he "broke my heart" are beyond counting, and after so many years, by 1998, I wroteto him that I simply was not going to co-host his Show.

In the process of years..he called himself a "rat-bastard" and would behave like a school boy as far as "showing" a guilt about it. But still, even though he "swore" he was coming...he didn't.

The number of letters, well the Post Office could attest to it...as well as even Dave........he did a skit on it like a water-fall of letters dumped from a box and making reference to me that I was "a little girl". Little girls are prone to honesty and purity, and one of the better descriptions he made of me was "angel".

In the meantime, somtime in 1996, I had begun to watch "Frasier"...and to my suprise, -found more extenuating code messages going on......Dave had involved Kelsey Grammer, and even Kelsey admitted to being the go-between for Dave and myself....well, I think it was the fall of 1999 when I began to write to Kelsey, for I was actually reaching out for a friend and felt that he, along with Regis, was a sympathic to the relationship between myself & Dave. Turned out, Kelsey did everything in his power to disuade me from marrying Dave. While Regis, completely supported the alliance. With Kelsey, entire Frasier plots were "dedicated" to communicating the futility of such an alliance, with his primary argument: "you have nothing in common with each other." He was completely right. So, by 1998, I stopped watching the Late Show with David Letterman, and only watched Frasier, which had become the "relay station". And, unbelievably, Kelsey began his own communication with me...for my letters became with him a reponse &an excuse to the plot-lines of Frasier...in whole or in part.

In that same year, I also stopped watching the other programs Dave had "prescribed". But it was too late, the bond between he and I was as tight as opening a window and letting the outside air mingle with the air inside.

I must mention at this time, in the beginning, Dave had a strong crush on Kathie Lee, and she knew it---hense, the "Oprah-Umma" skit Dave did when he hosted the Academy Awards in 1995. Kathie Lee was a competitive ruth0 less person as she tried to "hold on to Dave" for she, as well, had a drastic crush on Dave (and her husband Frank Gifford knew it), and one time, on the show with Regis in the am, she said directly into the camera to Dave: "I'll divorce Frank". But Dave didn't want her children, and later she even made mention of it: "Oh WHY did I have to have children" To which Regis and I simultaneously gasped as we looked at her in total amazement. Any tapes of

Kathie Lee, whether on the "Live.." show, or as a guest on the Late Show, clearly reveal how her heart felt for Dave.

It was when Dave had his bi-pass heart surgery in 2000 that with my absence of any kind of feeling for it...I no longer loved him. I wrote him so. And wanted to end the relationship. But he didn't believe me. But Dave had it in his bonnet that I was going to be his co-host and nothing would stop him until that happened. Along with a list of demands he had made of me. All of which I had written I simply was not going to do.

I should mention at this time, that, from the very beginning, Dave wanted me to "burn all bridges"-no contact with any friends, and nearly completely isolating me. Stupidly, I did...trusting that HE would be my full-hearted friend and more. By 1998, my desperation for a friend was evident, for Dave never once "was there" for me...and that is when I turned my attention to Kelsey. I began writing him, in the fall of 1999.

When Dave asked me to burn all bridges, that also meant, to give away my personal belongings. And I did. What things that Frank brought from Nevada and didn't want, I gave to a lady in Bucksport...she said it was like Christmas. Only my paintings, for which I had to sell in the summer of 03 out of desperation for money, in a yard sale, for 20 percent of what they were worth. Dave didn't even want me to have anything that could remind me of the love of various people in my life prior to him.

I could go on and on....for these pages only touch the surface of this story. But EVERY TAPE OF DAVE's SHOW AT CBS, PLUS EVERY FRASIER (FRASIER, INTENSLY SINCE 9998) CAN PROVE A RESPONSE TO MY LETTERS TO THEM and/or a communication to me. THEIR SHOWS ARE PRE-WRITTEN, PROGRAMMED AND COMPLETELY PLANNED. Regis, is completly spontaneous, except for the cue cards of introductions, etc.

I also have xerox copies of MANY of the letters to Kelsey, as well as to Regis, and, the last year and a half, to Dave's secretary...for I didn't want to give Dave a chance to lie to her.