## Nine Cases of Judicial Misconduct

The following table provides a list of nine family law cases wherein Ms. Introcaso ordered that her close friend Ms. Sternenberg be appointed as GAL.

| Date of Appointment | GAL Order of Appointment | Case Name(s) | Docket Number(s) |
|---|---|---|---|
| September 5, 2013 | Depo. Ex. 13[1] | *Merrifield v. Cox* | 657-2011-DM-00565 |
| January 30, 2014 | Depo. Ex. 14 | *Sobell v. Sobell* | 659-2013-DM-00348<br>Appeal: 2015-0199<br>Appeal: 2015-0724 |
| May 12, 2015<br>June 22, 2015 | (whited out)[2]<br>Depo. Ex. 15 | *Crawford v. Crawford* | 226-2008-DM-00525 |
| August 20, 2015 | Depo. Ex. 16 | *Covart v. Covart* | 659-2015-DM-00463 |
| October 13, 2016 | Depo. Ex. 17[3] | *Albrecht v. Albrecht* | 659-2016-DM-00288<br>Appeal: 2018-0379<br>Appeal: 2019-0436<br>Appeal: 2020-0118<br>Appeal: 2021-0192<br>Appeal: 2022-0284<br>Appeal: 2022-0517<br>Appeal: 2023-0181<br>Appeal: 2023-0602 |
| February 22, 2017 | Depo. Ex. 18 | *Yiatras v. Yiatras* | 659-2016-DM-00322 |
| October 24, 2018 | Depo. Ex. 2[4] | *Campbell v. Partello* | 659-2018-DM-00702<br>Appeal: 2023-0521 |
| November 29, 2018 | Depo. Ex. 3 | *Loudermilk v. Montgomery*<br>*Morell v. Montgomery* | 659-2015-DM-00185<br>659-2019-DM-00383 |
| December 12, 2018 | Depo. Ex. 4[5] | *Ausiaikova v. Meckel* | 659-2018-DM-00414<br>Appeal: 2020-0160<br>Appeal: 2023-0305 |

---

1   Recommended by Marital Master Bruce F. DalPra. However, "under the marital master system, it is a judge, not a master, which determines the case." *Witte v. Justices of New Hampshire Superior Court*, 831 F.2d 362 (1st Cir 1987).

2   The initial order of appointment was for GAL Kysa Crusco. The NHJB no longer possesses a copy of this order. Ms. Introcaso likely applied whiteout, on the court's <u>original</u> file copy of the May 12, 2015 order in *Crawford*, covering up Ms. Crusco's name, and writing in Ms. Sternenberg's name over the whiteout. Petitioner further alleges that Ms. Introcaso's actions in allegedly whiting out this order, in 2015, was a criminal violation of <u>RSA 641:7</u>.

3   At this time, Master DalPra had been aware of the conflict of interest since 2014.

4   *Id.* See also New Hampshire Judicial Conduct Committee Complaints JC-19-050-C and JC-20-010-C.

5   *Supra* note 3.