```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Dana Albrecht

    v.                                                      Case No. 23-cv-381-JL-TSM

Kathleen Sternenberg, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated December 11, 2023.

_____
Joseph N. Laplante
United States District Judge

Date: January 31, 2024

cc:   Dana Albrecht, pro se
       Linda M. Smith, Esq.
       Catherine Denny, Esq.
       Chistopher George Bond, Esq.