UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
Dana Albrecht,                       *
                                     *
            Plaintiff,               *
       v.                            *    Civil No. 1:23-CV-00381-JL-TSM
                                     *
Kathleen Sternenberg, et al.         *
                                     *
                                     *
            Defendants.              *
                                     *
*************************************
```

## STATE DEFENDANTS DERBY, KING AND NH JUDICIAL BRANCH'S NOTICE TO COURT REGARDING REPLY

Defendants Mark S. Derby, David D. King, and the NH Judicial Branch (hereafter, "State Defendants"), by and through counsel, the NH Office of the Attorney General, hereby notify the Court that in light of the Court's February 1, 2024 Order Approving Report and Recommendation (ECF No. 37), they do not intend to file a Reply to Plaintiff's Objection to the State Defendants' Motion to Dismiss.

Respectfully submitted,

Mark S. Derby, David D. King, and the NH Judicial Branch

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

- 1 -

- 2 -

Dated: February 7, 2024  /s/ Christopher Bond
Christopher G. Bond, Bar #20161
Associate Attorney General
NH Department of Justice
1 Granite Place
Concord, NH  03301
christopher.g.bond@doj.nh.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent by ECF on February 7, 2024 to the parties and/or counsel of record.

/s/ Christopher Bond
Christopher G. Bond