# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
************************************
Dana Albrecht,                      *
                                    *
         Plaintiff,                 *
    v.                              *   Civil No. 1:23-CV-00381-JL-TSM
                                    *
Kathleen Sternenberg, et al.        *
                                    *
                                    *
         Defendants.                *
                                    *
************************************
```

## DEFENDANT BRUCE F. DALPRA'S NOTICE TO COURT REGARDING REPLY

Defendant Bruce F. Dalpra, by and through counsel, the NH Office of the Attorney General, hereby notifies this Court that in light of the Court's February 1, 2024 Order Approving Report and Recommendation (ECF No. 37), he does not intend to file a Reply to Plaintiff's Objection to his Motion to Dismiss.

                    Respectfully submitted,

                    Bruce F. Dalpra

                    By his attorney,

                    JOHN M. FORMELLA
                    ATTORNEY GENERAL

Dated: February 8, 2024         /s/ Catherine A. Denny
                                          Catherine Denny, NH Bar No. 275344
                                          Assistant Attorney General
                                          NH Department of Justice
                                          1 Granite Place South
                                          Concord NH  03301
                                          Catherine.A.Denny@doj.nh.gov

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent by ECF on February 8, 2024 to the parties and/or counsel of record.

                                              */s/ Catherine A. Denny*
                                              Catherine A. Denny