UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
Dana Albrecht,                       *
                                     *
            Plaintiff,               *
     v.                              *    Civil No. 1:23-CV-00381-JL-TSM
                                     *
Kathleen Sternenberg, et al.         *
                                     *
                                     *
            Defendants.              *
                                     *
*************************************
```

**<u>DEFENDANT JULIE A. INTROCASO'S NOTICE TO COURT REGARDING REPLY</u>**

Defendant Julie A. Introcaso, by and through counsel, the NH Office of the Attorney General, hereby notifies the Court that in light of the Court's February 1, 2024 Order Approving Report and Recommendation (ECF No. 37), she does not intend to file a Reply to Plaintiff's Objection to her Motion to Dismiss.

 

                Respectfully submitted,

                Julie A. Introcaso

                By her attorney,

                JOHN M. FORMELLA
                ATTORNEY GENERAL

Dated: February 8, 2024       /s/ Catherine A. Denny
                                      Catherine Denny, NH Bar No. 275344
                                      Assistant Attorney General
                                      NH Department of Justice
                                      1 Granite Place South
                                      Concord NH  03301
                                      Catherine.A.Denny@doj.nh.gov

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent by ECF on February 8, 2024 to the parties and/or counsel of record.

                            */s/ Catherine A. Denny*
                            Catherine A. Denny