UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **Dana Albrecht,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | Civil No. 1:23-cv-00381-JL-TSM |
| | ) | |
| **Kathleen Sternenberg, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEAL

Notice is given that Plaintiff hereby appeals to the United States Court of Appeals for the First Circuit from the order [Doc. 37] issued on February 1, 2024, approving the Report and Recommendation [Doc. 23] of the Magistrate Judge. The Court of Appeals has jurisdiction pursuant to 28 U.S.C. § 1292(a)(1).

Respectfully submitted,

_____
DANA ALBRECHT
   *Plaintiff Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

March 3, 2024.

- 2 -

## CERTIFICATE OF SERVICE

I, Dana Albrecht, hereby certify that a copy of this *Notice* shall be served to all the parties and/or counsel of record through the ECF system.

_____
DANA ALBRECHT

March 3, 2024