UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No.   23-cv-381-JL-TSM

2. TITLE OF CASE: Dana Albrecht v. Kathleen Sternenberg, et al .

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Joseph N. Laplante

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **January 31, 2024**

8. DATE OF NOTICE OF APPEAL: **March 3, 2024**

9. FEE PAID: Yes

10. COURT APPOINTED COUNSEL: Not Applicable

11. COURT REPORTER(S):   and DATES: None

12. TRANSCRIPTS ORDERED/ON FILE: No

13. HEARING/TRIAL EXHIBITS: No

14. MOTIONS PENDING: YES  (Motions to dismiss pending against the remaining defendants (doc. no. 18-20)

15. GUIDELINES CASE: Not Applicable

16. RELATED CASES or CROSS APPEAL: Not applicable

17. SPECIAL COMMENTS:   NO