```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Dana Albrecht

    v.                                                  No. 23-cv-381-JL-TSM

Kathleen Sternenberg, et al.

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Kellie Otis, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED: 23, 37, 41, and 42

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, March 4, 2024

FCPKGN'L0N[ PEJ , Clerk

By: /s/ Kellie Otis, Deputy Clerk

Mar 04, 2024

cc:    Dana Albrecht, pro se
        Linda M. Smith, Esq.
        Catherine Denny, Esq.
        Christopher George Bond, Esq.