# United States Court of Appeals
## For the First Circuit

No. 24-1217

DANA ALBRECHT,

Plaintiff - Appellant,

v.

KATHLEEN STERNENBERG, in the official capacity as a Guardian ad Litem appointed to serve in the New Hampshire Circuit Court, Family Division; BRUCE F. DALPRA, in the official capacity as a former Marital Master in the New Hampshire Circuit Court, Family Division; JULIE A. INTROCASO, in the official capacity as a former judge in the New Hampshire Circuit Court, Family Division; MARK SUTHERLAND DERBY, in the official capacity as a judge in the New Hampshire Circuit Court, Family Division; DAVID D. KING, in the official capacity as an Administrative Judge of the New Hampshire Circuit Court; NH JUDICIAL BRANCH,

Defendants - Appellees.

**MANDATE**

Entered: September 3, 2025

    In accordance with the judgment of August 11, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

                  By the Court:

                  Anastasia Dubrovsky, Clerk

cc:
Dana Albrecht
Catherine Denny
Samuel R. V. Garland
Linda M. Smith