# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
*************************************
Dana Albrecht,                        *
                                      *
          Plaintiff,                  *
     v.                               *   Civil No. 1:23-CV-00381-JL-TSM
                                      *
Sternenberg et al.,                   *
                                      *
          Defendants.                 *
                                      *
*************************************
```

## NOTICE TO REINSTATE MOTION TO DISMISS ECF NO. 18

Defendant, Julie A. Introcaso, by and through her counsel, the New Hampshire Office of the Attorney General, hereby notifies this Court that she seeks to reinstate her Motion to Dismiss. *See* ECF Doc. No. 18.

Respectfully submitted,

Julie A. Introcaso

By her attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: October 22, 2025

/s/ Catherine A. Denny
Catherine A. Denny, Bar #275344
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
catherine.a.denny@doj.nh.gov
(603) 271-1354

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing was sent by ECF on October 22, 2025 to parties of record.

                                    /s/ Catherine A. Denny
                                    Catherine A. Denny