UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
Dana Albrecht,                       *
                                     *
            Plaintiff,               *
    v.                               *   Civil No. 1:23-CV-00381-JL-TSM
                                     *
Sternenberg et al.,                  *
                                     *
            Defendants.              *
                                     *
*************************************
```

### NOTICE TO REINSTATE MOTION TO DISMISS ECF NO. 19

Defendant, Bruce F. Dalpra, by and through his counsel, the New Hampshire Office of the Attorney General, hereby notifies this Court that he seeks to reinstate his Motion to Dismiss. *See* ECF Doc. No. 19.

                Respectfully submitted,

                Bruce F. Dalpra

                By his attorney,

                THE OFFICE OF THE ATTORNEY GENERAL

Dated: October 22, 2025        /s/ Catherine A. Denny
                Catherine A. Denny, Bar #275344
                Assistant Attorney General
                Civil Bureau
                NH Department of Justice
                1 Granite Place South
                Concord, NH 03301
                catherine.a.denny@doj.nh.gov
                (603) 271-1354

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent by ECF on October 22, 2025 to parties of record.

          /s/ Catherine A. Denny
          Catherine A. Denny