UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
Dana Albrecht,                      *
                                    *
         Plaintiff,                 *
    v.                              *    Civil No. 1:23-CV-00381-JL-TSM
                                    *
Sternenberg et al.,                 *
                                    *
         Defendants.                *
                                    *
*************************************
```

### NOTICE TO REINSTATE MOTION TO DISMISS ECF NO. 20

Defendants, Mark S. Derby, David D. King, and the NH Judicial Branch (hereafter, "State Defendants"), by and through their counsel, the New Hampshire Office of the Attorney General, hereby notifies this Court that they seek to reinstate their Motion to Dismiss. *See* ECF Doc. No. 20.

                                      Respectfully submitted,

                                      Mark S. Derby, David D. King,
                                      and the NH Judicial Branch

                                      By their attorney,

                                      THE OFFICE OF THE ATTORNEY GENERAL

Dated: October 22, 2025           /s/ Christopher Bond
                                      Christopher G. Bond, Bar #20161
                                      Associate Attorney General
                                      NH Department of Justice
                                      1 Granite Place South
                                      Concord, NH 03301
                                      christopher.g.bond@doj.nh.gov
                                      (603) 271-3650

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent by ECF on October 22, 2025 to parties of record.

                              /s/ Christopher Bond
                              Christopher G. Bond