UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Dana Albrecht,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No. 1:23-cv-00081-JL-TSM |
| ) | |
| **Kathleen Sternenberg, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S MOTION TO PARTIALLY VACATE AND FOR CLARIFICATION OF NOVEMBER 4, 2025 ENDORSED ORDER**

NOW COMES the Plaintiff and respectfully moves for partial vacatur and clarification of the Court's Endorsed Order dated November 4, 2025, which reinstated certain Defendants' Motions to Dismiss and Plaintiff's objections thereto, and set a reply deadline. In support of this motion, Plaintiff states as follows:

1. **Reinstatement Was Proper for Defendants Who Requested It**

   On November 4, 2025, the Court properly granted the request of Defendants Derby, Dalpra, Introcaso, and King, and the NH Judicial Branch to reinstate their previously filed Motions to Dismiss (Docs. 18, 19, 20). Plaintiff does not object to the reinstatement of those motions.

2. **Plaintiff's Objections Were Improperly Reinstated *Sua Sponte***

   The Court also reinstated Plaintiff's prior objections to those motions (Docs. 25, 26, 27) *sua sponte*, without Plaintiff's request or consent. This was procedurally improper and unfairly prejudicial, as it presumed Plaintiff's continued opposition without affording him the opportunity to choose whether to amend, oppose, withdraw, or otherwise reassess his litigation

- 1 -

strategy in light of the reactivated motions. Plaintiff respectfully requests that the reinstatement of his objections be vacated.

3. **Defendant Sternenberg's Dismissal Remains in Effect and Requires No Further Action at This Stage**

Defendant Kathleen Sternenberg's prior motion to dismiss was granted by this Court, and Plaintiff's attempt to seek immediate review of that dismissal through an interlocutory appeal was dismissed without prejudice for lack of appellate jurisdiction. That ruling left the merits of the dismissal order untouched and made clear that appellate review must await entry of final judgment. Accordingly, Defendant Sternenberg has been dismissed from the case at this stage, and no further filings are presently required from her. Plaintiff respectfully notes that the substantial issues previously raised – including those raised in the appellate proceedings – **remain preserved for appeal following final judgment pursuant to 28 U.S.C. § 1291.**

4. **Plaintiff's Right to Amend Has Not Been Waived and Is Now Triggered**

Plaintiff's right to amend the complaint as of right under Fed. R. Civ. P. 15(a)(1)(B) has not yet been exercised or waived. Because the relevant Rule 12(b) motions were previously denied without prejudice and only reinstated on November 4, 2025, the 21-day amendment period now runs from that date. The Court's *sua sponte* reinstatement of Plaintiff's objections cannot displace or extinguish this amendment right. **Accordingly, Plaintiff may file an amended complaint as a matter of right on or before November 25, 2025.**

This right is particularly significant given the evolving procedural posture and the substantial constitutional and immunity questions at issue in this case.

WHEREFORE, Plaintiff(s) respectfully requests that this Court:

A) Clarify that Defendant Sternenberg's prior dismissal remains in effect; and,

B) Vacate that portion of the November 4, 2025 Endorsed Order that *sua sponte* reinstated Plaintiff's prior objections (Docs. 25, 26, 27), absent Plaintiff's request or consent;

C) Confirm that Plaintiff may amend the complaint as of right pursuant to Fed. R. Civ. P. 15(a)(1)(B) on or before November 25, 2025;

D) Stay or vacate all reply or surreply briefing deadlines relating to the reinstated motions to dismiss, pending Plaintiff's exercise of rights under Rule 15(a)(1)(B);

E) Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____
DANA ALBRECHT
   *Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
dana.albrecht@hushmail.com

November 11, 2025

## CERTIFICATE OF SERVICE

I, Dana Albrecht, certify that a copy of this Motion has been served on all parties of record via the CM/ECF system.

_____
DANA ALBRECHT

November 11, 2025.