UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Dana Albrecht,** )<br>)<br>　　　**Plaintiff** )<br>　v. )<br>)<br>**Kathleen Sternenberg, et al.,** )<br>)<br>　　　**Defendants.** ) | **Civil No. 1:23-cv-00081-JL-TSM** |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

NOW COMES the Plaintiff, Dana Albrecht, *pro se*, and respectfully moves this Court for a fourteen (14) day extension of time, up to and including December 9, 2025, to file an amended complaint or otherwise respond to the reinstated motions to dismiss. In support of this motion, Plaintiff states as follows:

1. **Background**

    On November 4, 2025, this Court reinstated certain Defendants' Motions to Dismiss. Pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiff has the right to amend the complaint as of right within 21 days of service of the reinstated motions, which would be November 25, 2025.

2. **Good Cause Exists for the Extension**

    Good cause exists for this modest extension request:

    (a) This case involves complex constitutional and immunity issues that require careful consideration and thorough analysis in preparing any amended pleading.

    (b) Plaintiff, proceeding *pro se*, requires additional time to review the applicable law, research relevant precedents, and ensure any amended

- 1 -

complaint properly addresses the issues raised in the Defendants' motions.

(c) The requested extension falls during the Thanksgiving holiday period, which will substantially limit Plaintiff's ability to conduct necessary legal research and drafting.

(d) Plaintiff has not previously requested any extensions in this matter and has diligently prosecuted this case.

(e) The requested extension is modest – only fourteen (14) days – and will not prejudice any party or delay the proceedings.

3. **No Prejudice to Defendants**

The requested extension will not prejudice the Defendants, as:

- The extension is brief and reasonable
- No trial date or other deadlines will be affected
- This will promote judicial economy by allowing Plaintiff to file a comprehensive amended complaint

WHEREFORE, Plaintiff(s) respectfully requests that this Court:

A) Grant Plaintiff's motion for a fourteen (14) day extension of time;

B) Extend the deadline for Plaintiff to file an amended complaint or otherwise respond to the reinstated motions to dismiss from November 25, 2025, up to and including December 9, 2025;

C) Grant such other and further relief as the Court deems just and proper.

          Respectfully submitted,

_____
DANA ALBRECHT
    *Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
dana.albrecht@hushmail.com

November 25, 2025

## CERTIFICATE OF SERVICE

I, Dana Albrecht, certify that a copy of this Motion has been served on all parties of record via the CM/ECF system.

_____
DANA ALBRECHT

November 25, 2025.