UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Dana Albrecht,** )<br>)<br>**Plaintiff** )<br>v. )<br>)<br>**Kathleen Sternenberg, et al.,** )<br>)<br>**Defendants.** ) | **Civil No. 1:23-cv-00381-JL-TSM** |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

NOW COMES the Plaintiff, Dana Albrecht, *pro se*, and respectfully moves this Court for a twenty-one (21) day extension of time, up to and including January 21, 2026, to file a supplemental objection or seek leave to amend in response to the reinstated motions to dismiss. In support of this motion, Plaintiff states as follows:

1. **Procedural Background**

    On December 10, 2025, this Court granted Plaintiff's motion to extend time and ordered that Plaintiff "may supplement his objections to the motions to dismiss and/or seek leave to amend on or before December 31, 2025." (Doc. No. 52.) Plaintiff was unable to complete the filing by that deadline and files this motion on January 2, 2026.

2. **Good Cause Exists for the Extension**

    Good cause exists for this modest extension request:

    (a) **Complexity of Issues:** This case involves multiple defendants with separate motions to dismiss, raising complex issues of constitutional law, judicial immunity, and qualified immunity. Plaintiff has been diligently

    working on a comprehensive response but requires additional time to complete the necessary legal research and drafting.

(b) **Pro Se Status:** Plaintiff is proceeding *pro se* and does not have the resources of a law firm to assist with the preparation of these filings.

(c) **Holiday Period:** The December 31, 2025 deadline fell during the week between the Christmas and New Year's federal holidays. December 31 is a day on which many offices, services, and libraries operate on reduced schedules or close early, limiting Plaintiff's ability to access resources and finalize filings. January 1, 2026 was a federal holiday on which this Court was closed.

3. **No Prejudice to Defendants**

The requested extension will not prejudice the Defendants. This case was stayed for over one year while the First Circuit Court of Appeals considered Plaintiff's interlocutory appeal. The appeal was resolved in August 2025, and the stay was not lifted until October 2025. Given the length of time this case has already been pending through no fault of Plaintiff, a modest twenty-one day extension will not prejudice any party or materially delay these proceedings. No trial date or other deadlines have been set.

4. **Statement of Concurrence**

Pursuant to Local Rule 7.1(a)(2), due to the time-sensitive nature of this motion, Plaintiff has not sought concurrence from Defendants' counsel.

WHEREFORE, Plaintiff respectfully requests that this Court:

A) Grant Plaintiff's motion for a twenty-one (21) day extension of time;

B) Extend the deadline for Plaintiff to file a supplemental objection or seek leave to amend from December 31, 2025, up to and including January 21, 2026; and

C) Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____
DANA ALBRECHT
*Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
dana.albrecht@hushmail.com

January 2, 2026

**CERTIFICATE OF SERVICE**

I, Dana Albrecht, certify that a copy of this Motion has been served on all parties of record via the CM/ECF system.

_____
DANA ALBRECHT

January 2, 2026.

- 3 -