## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Dana Albrecht,** | **)** |
| | **)** |
| **Plaintiff** | **)** |
| **v.** | **)**   **Civil No. 1:23-cv-00381-JL-TSM** |
| | **)** |
| **Kathleen Sternenberg, et al.,** | **)** |
| | **)** |
| **Defendants.** | **)** |

---

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

---

NOW COMES the Plaintiff, Dana Albrecht, *pro se*, and respectfully moves this Court for a fourteen (14) day extension of time, up to and including April 1, 2026, to file a supplemental objection or seek leave to amend in response to the reinstated motions to dismiss. In support of this motion, Plaintiff states as follows:

1. The Court has graciously given Plaintiff until March 18, 2026 to file a response.

2. Plaintiff has almost completed his response, but has had recent technical difficulties with his computer that have included, but not been limited to, access to PACER via the new two factor authentication requirements.

3. These have been mostly resolved.

4. Consequently, Plaintiff respectfully requests a further extension up to and including April 1, 2026.

5. Statement of Concurrence

   Pursuant to Local Rule 7.1(a)(2), due to the time-sensitive nature of this motion, Plaintiff has not sought concurrence from Defendants' counsel.

- 1 -

WHEREFORE, Plaintiff respectfully requests that this Court:

A) Grant Plaintiff's motion for a fourteen (14) day extension of time;

B) Extend the deadline for Plaintiff to file a supplemental objection or seek leave to amend from March 18, 2026, up to and including April 1, 2026; and

C) Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____
DANA ALBRECHT
     *Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
dana.albrecht@hushmail.com

March 27, 2026

## CERTIFICATE OF SERVICE

I, Dana Albrecht, certify that a copy of this Motion has been served on all parties of record via the CM/ECF system.

_____
DANA ALBRECHT

March 27, 2026.