# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

9th Circuit - Family Division - Nashua
30 Spring Street, Suite 102
Nashua NH  03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## DOMESTIC VIOLENCE TEMPORARY ORDER AND NOTICE OF HEARING
### PURSUANT TO RSA 173-B

Case Number: **659-2016-DV-00120**                    PNO: **6591610120**

**Katherine Albrecht**          v. **Dana Albrecht**                    ▆▆▆/1971

Plaintiff                              Defendant                        Def Date of Birth

### NOTICE OF HEARING

The plaintiff and defendant are summoned to appear at <u>9th Circuit - Family Division - Nashua</u> on <u>April 28, 2016</u>  at <u>2:30 PM</u>  . The court will hear testimony from both parties. **One half hour will be allotted for this hearing.** FINAL ORDERS may be issued at that time.

<u>April 08, 2016</u>                         _Sherry L. Bisson_
Date                                   Clerk of Court

### NOTICE TO DEFENDANT

PURSUANT TO RSA 173-B:4, you have a right to a hearing on these temporary orders within five business days, but not earlier than three business days, after you file a written request with the court. Unless you request this hearing in writing, the case will be heard on the date shown above.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF INTERSTATE ENFORCEMENT AND
### COMPLIANCE WITH THE VIOLENCE AGAINST WOMEN ACT (VAWA)

1.    This temporary protective order meets all full faith and credit requirements of the Violence Against Women Act, 18 U.S.C. sec. 2265 (1994).  This Court has jurisdiction of the parties and the subject matter; the defendant is afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction.  This order is valid and enforceable throughout New Hampshire and all other states, the District of Columbia, all tribal lands and all U.S. Territories, and shall be enforced as if it were an order of that jurisdiction.

2.    Pursuant to Section 2265 of Title 18, United States Code, violation of any provision(s) of this Order, including support, child custody or visitation provisions issued under the authority of RSA 173-B of this State, is enforceable by court and/or law enforcement personnel of any other State, Indian tribal government, or Territory, as if it were their own order.

3.    Violations of this order are subject to state and federal criminal penalties.  If the restrained party (the defendant) travels across state or tribal boundaries, or causes the protected party (the plaintiff) to travel across state or tribal boundaries, with the intent to violate the protective orders and then violates a protective provision of this order, the defendant may be prosecuted for a federal felony offense under the Violence Against Women Act, 18 U.S.C. sec. 2262(a)(1) or (2) (1994).

4.    The National Domestic Violence Hotline provides information on a 24-hour basis on interstate enforcement of protection orders, how to reach an advocate, and the location of shelters.  The Hotline number is:  1-800-799-7233.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**REPORTING A VIOLATION OF THIS ORDER:** If the defendant violates any portion of this order, the plaintiff may report the violation to the local law enforcement agency and file a written notice in the form of a petition for contempt requesting a further hearing on the matter. Forms are available at the court or on the court website www.courts.state.nh.us.

NHJB-2000-DF (01/01/2015)

626- 48th 11912

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT
## DOMESTIC VIOLENCE TEMPORARY ORDER OF PROTECTION

Case Number: <u>659-2016-DV-00120</u>        PNO Number: <u>6591610120</u>

Court:        <u>9th Circuit - Family Division - Nashua</u>

Court ORI:    <u>NH006151J</u>

County:       <u>Hillsborough</u>

Address:      <u>30 Spring Street, Suite 102  Nashua NH  03060</u>

| PLAINTIFF | PLAINTIFF IDENTIFIERS | | |
|---|---|---|---|
| First    Middle    Last | Date of Birth | Sex | Race |
| Katherine Albrecht | ▮/1966 | Female | White |

### V.

| DEFENDANT'S NAME | DEFENDANT IDENTIFIERS | | | |
|---|---|---|---|---|
| First    Middle    Last | DOB | ▮/1971 | HEIGHT | 5 Ft. 10 In. |
| Dana Albrecht | SEX | Male | WEIGHT | 125 Lbs. |
| **DEFENDANT'S ADDRESS:** | RACE | White | EYES | Brown |
| 214 Worchester Road | State/Birth | California | HAIR | Brown |
| Hollis NH  03049 | | | | |

**RELATIONSHIP to PLAINTIFF**

ETHNICITY  Non Hispanic

☒ Married          ☐ Household member
☐ Divorced         ☐ Other _____
☐ Separated
☐ Cohabit / cohabited
☐ Child in common

