EXHIBIT 17
Judge I.
2/8/2021

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: 9th Circuit-Family Division Nashua

Case Name: _Dana Albrecht and Katherine Albrecht_

Case Number: _659-2016-DM-00255_
(if known)

## ORDER ON APPOINTMENT OF GUARDIAN *AD LITEM*
### (Divorce/Parenting)

Petitioner's Name: _Dana Albrecht_ ■ D.O.B. '71

Street Address: _38 E NASHUA ROAD_

City, State, Zip: _WINDHAM, NH 03087-1139_

Telephone: _(603) 809-1097_     E-Mail Address:

Respondent's Name: _Katherine Albrecht_ ■ D.O.B. '66

Street Address: _214 Worcester Rd._

City, State, Zip: _Hollis, NH 03069_

Telephone: _(626) 484-4042_     E-Mail Address:

The following order shall be entered:

1. The attached Standing Order Relative to Guardian *ad Litem* Appointment (hereinafter referred to as the "Standing Order") is made a part of this order.

2. Name: _Kathleen Sternenberg_ Telephone: _644-1048_
   Address: _27 Webster St Manchester, NH_

   is appointed Guardian *ad Litem* of the child(ren):

| | D.O.B. | |
|---|---|---|
| C■ A■ | ■ | 2000 |
| G■ A■ | ■ | 2006 |
| S■ A■ | ■ | 2004 |

**\* If you are not currently a board certified GAL you must notify the Court immediately and this order will be vacated. If at any time during appointment your certification lapses, you must notify the Court immediately and file a motion to withdraw.**

3. The Guardian *ad Litem* shall investigate the following issues and make recommendations to the court thereon:

   ☑ Decision-making responsibilities

   ☑ Residential responsibilities

   ☐ Parenting time

   ☐ Special needs of the child(ren) (specify):

   _____

   _____

   ☑ Counseling for family/individual counseling for ☐ Petitioner ☐ Respondent ☑ child(ren)

   ☐ Psychological evaluations of ☐ Petitioner ☐ Respondent ☐ child(ren)

NHJB-2070-F (09/30/2014)     Page 1 of 4

Case Name: _____

Case Number: _____

**ORDER ON APPOINTMENT OF GUARDIAN *AD LITEM* (Divorce/Parenting)**

☑ Parenting skills of ☐ Petitioner ☐ Respondent ☑ both parties

☑ Appropriateness of the home environment of ☐ Petitioner ☐ Respondent ☑ both parties

☐ Substance abuse: ☐ alcohol ☐ drugs ☐ both ☐ other _____

☑ Violence, physical abuse, emotional abuse

☐ Sexual abuse of

☐ Supervision of parenting time

☐ Rights of grandparents to visit

☐ Influence of companions of either party on child(ren)

☑ Maturity of child(ren) stating a preference

☐ Travel arrangements

☐ Time, place and manner of exchange for parenting time

☑ Assessment of bond between child and each parent and/or between siblings

☑ Other issues which the GAL deems relevant based upon the investigation

☐ Other (specify):

_____

_____

4. The Court sets the maximum fee in this case at $4,000. The fee may only be exceeded with prior approval of the Court and notice to all parties. Payment of the costs and fees of the Guardian *ad Litem* shall be made as follows:

   A. **Percentage of payment:**

     ☑ The Petitioner shall pay __50__ % of the Guardian *ad Litem* fees.

     ☑ The Respondent shall pay __50__ % of the Guardian *ad Litem* fees.

   B. **Payment Orders:**

     ☐ Unless otherwise agreed with the Guardian *ad Litem*, the Guardian *ad Litem's* hourly rate shall be no more than $ _____. All parties must cooperate with the Guardian *ad Litem's* reasonable requests for payment.

     ☑ Unless otherwise agreed with the Guardian *ad Litem*, a retainer of $3,000 shall be paid to the Guardian *ad Litem* by no later than 11/3/16 in the proportion set forth in the paragraph above. In the event any party's payment is not made in accordance with this Order, the other party or the GAL may request a hearing. The party not in compliance with this Order may be required to appear at the hearing, prepared to show cause why s/he should not be held in contempt of court. Unless otherwise ordered, the Guardian *ad Litem* is not required to commence an investigation until the retainer is paid in full.

