THE STATE OF NEW HAMPSHIRE
JUDICIAL BRANCH
CIRCUIT COURT

9th CIRCUIT - FAMILY DIVISION - NASHUA

CASE NO: 659-2015-DM-185

IN THE MATTER OF STEPHEN B. LOUDERMILK AND LAURA A. MONTGOMERY

PARTIALLY ASSENTED TO MOTION TO ALLOW
GAL TO EXCEED FEE CAP

NOW COMES Kathleen A. Sternenberg, Guardian ad Litem, in the above-referenced case, and she respectfully requests that this Court allow her to exceed the $3,000 fee cap for her services and order an additional $1,500 retainer and in support thereof states as follows:

1.    On November 29, 2018, Kathleen A. Sternenberg, was appointed to act as Guardian ad Litem for E████ ███ L███████, DOB ██/2005.

2.    The Guardian ad Litem has expended 22.90 hours since she opened this case. As of the Guardian ad Litem's billing on 2/27/2019, there was a balance of $137.50 left in the account.

3.    The Guardian ad Litem received and reviewed approximately 200 pages of pleadings, text messages and documentation. She met with each parent for interviews. She met with the child for a separate interview. She conducted home visits. She met with each party's significant other. She has contacted the child's school and special education staff and guidance counselor and has met with E████'s special ed case worker. The Guardian ad Litem has sent letters and questionnaires to the parties' references and has received and reviewed them. The Guardian ad Litem has sent letters to school, doctors, therapists, and other collaterals and has not yet heard from some of these professionals.

4.    The Guardian ad Litem has advised both parties and counsel that she has more investigation to do and that she anticipates that she will need an additional $1,500 to complete her work, write a report and appear at trial, if necessary.

5.    Both parties have assented to this motion. Attorney Coughlin is out of town and has not been reached. Attorney Piela has assented to this motion.

WHEREFORE, the Guardian ad Litem respectfully requests that this Court:

A.    Grant this Motion to Exceed the Fee Cap by $1,500; and

B.    Grant such other relief as may be fair and just.

45

Respectfully submitted,

Dated: March 5, 2019

*Kathleen A. Sternenberg*

Kathleen A. Sternenberg, Esq., NHB#8840
Law Office of Kathleen A. Sternenberg
P.O. Box 2288
Concord, NH 03302-2288
(603)641-1048 phone
(603)215-7570 fax
kas@sternenberglaw.com

## Certificate of Service

I, Kathleen A. Sternenberg, hereby certify that I have, this day, mailed a copy of this motion to Timothy C. Coughlin, Esq., counsel for Stephen B. Loudermilk, and to Andrew J. Piela, Esq., counsel for Laura A. Montgomery.

*Kathleen A. Sternenberg*

Kathleen A. Sternenberg

4/23/19
Granted. So Ordered.

Julie A. Introcaso