## THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
## CIRCUIT COURT

### 9th CIRCUIT-FAMILY DIVISION-NASHUA

### CASE NUMBER: 659-2018-DM-00414

### IN THE MATTER OF KSENIYA AUSIAIKOVA AND BRIAN MECKEL

### MOTION TO EXCEED

**NOW COMES** the court-appointed Guardian ad Litem, Kathleen A. Sternenberg, Esq., of the Law Office of Kathleen A. Sternenberg, P.O. Box 2288, Concord, NH 03302-2288, and she respectfully requests an additional retainer in order to complete her investigation and in support thereof states as follows:

1. The court appointed the Guardian ad Litem on 12/13/2018.

2. The GAL appointment requests that the Guardian ad Litem investigate and make recommendations on eleven issues.

3. The Guardian ad Litem has, to date, spent $2,493 of the $3,000 fee cap. This represents about 21 hours to date meeting with the parties, conducting home visits, contacting references and collateral sources including several doctors for the children, visiting with teachers and staff at the children's pre-school, meeting with references who live with or who are in regular daily or weekly contact with the children.

4. The Guardian ad Litem has not yet completed her investigation, written her final report, or appeared at a final contested hearing.

5. Given the number of issues she is to address, the Guardian ad Litem estimates that she will expend an additional 13 hours to complete her investigation, write a comprehensive report, and appear at a contested final hearing. This will mean that the Guardian ad Litem will exceed the fee cap of $3,000 by an additional $1,000.

6. The Guardian ad Litem can not do this work unless she is paid for her services.

**WHEREFORE**, the Guardian ad Litem requests that this Court:

A. Allow the Guardian ad Litem to exceed the fee cap by an additional $1,000; and

B. Order the parties to pay an additional retainer within 30 days;

-1-

C.      Make such other orders as are fair and just.

                                                Respectfully submitted,

Date: May 10, 2019

                                                Kathleen A. Sternenberg, Esq., NH Bar #8840
                                                Law Office of Kathleen A. Sternenberg
                                                P.O. Box 2288
                                                Concord, NH 03302-2288
                                                (603)641-1048 phone
                                                (603)215-7570 fax
                                                kas@sternenberglaw.com

                            Certificate of Service

        I, Kathleen A. Sternenberg, do hereby certify that on this date I have mailed, postage pre-paid, a copy of this pleading to counsel of record:

Lyndsay N. Robinson, Esq.
Wolfson & Bernazzani, PLLC
30 Temple Street, Suite 515
Nashua, NH 03060

Kevin P. Rauseo, Esq.
Hamblett & Kerrigan, P.A.
20 Trafalgar Square, Suite 505
Nashua, NH 03063

                                                Kathleen A. Sternenberg

MASTER RECOMMENDS: _Granted._

5/30/19
Date      Bruce P. DalPra, Master

Approved and so
Ordered.        MARK S. DERBY

                MAY 31 2019
                9TH CIRCUIT COURT

-2-