# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2019-0436, <u>In the Matter of Dana Albrecht and Katherine Albrecht</u>, the court on September 16, 2019, issued the following order:**

Notice of appeal is declined.  <u>See</u> Rule 7(1)(B).

Under Supreme Court Rule 7(1)(B), the supreme court may decline to accept a notice of discretionary appeal from the superior or circuit court.  No appeal, however, is declined except by unanimous vote of the court with at least three justices participating.

This matter was considered by each justice whose name appears below.  If any justice who considered this matter believed the appeal should have been accepted, this case would have been accepted and scheduled for briefing.

Katherine Albrecht's motion for summary affirmance is therefore moot.  Her request for attorney's fees is denied.

<u>Declined</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,
Clerk**

Distribution:
9th N.H. Circuit Court - Nashua Family Division, 659-2016-DM-00288
Honorable Mark S. Derby
Honorable Julie A. Introcaso
Marital Master Bruce F. DalPra
Mr. Dana Albrecht
Michael J. Fontaine, Esquire
Israel F. Piedra, Esquire
Kathleen A. Sternenberg, Esquire
File