

**SIERRA MADRE**
**POLICE DEPARTMENT**
242 WEST SIERRA MADRE BOULEVARD
SIERRA MADRE, CA 910242395
1-626-355-1414

| CFS EVENT DETAIL |
|---|
| CAD EVENT NUMBER |
| 1910310022 |
| CALL TYPE |
| WELFARE |

## CALLS FOR SERVICE INFORMATION

| AGENCY | CAD EVENT NUMBER | CASE NUMBER | AGENCY NUMBER | DATE AND TIME | CALL TYPE | CALL TYPE EXPLAINED | | FINAL CALL TYPE |
|---|---|---|---|---|---|---|---|---|
| SMPD | 1910310022 | | | 10/31/2019 10:21 | WELFARE | WELFARE CHECK | | |

| LOCATION | | | APT/SUITE/BOX | CITY | | RESPONSE ZONE | RESPONSE AREA |
|---|---|---|---|---|---|---|---|
| 730 W ALEGRIA AVE | | | | SM | | | |

| CALL SOURCE | LOCATION COMMENT |
|---|---|
| P | |

**COMMENTS**

RP IS CONCERNED FOR THE WELFARE OF HIS CHILDREN ███████ AND ███████ WHO HAVE NOT BEEN TO SCHOOL FOR 3 DAYS. RP IS UNABLE TO CONTACT HIS CHILDREN OR THE ATTORNEY FOR THE MOTHER.

███████ ATTENDS GOODEN SCHOOL IN THE CITY. ATTEMPTED TO CONTACT HOWEVER NO ANSWER AT THE SCHOOL.

RP IS ADVISING HE HAS CONTACTED ███████ IN PASADENA FOR DAUGHTER ███ AND THEY ADVISED SHE HAS NOT BEEN TO SCHOOL AND HAD AN EXCUSED ABSENCE BY THE MOTHER

MOTHER'S NAME IS ███████████████,
CELL PHONE# ███████████

RP LAST SPOKE TO MOM THROUGH ATTRONEYS LAST FRIDAY.
─────────────[CAD1/10920  10/31/19 10:33:44]
10-21 PROVIDED GOES TO VOICEMAIL
─────────────[CAD1/10920  10/31/19 10:53:30]
MADE CONTACT WITH GOODEN SCHOOL AND THEY ADVISED THE CHILD HAS NOT BEEN IN SCHOOL HOWEVER THERE ARE NO SUSPICIOUS CIRCUMTANCES TO FURTHER INVESTIGATE
─────────────[CAD1/10920  10/31/19 10:55:35]
THE MOTHER OF THE CHILDREN CALLED AND ADVISED SHE IS ON VACATION WITH HER CHILDREN AND IS NOT HOME. SHE ALSO ADVISED HER ATTORNEYS ADVISED HER EX HUSBAND THAT THEY ARE ON VACATION AND HE IS ONLY CALLING TO DISTURB THEM. SHE ADVISED SHE HAS FULL CUSTODY OF THE CHILDREN.

| REPORTING PARTY | | | | | AREA CODE | PHONE NUMBER |
|---|---|---|---|---|---|---|
| DANA ALBRECHT | | | | | | |

| REPORTING ADDRESS |
|---|
| NEW HAMPSHIRE |

| PRIMARY UNIT | DISPOSITION | DISPOSITION COMMENTS | | |
|---|---|---|---|---|
| P2 | | | | |

| E-911 | DISPATCH | ARRIVED | CLEARED | CLOSED | |
|---|---|---|---|---|---|
| | 10:20:35 | 10:28:29 | 10:52:48 | 10:52:48 | |

## UNITS STATUS RECORDSxxx

| TIME | UNIT | STATUS | COMMENT | LOCATION | DISPO |
|---|---|---|---|---|---|
| 10/31/2019 10:20:35 AM | P2 | | | | |
| 10/31/2019 10:23:44 AM | L1 | D | | | |
| 10/31/2019 10:28:29 AM | P2 | AR | | | |
| 10/31/2019 10:28:29 AM | L1 | AR | | | |
| 10/31/2019 10:41:13 AM | P2 | C4 | | | |
| 10/31/2019 10:48:00 AM | L1 | C | CLEARED BY CAD1 | | ASST |
| 10/31/2019 10:52:48 AM | P2 | C | CLEARED BY CAD1 | | UNF |

## LINKED NAMES

| UNIT | REASON | NAME ( OR DL) | DOB |
|---|---|---|---|
| | RP | ALBRECHT, DANA | |