

STATE OF
**MICHIGAN**
St Clair County
October 30, 2020
Receipt # 90976

**REAL ESTATE
TRANSFER TAX**

$173.80 - CO
$1,185.00 - ST
Stamp # 53423

**Jay De Boyer Register Of Deeds**
St Clair County, Michigan

Rec      $26.00
Remon    $4.00
Tax Crt  $0.00

Recorded
October 30, 2020  02:50:02 PM

Liber 5264 Page 710-711
Receipt # 90976   WD  #2020027111

Seal

**Liber 5264 Page 710**

# WARRANTY DEED

File No.: 20-24195-19

THE GRANTOR, Jennifer L. DeWolf

whose address is: 5374 Orchard Drive, East China, MI 48054

conveys and Warrants to Katherine Minges

whose address is: 730 West Alegria Avenue, Sierra Madre, CA 91024

Property is situated in the Township of East China, County of St. Clair and State of Michigan described as:

Lots 16 and 17, Supervisor's Robert Baker Canal Plat, according to the plat thereof as recorded in Liber 55 of Plats, page 2, St. Clair County Register of Deeds Office.

Tax Parcel No.:
74-18-749-0009-000
Commonly known as:  5374 Orchard Drive, East China, MI 48054

for the sum of ONE HUNDRED FIFTY EIGHT THOUSAND AND 00/100 Dollars ($158,000.00)

Subject to easements, reservations, use, building and other restrictions of record, if any.

Date _____ 20___

This is to certify that there are no tax liens or titles on This property and that the taxes are paid for FIVE YEARS previous to the date of this instrument. This certification does not include taxes, if any now in the process of collection by the City, Village or Township Treasurer.
ST. CLAIR COUNTY TREASURER

*Anna Bennett*

Warranty Deed (April 10, 2018)

Page 1 of 2

CISLO TITLE CO.
20-24195-19

Liber: 5264 Page:
Liber/Page stamp electronically added

Dated: October 15, 2020

Jennifer L. DeWolf

STATE OF MICHIGAN
COUNTY OF MACOMB

Acknowledged by Jennifer L. DeWolf before me on ==15th day of October, 2020.==

Notary Public Signature

Deanna Nowak
Notary name

Notary public, State of Michigan, COUNTY OF MACOMB

My Commission Expires:  march 15, 2025

```
DEANNA NOWAK
Notary Public - State of Michigan
County of Macomb
My Commission Expires Mar 15, 202_
Acting in the County of Macomb
```

Recording Fee  $30.00            Transfer Tax  $1,185.00        County Revenue Stamps  $173.80

Drafted by:

Jennifer L. DeWolf
5374 Orchard Drive
East China, MI 48054

When recorded return to:

Katherine Minges
730 West Alegria Avenue
Sierra Madre, CA 91024

**PLATINUMFIRST**
T I T L E

Warranty Deed (April 10, 2018)              File No  20-24195-19                              Page 2 of 2