# THE STATE OF NEW HAMPSHIRE
## SUPREME COURT

**GARY ELLIS HICKS**
SENIOR ASSOCIATE JUSTICE



SUPREME COURT BUILDING
ONE CHARLES DOE DRIVE
CONCORD, N.H. 03301
(603) 271-2646
FAX: (603) 513-5442
ghicks@courts.state.nh.us

October 22, 2020

Attorney General Gordon J. MacDonald
New Hampshire Department of Justice
Office of the Attorney General
33 Capitol Street
Concord, NH 03301

Re:    Judicial Conduct Committee Statement of Formal Charges
against Judge Julie A. Introcaso

Dear Attorney General MacDonald:

On behalf of the New Hampshire Supreme Court, I respectfully submit the attached materials related to the Judicial Conduct Committee's Statement of Formal Charges against Judge Julie A. Introcaso. The Statement concludes at Paragraph 44 that, the facts determined from the Judicial Conduct Committee investigation establish compelling circumstantial evidence that Judge Introcaso whited out two court orders and such conduct could constitute either a felony or misdemeanor under RSA 641:6. Paragraph 45 states that the evidence supports that Judge Introcaso "may have committed a crime by whiting out [Court Orders]...with the purpose of deceiving the [Judicial Conduct] Committee into thinking someone else altered the orders." As such, I am respectfully requesting that the Public Integrity Unit of the Attorney General's Office review the matter.

I offer the Judicial Branch's full cooperation in that regard.

Sincerely,

Gary E. Hicks
Senior Associate Justice

Enclosure