Case 1:23-cv-00381-JL-TSM    Document 55-27    Filed 04/01/26    Page 1 of 1

# Nashua judge under ethics, criminal investigation

**Investigation includes possible charges of falsifying physical evidence and tampering with public records.**

**By Mark Hayward**
New Hampshire Union Leader

CONCORD — A Circuit Court judge in Nashua is under criminal investigation, apparently to cover up what had started as a minor mistake but grew to her whiting out court records to hide the mistake, according to documents accusing her of wrongdoing.

New Hampshire Attorney General Gordon MacDonald announced on Thursday that he has opened an investigation into criminal activity on the part of Judge Julie A. Introcaso.

The investigation includes possible charges of falsifying physical evidence and tampering with public records, MacDonald said in a statement.

The announcement follows a decision last week by the state Judicial Conduct Committee to accuse Introcaso of eight violations of the code of judicial conduct. The case against Introcaso is spelled out in a 13-page Formal Statement of charges issued against her.

According to the statement, the JCC started investigating Introcaso in September 2019, when it received a complaint from Robin Partello, who was involved in a parenting case.

As a judge, Introcaso was merely signing off on recommendations made by family court masters. Her initial mistake was to sign off on a rec-ommendation that a friend of hers, lawyer Kathleen Sternenberg, be appointed as a guardian ad litum in Par-tello's case. Introcaso said she signed the recommendation without reading it.

"There simply isn't enough time (to) read every order coming out of Nashua Family Division in detail," she wrote in her explana-tion to the JCC.

But as the case progressed, Introcaso began issuing de-cisions that went against Partello and favored Stern-enberg. She authorized pay-ments beyond the $350 cap, and she ordered Partello to pay in cash or check, rather than Apple pay.

Eventually Introcaso stepped off the case, citing the conflict and her long-standing, close friendship with Sternenberg.

After the JCC asked Intro-caso to respond to Partello's complaint, she had the file delivered into her office and — according to allegations from the JCC — whited out her hand-written orders in the court file.

Court clerks and staff told the JCC that Introcaso que-ried staff to ask if they had whited out the document, even asking if they did so to protect her. She even checked the register to see who had access to the file. But she never reported the white outs to her superiors.

"The facts set forth es-tablish compelling circum-stantial evidence that Judge Introcaso whited out the Apple Pay Order and Fee Cap Order some time be-tween January 6 and Janu-ary 9, 2020," the JCC wrote. "At the time, she knew there was an ongoing investiga-tion by the Committee with respect to her rulings on this order."

# Salvation Army accepting applications for Christmas assistance

Staff Report

The Salvation Army is considering applications for its Christmas assistance program in Manchester through Dec. 3.

The 121 Cedar St. of-fice will be open 9 a.m. to 2 p.m. Monday through Thursday to take applica-tions. It will also be open 6:30 to 8:30 p.m. Thursday evenings on Oct. 22 and 29, Nov. 5 and 12 and Dec. 3. Applicants must be from Manchester, Bedford or Li-tchfield.

No children will be al-lowed in the building on these dates.

Applicants need to bring a valid photo ID, proof of address (such as a bill or current mail), identifica-tion of each child (such as birth certificate, or health commanding officer/pas-tor, in a statement. "This year we have added all of the COVID guidelines sup-plied by the CDC and The Salvation Army into our Christmas Assistance Ap-plication Process. Please recognize that with these added protocols it will take a little time to bring you through the process."

The Salvation Army's Christmas Toy Shop, when parents come to pick up toys for their children, will take place at the Double-Tree by Hilton Hotel, 700 Elm St., on Dec. 20 and 21.

A limited number of cli-ents will be allowed in the building. Children will not be allowed. Masks are re-quired to enter the build-ing, and social distancing will be required.