# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

9th Circuit - Family Division - Nashua
30 Spring Street, Suite 102
Nashua NH 03060

Telephone:  1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## DV/STALKING NOTICE OF DECISION

**JOSEPH CAULFIELD, ESQ**
**CAULFIELD LAW & MEDIATION OFFICE**
**126 PERHAM CORNER RD**
**LYNDEBOROUGH NH  03082**

Case Name:    **In the Matter of Katherine Albrecht v. Dana Albrecht**      PNO: **6591910341**
Case Number:    **659-2019-DV-00341**

Please be advised that on <u>December 21, 2020</u> Hon <u>John A. Curran</u> made the following order relative
to:

☐ Petition    ☐ Final Order        ☒ Other  <u>Order on Initial Extension of Protective Order</u>

☐ Notice of Interstate Enforcement
and Compliance with VAWA for
Use with Final Order

December 21, 2020

(659316)

*Sherry L Bisson*
_____
Sherry L. Bisson, Clerk of Court

C:  Dana Albrecht; Katherine Albrecht; Michael J. Fontaine, ESQ

NHJB-2400-DF (07/01/2011)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

9th Circuit - Family Division - Nashua
30 Spring Street, Suite 102
Nashua NH 03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## ORDER ON INITIAL EXTENSION OF
## DOMESTIC VIOLENCE OR STALKING FINAL PROTECTIVE ORDER
### Pursuant to RSA 633:3-a or 173-B

Case Number: **659-2019-DV-00341**                PNO: **6591910341**

| Katherine Albrecht | 08/17/1966 | V. | Dana Albrecht | 08/01/1971 |
|---|---|---|---|---|
| Plaintiff | Plf Date of Birth | | Defendant | Def Date of Birth |

Pursuant to the provision of New Hampshire RSA 173-B:5, VI or RSA 633:3-a, III-c, the Plaintiff requests an initial extension of the Final Protective Order issued on <u>December 30, 2019</u>.

☑ The Court finds, based upon the Plaintiff's representations, that good cause exists to extend the order. Accordingly, the Final Protective Order is hereby extended to ⌊⌋⌊⌋⌊⌋⌋ The Defendant shall be given notice of Plaintiff's request and this order. If the Defendant objects to the extension, he/she shall file a written objection within 10 days of the date of the Clerk's Notice of Decision and a hearing shall be conducted within 30 days of this order. At such hearing, the Court may either reaffirm, modify or vacate this extension order. If a hearing is scheduled, both parties shall appear.

☐ The Court finds, based upon the Plaintiff's representations, that good cause does not exist and the request to extend the order is denied.

**Recommended:**

_____
Date

_____
Signature of Marital Master

_____
Printed Name of Marital Master

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

_____12/21/2020_____
Date

_____
Signature of Judge        John A. Curran

_____
Printed Name of Judge

NHJB-2041-DFS (07/01/2011)

**THE STATE OF NEW HAMPSHIRE**
**JUDICIAL BRANCH**
**http://www.courts.state.nh.us**

9th Circuit – Family Division - Nashua

Katherine Albrecht v. Dana Albrecht
Docket Number: 659-2019-DV-00341

## PLAINTIFF'S VERIFIED MOTION FOR EXTENSION OF DOMESTIC VIOLENCE FINAL ORDER OF PROTECTION

NOW COMES the Plaintiff, Katherine Albrecht, by and through her attorneys, Welts, White & Fontaine, P.C., and pursuant to NH RSA 173-B:5, VI requests that the Court extend the Protective Orders and, in support thereof, states as follows:

1.      On December 30, 2019, this Court entered a Domestic Violence Final Order of Protection which Order will expire on December 29, 2020.

2.      Mr. Albrecht has demonstrated a pattern of harassing and stalking behavior and actions that is well-documented with this Court both in pleadings and evidence and testimony presented to this Court in this domestic violence matter and in the divorce matter, *In the Matter of Dana Albrecht and Katherine Albrecht*, Docket No. 659-2016-DM-00288.

3.      As such, Ms. Albrecht continues to be in fear for her safety and therefore requests a one-year extension of the Protective Order.  If this Domestic Violence Protective Order is not extended as requested herein, Ms. Albrecht is convinced that Mr. Albrecht's violative behavior will not only continue but will escalate given his past well-documented behaviors toward Plaintiff and her children.

WHEREFORE, the Plaintiff, Katherine Albrecht respectfully requests that this Court:

A.      Grant the Plaintiff's Verified Motion for Extension of Domestic Violence Final Order of Protection for one additional year from December 30, 2020 to December 29, 2021; and

ITMO: Albrecht and Albrecht
Docket No.: 659-2016-DM-00288

B.     Grant such other and further relief as is just and equitable.

Respectfully submitted,

Date: December 18, 2020

/s/ Katherine Minges
Katherine Minges, Respondent
By Her Attorneys,

WELTS, WHITE & FONTAINE, P.C.

Date: December 18, 2020       By: _____
Michael J. Fontaine, Esquire
29 Factory Street; P.O. Box 507
Nashua, NH 03061
(603) 883-0797
NH BAR ID #832

Paragraph 14 of the Twelfth Renewed & Amended Order Suspending In-Person Court Proceedings Related to N.H. Circuit Court & Restricting Public Access to Courthouses states: "All courts will accept electronic signatures on pleadings and will allow litigants' signatures to be electronically signed by attorneys and/or bail commissioners with a statement that they have communicated with the litigant who has authorized them to do so." Katherine Minges has authorized Welts, White & Fontaine, P.C. to affix her electronic signature to this document in accordance with this Supreme Court Order.

## CERTIFICATE OF SERVICE

I certify that I have this day furnished the within pleading, by delivering a copy of same by email and first-class mail, postage prepaid, to Joseph Caulfield, Esq., attorney for Petitioner.

Date: December 18, 2020    _____
Michael J. Fontaine, Esq.

2

*MOTION GRANTED.*
*See Accompanying order*
*on initial extension of DV order.*
*So Ordered.*

John A. Curran
12/21/2020