

EXHIBIT

tabbies*

14

THE STATE OF NEW HAMPSHIRE
Judicial Conduct Committee

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

STATE OF NEW HAMPSHIRE      \*

                           \*

        V.                      \*            DOCKET JC-21-072-C

                           \*

MASTER BRUCE DALPRA         \*

                           \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEPOSITION OF THE HONORABLE DAVID KING

August 26, 2022, 9:59 a.m.

The deposition took place at the Office of the Judicial Conduct Committee,
Concord, New Hampshire

## DEPOSITION TRANSCRIPTION VERBATIM
Audio & Video Recording and Transcription Service
Paralegal, Notary Public, Medical Transcription

Jan-Robin Brown, CER-415 & CET-415
Weare, NH 03281

Telephone: **603.529.7212**
E-mail: AudioDepos@gsinet.net

MEMBER: AMERICAN ASSOCIATION OF ELECTRONIC REPORTERS & TRANSCRIBERS, INC.

## IN ATTENDANCE

FOR THE JUDICIAL COUNCIL:

Philip Waystack Esquire
Waystack Frizzell
251 Main Street
Colebrook, NH 03576
603.237.8322

FOR MASTER DALPRA:

Anthony Sculimbrene, Esquire
Leslie Gill, Esquire
Gill & Sculimbrene, PLLC
39 East Pearl Street
Nashua, NH 03060
603.889.5959

FOR JUDGE KING:

Mary Ann Dempsey, Esquire
1 Granite Place, Suite N400
Concord, NH 03301
603.415-0660

THE STATE OF NEW HAMPSHIRE
Judicial Conduct Committee

```
*******************************
STATE OF NEW HAMPSHIRE      *
                            *
       V.                   *        DOCKET JC-21-072-C
                            *
MASTER BRUCE DALPRA         *
                            *
*******************************
```

## DEPOSITION OF THE HONORABLE DAVID KING

August 26, 2022, 9:59 a.m.

This deposition excerpt is relevant to the issues in this matter.  The balance of the deposition transcript is not relevant to the issues and thus has been redacted by agreement of counsel.

24



Q    How about this:  When you are deciding what to do vis-
à-vis Bruce DalPra and sending this email, did you
have in your mind, guiding your actions in this
specific case, Rule 2.15?

A    Yes, I did.

Q    Okay.  And did you have in mind the difference between
2.15(A) and 2.15(C)?

A    Yes.

Q    Okay.  And at the time that you sent this email, in
your mind, did you believe that it rose to the level

25

of a 2.15(A) mandatory report?

A    I would say at the time I made the call, I hadn't decided that. I mean, I needed to gather some more information. I needed to talk to Master DalPra, find out what happened. I was going on pretty limited information at that point. So I would - You're asking me at a specific point in time. I would say at that time, I didn't know if I had a 2.15(A) or (C), or none of the above.

Q    Okay. And at some point, you did talk to Master DalPra, correct?

A    I did.

Q    And did that conversation clarify what obligations you had in this specific case vis-à-vis Rule 2.15?

A    Yes.

Q    Okay. And so, in this case, - this leads me to my next set of questions - did you believe that 2.15(A) or 2.15(C) required you to provide this information to the Judicial Conduct Committee?

A    So I, after speaking to Master DalPra and reviewing the rule, concluded that "A" was not the applicable section. I did not have a belief, and don't have a belief, as I sit here today, that the rule had been violated raises a substantial question regarding his

26

honesty.  He was pretty forthright with me about what had occurred.  His trustworthiness, I had no reason not to trust him at that point.  And when I think of fitness as a judge, I think that's a pretty high bar to meet.  And I didn't, at that time, have a concern about his fitness to serve as a judge.  I had already decided under "C," however, that this was something that, even though it was a set of facts that I had never seen before in my 30+ years as a judge, I felt there was an obligation to let the Judicial Conduct Committee know about it.

Q    Did you tell the Judicial Conduct Committee?

A    Did I tell the Judicial Conduct Committee what?

Q    About what you had found regarding the transcript in the Albrecht case?

A    Yes.

Q    Okay.  Did you provide this email to the Judicial Conduct Committee?

A    No.

Q    Okay.

A    And let me just be clear.  When I say "Judicial Conduct Committee," I had a conversation with Robert Mittelholzer after I spoke with Master DalPra about this incident.  So I didn't have any communication

27

with the committee itself. I didn't send them anything. I had a phone conversation with Robert Mittelholzer.

Q  Did you - STRIKE THAT. Were you aware of the fact that Master DalPra had decided to self-report?

A  I was aware that Master DalPra was going to self-report. I had a conversation with him on Wednesday, November 18th. I had sent him the email on Friday. I think he was either - he either had a writing day that day or he was on vacation. I had tried to call him on his extension, which is typically how I try to reach a judge. I don't like to call the clerk's office and, you know, "The administrative judge is calling. What's going on?" So I'm usually pretty low key about these things. I was not able to get him. I tried a couple of times during the day on Friday. So I sent the email that's been marked as Exhibit 1. Didn't hear back from him, I think until Tuesday, the 17th. He said he had left his laptop at work and he'd been working from home - circumstances that he didn't see my email. So I think we spoke on Tuesday, or we exchanged emails on Tuesday, and we agreed to speak on Wednesday, the 18th at 12:30 during a break in his cases.

28

Q    Okay.  Two questions about what you just said.  For people who are unaware, what is a writing day for a judge?

A    Rare.  But it's a day when the judge is scheduled to not have any scheduled cases so that they can catch up on writing orders for cases that they've already heard.

Q    And then second, is it uncommon for judges to work outside the courtroom on a writing day?

A    Not during COVID-19, it wasn't.

Q    And for the record, this took place in November of 2020, which was during the pandemic?

A    Correct.

Q    Okay.  Did anything about the delay between when you sent the email and when Master DalPra got back to you indicate that he was trying to be deceptive or concealing?  Did you have any reason to believe that?

A    No.

Q    Okay.  To this day, do you know whether or not the committee has seen this email?

A    I have no idea.

Q    Okay.  To this day, are you aware of whether or not the committee has accessed and listened to either of the two audio files contained in this email?

29

A    I don't.  I do know that in December of 2020, I provided those to Robert Mittelhozer.  It took me a couple of tries because I sent them the first time in a - probably use the wrong word here - but format that he couldn't open.  And so Kathy Yee was kind enough to help me re-send them in a different format so that he was able to open them.

Q    Okay.  And the same goes for the - the same question for the two snippets.  To your knowledge, do you know if they've seen these snippets as like set apart from the rest of the transcript in the way that you did in this email?

A    I do not.

Q    Okay.



Corrections

Page No. 9 , Line No. 15
Correction: "Cosign" should be "cosigned"

_____

Page No. 11 , Line No. 3
Correction: "as" should be "has"

_____

Page No.___ , Line No.___
Correction:_____

_____

Page No.___ , Line No.___
Correction:_____

_____

Page No.___ , Line No.___
Correction:_____

_____

Page No.___ , Line No.___
Correction:_____

_____

Page No.___ , Line No.___
Correction:_____

_____

Page No.___ , Line No.___
Correction:_____

32

_____
Deponent

STATE OF NEW HAMPSHIRE
COUNTY OF _____Meerimack_____

Subscribed and sworn to before me this $27$ day of
_____September_____ 2022.

_____
JUSTICE OF THE PEACE/NOTARY PUBLIC
My Commission Expires_____

PATRICIA M. COLE, Notary Public
State of New Hampshire
My Commission Expires October 3, 2023