# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

9th Circuit - Family Division - Nashua
30 Spring Street, Suite 102
Nashua NH  03060

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## ORDER ON FURTHER EXTENSION OF
## DOMESTIC VIOLENCE OR STALKING FINAL PROTECTIVE ORDER
### Pursuant to RSA 633:3-a or 173-B

Case Number:  **659-2019-DV-00341**                     PNO: **6591910341**

| Katherine Albrecht | 08/17/1966 | V. Dana Albrecht | 08/01/1971 |
|---|---|---|---|
| Plaintiff | Plf Date of Birth | Defendant | Def Date of Birth |

Pursuant to the provision of New Hampshire RSA 173-B:5, VI or RSA 633:3-a, III-c, the Plaintiff requests a further extension of the Final Protective Order issued on <u>December 30, 2019</u>, the Plaintiff having been originally granted a one-year extension.

☒ The Court finds, based upon the Plaintiff's representations, that good cause exists to extend the order.  Accordingly, the Final Protective Order expires on <u>02/24/2024</u>. The Defendant shall be given notice of Plaintiff's request and this order.

If the Defendant objects to the extension, he/she shall file a written objection within 10 days of the date of the Clerk's Notice of Decision and a hearing shall be conducted within 30 days of this order.  At such hearing, the Court may either reaffirm, modify or vacate this extension order.  If a hearing is scheduled, both parties shall appear.

The Plaintiff must file any request to further extend the Order of Protection <u>before</u> the order expires.

☐ The Court finds, based upon the Plaintiff's representations, that good cause does not exist and the request to extend the order is denied.

**Recommended:**

_____
Date

_____
Signature of Marital Master

_____
Printed Name of Marital Master

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

*February 24, 2023*
Date

_____
Signature of Judge

**Kevin P. Rauseo**

_____
Printed Name of Judge

NHJB-2100-DFS (05/02/2022)

177

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

Court Name:

**9th Circuit - Family Division - Nashua**

Telephone: (603) 787-6626
RECE TTY/TDD Relay: (800) 735-2964
NH CIRCUIT C http://www.courts.state.nh.us

## REQUEST FOR EXTENSION OF DOMESTIC VIOLENCE
## OR STALKING FINAL PROTECTIVE ORDER

Case Number: **659-2019-DV-00341**                          PNO _____

**Katherine Minges (fka Albrecht)    08/17/1966**    v.    **Dana Albrecht                    08/01/1971**
Plaintiff                                    Plf Date of Birth        Defendant                                Def Date of Birth

I have a Domestic Violence/Stalking Final Protective Order issued on **02/25/2022**
                                                                                (date)

The order will expire on **02/25/2023**
                                        (date)

☐    I request a one year extension of this order for the following reasons:

_____

_____

_____


☒    Having received an initial one year extension of the final protective order, I now request
       a further extension of up to five years for the following reasons:

**Mr. Albrecht has demonstrated a pattern of harassing and stalking-like behavior and
actions that is well-documented with this Court not only in this matter, but also in numerous
pleadings filed and in the testimony of Ms. Minges and her witnesses at multiple hearings
ITMO Dana Albrecht and Katherine Albrecht, Docket No. 659-2016-DM-00288. Ms. Minges
asserts that she continues to be in fear for her safety based upon Mr. Albrecht's past actions**
and based upon his continued actions after this Court's last extension including filing of pleadings clearly
intended to harass Ms. Minges.

2/3/23 _____                    _____K. Minges_____
Date                                                              Plaintiff Signature


State of ___Michigan_____, County of ___St. Clair_____

This instrument was acknowledged before me on 2-3-2023 by __Katherine Minges____

My Commission Expires 2-3-2026
Affix Seal, if any                                    _____
                                                         Clerk of Court/Deputy Clerk/Justice of Peace/Notarial Officer

SARAH MARIE BREMERKAMP
Notary Public - State of Michigan
County of St Clair
My Commission Expires Feb 3, 2026
Acting in the County of St Clair

NHJB-2360-DF (07/01/2011)                        Page 1 of 1

