**Avicore Reporting - 15 Constitution Drive, Suite 1A - Bedford, NH  03110**

STATE OF NEW HAMPSHIRE


```
* * * * * * * * * * * * * * **
                             *
NEW HAMPSHIRE PORT AUTHORITY  *
                             *
* * * * * * * * * * * * * * **
```

INTERVIEW OF CHIEF JUSTICE MACDONALD - 8/2/24
TRANSCRIBED FROM AUDIO


Prepared for:        Autumn Sayball, Paralegal
                     N.H. Department of Justice
                     1 Granite Place South
                     Concord, NH 03301

000080

INTERVIEWER: All right, my name is Investigator Tom Desfosses, today's date is August 2nd, 2024. It's approximately 10:05 by my watch and we are at the Attorney General's Office in Concord, New Hampshire. And this is being audio recorded and if we can just go around the room and have everyone introduce themselves and whether or not they consent to audio recording.

INTERVIEWER: Senior Assistant Attorney General Dan Jimenez and I'm okay being recorded.

INTERVIEWER: Assistant Attorney General Joe Fincham, I'm okay with being recorded.

CHIEF JUSTICE MACDONALD: Gordon MacDonald, I consent to be recorded.

ATTORNEY CREEGAN: Erin Creegan, General Counsel for the Judicial Branch, appearing on behalf of the Chief Justice, and I consent to being recorded.

ATTORNET O'CONNELL: Scott O'Connell, appearing on behalf of the Chief Justice, and I also consent.

INTERVIEWER: And I know I said this off recording, but I just want to let everyone know in

the room that if Attorney O'Connell, Attorney Creegan, if you guys want to take a time out, or you want to talk about a question, Chief Justice, if you have -- want to take a time out, ask about a question, then we'll step out of the room, provide you any time you need, okay, understand?

ATTORNEY O'CONNELL:  Thank you.

INTERVIEWER:  All right.

CHIEF JUSTICE MACDONALD:  Thank you.

INTERVIEWER:  So Chief Justice, can you just state your name, and spell your last name just for the record, sorry?

CHIEF JUSTICE MACDONALD:  Of course, it's Gordon, G-O-R-D-O-N, MacDonald, M-A-C-D-O-N-A-L-D.

INTERVIEWER:  Thank you, and what do you currently do for work?

CHIEF JUSTICE MACDONALD:  I'm the Chief Justice of the New Hampshire Supreme Court.

INTERVIEWER:  How long have you been doing that?

CHIEF JUSTICE MACDONALD:  I've been doing that since March of 2021.

INTERVIEWER:  So were you Chief Justice the

4

entire time?

CHIEF JUSTICE MACDONALD:  I've been, I was appointed into that position, yes.

INTERVIEWER:  Okay, and whose position did you take over?

CHIEF JUSTICE MACDONALD:  It had been vacant for 19 months or so.  My most immediate predecessor was Robert Lynn.

INTERVIEWER:  Okay, who was -- was there anyone taking over those duties while there was that time in between?

CHIEF JUSTICE MACDONALD:  No, there was no provision under statute for an Acting Chief Justice or anything like that.  The, the four members of the court --

INTERVIEWER:  Yeah.

CHIEF JUSTICE MACDONALD:  -- sort of collaborated.

INTERVIEWER:  And what did you do before you became Chief Justice?

CHIEF JUSTICE MACDONALD:  I was the Attorney General of New Hampshire.

INTERVIEWER:  For how long?

000083

CHIEF JUSTICE MACDONALD:  From 2017 until the minute I took my current job.

INTERVIEWER:  Well, and could you just, what's the difference between the Chief Justice and an Associate Justice?

CHIEF JUSTICE MACDONALD:  The Chief Justice really has two roles, one is to be a member, a member of a five-member court, and in that position you're really an equal with the others in terms of acting as the final court in the State of New Hampshire.  We have one Appellate Court, so we act together in deciding appeals.  The other aspect of the job of Chief Justice is under our Constitution the Chief Justice serves as effectively the administrative head of the Judicial Branch.

INTERVIEWER:  So you're Head Administrator as long as, and as well as being --

CHIEF JUSTICE MACDONALD:  Um-hum.

INTERVIEWER:  -- one of five, is that right?

CHIEF JUSTICE MACDONALD:  Exactly, and -- and I just want to make clear in discharging my administrative job I do consult and interact with my colleagues on the Supreme Court regularly.

6

INTERVIEWER: Yeah, so it's not, you know, you're the Grand Poohbah dictating what goes on, it's more of your collaborative process?

CHIEF JUSTICE MACDONALD: We do work together on --

INTERVIEWER: Okay.

CHIEF JUSTICE MACDONALD: -- administrative tasks.

INTERVIEWER: And, you know, I -- what are you guys, are the Chief, are the Justices of the Supreme Court, are they all on Hazen Drive, or do you have offices here at 1 Granite Place?

CHIEF JUSTICE MACDONALD: The, all of us are located in one location --

INTERVIEWER: Okay.

CHIEF JUSTICE MACDONALD: -- on, it's 1 Charles Doe Drive which is off Hazen Drive, but we all have chambers there and our chambers are in the same hall.

INTERVIEWER: Okay.

CHIEF JUSTICE MACDONALD: So we work together.

INTERVIEWER: So I'm just gonna get right

000085

into it, in -- in June of, in and around early June of this year, do you recall being called by Governor Sununu regarding a visitor that he had?

CHIEF JUSTICE MACDONALD:  Yes.

INTERVIEWER:  Can you just go through that in a linear fashion about how that came about?

CHIEF JUSTICE MACDONALD:  Sure, there were actually two calls.

INTERVIEWER:  Okay, okay.

CHIEF JUSTICE MACDONALD:  The Governor called me and told me that Justice Hantz Marconi wanted to come and see him and that he was going to see her.

INTERVIEWER:  Okay.

CHIEF JUSTICE MACDONALD:  And then some short, relatively short period of time later he called me back about that meeting.

INTERVIEWER:  What was the conversation between you and him when he said that the Associate Justice is gonna come speak to him?

CHIEF JUSTICE MACDONALD:  My memory is it was very brief.  My memory is that's news to me.  I, I said that's news to me.

8

INTERVIEWER:  Yeah.

CHIEF JUSTICE MACDONALD:  I want to limit it there 'cause that's my only clear memory.

INTERVIEWER:  Yeah, and whatever you remember.  If you don't recall anything else, that's perfectly fine.  Just we want what's the best of your memory.  But it was a brief conversation, fair to say?

CHIEF JUSTICE MACDONALD:  Very brief.

INTERVIEWER:  And you, you said, you mentioned that you told the Governor that it was a surprise to you?

CHIEF JUSTICE MACDONALD:  Um-hum.

INTERVIEWER:  Was it actually --

CHIEF JUSTICE MACDONALD:  Words to the effect that's news to me.  I did not know she was going to see the Governor.

INTERVIEWER:  Okay, so that's something no one cleared with you or told you beforehand?

CHIEF JUSTICE MACDONALD:  Correct.

INTERVIEWER:  And then you said that there's a, a follow-up phone call shortly thereafter from the Governor.  Can you just tell us what that

conversation was?

CHIEF JUSTICE MACDONALD:  Well, let me say at the outset, there were, there were sort of two parts to it.

INTERVIEWER:  Yeah.

CHIEF JUSTICE MACDONALD:  The first part was a read-out of what had occurred when Justice Hantz Marconi was there, and then a second part which I think was actually the majority of the conversation was relating to a Governor and Council meeting that was gonna come up at the Supreme Court and I mean --

ATTORNEY CREEGAN:  Doesn't relate to this inquiry.

INTERVIEWER:  Yeah, it was a separate issue, Governor and Council meeting, that was gonna happen at the Supreme Court?

CHIEF JUSTICE MACDONALD:  Yeah, and it's, it's relevant only because --

ATTORNEY CREEGAN:  Do you want to discuss it first or --

CHIEF JUSTICE MACDONALD:  Sure.

ATTORNEY CREEGAN:  -- would you like to discuss it with Scott and I, or do you think --

CHIEF JUSTICE MACDONALD:  It was like six days later.

