# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT

Merrimack Superior Court
5 Court Street
Concord NH  03301

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## RETURN FROM SUPERIOR COURT – NON-HOUSE OF CORRECTIONS

Case Name:    **State v. Anna Barbara Hantz Marconi**
Case Number:    **217-2024-CR-01167**

Name: **Anna Barbara Hantz Marconi**, 27 Parkman Brook Ln  Stratham NH  03885
DOB: February 12, 1956

Charging document:  Misdemeanor Information

| Offense: | GOC: | Charge ID: | RSA: | Date of Offense: |
|---|---|---|---|---|
| Misuse of Position (Solicitation) | | 2373041C | RSA 21-G:23, II | June 06, 2024 |

Disposition:   Guilty/Chargeable By: Plea

**A finding of GUILTY/CHARGEABLE is entered.**
Conviction:    Misdemeanor

Sentence: see attached

| October 07, 2025 | Hon. Martin P Honigberg | Jennifer L. Uhouse |
|---|---|---|
| Date | Presiding Justice | Clerk of Court |

### MITTIMUS

In accordance with this sentence, the Sheriff is ordered to deliver the defendant to the **Merrimack County House of Corrections**. Said institution is required to receive the Defendant and detain him/her until the Term of Confinement has expired or s/he is otherwise discharged by due course of law.

Attest: _____
Clerk of Court

### SHERIFF'S RETURN

I DELIVERED THE DEFENDANT TO THE **Merrimack County House of Corrections** and gave a copy of this order to the Superintendent.

_____    _____
Date    Sheriff

J-ONE: ☒ State Police  ☐ DMV

C:  ☒ Dept. of Corrections     ☐ Offender Records    ☐ Sheriff
☒ Prosecutor Joe Michael Fincham, ESQ; Dan Alan Jimenez, ESQ; James T. Boffetti, ESQ    ☐ Defendant ☒
Defense Attorney Richard Guerriero
☐ Sex Offender Registry ☐ Other _____  ☐ ____ Dist Div._____

A TRUE COPY ATTEST.
CLERK

NHJB-2337-Se (07/01/2025)

Filed
File Date: 10/6/2025 3:31 PM
Merrimack Superior Court
E-Filed Document

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
https://www.courts.nh.gov

Court Name: **MERRIMACK SUPERIOR COURT**

Case Name: **State of New Hampshire v. Anna Barbara Hantz Marconi**

Case Number: **217-2024-CR-01167**        Charge ID Number: **2373041C**
(if known)

## DISPOSITION AND SENTENCING FORM

**PLEA:**

☐ Not Guilty        ☐ No Plea        ☐ Guilty        ☑ No Contest

Violation of Probation:        ☐ Not True        ☐ True

**CHANGE PLEA TO:**

☐ Guilty        ☐ No Contest

Violation of Probation:        ☐ True

**FINDING:**

☐ Not Guilty        ☑ Guilty        ☐ Dismissed

Violation of Probation:        ☐ Not True        ☐ True

☐ Complaint placed on file        ☐ With finding        ☐ Without finding

  and not to be brought forward after _____ upon the below conditions of this order.

**PROBABLE CAUSE:**

☐ Found        ☐ Not Found        ☑ Waived        ☐ Indicted        ☐ Misd/Viol - Bind Over

**AN ELEMENT OF THE OFFENSE (FOR MISDEMEANORS ONLY):**

☐ (a) **INCLUDES**   ☑ (b) **DOES NOT INCLUDE** the use or attempted use of physical force and/or the threatened use of a deadly weapon.

**DEFENDANT'S RELATIONSHIP WITH THE VICTIM IS (FOR MISDEMEANORS ONLY):**

☐ (14) **Not applicable/no victim or other relationship**

**OR**

☐ (1) current or former spouse        ☐ (2) parent of the victim

☐ (3) guardian of the victim        ☐ (4) child in common

The defendant is/was cohabitating with the victim as:

☐ (5) spouse        ☐ (6) parent of the victim        ☐ (7) guardian of the victim

**OR as a person similarly situated to a:**

☐ (8) spouse        ☐ (9) parent of the victim        ☐ (10) guardian of the victim

**OR is:**

☐ (12) related by blood or marriage (adult victim only)

☐ (13) an intimate partner or in current/recent dating relationship

A TRUE COPY ATTEST:

CLERK

Case Name: <u>State of New Hampshire v. Anna Barbara Hantz Marconi</u>

Case Number: <u>217-2024-CR-01167</u>                    Charge ID Number: _____

<u>DISPOSITION AND SENTENCING FORM</u>

## SENTENCE

### FINES:

**To be paid in full by:** <u>10/07/2025</u>        **Time Payment Setup Fee of $25:** ☐ Applied ☑ Waived

☐ **Mandatory domestic violence fine** of $50.00 for a conviction of
RSA 631:2-b (Domestic Violence),    RSA 632-A:4 (Sexual Assault),
RSA 633:3-a (Stalking), or          RSA 631:3   (Reckless Conduct).
No portion of which may be suspended or otherwise reduced, or discharged in whole or in part by imprisonment. No PA may be assessed on this portion of fine.

**Confirm one of the boxes (1-13) in the Defendant's Relationship With The Victim section was checked**

☑ The defendant is fined $ ____<u>1,200.00</u>, plus statutory penalty assessment of $ _____<u>288.00</u>

   $ _____ of the fine is:

   ☐ suspended   ☐ deferred for _____        ☐ months   ☐ years

   $ _____ of the statutory penalty assessment is:

   ☐ suspended   ☐ deferred for _____        ☐ months   ☐ years

   ☐ The defendant shall perform _____ hours of community service to satisfy the fine/PA.

