**Subject:** Fw: House Judiciary & Children and Family Law Joint Committee Meeting (03/28/23)
**From:** "Canon Mark A. Pearson" <canonpearson@yahoo.com>
**Date:** 12/6/25, 11:57
**To:** Dana Albrecht <dana.albrecht@hushmail.com>

Thank you, Dana, for sending this out.  I believe I saw your name tag when I checked in Wednesday morning but didn't see you.  I hope it's just holiday busy-ness, not some malady.  It was a very good presentation and I was honored to a presenter, the only one not a lawyer or judge.

REMINDER:  Advent Lessons and Carols at Trinity Church, 80 Route 125, Kingston, NH, tomorrow, Sunday, December 7, at 4 pm.  Hope to see you.
Canon Mark Pearson

----- Forwarded Message -----
**From:** Canon Mark A. Pearson <canonpearson@yahoo.com>
**To:** Canon Mark Pearson <canonpearson@yahoo.com>
**Sent:** Saturday, December 6, 2025 at 10:48:37 AM EST
**Subject:** Fw: House Judiciary & Children and Family Law Joint Committee Meeting (03/28/23)

----- Forwarded Message -----
**From:** Dana Albrecht <dana.albrecht@hushmail.com>
**To:** Parental Equality NH <parental-equalitynh@googlegroups.com>
**Cc:** NH Advocates for Parental Equality <parentalequalitynh@gmail.com>; Dana Albrecht <dana.albrecht@hushmail.com>
**Sent:** Wednesday, December 3, 2025 at 04:54:25 AM EST
**Subject:** House Judiciary & Children and Family Law Joint Committee Meeting (03/28/23)

> Caution! This message was sent from outside your organization.

In light of an upcoming presentation by the NH Bar Foundation, some of you might want to review this, as it's directly relevant.

Here's the video:

- https://www.youtube.com/watch?v=vbFOdcRT_XA

See attached PDFs for the transcript and a copy of the handout.

-Dana

p.s. Please share this with anyone else who might be interested.

Attachments:

| | |
|---|---:|
| 2023_03_28_House_CFL_Judiciary_Meeting.pdf | 375 KB |
| 2023_03_28_NHJB_Handout.pdf | 3.8 MB |