**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **Dana Albrecht,** | **)** | |
| | **)** | |
| **Plaintiff** | **)** | |
| **v.** | **)** | **Civil No. 1:23-cv-00381-JL-TSM** |
| | **)** | |
| **Kathleen Sternenberg, et al.,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

---

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO REPORTS AND RECOMMENDATIONS (DOC. NOS. 60 AND 61)**

---

NOW COMES the Plaintiff, Dana Albrecht, *pro se*, and, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Fed. R. Civ. P. 72(b)(2), respectfully moves this Court for a fifteen (15) day extension of time, up to and including Monday, September 28, 2026, to file his response to the two Reports and Recommendations issued on August 28, 2026 (Doc. Nos. 60 and 61). In support of this motion, Plaintiff states as follows:

1. On April 2, 2026, Plaintiff filed his motion to amend the Complaint (Doc. No. 56) – the first amendment he has sought in this case. The motion is nine pages long and contains eighteen numbered paragraphs.

2. On August 28, 2026 – one hundred forty-eight (148) days later – the Magistrate Judge issued a Report and Recommendation on that motion (Doc. No. 60). It is twenty-nine pages long, carries sixteen footnotes, and cites seventy-six separate judicial decisions, together with a treatise.

3. On the same day, the Magistrate Judge issued a second Report and Recommendation (Doc. No. 61), recommending that Defendants' motions to dismiss (Doc. Nos. 18, 19, and 20) be granted, that all remaining claims be dismissed, and that the case be closed. Each Report set the same fourteen-day period for a response, 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2), which

the docket computes to September 11, 2026, and each notes that the period "may be extended upon motion." Doc. No. 60 at 29.

4. Plaintiff does not begrudge the Court the one hundred forty-eight days it took to assemble seventy-six authorities in answer to a nine-page motion. He asks only for a small fraction of that time to read them. A pro se litigant cannot, in fourteen days, construe two dispositive Reports, review seventy-six decisions, and prepare a response specific enough to preserve each issue for review by the district judge and, if necessary, the Court of Appeals – a consequence the Reports themselves take care to spell out. Doc. No. 60 at 29.

5. On September 11, 2026 – the last day of the period – Plaintiff was compelled to appear in a different state court matter, *State v. Read*, No. 431-2025-CR-01144 (N.H. Cir. Ct., 10th Cir. – Dist. Div. – Derry), and consequently had no opportunity to seek the concurrence of Defendants' counsel before the period ran.

6. Plaintiff has also been attending to a family emergency during the week the period ran.

7. This motion is filed on September 11, 2026, before the period expires, and is therefore made under Fed. R. Civ. P. 6(b)(1)(A) for good cause. Defendants – whose motions to dismiss were filed in 2023 and have twice been reinstated – suffer no prejudice from a further two weeks.

8. The Court granted Plaintiff's last request for an extension in this case (Doc. No. 54). This is Plaintiff's first request for an extension of the response period as to either Report.

9. A fifteen-day extension of the September 11, 2026 deadline would end on Saturday, September 26, 2026; under Fed. R. Civ. P. 6(a)(1)(C) the period runs to the next business day, Monday, September 28, 2026. Plaintiff therefore requests an extension up to and including that date.

10. Statement of Concurrence

    Pursuant to L.R. 7.1(c), Plaintiff states that, for the reasons set out in paragraph 5, he has not been able to seek the concurrence of Defendants' counsel before filing.

WHEREFORE, Plaintiff respectfully requests that this Court:

A) Grant Plaintiff's motion for a fifteen (15) day extension of time;

B) Extend the deadline for Plaintiff to file his response to the Reports and Recommendations of August 28, 2026 (Doc. Nos. 60 and 61) from September 11, 2026, up to and including Monday, September 28, 2026; and

C) Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

DANA ALBRECHT
*Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
dana.albrecht@hushmail.com

September 11, 2026

**CERTIFICATE OF SERVICE**

I, Dana Albrecht, certify that a copy of this Motion has been served on all parties of record via the CM/ECF system.

DANA ALBRECHT

September 11, 2026.