**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case Nos. JD-2026-0001 and JD-2026-0003, In re Judicial Conduct Committee Proceeding, the Court on September 18, 2026, issued the following Order:**

On September 15, 2026, the Court issued a final Order in case no. JD-2026-0004, In the Matter of Gordon J. MacDonald, approving a Stipulation and Agreement executed by Gordon J. MacDonald and the Judicial Conduct Committee (JCC) and making available to the public both the final Order and the JCC's record (with certain additional non-substantive redactions). In light of that final Order, the Court directs the Clerk to vacate all prior confidentiality designations in case nos. JD-2026-0001 and JD-2026-0003, In re Judicial Conduct Committee Proceeding, and to make available to the public all filings and orders, except as follows. At the Court's direction, the Clerk has redacted information in the attachments to the Petitioners' July 16, 2026 Brief to match the redactions in the publicly available version of Exhibit P, as referenced in the final Order in case no. JD-2026-0004, and has redacted information relative to Gordon J. MacDonald's medical leave in the JCC's August 13, 2026 Response and in Gordon J. MacDonald's August 19, 2026 Response. The redacted versions of those documents, which shall be publicly available, are provided with this Order. Dana Albrecht's Motion for Reconsideration is moot.

Nadeau, J., retired Superior Court Chief Justice, and Attorri, Honigberg, MacLeod, and Kennedy, JJ., Superior Court Justices, all specially assigned under RSA 490:3, II, concurred.

**Timothy A. Gudas,**
**Clerk**

Distribution:
Richard J. Lehmann, Esq.
Philip R. Waystack, Jr., Esq.
Andrew F. Cotrupi, Esq.
Mark D. Morrissette, Esq.
Jane E. Young, Esq.
Hunter D. Aldenberg, Esq.
George D. Jonson, Esq.
David J. Sachar, Esq.
Dana Albrecht
File