FILED UNDER SEAL

THE STATE OF NEW HAMPSHIRE

SUPREME COURT

In re Judicial Conduct Committee Proceedings

Case No. JD-2026-0001

**EMERGENCY MOTION TO STAY**

NOW COMES Associate Justice Bryan Gould, by and through counsel, and respectfully moves that this Honorable Court STAY any order it may have made unsealing any portion of the record in this matter, and in support thereof states as follows:

1. This morning, undersigned counsel received an order of this Court making certain portions of this case public.

2. Associate Justices Donovan, Countway, and Gould were never provided an opportunity to express a position on whether portions of the pleadings should remain confidential.

3. The Justices' pleadings in this matter were filed pursuant to an Order sealing the record, and before that Order is rescinded or modified in any way, they are entitled to be heard. Those pleadings include statements that are properly protected from public disclosure under Rules 12 and 40.

4. Undersigned counsel attempted to reach Attorney Waystack to obtain his position on this motion but was unable to do so.

WHEREFORE, Associate Justice Bryan Gould request that this Honorable Court:

A. Stay execution of any order rescinding or modifying the prior Order sealing the record; and

B. Provide the Justices with an opportunity to review the record and submit any argument they may wish to make concerning public disclosure; and

C. Grant such other relief as may be just and proper.

Respectfully Submitted,

Associate Justice Bryan Gould,
By his attorneys,
Lehmann Major List, PLLC

September 18, 2026

*/s/Richard J. Lehmann*
______________________________

Richard J. Lehmann (Bar No. 9339)
6 Garvins Falls Road
Concord, N.H. 03301
(603) 731-5435
rick@nhlawyer.com

**CERTIFICATION**

I hereby certify that a copy of this pleading was this day forwarded to opposing counsel of record via the court's electronic service system.

September 18, 2026

*/s/Richard J. Lehmann*
_______________________

Richard J. Lehmann