FILED UNDER SEAL

THE STATE OF NEW HAMPSHIRE

SUPREME COURT

In re Judicial Conduct Committee Proceedings

Case No. JD-2026-0001

**NOTICE OF JOINDER OF EMERGENCY MOTION TO STAY**

NOW COME Associate Justice Patrick Donovan, and Melissa Countway by and through counsel, and respectfully inform this Court that they JOIN in the Emergency Motion to Stay previously filed by Justice Gould.

In addition to the foregoing the undersigned notes for the Court that he has NOT served Dana Albrecht with this pleading or with Justice Gould's Emergency Motion to Stay.

WHEREFORE, Associate Justices Patrick Donovan and Melissa Countway request that this Honorable Court:

A. Stay execution of any order rescinding or modifying the prior Order sealing the record; and

B. Provide the Justices with an opportunity to review the record and submit any argument they may wish to make concerning public disclosure; and

C. Grant such other relief as may be just and proper.

Respectfully Submitted,

Associate Justices Patrick Donovan and
Melissa Countway
By their attorneys,
Lehmann Major List, PLLC

September 18, 2026

*/s/Richard J. Lehmann*
______________________________

Richard J. Lehmann (Bar No. 9339)
6 Garvins Falls Road
Concord, N.H. 03301
(603) 731-5435
rick@nhlawyer.com

**CERTIFICATION**

I hereby certify that a copy of this pleading was this day forwarded to opposing counsel of record via the court's electronic service system.

September 18, 2026

*/s/Richard J. Lehmann*
_______________________

Richard J. Lehmann