**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case Nos. JD-2026-0001 and JD-2026-0003, In re Judicial Conduct Committee Proceeding, the Court on September 21, 2026, issued the following Order:**

The Emergency Motion to Stay is denied. See Rule 40(12)(d)(2).

The Emergency Joint Motion to Redact is denied. In its filings to the Court, the Judicial Conduct Committee (JCC) has represented without dispute that a Statement of Formal Charges was not served on Gordon J. MacDonald, was never filed with the JCC under Supreme Court Rule 40, and was later "vacated" as part of the negotiations that culminated in the Stipulation and Agreement between the JCC and Gordon J. MacDonald. In light of those representations, nothing in this Order precludes the JCC from withholding from public inspection a Statement of Formal Charges and other JCC materials consisting of work product, internal memoranda, or deliberations. See Rule 40(16).

The temporary stay issued by a single justice on September 18, 2026, is lifted.

Nadeau, J., retired Superior Court Chief Justice, and Attorri, Honigberg, MacLeod, and Kennedy, JJ., Superior Court Justices, all specially assigned under RSA 490:3, II, concurred.

**Timothy A. Gudas,**
**Clerk**

Distribution:
Judicial Conduct Committee
Richard J. Lehmann, Esq.
Philip R. Waystack, Jr., Esq.
Andrew F. Cotrupi, Esq.
Mark D. Morrissette, Esq.
Jane E. Young, Esq.
Hunter D. Aldenberg, Esq.
George D. Jonson, Esq.
David J. Sachar, Esq.
Dana Albrecht
File