**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **DANA ALBRECHT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil No. 1:23-cv-00381-JL-TSM** |
| | ) | |
| **KATHLEEN STERNENBERG, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**PLAINTIFF'S ADDENDUM TO SECOND MOTION FOR EXTENSION OF TIME (DOC. NO. 65): LR 7.1(c) STATEMENT OF CONCURRENCE**

---

Plaintiff Dana Albrecht, *pro se*, submits this addendum to his Second Motion for Extension of Time (Doc. No. 65) to supply the statement of concurrence required by LR 7.1(c), and states:

1. On September 30, 2026, Plaintiff wrote by email to all counsel of record, identified Doc. No. 65, and asked for each Defendant's position on the motion. See Exhibit 1.

2. Plaintiff has received no response from the New Hampshire Judicial Branch, which is represented by Attorney Christopher Bond.

3. The other Defendants, through counsel, have indicated that they do not assent.

Respectfully submitted,

DANA ALBRECHT
*Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

Dated: October 2, 2026

**CERTIFICATE OF SERVICE**

I, Dana Albrecht, certify that a copy of this Addendum has been served on all parties of record via the CM/ECF system.

Dana Albrecht

Dated: October 2, 2026