**Subject:** Fwd: Activity in Case 1:23-cv-00381-JL-TSM Albrecht v. Sternenberg et al Cure Notice - Action Requested
**From:** Dana Albrecht <dana.albrecht@hushmail.com>
**Date:** 9/30/26, 16:03
**To:** catherine.a.denny@doj.nh.gov, DOJ-CivilBureauCourts@doj.nh.gov, rylee.l.ames@doj.nh.gov, Christopher Bond <christopher.g.bond@doj.nh.gov>, Jill Tekin <jill.tekin@doj.nh.gov>, "Linda M. Smith" <lsmith@morrisonmahoney.com>, Lisa Dale <ldale@morrisonmahoney.com>, robert.j.rabuck@doj.nh.gov, DOJ-CivilBureauCourts@doj.nh.gov, rylee.l.ames@doj.nh.gov
**CC:** Dana Albrecht <dana.albrecht@hushmail.com>

Counsel,

Pursuant to Local Rule 7.1, what is your position on this motion?

- https://www.courtlistener.com/docket/67674680/65/albrecht-v-sternenberg/

See attached PDF.

Thank you for your consideration.

Sincerely,

Dana Albrecht

-------- Forwarded Message --------
**Subject:** Activity in Case 1:23-cv-00381-JL-TSM Albrecht v. Sternenberg et al Cure Notice - Action Requested
**Date:** Wed, 30 Sep 2026 14:17:14 -0400
**From:** ecf_bounce@nhd.uscourts.gov
**To:** nef@nhd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of New Hampshire**

**Notice of Electronic Filing**

The following transaction was entered on 9/30/2026 at 2:17 PM EDT and filed on 9/30/2026

| | |
|---|---|
| **Case Name:** | Albrecht v. Sternenberg et al |
| **Case Number:** | 1:23-cv-00381-JL-TSM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**ACTION REQUIRED - NOTICE Nonconforming Document re [65] MOTION to Extend Time to Object/Respond to [61] REPORT AND RECOMMENDATION re [18] Motion to Dismiss, [19] Motion to Dismiss, [20] Motion to Dismiss,, recommending the district judge should grant Defendants motions to dismiss (Doc. Nos. 1820) and filed by Dana Albrecht. The document fails to comply with LR 7.1-No statement of concurrence was included. File statement as addendum using the Other Documents/Addendum event and link filing(s) to document no. 65. The document will remain on file. Please note that unless a document curing the defect is filed by the Notice of Compliance Deadline the matter may be referred to a judicial officer for appropriate action. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1423.Compliance Deadline set for 10/2/2026. (ko)**

**1:23-cv-00381-JL-TSM Notice has been electronically mailed to:**

Catherine Denny catherine.a.denny@doj.nh.gov, DOJ-CivilBureaucourts@doj.nh.gov, rylee.l.ames@doj.nh.gov

Christopher George Bond christopher.g.bond@doj.nh.gov, jill.tekin@doj.nh.gov

Dana Albrecht dana.albrecht@hushmail.com

Linda M. Smith lsmith@morrisonmahoney.com, ldale@morrisonmahoney.com

Robert J. Rabuck robert.j.rabuck@doj.nh.gov, doj-civilbureaucourts@doj.nh.gov, rylee.l.ames@doj.nh.gov

**1:23-cv-00381-JL-TSM Notice, to the extent appropriate, must be delivered conventionally to:**

Attachments:

| | |
|---|---|
| gov.uscourts.nhd.61988.65.0.pdf | 257 KB |