UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

KATHERINE ALBRECHT,

Petitioner,

v.

DANA ALBRECHT,

Respondent.

Docket No. 1:23-CV-00381-JL-TSM

**KATHLEEN STERNENBERG'S OBJECTION TO SECOND MOTION (65) FOR EXTENSION OF TIME TO RESPOND TO REPORTS AND RECOMMENDATONS (60 AND 61), NUNC PRO TUNC**

NOW COMES non-party Kathleen Sternenberg ("Sternenberg"), by and through counsel, Morrison Mahoney LLP and submits this Objection to Second Motion for Extension of Time (Doc 65) stating in support as follows:

1. On August 28, 2026, Magistrate Judge Talesha L. Saint-Marc issued a Report and Recommendation recommending that the Court deny Plaintiff's Moton to Amend his complaint. *Doc. 60.* Also on August 28, 2026, Judge Saint-Mark issued a Report and Recommendation, recommending that "Defendants' motions to Dismiss (Doc. Nos. 18-20)" be granted and all remaining claims be dismissed. *Doc. 61, p. 9.*

2. In this Court's recommendation regarding the Motion to Amend, Judge Saint-Marc recommends that the motion be denied as against Sternenberg as the amendment would be futile since Sternenberg is entitled to absolute quasi-judicial immunity. *Doc. 60, p. 13.* On February 1, 2024, this Court had previously dismissed the claims against Sternenberg. *Doc. 37.*

3. On September 11, 2026, Plaintiff sought an extension of time to object to both Reports and Recommendation until September 28, 2026. *Doc. 62*. On September 28, 2026, this motion was granted.

4. On September 29, 2026, after his deadline expired, Plaintiff filed the instant Second Motion for Extension of Time to Respond to Reports and Recommendations (Doc. Nos. 60 and 61), Nunc Pro Tunc. *Doc. 65*. Also on that date, Plaintiff filed two notices of supplemental authority with several hundred pages of exhibits. *Doc. 63 and 64*. Plaintiff now seeks an additional 60 days until November 30, 2026 to object to the Reports and Recommendations, arguing that he needs additional time to review 800 pages related to proceedings "culminating in Chief Justice [Gordon] MacDonald's resignation and records previously withheld from public access." *Doc. 65,* ¶*3.*

5. Neither the resignation of Chief Justice MacDonald nor the public release of documents related thereto have any relationship to the issues related to Sternenberg's objections to Plaintiff's Motion to Amend his complaint, the prior dismissal of claims against her, or the Magistrate Judge's reasoning in recommending a denial of the Motion to Amend.

6. Thus, there is no reasonable basis to extend Plaintiff's time to object by two months, and such a lengthy extension is prejudicial to Sternenberg. No extension at all is warranted.

WHEREFORE, Sternenberg respectfully requests that this Honorable Court:

A. Deny Plaintiff's Motion for Extension of Time; and

B. Grant such other and further relief as is equitable and just.

Respectfully submitted,

Kathleen Sternenberg

By: */s/ Linda M. Smith*

Edwin F. Landers, Jr., #17297
elanders@morrisonmahoney.com
Linda M. Smith, Esq., #265038
lsmith@morrisonmahoney.com
MORRISON MAHONEY LLP
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
Phone: 603-622-3400
Fax: 603-622-3466

Dated: October 5, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served electronically through the CM/ECF system to all counsel of record and to plaintiff.

*/s/ Linda M. Smith*
Linda M. Smith