**DISTINGUISHING FEATURES:**

SKIN TONE | Light

SCARS, MARKS, TATTOOS:
Location and description

**CAUTION**

☐ Weapon involved
☐ Weapon is ordered to be relinquished pursuant to New Hampshire state law RSA 173-B

**LICENSE INFO:**    DRIVER'S LICENSE# _____

STATE | NH        EXP DATE

**VEHICLE INFO:**    YEAR        STYLE

MAKE | Honda      COLOR | Black

MODEL            VIN #

**WARNING:** The attached order shall be enforced, even without registration, by the courts of any state, the District of Columbia, and any U.S. Territory, and may be enforced on Tribal Lands (18 U.S.C. section 2265).  Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. section 2262).

**The court has found as evidenced by this order:**

That it has jurisdiction over the parties and subject matter, and the defendant, upon service, will be given reasonable notice and opportunity to be heard.

☒    The above named defendant is restrained from committing further acts of abuse or threats of abuse.

☒    The above named defendant shall not have any contact with the plaintiff, whether in person or through third persons, including but not limited to contact by telephone, letters, fax, e-mail, the sending or delivery of gifts or any other method unless specifically authorized by the court. The defendant is prohibited from coming within _300_ feet of the plaintiff.

NHJB-2000-DF (01/01/2015)

**Case Name:** <u>In the Matter of Katherine Albrecht v. Dana Albrecht</u>

**Case Number:** <u>659-2016-DV-00120</u>          **PNO:** <u>6591610120</u>

<u>**DOMESTIC VIOLENCE TEMPORARY ORDER OF PROTECTION**</u>

The court, having jurisdiction over the parties and subject matter under New Hampshire RSA 173-B (Protection of Persons from Domestic Violence), and having considered the plaintiff's Domestic Violence Petition dated <u>April 08, 2016</u> hereby finds that the plaintiff is in immediate and present danger of abuse as defined in RSA 173-B and makes the following **TEMPORARY ORDERS OF PROTECTION:**

1. ☒ The defendant shall not abuse the plaintiff.

2. ☒ The defendant shall not have any contact with the plaintiff, whether in person or through third persons, including but not limited to contact by telephone, letters, fax, texting, social media, e-mail, the sending or delivery of gifts or any other method unless specifically authorized by the court. The defendant is prohibited from coming within <u>300</u> feet of the plaintiff. ☒ This includes any household animals, *if any* .

3. ☒ The defendant shall not enter the premises or curtilage where the plaintiff resides, ~~except when the defendant is accompanied by a peace officer and, upon reasonable notice to the plaintiff, is allowed entry by the plaintiff for the sole purpose of retrieving toiletries, medication, clothing, business equipment, and any other items as determined by the court.~~

   _____

4. ☒ The defendant shall not contact the plaintiff at or enter upon plaintiff's place of employment, school, or <u>Anywhere</u>

5. ☒ The defendant shall not abuse plaintiff's relatives (including children) regardless of their place of residence, or members of the plaintiff's household.

6. ☒ The defendant shall not take, convert or damage any property in which the plaintiff has a legal or an equitable interest.

7. ☒ The plaintiff is awarded exclusive care, custody, or control of any animal owned, possessed, leased, kept, or held by the petitioner, defendant, or a minor child in either household, and the defendant is prohibited from taking, transferring, encumbering, concealing, committing an act of cruelty or neglect, or disposing of the animal(s).

8. ☒ The plaintiff is awarded custody of the minor child(ren). ~~The defendant may exercise the following visitation:~~ _____ or

   ☒ Visitation is denied pending a hearing.

9. ☒ The defendant shall relinquish to a peace officer all firearms and ammunition in his/her control, ownership or possession, or in the possession of any other person on behalf of the defendant, and the defendant is prohibited from purchasing or possessing any firearms or ammunition during the pendency of this order.

10. ☒ The defendant shall also relinquish all deadly weapons as defined in RSA 625:11,V which may have been used, intended to be used, threatened to be used or could be used in an incident of abuse. These weapons may include the following: _____

    _____

11. ☐ Other protective orders: _____

    _____

Case Name: **In the Matter of Katherine Albrecht v. Dana Albrecht**

Case Number: **659-2016-DV-00120** PNO: _____

**DOMESTIC VIOLENCE TEMPORARY ORDER OF PROTECTION**

## ADDITIONAL ORDERS:

12. ☐ The Plaintiff is awarded the temporary and exclusive use of the motor vehicle identified as follows:

_____

13. ☐ The Plaintiff is awarded the temporary and exclusive use of the shared residence located at:

_____

14. ☒ The defendant shall relinquish all concealed weapons permits and hunting licenses.