     ☐ Other Payment Orders:

     _____

     _____

5.   Other provisions:

     _____

     _____

6.   Guardian *ad Litem* Stipulations to be filed by: __11/9/16__

Case Name: _____

Case Number: _____

ORDER ON APPOINTMENT OF GUARDIAN *AD LITEM* (Divorce/Parenting)

7. Preliminary Report to be filed by: 1/20/17

8. Final Report to be filed by: TBD

**Recommended:**

_____10/13/16_____
Date

_____
Signature of Marital Master

**BRUCE F. DALPRA**
Printed Name of Marital Master
MARITAL MASTER

**So Ordered:**

I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

_____10/13/16_____
Date

_____
Signature of Judge

**JULIE A. INTROCASO**
Printed Name of Judge

---

## STANDING ORDER RELATIVE TO GUARDIAN *AD LITEM* APPOINTMENT

This order applies to all Guardian *ad Litem* appointments unless its terms are altered by an order entered in a specific case. Any changes in the order or the stipulations must be in writing and filed with the court.

1. **GUARDIAN *AD LITEM* STIPULATION:**

    In every case in which a Guardian *ad Litem* is appointed, the parties and the Guardian shall file a stipulation as to the following issues:

    a. Expenses for which the Guardian *ad Litem* will be reimbursed;

    b. Guardian *ad Litem* hourly billing rate and the maximum fee established by the court in this case;

    c. Frequency of billing, terms of payment, and payment of retainer;

    d. The names of the individuals requested to be interviewed by the Guardian *ad Litem*, including names, addresses, telephone numbers and relationship to party or child, listed in order of importance. The Guardian *ad Litem* shall have the discretion to decide which individuals to interview;

    e. Manner in which the Guardian *ad Litem* will communicate with each party's references (e.g., office conference, telephone call, letter);

    f. Action(s) the Guardian *ad Litem* will take if unable to contact a reference;

    g. Whether the Guardian *ad Litem* will visit each party's home;

    h. Whether conversations between the Guardian *ad Litem* and the children will be confidential;

    i. Other orders necessary to protect confidentiality; and

    j. Dates by which parties will execute authorizations for reports. Specify records to be requested.

    If this stipulation is not filed by the date set forth in the Order on Appointment of Guardian *ad Litem*, the court shall schedule an immediate enforcement hearing at the request of the Guardian *ad Litem* or either party.

Case Name: _____

Case Number: _____

<u>ORDER ON APPOINTMENT OF GUARDIAN *AD LITEM* (Divorce/Parenting)</u>

## 2. GUARDIAN *AD LITEM* FEES:

a. The Guardian ad Litem shall be compensated at the rate of \$_____ per hour. The maximum fee set by the court (including costs) shall not exceed \$_____ for this case, and shall include attendance at hearings.

b. Parties, counsel and the GAL shall be aware of the GAL fees and costs and shall take reasonable action to contain those fees and costs. Maximum limits will be strictly enforced.

c. The maximum fee shall not be exceeded without <u>prior</u> approval of the court after hearing with the parties and the Guardian *ad Litem* present. Any request to exceed the maximum shall be filed with the court in writing and shall set forth in detail the reasons for the request and the amount by which the maximum is to be exceeded.

d. When the parties are paying the cost of the GAL, the \$_____ per hour rate and the maximum fee set by the court may be waived upon written agreement of the parties and counsel which shall be filed with the court and subject to court approval. The agreement shall set forth the hourly rate and the maximum fee agreed to by the parties.

e. If counseling, therapy or evaluations are recommended by the GAL, no expenses for those may be incurred without the prior approval of the court after hearing. Notwithstanding the above, the court may enter orders upon motion of either party, or *sua sponte*, to authorize specific additional services with appropriate limits on payment.

## 3. COMMENCEMENT, SUSPENSION AND RESUMPTION OF WORK:

The Guardian *ad Litem* shall commence an investigation on receipt of the Order of Appointment and, unless otherwise ordered, on receipt of payment of the retainer in full, and shall diligently investigate the case, and prepare a report. If the parties agree to suspend the investigation and preparation of a report for any reason, they shall immediately seek the assent of the Guardian *ad Litem* to such suspension and file with the Court a written agreement to suspend the Guardian *ad Litem*'s work. This agreement shall be signed by all parties, including the Guardian *ad Litem* who shall suspend work on the case on receipt of notice that the Court has approved the agreement.

A party desiring that the Guardian *ad Litem* resume work on the case shall immediately file an appropriate motion and shall send a copy of the motion to the Guardian *ad Litem* who shall resume work in that case only on receipt of the court's notice that the motion has been granted.

## 4. PLEADINGS AND STIPULATIONS:

Each party shall certify on every pleading that s/he has mailed or delivered a copy of the pleading to the Guardian *ad Litem*.

The parties may agree on any issue concerning the child(ren) or incapacitated adult, and shall certify that s/he has mailed or delivered a copy of the written agreement to the Guardian *ad Litem*. The Guardian *ad Litem* may sign the agreement or file an objection, if appropriate, within ten days from the date of mailing or delivery.