INTERVIEWER:  Okay.

CHIEF JUSTICE MACDONALD:  And so the timing was a little bit less than ideal.

INTERVIEWER:  Okay.

CHIEF JUSTICE MACDONALD:  And, and he, he told me the circumstances by which the G&C meeting got scheduled and how, you know, it probably -- I'll just leave it at that, and --

INTERVIEWER:  Yeah, just so I, just so I make sure I have it correct there's gonna be a G&C meeting, a Governor and Executive Council meeting scheduled.  Sorry, I -- I do that sometimes and that was gonna be six days later at the Supreme Court?

CHIEF JUSTICE MACDONALD:  Yes.

INTERVIEWER:  And there was discussions about administrative stuff related to that?

CHIEF JUSTICE MACDONALD:  There the Governor's Office had a few days prior to this reached out to us and asked whether the Supreme Court would be willing to host a breakfast for the Governor and Council.  Governor and Council routinely has

breakfast meetings and then they have their regular meetings.  And the Governor and Council breakfast meetings rotate among State agencies.  And so, although it was relatively at the last minute, we agreed and, and we're prepared to hold the breakfast meeting.

INTERVIEWER:  Yeah, so that's just kind of administrative stuff afterwards?

CHIEF JUSTICE MACDONALD:  Yeah.

INTERVIEWER:  And that was the bulk of the conversation?

CHIEF JUSTICE MACDONALD:  Those two --

INTERVIEWER:  Yeah, those two pieces?

CHIEF JUSTICE MACDONALD:  Yes.

INTERVIEWER:  And what was the, in relative to the read-out of Justice Hantz Marconi's visit, what was the read-out of that?

CHIEF JUSTICE MACDONALD:  So my memory sitting here today is there were really three, three points that I heard and, and retained.  The first was she complained about the Attorney General.  She complained, I remember, and this is the Governor telling me what she said.

INTERVIEWER:  Yeah.

CHIEF JUSTICE MACDONALD:  And she said that he, that the Attorney General was weak and that he was being very political.  The second thing that in my memory I've retained is that the Governor told me that she said she knew everything that her husband knew, everything that her husband knew.

INTERVIEWER:  Um-hum.

CHIEF JUSTICE MACDONALD:  And the third thing was that she told the Governor that she is recused in 40 percent of the cases and that there are important cases, and that all of this is creating a burden on her colleagues.

INTERVIEWER:  Does that include you?

CHIEF JUSTICE MACDONALD:  Yes.

INTERVIEWER:  Like, yeah, and anything else?

CHIEF JUSTICE MACDONALD:  It's, it's all I really remember about the substance.

INTERVIEWER:  Yep, did you say anything back in response to any of those statements by the Governor?

CHIEF JUSTICE MACDONALD:  Yes, I responded to the third point.

INTERVIEWER:  And which point was that?

CHIEF JUSTICE MACDONALD:  The point about recusals and burden on her colleagues.

INTERVIEWER:  What was your response?

CHIEF JUSTICE MACDONALD:  I said, Governor, I just want to be very clear, these words to the effect, I can't quote you exactly.  Governor, I just want to be very clear, we have policies and procedures in place to deal with disqualifications.  We will get the work done.  We will serve the people of New Hampshire, and it is no burden on us to do our job.

INTERVIEWER:  Words to that effect, yeah.

CHIEF JUSTICE MACDONALD:  Words to that effect.

INTERVIEWER:  And recusals happen on the Supreme Court, is that fair to say?

CHIEF JUSTICE MACDONALD:  Yes.

INTERVIEWER:  You know, is it fair to say that for a period of time you recused yourself from, from the Attorney General's Office cases once you came on the bench?

CHIEF JUSTICE MACDONALD:  That is correct.

14

INTERVIEWER:  You know, and that's because you're the ultimate decision-makers over here, right?

CHIEF JUSTICE MACDONALD:  I, I felt it was, it was appropriate under, under all the authorities that govern judicial disqualification for me to disqualify myself in cases that were in this office at the time I served as Attorney General.

INTERVIEWER:  So in that conversation she, she mentioned our investigation here.  Prior to your conversation with the Governor, was there any conversations with Justice Hantz Marconi about what she knew, or didn't know about our investigation?

ATTORNEY CREEGAN:  Between herself and him?

INTERVIEWER:  Yep, between herself and you?

CHIEF JUSTICE MACDONALD:  Yes.

INTERVIEWER:  Can you just expound on that?

CHIEF JUSTICE MACDONALD:  My memory today is I can recall three instances.  Oh, prior to the Governor's --

INTERVIEWER:  Yeah, prior to the Governor's?

CHIEF JUSTICE MACDONALD:  -- okay, two.  The first instance, I want to make sure, can you ask the question again?

INTERVIEWER:  Yeah.

CHIEF JUSTICE MACDONALD:  I want to make sure I'm responsive --

INTERVIEWER:  Yeah.

CHIEF JUSTICE MACDONALD:  -- because I got tripped on that.

INTERVIEWER:  Yeah, no, no, it's okay.

ATTORNEY CREEGAN:  They obviously had a lot of conversations about recusal.  Do you mean to ask when she, when she had knowledge of something specific?

INTERVIEWER:  Yeah, when did she have knowledge of something specific as to the investigation and whether she relayed that to you, just her to you?

CHIEF JUSTICE MACDONALD:  Yeah.

ATTORNEY CREEGAN:  Essentially the, the first time she would have indicated to you that she had awareness that there was a criminal investigation?

INTERVIEWER:  Yeah, the first time and then any times thereafter.

CHIEF JUSTICE MACDONALD:  That she was aware

there was a criminal case?

INTERVIEWER:  Yes.

CHIEF JUSTICE MACDONALD:  Okay, at some point during the month of May she told me there are grand jury subpoenas being issued.

INTERVIEWER:  Anything else in regards to that?

CHIEF JUSTICE MACDONALD:  Three to four weeks ago she told me the same thing.

ATTORNEY O'CONNELL:  Just to be clear that was after the discussion you had with the Governor that you've already described?

CHIEF JUSTICE MACDONALD:  Correct, it was in July.

INTERVIEWER:  Okay, thank you, Scott.  Did you have a conversation with her about her meeting with the Governor after the meeting?

CHIEF JUSTICE MACDONALD:  No.

INTERVIEWER:  Joe, any follow-ups?

INTERVIEWER:  I thought you said that there were two instances when you spoke to her prior to the Governor, one was in May she said there were grand jury subpoenas being issued.  What was the other?

17

CHIEF JUSTICE MACDONALD:  I was confused on the question.

INTERVIEWER:  Okay.

CHIEF JUSTICE MACDONALD:  And I'm sorry, I -- the timeline, there were two instances where, at least two that I remember, where she said that the grand jury subpoenas had been issued.  One was in May, and the second was in July which as Attorney O'Connell's pointed out, is after the meeting with the Governor.

INTERVIEWER:  Okay, so there's only one prior to the Governor?

CHIEF JUSTICE MACDONALD:  That I remember right now.

INTERVIEWER:  You said that that, those were the times that she was aware of a criminal investigation.  Did she ever tell you that she suspected there was a criminal investigation?

CHIEF JUSTICE MACDONALD:  Not to my memory.

INTERVIEWER:  Okay.

ATTORNEY CREEGAN:  And if this conversation jogs his memory in any way, we'll be sure to supplement.

000096

INTERVIEWER:  Yep, you can always, you can always supplement if you feel as before Joe asks another question, if you know, memory is jogged you can always come back and let us know if you remember something.  Obviously you can step out.  Here if you remember something you can always get back to us, okay?

CHIEF JUSTICE MACDONALD:  Thank you.

INTERVIEWER:  And, and I know walking into this that, you know, you didn't know exactly the questions but again, after our questions, you'll sort of know the topics that we're interest in so --

INTERVIEWER:  Yeah.

INTERVIEWER:  -- feel free to supplement later.  Normally in recusals there's not really a public statement about why a particular justice is recusing at times, is that correct?

CHIEF JUSTICE MACDONALD:  That's correct.