### COMMITMENT:

☐ The defendant is sentenced to the House of Corrections for a period of _____ ☐ days ☐ months

   ☐ Pretrial confinement credit: _____ days.

   This sentence is to be served as follows:

   ☐ Stand committed   ☐ Commencing _____ (date/time)

   ☐ _____ ☐ days      ☐ months of the sentence are

      ☐ suspended   ☐ deferred to _____ (date) on the below conditions.

   ☐ The commitment is ☐ consecutive ☐ concurrent to _____ (case number/charge ID)

### RESTITUTION:

☐ The defendant is ordered to make restitution to _____
   in the amount of $ _____

   ☐ Payable through the Department of Corrections as directed by the probation/parole officer plus the statutory administrative fee.

   ☐ Other: _____

### PROBATION:

☐ The defendant is placed on probation for a period of _____ ☐ months ☐ year(s), upon the usual terms of probation and any special terms of probation determined by the probation/parole officer.
Effective: ☐ Immediately    ☐ Upon Release

The defendant is ordered to report immediately/upon release to the Probation/Parole Office.

Case Name: State of New Hampshire v. Anna Barbara Hantz Marconi

Case Number: 217-2024-CR-01167         Charge ID Number: _____

**DISPOSITION AND SENTENCING FORM**

## CONDITIONS OF SUSPENDED OR DEFERRED SENTENCE AND OTHER ORDERS:

☐ **Mandatory ignition interlock for OAS after DWI:** Pursuant to RSA 265-A:36,I-a, the defendant shall install an ignition interlock device in any vehicle registered to that person or used by that person, for the remaining period of suspension or revocation plus an additional period of _____ ☐ months ☐ years (not less than 12 months nor more than 2 years).

☐ The defendant is ordered to be of good behavior and comply with all the terms of this sentence for a period of _____ ☐ days ☐ months ☐ years. Good behavior is defined as not committing any act(s) that would constitute a felony, misdemeanor or major motor vehicle violation as defined in RSA 259:39 (I).

☐ The defendant's ☐ license ☐ privilege to operate in New Hampshire is

☐ suspended ☐ revoked for a period of _____ ☐ days ☐ months ☐ years

Effective: _____ (date)

☐ The loss of license is consecutive to _____

☐ The defendant shall meaningfully participate in ☐ substance misuse ☐ mental health

☐ batterer intervention ☐ _____ evaluation

and follow all recommendations including, but not limited to, counseling, treatment, and education programs. Written proof of the completion shall be provided to the prosecutor by _____ (date) and written proof of compliance with the recommendations, if any, shall be provided by _____ (date).

☐ The defendant shall perform _____ hours of community service and provide proof to the State by _____ (date).

☐ The defendant is ordered to have no contact with _____ either directly or indirectly, or through third parties, including but not limited to contact in-person, by mail, phone, e-mail, text message, social networking sites and/or electronic communications for a period of _____ ☐ days ☐ months ☐ years.

☐ The defendant is not allowed to enter _____ (location) for a period of _____ ☐ days ☐ months ☐ years.

☑ Law enforcement may ☐ destroy evidence ☑ return evidence to rightful owner.

☐ Other:

_____
_____
_____
_____
_____

☐ Appeal to Superior Court _____ (date)

☐ Bail remains in effect and sentence stayed pending remand or resolution of the appeal

_____          _____
Date                                                          Signature of Judge
                          Honorable Martin P. Honigberg
                          October 7, 2025          _____
                                                          Printed Name of Judge

Filed
File Date: 10/6/2025 3:31 PM
Merrimack Superior Court
E-Filed Document

## STATE OF NEW HAMPSHIRE

### INFORMATION

To the Superior Court holden at Concord, New Hampshire, within and for the County of Merrimack aforesaid, on the seventh day of October in the year of our Lord two thousand and twenty-five, comes now the Attorney General in the name and on behalf of the State of New Hampshire upon information and complains that

### ANNA BARBARA HANTZ MARCONI
#### DOB: 02/12/1956

on or about the sixth day of June, 2024, at Concord, in the County of Merrimack, with force and arms, did commit the crime of **CRIMINAL SOLICITATION (MISUSE OF POSITION)** by soliciting or requesting another person to engage in conduct constituting the crime of Misuse of Position with a purpose that said other person engage in such conduct, to wit: by soliciting then-Governor Sununu to secure a governmental privilege and/or advantage for her to which she was not otherwise entitled regarding an investigation into Geno Marconi.

The said actions being contrary to the form of the Statute, in such case made and provided, against the peace and dignity of the State.

Dan A. Jiménez
Senior Assistant Attorney General

Joe M. Fincham II
Assistant Attorney General

| | |
|---|---|
| Name: | Anna Barbara Hantz Marconi |
| Address: | 27 Parkman Brook Lane |
| City: | Stratham, New Hampshire 03885 |
| RSA: | 629:2, I; 21-G:23, II |
| Classification: Class B Misdemeanor | |

**CHG ID#: 2373041C**

Plea of no contest entered and a guilty finding entered on October 7, 2025.

Jennifer L. Uhouse
Clerk of Court
October 7, 2025

A TRUE COPY ATTEST.

CLERK