15. ☒ Other: _Sections 8, 9, 10, 11, 12, 15 is Granted_

_4-8-16_
Date

Signature of Judge / Marital Master Recommendation

_Paul S Moon_
Print / Type Name of Judge / Marital Master

_Sections 13 & 14_

**So Ordered:** _Section 12 regarding ___ will be addressed at the parties hearing_

I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

_referred hearing_

_____
Date

Signature of Judge Approving Marital Master's Recommendation

**1-855-212-1234**
Telephone Number of Court

_____
Print / Type Name of Judge

**THESE ORDERS ARE EFFECTIVE IMMEDIATELY AND REMAIN IN EFFECT UNTIL FINAL ORDERS ARE MADE BY THE COURT. ANY WILLFUL VIOLATION OF THE PROTECTIVE PROVISIONS OF THESE ORDERS IS A CRIME. VIOLATIONS SHALL RESULT IN ARREST AND MAY RESULT IN IMPRISONMENT. ALL FUTURE NOTICES AND ORDERS SHALL BE MAILED. BOTH PARTIES MUST KEEP THE COURT INFORMED OF THEIR CURRENT ADDRESS.**

NHJB-2000-DF (01/01/2015)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

9th Circuit–District Division–Nashua
30 Spring Street, Suite 101
Nashua, NH 03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## DOMESTIC VIOLENCE PETITION
Pursuant to RSA 173-B

Case Number: _____       PNO _____

KATHERINE ALBRECHT ▓▓▓ -66 v. DANA ALBRECHT ▓▓▓ -71

**Plaintiff**       Plf Date of Birth     **Defendant**      Def Date of Birth

Sex: ☐ M   ☒ F

Race: ☐ Asian   ☐ Other   ☐ Black
☐ Unavailable ☐ Indian ☒ White
☐ Multiracial ☐ Native Hawaiian or Other
    Pacific Islander.

Ethnicity: ☐ Hispanic ☒ Non-Hispanic ☐ Refused

Sex: ☒ M   ☐ F

214 WORCESTER ROAD
Street Address
HOLLIS, NH 03049
City / State / Zip

**RELATIONSHIP to DEFENDANT**

☒ Married
☐ Divorced
☐ Separated
☐ Cohabit / cohabited
☐ Child in common

☐ Household member
☐ Other _____

TO THE JUSTICE OF THE COURT: I am in immediate danger of abuse by the defendant. I base my request for protection from abuse on the following facts that occurred on the following dates, and ask the court to issue orders as noted below:

Earlier today (FRI 4/8) I discovered that Dana had been stalking me by using secret files installed on my laptop and copying all of my email, diary, personal files, and had installed audio recording software to listen to me, had also been monitoring all of my phone calls in real time. He did not have my permission, this was my own personal laptop w/ a password to protect it from him. ~~The~~ My personal files were copied to his personal laptop →

☒ SEE ATTACHED ADDITIONAL PAGE(S)

The defendant and I are currently involved in or have received orders in the following court actions:
☐ divorce ☐ custody ☐ protective order ☒ none ☐ other _____
Please list the court(s) handling the case(s): _____ N/A _____

Are you represented by a lawyer in any of these matters? ☐ Yes ☒ No    (JOINTLY OWNED)

**Residence:** ☒ own ☐ rent ☐ in whose name? YSM TRUST

Children living in household:

| NAME | DOB | BIRTH PARENTS | WHO HAS CUSTODY |
|---|---|---|---|
| C▓ A▓ ▓-00 | | KATHERINE & DANA (ABOVE) | JOINT |
| S▓ A▓ ▓-04 | | " | " |
| G▓ A▓ ▓-06 | | " | " |

**Note: If you have minor children born to or adopted by you and the defendant, you must submit a UCCJEA Affidavit (Form NHJB-2660-FP)**

I have suffered the following financial losses as a result of the abuse: ☒ medical/dental/optical expenses
☐ loss of wages ☐ loss of personal property ☐ other (explain) _____

NHJB-2050-DF (07/21/2014)       Page 1 of 3

Case Name: ___v_____

Case Number: _____ PNO: _____

**DOMESTIC VIOLENCE PETITION**

## REQUEST FOR PROTECTIVE ORDERS:

1. ☒ Restrain the defendant from abusing me, having any contact with me, whether in person or through third persons, including but not limited to contact by telephone, letters, fax, texting, social media, e-mail, the sending or delivery of gifts or any other method, unless specifically authorized by the court.