INTERVIEWER:  There was a statement publicly about Justice Hantz Marconi's initial recusal from cases involving the Attorney General, is that correct?

CHIEF JUSTICE MACDONALD:  That's correct.

INTERVIEWER:  Who made the decision to issue that statement?

ATTORNEY CRREGAN:  I'm sorry, I don't know, I don't know if you can answer how you deliberated on this issue, if you decided it.  Is there, is there a way, is there something that you're getting at that you can maybe ask a little more directly in terms of --

INTERVIEWER:  Was this --

ATTORNEY CREEGAN:  -- are you asking, for example, Justice Hantz Marconi took some action?

INTERVIEWER:  Right, this is a deviation from sort of normal policy, did Justice Hantz Marconi request this sort of special action in this case, to put out a public statement about why she was recusing herself?

ATTORNEY CREEGAN:  I think you could probably say a yes or no, but then that might be all that you can do for this, is that all right?  Do you want to talk about it?

ATTORNEY O'CONNELL:  Can we just have two minutes?

INTERVIEWER:  Yeah, of course.  Yeah, of

course, perfectly fine.

INTERVIEWER:  Do you want me to pause the --

INTERVIEWER:  Yeah.

INTERVIEWER:  Thank you.

INTERVIEWER:  And we'll just note the time.

INTERVIEWER:  All right, so it is 10:22 by my watch and I'm going to pause the recording.

(Pause.)

INTERVIEWER:  Okay, the recording is back on and it is approximately 10:25 by my watch.  All the parties that were here previously are back again. And has anything changed with consent to recording?

ATTORNEY CREEGAN:  No.

CHIEF JUSTICE MACDONALD:  No.

ATTORNEY O'CONNELL:  No.

INTERVIEWER:  No.

INTERVIEWER:  Okay, thank you.

ATTORNEY CREEGAN:  Okay, Joe, just repeat your question?

INTERVIEWER:  Yes, Mr. Chief Justice, we had talked about how normally there aren't public statements put out about reasons for recusal, but there was one with Justice Hantz Marconi's recusal,

and I'd asked if that was as a result of any requests, specific requests by Justice Hantz Marconi?

CHIEF JUSTICE MACDONALD:  No.

INTERVIEWER:  The public statement said that the recusal was because of the Attorney General's Office civilly advising the Pease Development Authority with regard to the employment of Justice Hantz Marconi's husband, Geno Marconi.

ATTORNEY CREEGAN:  I think it may have been more ambiguous but it said advising, that the Attorney General's Office is involved or something with regard to the situation of her spouse.  It may have been ambiguously worded because it was obviously a broad recusal.

INTERVIEWER:  It, it was fairly broad but it was about this office advising the Pease Development Authority, that was the language that was used.  And as you know from your time as Attorney General, the Civil Bureau is the one that advises government agencies, correct?  The Criminal Bureau doesn't really advise agencies, we don't give agency advice, we're not client counseling.

CHIEF JUSTICE MACDONALD:  Again, I -- I

would be uncomfortable asking, answering these questions without having that statement in front of me I'm, I'm not sure what the language, exact language we used, but I agree with you that the Civil Bureau does it, yes.

INTERVIEWER:  Right.

ATTORNEY CREEGAN:  Well, since Justice Marconi hasn't requested the statement, is there something else you want to ask with regard to what she may have done or --

INTERVIEWER:  Yeah, I'm just wondering why the difference between the public statement, or if there was some discussion, or if she kept some information about the criminal investigation away from the public statement, so she tells you that the grand jury subpoenas are being issued before you talked to the Governor, and was that before her recusal off of the cases, or was it after that she told you there was grand jury subpoenas?

CHIEF JUSTICE MACDONALD:  She recused or disqualified herself before that statement was made.

INTERVIEWER:  Okay, that answers it then. So you had no indication from her that there was a

criminal investigation at the time that statement was made?

ATTORNEY CREEGAN:  Do, do you remember the date of the statement?

INTERVIEWER:  It was the date of her recusal, I can pull it up.

ATTORNEY CREEGAN:  Oh, I -- I don't, I don't know if that was the date of her recusal.  Her recusal was very close in time to her husband being put on leave.

ATTORNEY O'CONNELL:  I believe it was May 9th.

ATTORNEY CREEGAN:  Is the statement?

ATTORNEY O'CONNELL:  I believe so.

ATTORNEY CREEGAN:  Okay, I -- I don't want to put too much in here but I think her first recusals were off of oral arguments that were made on April 23rd.

INTERVIEWER:  Right, I remember the nurse is one of them so the public statement goes out May 9th, approximately, and it was some time in early May that she told you grand jury subpoenas were being issued.  I'm just wondering if it was before or after?

24

ATTORNEY CREEGAN:  Sorry, just -- just a correct, he would -- the timing in May --

INTERVIEWER:  I said May, May.

CHIEF JUSTICE MACDONALD:  I don't know when in May.

INTERVIEWER:  Okay, you said that she said that she knew everything her husband knew.

ATTORNEY O'CONNELL:  That's what the Governor told you.

INTERVIEWER:  Or the Governor told you that she said she knew everything her husband knew.  Did the Governor elaborate on what exactly she knew, or just was that sort of the general statement of just, she just knew everything her husband knew?

CHIEF JUSTICE MACDONALD:  That's the statement I remember.

INTERVIEWER:  Okay.

CHIEF JUSTICE MACDONALD:  And it stuck with me.

INTERVIEWER:  Did the, in your first call with the Governor, did the Governor indicate why she had requested a meeting?

CHIEF JUSTICE MACDONALD:  No, not that I

remember.

INTERVIEWER:  Did he say whether it was personal or professionally related?

CHIEF JUSTICE MACDONALD:  I really, I'm -- I'm sorry, I want to think about that interaction.

INTERVIEWER:  If --

CHIEF JUSTICE MACDONALD:  I just have no clear memory of exactly what he said.

INTERVIEWER:  It's perfectly fine.

INTERVIEWER:  Did the Governor ask you if you knew what the meeting was about?

CHIEF JUSTICE MACDONALD:  I don't remember but if he had I would have said no.

INTERVIEWER:  Okay, and you said that you never spoke to her about her meeting with the Governor afterwards, correct?

CHIEF JUSTICE MACDONALD:  Correct.

INTERVIEWER:  And I assume that means, or I don't want to assume so I'm asking this question, so she never spoke to you or told you that she had met with the Governor?

CHIEF JUSTICE MACDONALD:  That's correct.

ATTORNEY CREEGAN:  You can take a second.

000104

INTERVIEWER:  Well, I think, Tom, if you've got anything.

ATTORNEY CREEGAN:  Do you all want to talk and see if you have anything else to ask?

INTERVIEWER:  I'm, I'm fine.  Tom, do you have anything?

INTERVIEWER:  Just kind of a basic question. What is, is there a typical schedule that an Associate Justice would follow for a work schedule?

CHIEF JUSTICE MACDONALD:  In other words you have to show up at a certain time, is that what you're asking?

INTERVIEWER:  Yeah, like Monday through Friday, 9 to 5 --

CHIEF JUSTICE MACDONALD:  Yeah.

INTERVIEWER:  -- sort of --

ATTORNEY CREEGAN:  If wishing made it so.

CHIEF JUSTICE MACDONALD:  No required work schedule, each -- I think each Justice has their own work schedule so but there's nothing required if that's your question.  Each Justice I think it's fair to say has their own pattern of when they come in and when they go, go home.

27

INTERVIEWER:  Okay.

CHIEF JUSTICE MACDONALD:  Is that, is that what you're asking?

INTERVIEWER:  Yeah, so throughout the day they can leave if they need to.

CHIEF JUSTICE MACDONALD:  Sure.

INTERVIEWER:  They can come back if they need to.

CHIEF JUSTICE MACDONALD:  Absolutely, yes.

INTERVIEWER:  You don't have a time card that you can punch out every, every time you leave, go to lunch?

CHIEF JUSTICE MACDONALD:  No.

INTERVIEWER:  Okay, are there any policies or procedures regarding professional, or using the court's email for private purposes, personal purposes?

ATTORNEY CREEGAN:  Not really.

CHIEF JUSTICE MACDONALD:  I don't think so.