2. ☒ Restrain the defendant from entering in or on the premises (including curtilage) where I reside except with a peace officer for the purpose of removing defendant's personal possessions; my place of employment; my school.

3. ☒ Restrain the defendant from abusing my relatives or members of my household.

4. ☒ Restrain the defendant from taking, converting or damaging property in which I have a legal or equitable interest.

5. ☒ Direct the defendant to temporarily relinquish to a peace officer any firearms or other deadly weapons, including _____

6. ☒ Award temporary custody of our minor child(ren) to me.

7. ☒ Restrain the defendant from contact and from taking, transferring, encumbering, concealing, committing an act of cruelty or neglect or disposing of any animal owned, possessed, leased, kept or held by me or the defendant or a minor child in either household.

## REQUEST FOR ADDITIONAL ORDERS:

8. ☒ Direct the defendant to make child support payments to me for the care of our minor children.

9. ☒ Direct the defendant to follow a court approved visitation plan if defendant wishes to exercise child visitation rights.

10. ☒ Award me the exclusive right to use and possession of our residence and household furnishings.

11. ☒ Award me the exclusive right of use and possession of the following vehicle: HONDA ODYSSEY MINIVAN

12. ☒ Award me the exclusive care, custody or control of any animal owned, possessed, leased, kept or held by me, the defendant or a minor child in either household. YORKI - DOG ; 2 Cats

13. ☒ Order the defendant to pay me for financial losses suffered as a direct result of the abuse.

14. ☒ Recommend that the defendant attend a batterers treatment program or personal counseling.

15. ☒ Other relief: Keep Dana's Computer _____

## Additional Space for Statement of Facts

which he surrendered to the Hollis Police. Dana has copied all of my bank account and online passwords and passwords for all other medical & financial accounts store now on his laptop. ⓘ [deposit that] The officer suggested the the court withhold the computer for my safety since it has been the instrument of those acts against me, and with those files, he could do me further harm.

Last week I was at my mom's house next door and our 11 year old came over. Dana was very angry angry & demanded she come out, forbidding her to be with me. She hid upstairs afraid. I asked him to stay away. He came onto the property against my wishes, angrily tried the door, and refused to leave, terrifying us both. I called the Hollis police, who asked him to leave

NHJB-2050-DF (07/21/2014)      Page 2 of 3

Case Name: _____ v _____

Case Number: _____   PNO: _____

**DOMESTIC VIOLENCE PETITION**

On two different occasions in the last 2 weeks, he held a "family meeting" where he intimidate me and kids, called me terrible names in front of them. I asked him to please stop, because the kids were shaking & crying. He escalated and scared us badly for quite a long time.

Today when I discovered what he had been doing on my computer, he responded in a menacing way and I am afraid for my safety. He is angry and irrational and I and my children are afraid of him. ~~him~~

My husband has dominated and controlled the finances and not allowed me access to my own accounts, has withheld my banking mail for weeks, has shut me out of my own accounts and exercised complete intimidating control over ~~my~~ virtually every aspect of my life.

## THIS PETITION MUST BE SIGNED BY THE PETITIONER WHILE AT COURT.

## THIS PETITION WILL NOT BE ACCEPTED BY FAX, E-MAIL, OR U.S. MAIL.

I swear that the foregoing information is true and correct to the best of my knowledge. I understand that making a false statement on this petition will subject me to criminal penalties.

4/8/16
Date

K. Albrecht
Signature of Plaintiff

State of ____NH____ , County of ____Hillsborough____

This instrument was acknowledged before me on 4-8-16 by Katherine Albrecht

My Commission Expires _____

SARAH LYNN COYLE, Notary Public
State of New Hampshire
My Commission Expires October 16, 2018

Affix Seal, if any   Clerk of Court/Deputy Clerk/Justice of Peace/Notarial Officer