ATTORNEY CREEGAN:  No.

CHIEF JUSTICE MACDONALD:  But --

INTERVIEWER:  We'll follow up with Erin, or counsel might be --

28

ATTORNEY CREEGAN:  We'll, we'll look into it.

ATTORNEY O'CONNELL:  We will follow up with General Counsel afterwards about that specific question.

ATTORNEY CREEGAN:  Yeah, I can hunt around and see if I can find anything.

ATTORNEY O'CONNELL:  Okay.

INTERVIEWER:  The last question is the roughly 40 percent of the cases that was referenced in the recusal, is that fairly accurate, or is that -- how does that compare to what you can speak to?

CHIEF JUSTICE MACDONALD:  Yeah, it strikes me as low.  I -- we could certainly get you the exact number but it, it strikes me as low.  I think it's, you know, the volume of cases from the Attorney General's office is, is fairly significant so to answer your question is I believe that's not accurate, and the number is probably higher.

INTERVIEWER:  Okay.

INTERVIEWER:  Forgive me if I've already asked this, Mr. Chief Justice, you referenced the two conversations about subpoenas with Justice Hantz

Marconi, you're saying that's when she was, indicated she was aware of the criminal investigation?

CHIEF JUSTICE MACDONALD:  Those were her words.

INTERVIEWER:  Okay.

CHIEF JUSTICE MACDONALD:  Grand, that grand jury subpoenas had issued.

INTERVIEWER:  Okay, were there ever any other conversations with her where she indicated she suspected there was a criminal investigation into her husband that you recall?

CHIEF JUSTICE MACDONALD:  Not that I remember.

INTERVIEWER:  Okay, and then one final question, when the Governor called you and told you about the conversation with Justice Hantz Marconi, specifically about the recusal and the burden on the colleagues which you indicated that you disagreed with, how did that make you feel?

ATTORNEY CREEGAN:  I don't know if it's a factual question.

CHIEF JUSTICE MACDONALD:  I'm happy to answer it.

30

ATTORNEY CREEGAN:  It's up to you.

CHIEF JUSTICE MACDONALD:  I was angry, I was angry.

INTERVIEWER:  Why?

CHIEF JUSTICE MACDONALD:  Because we're gonna get the job done, we're gonna get the job done for the people of New Hampshire.

INTERVIEWER:  Thank you.

INTERVIEWER:  Thank you, sir, that's it.

INTERVIEWER:  We can go off recording now.

INTERVIEWER:  It's 10:36 and the recording has ended.

(End.)

000109

## CERTIFICATE

I, Mary Mielke, a court-approved transcriptionist, do hereby certify that the foregoing is a correct transcript from the official electronic sound recording of the proceeding in the above-entitled matter to the best of my professional skill and ability.


_Mary Mielke_
Mary Mielke
Avicore Reporting

## N.H. PORT AUTHORITY - CHIEF JUSTICE MACDONALD 8/2/24

**0**

**03301** [1] **1:**12

**1**

**1** [32] **1:**11 **2:**1 **3:**1 **4:**1 **5:**1 **6:**1,12,16 **7:**1 **8:**1 **9:**1 **10:**1 **11:**1 **12:**1 **13:**1 **14:**1 **15:**1 **16:**1 **17:**1 **18:**1 **19:**1 **20:**1 **21:**1 **22:**1 **23:**1 **24:**1 **25:**1 **26:**1 **27:**1 **28:**1 **29:**1 **30:**1
**10** [29] **2:**10 **3:**10 **4:**10 **5:**10 **6:**10 **7:**10 **8:**10 **9:**10 **10:**10 **11:**10 **12:**10 **13:**10 **14:**10 **15:**10 **16:**10 **17:**10 **18:**10 **19:**10 **20:**10 **21:**10 **22:**10 **23:**10 **24:**10 **25:**10 **26:**10 **27:**10 **28:**10 **29:**10 **30:**10
**10:05** [1] **2:**3
**10:22** [1] **20:**6
**10:25** [1] **20:**10
**10:36** [1] **30:**11
**11** [29] **2:**11 **3:**11 **4:**11 **5:**11 **6:**11 **7:**11 **8:**11 **9:**11 **10:**11 **11:**11 **12:**11 **13:**11 **14:**11 **15:**11 **16:**11 **17:**11 **18:**11 **19:**11 **20:**11 **21:**11 **22:**11 **23:**11 **24:**11 **25:**11 **26:**11 **27:**11 **28:**11 **29:**11 **30:**11
**12** [29] **2:**12 **3:**12 **4:**12 **5:**12 **6:**12 **7:**12 **8:**12 **9:**12 **10:**12 **11:**12 **12:**12 **13:**12 **14:**12 **15:**12 **16:**12 **17:**12

**18:**12 **19:**12 **20:**12 **21:**12 **22:**12 **23:**12 **24:**12 **25:**12 **26:**12 **27:**12 **28:**12 **29:**12 **30:**12
**13** [29] **2:**13 **3:**13 **4:**13 **5:**13 **6:**13 **7:**13 **8:**13 **9:**13 **10:**13 **11:**13 **12:**13 **13:**13 **14:**13 **15:**13 **16:**13 **17:**13 **18:**13 **19:**13 **20:**13 **21:**13 **22:**13 **23:**13 **24:**13 **25:**13 **26:**13 **27:**13 **28:**13 **29:**13 **30:**13
**14** [28] **2:**14 **3:**14 **4:**14 **5:**14 **6:**14 **7:**14 **8:**14 **9:**14 **10:**14 **11:**14 **12:**14 **13:**14 **14:**14 **15:**14 **16:**14 **17:**14 **18:**14 **19:**14 **20:**14 **21:**14 **22:**14 **23:**14 **24:**14 **25:**14 **26:**14 **27:**14 **28:**14 **29:**14
**15** [28] **2:**15 **3:**15 **4:**15 **5:**15 **6:**15 **7:**15 **8:**15 **9:**15 **10:**15 **11:**15 **12:**15 **13:**15 **14:**15 **15:**15 **16:**15 **17:**15 **18:**15 **19:**15 **20:**15 **21:**15 **22:**15 **23:**15 **24:**15 **25:**15 **26:**15 **27:**15 **28:**15 **29:**15
**16** [28] **2:**16 **3:**16 **4:**16 **5:**16 **6:**16 **7:**16 **8:**16 **9:**16 **10:**16 **11:**16 **12:**16 **13:**16 **14:**16 **15:**16 **16:**16 **17:**16 **18:**16 **19:**16 **20:**16 **21:**16 **22:**16

**23:**16 **24:**16 **25:**16 **26:**16 **27:**16 **28:**16 **29:**16
**17** [28] **2:**17 **3:**17 **4:**17 **5:**17 **6:**17 **7:**17 **8:**17 **9:**17 **10:**17 **11:**17 **12:**17 **13:**17 **14:**17 **15:**17 **16:**17 **17:**17 **18:**17 **19:**17 **20:**17 **21:**17 **22:**17 **23:**17 **24:**17 **25:**17 **26:**17 **27:**17 **28:**17 **29:**17
**18** [28] **2:**18 **3:**18 **4:**18 **5:**18 **6:**18 **7:**18 **8:**18 **9:**18 **10:**18 **11:**18 **12:**18 **13:**18 **14:**18 **15:**18 **16:**18 **17:**18 **18:**18 **19:**18 **20:**18 **21:**18 **22:**18 **23:**18 **24:**18 **25:**18 **26:**18 **27:**18 **28:**18 **29:**18
**19** [29] **2:**19 **3:**19 **4:**7,19 **5:**19 **6:**19 **7:**19 **8:**19 **9:**19 **10:**19 **11:**19 **12:**19 **13:**19 **14:**19 **15:**19 **16:**19 **17:**19 **18:**19 **19:**19 **20:**19 **21:**19 **22:**19 **23:**19 **24:**19 **25:**19 **26:**19 **27:**19 **28:**19 **29:**19

**2**

**2** [29] **2:**2 **3:**2 **4:**2 **5:**2 **6:**2 **7:**2 **8:**2 **9:**2 **10:**2 **11:**2 **12:**2 **13:**2 **14:**2 **15:**2 **16:**2 **17:**2 **18:**2 **19:**2 **20:**2 **21:**2 **22:**2 **23:**2 **24:**2 **25:**2 **26:**2 **27:**2 **28:**2 **29:**2 **30:**2
**20** [28] **2:**20 **3:**20 **4:**20 **5:**20 **6:**20 **7:**20 **8:**20 **9:**20 **10:**20 **11:**20 **12:**20 **13:**20 **14:**20 **15:**20 **16:**20 **17:**20 **18:**20 **19:**20 **20:**20 **21:**20 **22:**20 **23:**20 **24:**20 **25:**20 **26:**20 **27:**20 **28:**20 **29:**20
**2017** [1] **5:**1
**2021** [1] **3:**22
**2024** [1] **2:**3
**21** [28] **2:**21 **3:**21 **4:**21 **5:**21 **6:**21 **7:**21 **8:**21 **9:**21 **10:**21 **11:**21 **12:**21 **13:**21 **14:**21 **15:**21 **16:**21 **17:**21 **18:**21 **19:**21 **20:**21 **21:**21 **22:**21 **23:**21 **24:**21 **25:**21 **26:**21 **27:**21 **28:**21 **29:**21
**22** [28] **2:**22 **3:**22 **4:**22 **5:**22 **6:**22 **7:**22 **8:**22 **9:**22 **10:**22 **11:**22 **12:**22 **13:**22 **14:**22 **15:**22 **16:**22 **17:**22 **18:**22 **19:**22 **20:**22 **21:**22 **22:**22 **23:**22 **24:**22 **25:**22 **26:**22 **27:**22 **28:**22 **29:**22
**23** [28] **2:**23 **3:**23 **4:**23 **5:**23 **6:**23 **7:**23 **8:**23 **9:**23 **10:**23 **11:**23 **12:**23 **13:**23 **14:**23 **15:**23 **16:**23 **17:**23 **18:**23 **19:**23 **20:**23 **21:**23 **22:**23 **23:**23 **24:**23 **25:**23 **26:**23 **27:**23 **28:**23 **29:**23
**23rd** [1] **23:**18
**2nd** [1] **2:**3

**3**

**3** [29] **2:**3 **3:**3 **4:**3 **5:**3 **6:**3 **7:**3 **8:**3 **9:**3 **10:**3 **11:**3 **12:**3 **13:**3 **14:**3 **15:**3 **16:**3 **17:**3 **18:**3 **19:**3 **20:**3 **21:**3 **22:**3 **23:**3 **24:**3 **25:**3 **26:**3 **27:**3 **28:**3 **29:**3 **30:**3

**4**

**4** [29] **2:**4 **3:**4 **4:**4 **5:**4 **6:**4 **7:**4 **8:**4 **9:**4 **10:**4 **11:**4 **12:**4 **13:**4 **14:**4 **15:**4 **16:**4 **17:**4 **18:**4 **19:**4 **20:**4 **21:**4 **22:**4 **23:**4 **24:**4 **25:**4 **26:**4 **27:**4 **28:**4 **29:**4 **30:**4
**40** [2] **12:**11 **28:**10

**5**

**5** [30] **2:**5 **3:**5 **4:**5 **5:**5 **6:**5 **7:**5 **8:**5 **9:**5 **10:**5 **11:**5 **12:**5 **13:**5 **14:**5 **15:**5 **16:**5 **17:**5 **18:**5 **19:**5 **20:**5 **21:**5 **22:**5 **23:**5 **24:**5 **25:**5 **26:**5,14 **27:**5 **28:**5 **29:**5 **30:**5

**6**

**6** [29] **2:**6 **3:**6 **4:**6 **5:**6 **6:**6 **7:**6 **8:**6 **9:**6 **10:**6 **11:**6 **12:**6 **13:**6 **14:**6 **15:**6 **16:**6 **17:**6 **18:**6 **19:**6 **20:**6 **21:**6 **22:**6 **23:**6 **24:**6 **25:**6 **26:**6 **27:**6 **28:**6 **29:**6 **30:**6

**7**

**7** [29] **2:**7 **3:**7 **4:**7 **5:**7 **6:**7 **7:**7 **8:**7 **9:**7 **10:**7 **11:**7 **12:**7 **13:**7 **14:**7 **15:**7 **16:**7 **17:**7 **18:**7 **19:**7 **20:**7 **21:**7 **22:**7 **23:**7 **24:**7 **25:**7 **26:**7 **27:**7 **28:**7 **29:**7 **30:**7

**8**

**8** [29] **2:**8 **3:**8 **4:**8 **5:**8 **6:**8 **7:**8 **8:**8 **9:**8 **10:**8 **11:**8 **12:**8 **13:**8 **14:**8 **15:**8 **16:**8 **17:**8 **18:**8 **19:**8 **20:**8 **21:**8 **22:**8 **23:**8 **24:**8 **25:**8 **26:**8 **27:**8 **28:**8 **29:**8 **30:**8
**8/2/24** [1] **1:**7

**9**

**9** [30] **2:**9 **3:**9 **4:**9 **5:**9 **6:**9 **7:**9 **8:**9 **9:**9 **10:**9 **11:**9 **12:**9 **13:**9 **14:**9 **15:**9 **16:**9 **17:**9 **18:**9 **19:**9 **20:**9 **21:**9 **22:**9 **23:**9 **24:**9 **25:**9 **26:**9,14 **27:**9 **28:**9 **29:**9 **30:**9
**9th** [2] **23:**12,20

**A**

**absolutely** [1] **27:**9
**accurate** [2] **28:**11,19
**act** [1] **5:**11
**acting** [2] **4:**13 **5:**9
**action** [2] **19:**11,14
**actually** [3] **7:**8 **8:**14 **9:**9
**administrative** [5] **5:**14,22 **6:**7 **10:**18 **11:**8
**administrator** [1] **5:**16

**Sheet 1**

*N.H. PORT AUTHORITY - CHIEF JUSTICE MACDONALD 8/2/24*

**advice** [1] **21**:21
**advise** [1] **21**:21
**advises** [1] **21**:19
**advising** [3] **21**:6,10,16
**afterwards** [3] **11**:8 **25**:16 **28**:4
**agencies** [3] **11**:3 **21**:20,21
**agency** [1] **21**:21
**ago** [1] **16**:9
**agree** [1] **22**:4
**agreed** [1] **11**:5
**already** [2] **16**:12 **28**:21
**although** [1] **11**:4
**ambiguous** [1] **21**:10
**ambiguously** [1] **21**:13
**among** [1] **11**:3
**angry** [2] **30**:2,3
**another** [1] **18**:3
**answer** [3] **19**:4 **28**:18 **29**:23
**answering** [1] **22**:1
**answers** [1] **22**:22
**appeals** [1] **5**:12
**appearing** [2] **2**:16,20
**appellate** [1] **5**:11
**appointed** [1] **4**:3
**appropriate** [1] **14**:4
**approximately** [3] **2**:3 **20**:10 **23**:21
**april** [1] **23**:18
**aren'â€™t** [1] **20**:21
**arguments** [1] **23**:17

**around** [3] **2**:6 **7**:1 **28**:6
**asks** [1] **18**:2
**aspect** [1] **5**:12
**assistant** [2] **2**:9,11
**associate** [3] **5**:5 **7**:19 **26**:9
**assume** [2] **25**:18,19
**attornet** [1] **2**:19
**attorney** [54] **2**:4,9,11,15 **3**:1,1,7 **4**:21 **9**:12,19,22 **11**:21 **12**:3 **13**:21 **14**:7,13 **15**:8,17 **16**:10 **17**:8,21 **18**:21 **19**:3,10,17,21 **20**:13,15,18 **21**:5,9,11,18 **22**:7 **23**:3,7,11,13,14,15 **24**:1,8 **25**:23 **26**:3,17 **27**:18,20 **28**:1,3,6,8,16 **29**:20 **30**:1
**audio** [3] **1**:8 **2**:5,8
**august** [1] **2**:2
**authorities** [1] **14**:4
**authority** [3] **1**:4 **21**:7,17
**autumn** [1] **1**:9
**aware** [3] **15**:23 **17**:16 **29**:2
**awareness** [1] **15**:19
**away** [1] **22**:14

### B

**back** [7] **7**:17 **12**:19 **18**:4,6 **20**:9,11 **27**:7
**basic** [1] **26**:7
**became** [1] **4**:20
**beforehand** [1] **8**:19
**behalf** [2] **2**:16,20
**believe** [3] **23**:11,

14 **28**:18
**bench** [1] **13**:22
**best** [1] **8**:6
**between** [6] **4**:11 **5**:4 **7**:19 **14**:13,14 **22**:12
**bit** [1] **10**:5
**branch** [2] **2**:16 **5**:15
**breakfast** [4] **10**:22 **11**:1,2,5
**brief** [3] **7**:22 **8**:7,9
**broad** [2] **21**:14,15
**bulk** [1] **11**:10
**burden** [4] **12**:13 **13**:3,11 **29**:17
**bureau** [3] **21**:19,20 **22**:5

### C

**call** [2] **8**:22 **24**:20
**called** [4] **7**:2,11,17 **29**:15
**calls** [1] **7**:8
**came** [2] **7**:6 **13**:22
**can'â€™t** [1] **13**:7
**card** [1] **27**:10
**case** [2] **16**:1 **19**:14
**cases** [8] **12**:11,12 **13**:21 **14**:6 **18**:21 **22**:18 **28**:10,16
**certain** [1] **26**:11
**certainly** [1] **28**:14
**chambers** [2] **6**:18,18
**changed** [1] **20**:12
**charles** [1] **6**:17
**circumstances** [1] **10**:8
**civil** [2] **21**:19 **22**:

4
**civilly** [1] **21**:6
**clear** [6] **5**:21 **8**:3 **13**:6,8 **16**:10 **25**:8
**cleared** [1] **8**:19
**client** [1] **21**:22
**close** [1] **23**:9
**collaborated** [1] **4**:18
**collaborative** [1] **6**:3
**colleagues** [4] **5**:23 **12**:13 **13**:3 **29**:18
**come** [6] **7**:12,20 **9**:11 **18**:4 **26**:22 **27**:7
**compare** [1] **28**:12
**complained** [2] **11**:21,22
**concord** [2] **1**:12 **2**:4
**confused** [1] **17**:1
**consent** [5] **2**:7,14,17,21 **20**:12
**constitution** [1] **5**:13
**consult** [1] **5**:22
**conversation** [10] **7**:18 **8**:7 **9**:1,9 **11**:11 **14**:8,10 **16**:16 **17**:21 **29**:16
**conversations** [4] **14**:11 **15**:9 **28**:23 **29**:9
**correct** [13] **8**:20 **10**:12 **13**:23 **16**:13 **18**:17,18,22,23 **21**:20 **24**:2 **25**:16,17,22
**council** [6] **9**:10,15 **10**:13,23,23 **11**:2
**counsel** [3] **2**:16 **27**:23 **28**:4

**counseling** [1] **21**:22
**course** [3] **3**:13 **19**:23 **20**:1
**court** [12] **3**:18 **4**:15 **5**:8,10,11,23 **6**:11 **9**:11,16 **10**:15,21 **13**:17
**court'â€™s** [1] **27**:16
**creating** [1] **12**:12
**creegan** [30] **2**:15,15 **3**:2 **9**:12,19,22 **14**:13 **15**:8,17 **17**:21 **19**:10,17 **20**:13,18 **21**:9 **22**:7 **23**:3,7,13,15 **24**:1 **25**:23 **26**:3,17 **27**:18,20 **28**:1,6 **29**:20 **30**:1
**criminal** [9] **15**:19 **16**:1 **17**:16,18 **21**:20 **22**:14 **23**:1 **29**:2,10
**crregan** [1] **19**:3
**current** [1] **5**:2
**currently** [1] **3**:16

### D

**dan** [1] **2**:10
**date** [4] **2**:2 **23**:4,5,8
**day** [1] **27**:4
**days** [3] **10**:2,15,20
**deal** [1] **13**:9
**decided** [1] **19**:5
**deciding** [1] **5**:12
**decision** [1] **19**:1
**decision-makers** [1] **14**:2
**deliberated** [1] **19**:4
**department** [1] **1**:10

**described** [1] **16**:12
**desfosses** [1] **2**:2
**development** [2] **21**:6,16
**deviation** [1] **19**:12
**dictating** [1] **6**:2
**didn'â€™t** [2] **14**:12 **18**:10
**difference** [2] **5**:4 **22**:12
**directly** [1] **19**:7
**disagreed** [1] **29**:18
**discharging** [1] **5**:21
**discuss** [2] **9**:19,23
**discussion** [2] **16**:11 **22**:13
**discussions** [1] **10**:17
**disqualification** [1] **14**:5
**disqualifications** [1] **13**:9
**disqualified** [1] **22**:21
**disqualify** [1] **14**:6
**doe** [1] **6**:17
**doesn'â€™t** [2] **9**:12 **21**:20
**doing** [2] **3**:19,21
**don'â€™t** [13] **8**:5 **19**:3,4 **21**:21 **23**:7,7,15 **24**:4 **25**:12,19 **27**:10,19 **29**:20
**done** [4] **13**:10 **22**:10 **30**:6,6
**drive** [3] **6**:11,17,17
**during** [1] **16**:4
**duties** [1] **4**:10

*N.H. PORT AUTHORITY - CHIEF JUSTICE MACDONALD 8/2/24*

**E**

each [3] 26:19,19, 21
early [2] 7:1 23: 21
effect [4] 8:16 13: 7,13,15
effectively [1] 5: 14
elaborate [1] 24: 12
email [1] 27:16
employment [1] 21:7
end [1] 30:13
ended [1] 30:12
entire [1] 4:1
equal [1] 5:9
erin [2] 2:15 27: 22
essentially [1] 15:17
everyone [2] 2:6, 23
everything [5] 12:6,7 24:7,11,14
exact [2] 22:3 28: 14
exactly [5] 5:20 13:7 18:10 24:12 25:8
example [1] 19: 11
executive [1] 10: 13
expound [1] 14: 16

**F**

factual [1] 29:21
fair [4] 8:7 13:17, 19 26:21
fairly [3] 21:15 28:11,17
fashion [1] 7:6
feel [3] 18:2,14 29:19
felt [1] 14:3

few [1] 10:20
final [2] 5:10 29: 14
fincham [1] 2:12
find [1] 28:7
fine [4] 8:6 20:1 25:9 26:5
first [8] 9:6,20 11: 20 14:22 15:18, 21 23:16 24:20
five [1] 5:19
five-member [1] 5:8
follow [3] 26:9 27:22 28:3
follow-up [1] 8: 22
follow-ups [1] 16:19
forgive [1] 28:21
four [2] 4:14 16:8
free [1] 18:14
friday [1] 26:14
front [1] 22:2

**G**

g&c [2] 10:8,12
general [11] 2: 10,11,15 4:22 11: 21 12:3 14:7 18: 21 21:18 24:13 28:4
generalâ€™s [5] 2:4 13:21 21:5, 11 28:17
geno [1] 21:8
getting [1] 19:6
give [1] 21:21
gonna [8] 6:23 7: 20 9:11,15 10:12, 15 30:6,6
gordon [2] 2:13 3:14
g-o-r-d-o-n [1] 3:14
got [3] 10:9 15:5 26:2
govern [1] 14:5
government [1]

21:19
governor [33] 7: 2,10 8:11,17,23 9: 10,15 10:13,22, 23 11:2,22 12:5, 10,21 13:5,7 14: 10 16:11,17,22 17:10,12 22:17 24:9,10,12,21,21 25:10,16,21 29: 15
governorâ€™s [3] 10:20 14:19, 20
grand [9] 6:2 16: 5,22 17:7 22:16, 19 23:22 29:6,6
granite [2] 1:11 6:12
guys [2] 3:2 6:10

**H**

hall [1] 6:19
hampshire [8] 1:1,4 2:5 3:18 4: 22 5:10 13:11 30: 7
hantz [12] 7:11 9: 7 11:16 14:11 18: 20 19:11,13 20: 23 21:2,8 28:23 29:16
happen [2] 9:15 13:16
happy [1] 29:22
hasnâ€™t [1] 22:8
hazen [2] 6:11, 17
head [2] 5:14,16
heard [1] 11:20
herself [4] 14:13, 14 19:16 22:21
higher [1] 28:19
hold [1] 11:5
home [1] 26:23
host [1] 10:22
hunt [1] 28:6
husband [8] 12:

6,7 21:8 23:9 24: 7,11,14 29:11

**I**

iâ€™d [1] 21:1
iâ€™ll [1] 10:9
iâ€™m [18] 2:10, 12 3:17 6:23 15: 3 17:4 19:3 20:7 22:3,3,11 23:23 25:4,5,19 26:5,5 29:22
iâ€™ve [4] 3:21 4:2 12:5 28:21
ideal [1] 10:5
immediate [1] 4: 7
important [1] 12:12
include [1] 12: 14
indicate [1] 24: 21
indicated [4] 15: 18 29:1,9,18
indication [1] 22:23
information [1] 22:14
initial [1] 18:20
inquiry [1] 9:13
instance [1] 14: 22
instances [3] 14:18 16:21 17:5
interact [1] 5:22
interaction [1] 25:5
interest [1] 18: 12
interview [1] 1:7
introduce [1] 2: 7
investigation [10] 14:9,12 15:14, 20 17:17,18 22: 14 23:1 29:2,10
investigator [1] 2:2

involved [1] 21: 11
involving [1] 18: 21
issue [3] 9:14 19: 1,5
issued [6] 16:5, 23 17:7 22:16 23: 22 29:7
itâ€™s [16] 2:3 3:13 6:1,2,16 9: 17,18 12:17,17 15:7 25:9 26:21 28:15 29:20 30:1, 11

**J**

jimenez [1] 2:10
job [6] 5:2,12,22 13:12 30:6,6
joe [4] 2:11 16:19 18:2 20:18
jogged [1] 18:3
jogs [1] 17:22
judicial [3] 2:16 5:15 14:5
july [2] 16:14 17: 8
june [2] 7:1,1
jury [7] 16:5,23 17:7 22:16,19 23: 22 29:7
justices [1] 6:10

**K**

kept [1] 22:13
kind [2] 11:7 26: 7
knowledge [2] 15:10,13

**L**

language [3] 21: 17 22:3,4
last [3] 3:11 11:4 28:9
later [4] 7:16 10: 2,15 18:15
least [1] 17:6

leave [4] 10:10 23:10 27:5,11
less [1] 10:5
limit [1] 8:2
linear [1] 7:6
little [2] 10:5 19: 7
located [1] 6:14
location [1] 6:14
long [3] 3:19 4: 23 5:17
look [1] 28:1
lot [1] 15:8
low [2] 28:14,15
lunch [1] 27:12
lynn [1] 4:8

**M**

m-a-c-d-o-n-a-l -d [1] 3:14
made [5] 19:1 22: 21 23:2,17 26:17
majority [1] 9:9
march [1] 3:22
marconi [10] 7: 11 9:8 14:11 19: 11,13 21:2,8 22:8 29:1,16
marconiâ€™s [4] 11:16 18:20 20: 23 21:8
mean [2] 9:11 15: 9
means [1] 25:18
meeting [13] 7: 17 9:10,15 10:8, 13,13 11:6 16:16, 17 17:9 24:22 25: 11,15
meetings [3] 11: 1,2,3
member [2] 5:7, 7
members [1] 4: 14
memory [11] 7: 21,22 8:3,7 11:18 12:5 14:17 17:19, 22 18:3 25:8

www.protext.com

**Sheet 3**

*N.H. PORT AUTHORITY - CHIEF JUSTICE MACDONALD 8/2/24*

**mentioned** [2] 8:11 **14**:9
**met** [1] **25**:20
**might** [2] **19**:18 **27**:23
**minute** [2] **5**:2 **11**:4
**minutes** [1] **19**:22
**monday** [1] **26**:13
**month** [1] **16**:4
**months** [1] **4**:7
**most** [1] **4**:7
**much** [1] **23**:16
**myself** [1] **14**:6

### N

**n.h** [1] **1**:10
**name** [3] **2**:1 **3**:11,11
**need** [3] **3**:6 **27**:5,8
**never** [2] **25**:15,20
**new** [8] **1**:1,4 **2**:5 **3**:18 **4**:22 **5**:10 **13**:11 **30**:7
**news** [3] **7**:22,23 **8**:16
**nh** [1] **1**:12
**normal** [1] **19**:13
**normally** [2] **18**:15 **20**:21
**note** [1] **20**:5
**nothing** [1] **26**:20
**number** [2] **28**:15,19
**nurse** [1] **23**:19

### O

**o'connell** [12] **2**:19,19 **3**:1,7 **16**:10 **19**:21 **20**:15 **23**:11,14 **24**:8 **28**:3,8
**o'connell's** [1] **17**:9

**obviously** [3] **15**:8 **18**:5 **21**:13
**occurred** [1] **9**:7
**office** [8] **2**:4 **10**:20 **13**:21 **14**:6 **21**:6,11,16 **28**:17
**offices** [1] **6**:12
**okay** [37] **2**:10,12 **3**:6 **4**:4,9 **6**:6,15,20 **7**:9,9,14 **8**:18 **10**:3,6 **14**:21 **15**:7 **16**:3,15 **17**:3,11,20 **18**:7 **20**:9,17,18 **22**:22 **23**:15 **24**:6,17 **25**:14 **27**:1,14 **28**:8,20 **29**:5,8,14
**once** [1] **13**:21
**one** [12] **5**:7,11,19 **6**:14 **8**:19 **16**:22 **17**:7,11 **20**:23 **21**:19 **23**:20 **29**:14
**only** [3] **8**:3 **9**:18 **17**:11
**oral** [1] **23**:17
**other** [4] **5**:12 **16**:23 **26**:10 **29**:9
**others** [1] **5**:9
**out** [10] **3**:2,4,5 **10**:21 **17**:9 **18**:5 **19**:15 **20**:22 **23**:20 **27**:11
**outset** [1] **9**:3
**over** [3] **4**:5,10 **14**:2
**own** [2] **26**:19,22

### P

**paralegal** [1] **1**:9
**part** [2] **9**:6,8
**particular** [1] **18**:16
**parties** [1] **20**:11
**parts** [1] **9**:4
**pattern** [1] **26**:22
**pause** [3] **20**:2,7,8

**pease** [2] **21**:6,16
**people** [2] **13**:10 **30**:7
**percent** [2] **12**:11 **28**:10
**perfectly** [3] **8**:6 **20**:1 **25**:9
**period** [2] **7**:16 **13**:20
**personal** [2] **25**:3 **27**:16
**phone** [1] **8**:22
**pieces** [1] **11**:13
**place** [3] **1**:11 **6**:12 **13**:9
**point** [4] **12**:23 **13**:1,2 **16**:4
**pointed** [1] **17**:9
**points** [1] **11**:20
**policies** [2] **13**:8 **27**:14
**policy** [1] **19**:13
**political** [1] **12**:4
**poohbah** [1] **6**:2
**port** [1] **1**:4
**position** [3] **4**:3,4 **5**:8
**predecessor** [1] **4**:7
**prepared** [2] **1**:9 **11**:5
**previously** [1] **20**:11
**prior** [6] **10**:20 **14**:9,18,20 **16**:21 **17**:12
**private** [1] **27**:16
**probably** [3] **10**:9 **19**:18 **28**:19
**procedures** [2] **13**:9 **27**:15
**process** [1] **6**:3
**professional** [1] **27**:15
**professionally** [1] **25**:3
**provide** [1] **3**:5

**provision** [1] **4**:13
**public** [7] **18**:16 **19**:15 **20**:21 **21**:4 **22**:12,15 **23**:20
**publicly** [1] **18**:19
**pull** [1] **23**:6
**punch** [1] **27**:11
**purposes** [2] **27**:16,17
**put** [4] **19**:15 **20**:22 **23**:10,16

### Q

**question** [14] **3**:3,5 **14**:23 **17**:2 **18**:3 **20**:19 **25**:19 **26**:7,21 **28**:5,9,18 **29**:15,21
**questions** [3] **18**:11,11 **22**:2
**quote** [1] **13**:7

### R

**reached** [1] **10**:21
**read-out** [3] **9**:7 **11**:16,17
**really** [8] **5**:7,9 **11**:19 **12**:18 **18**:15 **21**:21 **25**:4 **27**:18
**reasons** [1] **20**:22
**recall** [4] **7**:2 **8**:5 **14**:18 **29**:11
**record** [1] **3**:12
**recorded** [5] **2**:5,10,12,14,18
**recording** [7] **2**:8,23 **20**:7,9,12 **30**:10,11
**recusal** [12] **15**:9 **18**:20 **20**:22,23 **21**:5,14 **22**:18 **23**:6,8,9 **28**:11 **29**:17
**recusals** [4] **13**:3,16 **18**:15 **23**:17

**recused** [3] **12**:11 **13**:20 **22**:20
**recusing** [2] **18**:17 **19**:15
**referenced** [2] **28**:10,22
**regard** [3] **21**:7,12 **22**:9
**regarding** [2] **7**:3 **27**:15
**regards** [1] **16**:6
**regular** [1] **11**:1
**regularly** [1] **5**:23
**relate** [1] **9**:12
**related** [2] **10**:18 **25**:3
**relating** [1] **9**:10
**relative** [1] **11**:15
**relatively** [2] **7**:16 **11**:4
**relayed** [1] **15**:14
**relevant** [1] **9**:18
**remember** [13] **8**:5 **11**:22 **12**:18 **17**:6,13 **18**:4,6 **23**:3,19 **24**:16 **25**:1,12 **29**:13
**repeat** [1] **20**:18
**request** [1] **19**:14
**requested** [2] **22**:8 **24**:22
**requests** [2] **21**:2,2
**required** [2] **26**:18,20
**responded** [1] **12**:22
**response** [2] **12**:20 **13**:4
**responsive** [1] **15**:3
**result** [1] **21**:1
**retained** [2] **11**:20 **12**:5

**robert** [1] **4**:8
**roles** [1] **5**:7
**room** [3] **2**:6 **3**:1,5
**rotate** [1] **11**:3
**roughly** [1] **28**:10
**routinely** [1] **10**:23

### S

**same** [2] **6**:19 **16**:9
**sayball** [1] **1**:9
**saying** [1] **29**:1
**schedule** [4] **26**:8,9,19,20
**scheduled** [2] **10**:9,14
**scott** [3] **2**:19 **9**:23 **16**:15
**second** [4] **9**:8 **12**:4 **17**:8 **25**:23
**see** [5] **7**:12,13 **8**:17 **26**:4 **28**:7
**senior** [1] **2**:9
**separate** [1] **9**:14
**serve** [1] **13**:10
**served** [1] **14**:7
**serves** [1] **5**:14
**short** [2] **7**:16,16
**shortly** [1] **8**:22
**show** [1] **26**:11
**significant** [1] **28**:17
**since** [2] **3**:22 **22**:7
**sir** [1] **30**:9
**sitting** [1] **11**:19
**situation** [1] **21**:12
**six** [2] **10**:1,15
**sometimes** [1] **10**:14
**sorry** [6] **3**:12 **10**:14 **17**:4 **19**:3 **24**:1 **25**:5
**sort** [7] **4**:17 **9**:3

*N.H. PORT AUTHORITY - CHIEF JUSTICE MACDONALD 8/2/24*

18:11 19:13,14 24:13 26:16

**south** [1] **1**:11
**special** [1] **19**:14
**specific** [4] **15**:11,13 **21**:2 **28**:4
**specifically** [1] **29**:17
**spell** [1] **3**:11
**spoke** [3] **16**:21 **25**:15,20
**spouse** [1] **21**:12
**state** [4] **1**:1 **3**:11 **5**:10 **11**:3
**statement** [16] **18**:16,19 **19**:2,15 **21**:4 **22**:2,8,12,15,21 **23**:1,4,13,20 **24**:13,16
**statements** [2] **12**:20 **20**:22
**statute** [1] **4**:13
**step** [2] **3**:5 **18**:5
**strikes** [2] **28**:13,15
**stuck** [1] **24**:18
**stuff** [2] **10**:18 **11**:8
**subpoenas** [8] **16**:5,23 **17**:7 **22**:16,19 **23**:22 **28**:23 **29**:7
**substance** [1] **12**:18
**sununu** [1] **7**:3
**supplement** [3] **17**:23 **18**:2,14
**supreme** [8] **3**:18 **5**:23 **6**:11 **9**:11,16 **10**:15,21 **13**:17
**surprise** [1] **8**:12
**suspected** [2] **17**:18 **29**:10

## T

**talked** [2] **20**:21 22:17

**tasks** [1] **6**:8
**tells** [1] **22**:15
**terms** [2] **5**:9 **19**:7
**that's** [17] **7**:22,23 **8**:3,5,16,18 **11**:7 **14**:1 **18**:18,23 **24**:8,15 **25**:22 **26**:21 **28**:18 **29**:1 **30**:9
**themselves** [1] **2**:7
**there's** [5] **8**:21 **10**:12 **17**:11 **18**:15 **26**:20
**thereafter** [2] **8**:22 **15**:22
**third** [2] **12**:9,23
**three** [4] **11**:19,19 **14**:18 **16**:8
**throughout** [1] **27**:4
**timeline** [1] **17**:5
**timing** [2] **10**:4 **24**:2
**today** [2] **11**:19 **14**:17
**today's** [1] **2**:2
**together** [3] **5**:11 **6**:5,22
**tom** [3] **2**:2 **26**:1,5
**took** [2] **5**:2 **19**:11
**topics** [1] **18**:12
**transcribed** [1] **1**:8
**tripped** [1] **15**:6
**two** [11] **5**:7 **7**:8 **9**:3 **11**:12,13 **14**:21 **16**:21 **17**:5,6 **19**:21 **28**:22
**typical** [1] **26**:8

## U

**ultimate** [1] **14**:2
**um-hum** [3] **5**: 18 **8**:13 **12**:8

**uncomfortable** [1] **22**:1
**under** [4] **4**:13 **5**:13 **14**:4,4
**understand** [1] **3**:6
**until** [1] **5**:1
**up** [6] **9**:11 **23**:6 **26**:11 **27**:22 **28**:3 **30**:1
**using** [1] **27**:15

## V

**vacant** [1] **4**:6
**visit** [1] **11**:16
**visitor** [1] **7**:3
**volume** [1] **28**:16

## W

**walking** [1] **18**:9
**wanted** [1] **7**:12
**watch** [3] **2**:3 **20**:7,10
**way** [2] **17**:22 **19**:6
**we'll** [6] **3**:5 **17**:22 **20**:5 **27**:22 **28**:1,1
**we're** [5] **11**:5 **18**:12 **21**:22 **30**:5,6
**weak** [1] **12**:3
**weeks** [1] **16**:9
**what's** [2] **5**:4 **8**:6
**whatever** [1] **8**:4
**whether** [4] **2**:7 **10**:21 **15**:14 **25**:2
**will** [3] **13**:10,10 **28**:3
**willing** [1] **10**:22
**wishing** [1] **26**:17
**without** [1] **22**:2
**wondering** [2] **22**:11 **23**:23
**worded** [1] **21**: 13

**words** [6] **8**:15 **13**:6,13,14 **26**:10 **29**:4
**work** [7] **3**:16 **6**:4,21 **13**:10 **26**:9,18,20

## Y

**year** [1] **7**:2
**yep** [3] **12**:19 **14**:14 **18**:1
**you'll** [1] **18**:11
**you're** [8] **5**:8,16 **6**:2 **14**:2 **19**:6 **26**:12 **27**:3 **29**:1
**you've** [2] **16**:12 **26**:1
**yourself** [1] **13**:20

## Â

**â˜cause** [1] **8**:3

www.protext.com

**Sheet 5**

sort - â˜cause
000115